| | CROSS & SIMON, LLC | |
|---|---|---|
| Joseph Grey<br>jgrey@crosslaw.com | ATTORNEYS AT LAW<br>913 NORTH MARKET STREET<br>11TH FLOOR<br>WILMINGTON, DELAWARE 19801<br>302-777-4200 / 302-777-4224 (FAX) | MAILING ADDRESS:<br>P.O. BOX 1380<br>WILMINGTON, DE 19899-1380 |

www.crosslaw.com

February 12, 2010

**BY HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
District of Delaware
844 King Street
Room 4209, Unit 18
Wilmington, DE 19801

Re: <u>QVC, Inc. et. al. v. Your Vitamins, Inc., et. al.</u>, D.Del. 10-094 (UNA)

Dear Dr. Dalleo:

  Enclosed please find courtesy copies of a Motion and Opening Memorandum seeking emergency relief which we filed on Tuesday. As you can see, we are seeking a temporary restraining order to prevent the Defendants from making or continuing to make false and misleading statements concerning my clients or their products. As detailed in the Memorandum and the exhibits thereto, the Defendants' misconduct is ongoing and it is adversely impacting my clients' reputation and business.

  This case has not yet been assigned to a Judge. Accordingly, we ask your assistance in getting the case assigned for purposes of dealing with our request for preliminary injunctive relief. At this stage, although we are seeking a temporary restraining order, we are not seeking such relief on and *ex parte* basis. Rather the form of order attached to our motion is styled as an order to show cause directing defendants to show why they should not be enjoined on a preliminary basis and scheduling further briefing, a hearing, and limited expedited discovery related to our request for a preliminary injunction.

  After we filed these papers on Tuesday, we were contacted by counsel who we understand will enter an appearance on behalf of Defendants. They are copied on this letter. We are attempting to work out a consensual schedule with opposing counsel; however, whether we reach an agreement or not, we will need a Judge assigned to this case to deal with our request for a temporary restraining order and preliminary injunctive relief. To the extent we are able to agree on the terms of an order with opposing counsel, we will promptly advise the Court.

CROSS & SIMON, LLC

Dr. Peter T. Dalleo
February 12, 2010
Page 2 of 2

      Thank you very much for your attention to this matter. Should you have any questions, please contact me or Sean O'Kelly of this firm.

      Very truly yours,

      Joseph Grey

Enclosures

ccs:    Jonathan Moskin, Esquire (by e-mail, w/o encl.)
       James D. Arden, Esquire (by e-mail, w/o encl.)
       Jonathan F. Cohn, Esquire (by e-mail, w/o encl.)

File Copy