IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. and QHEALTH, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 10-94-SLR |
| ) | |
| YOUR VITAMINS, INC. and ANDREW ) | |
| LESSMAN, ) | |
| ) | |
| Defendant. ) | |

# ORDER

At Wilmington this 19th day of February, 2010, plaintiffs having filed a motion for temporary restraining order and preliminary injunction on February 9, 2010 (D.I. 4);

IT IS ORDERED that a telephone conference shall be held on **Wednesday, February 24, 2010**, at **4:00 p.m.** Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge