**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QVC, INC. AND QHEALTH, INC., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 10-094-SLR ) |
| YOUR VITAMINS, INC. D/B/A PROCAPS LABORATORIES AND ANDREW LESSMAN, | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant Your Vitamins, Inc. states that it does not have a parent corporation, and that no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendants*

March 1, 2010
3405348

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Joseph Grey, Esquire
>Sean T. O'Kelly, Esquire
>CROSS & SIMON, LLC

I further certify that I caused copies of the foregoing document to be served on March 1, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Joseph Grey, Esquire<br>Sean T. O'Kelly, Esquire<br>CROSS & SIMON, LLC<br>913 North Market Street<br>11th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Jonathan E. Moskin, Esquire<br>Britton Payne, Esquire<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, NY  10016 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)