IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. and QHEALTH, INC., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 10 094 (SLR) |
| ) | |
| v. ) | |
| ) | |
| YOUR VITAMINS, INC. d/b/a PROCAPS ) | |
| LABORATORIES and ANDREW ) | |
| LESSMAN, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF RULE 30(b)(6) DEPOSITION OF
YOUR VITAMINS, INC. d/b/a PROCAPS LABORATORIES

TO:   ProCaps Laboratories
      430 Parkson Road
      Henderson, Nevada 89011

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. Rule 30(b)(6), Plaintiffs, QVC, Inc. and QHealth, Inc, will take the deposition upon oral examination of Your Vitamins, Inc. d/b/a ProCaps Laboratories commencing ten days after receipt of Defendants responses to Plaintiffs' First Set of Interrogatories and Document Requests, beginning at 9:30 a.m. at the offices of Cross & Simon, LLC, 913 North Market Street, Thirteenth Floor, Wilmington Delaware 19899, or such other location as shall be mutually agreed upon by counsel.

Said deposition will be taken and recorded by videographic and stenographic means before a notary public or other officer duly authorized to administer oaths and may

be video taped and will continue from day to day until completed, and shall be by one or more officers, managing agents, directors or other persons who consent to testify on behalf of Your Vitamins, Inc. d/b/a ProCaps Laboratories and are knowledgeable regarding the subject matters identified in Plaintiffs' document requests and the documents produced in response thereto. The deponent will testify on the matters for examination described in Plaintiffs' First Set of Interrogatories and Document Requests and Defendants' responses thereto.

Counsel for the defendants are invited to attend and cross-examine.

Dated:   March 3, 2010

Respectfully submitted,

CROSS & SIMON, LLC

By: _____
Joseph Grey (DE ID 2358)
913 North Market Street
Eleventh Floor
Wilmington, DE 19899-1380
Telephone: (302) 777-4200
Facsimile: (302) 777-4224 (fax)
Email: jgrey@crosslaw.com

and

Jonathan E. Moskin
Britton Payne
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on March 3, 2010, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing **NOTICE OF DEPOSITION** to be served via e-mail to counsel for the Defendants at the following addresses:

>Jonathan F. Cohn
James D. Arden
Gordon D. Todd
Matthew D. Krueger
Sidley & Austin
1501 K Street, N.W.
Washington, D.C. 20005
jcohn@sidley.com
jarden@sidley.com
gtodd@sidley.com
mkrueger@sidley.com

>Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

_____
Joseph Grey ID 2358