## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. and QHEALTH, INC., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 10 094 (SLR) |
| ) | |
| v. ) | |
| ) | |
| YOUR VITAMINS, INC. d/b/a PROCAPS ) | |
| LABORATORIES and ANDREW ) | |
| LESSMAN, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION OF ANDREW LESSMAN

TO: Andrew Lessman
ProCaps Laboratories
430 Parkson Road
Henderson, Nevada 89011

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. Rule 30, Plaintiffs, QVC, Inc. and QHealth, Inc., will take the deposition upon oral examination of defendant, Andrew Lessman, commencing nine days after receipt of Defendants responses to Plaintiffs' First Set of Interrogatories and Document Requests, beginning at 9:30 a.m. at the offices of Cross & Simon, LLC, 913 North Market Street, Thirteenth Floor, Wilmington Delaware 19899, or such other location as shall be mutually agreed upon by counsel or ordered by the Court.

Said deposition will be taken and recorded by videographic and stenographic means before a notary public or other officer duly authorized to administer oaths and may be video taped and will continue from day to day until completed.

2

Counsel for the defendants are invited to attend and cross-examine.

Dated:	March 3, 2010

                   Respectfully submitted,

                   CROSS & SIMON, LLC

By: _____
     Joseph Grey (DE ID 2358)
     913 North Market Street
     Eleventh Floor
     Wilmington, DE  19899-1380
     Telephone: (302) 777-4200
     Facsimile: (302) 777-4224 (fax)
     Email: jgrey@crosslaw.com

                   and

Jonathan E. Moskin
Britton Payne
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on March 3, 2010, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing **NOTICE OF DEPOSITION** to be served via e-mail to counsel for the Defendants at the following addresses:

>Jonathan F. Cohn
>James D. Arden
>Gordon D. Todd
>Matthew D. Krueger
>Sidley & Austin
>1501 K Street, N.W.
>Washington, D.C. 20005
>jcohn@sidley.com
>jarden@sidley.com
>gtodd@sidley.com
>mkrueger@sidley.com

>Rodger Dallery Smith, II
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>rsmith@mnat.com

_____
Joseph Grey ID 2358