**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QVC, INC. and QHEALTH, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 10-094 (SLR) |
| | ) |
| YOUR VITAMINS, INC. d/b/a PROCAPS LABORATORIES and ANDREW LESSMAN, | ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

WHEREAS, Plaintiffs filed their Memorandum in Support of Their Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery on February 9, 2010 (D.I. 5), under the Local Rules in effect at that time;

WHEREAS, pursuant to the Court's April 12, 2010 Order, Defendants will file their Answering Brief in Opposition to Plaintiffs' motion on May 3, 2010, and Plaintiffs will file their Reply Brief on May 10, 2010 (D.I. 27);

WHEREAS, effective April 30, 2010, D. Del. LR 7.1.3(a)(4) has been amended to reduce the number of pages permitted for Answering and Reply Briefs;

WHEREAS, the parties seek to eliminate any possible prejudice resulting from the change in the Local Rules during the course of the briefing on Plaintiffs' motion;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants may file an Answering Brief in Opposition to Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery not to exceed to 24 pages, and Plaintiffs may file a Reply Brief not to exceed 12 pages.

2

| | |
|---|---|
| CROSS & SIMON, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Joseph Grey* | */s/ Rodger D. Smith II* |
| Joseph Grey (#2358)<br>913 North Market Street<br>P.O. Box 1380<br>Wilmington, DE  19899-1380<br>(302) 777-4200<br>jgrey@crosslaw.com | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____ 2010.

_____
                                                                J.