## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QVC, INC. and QHEALTH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 10-094 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| YOUR VITAMINS, INC. d/b/a PROCAPS | ) | **DECLARATION OF** |
| LABORATORIES and ANDREW | ) | **BRITTON PAYNE** |
| LESSMAN, | ) | |
| | ) | |
| Defendants. | ) | |

I, Britton Payne, hereby declare:

1. I am an attorney admitted to practice before the bar of the State of New York and am admitted pro hac vice in the District of Delaware in this matter. I am an associate at Foley & Lardner LLP, attorneys for QVC, Inc. and QHealth, Inc. (collectively "QVC") in this action. I have personal knowledge of the matters set forth herein.

A. Increasing Prominence of Defendants' Accused Blog Postings in Internet Searches

2. Excerpts from and/or links to defendants' blog postings at issue in this case, including some of the comments complained of in QVC's Complaint, continue to appear prominently in basic search engine queries concerning the terms "QVC", "Hair, Skin & Nails" and "Resveratrex".

3. For example, in a Google search of "hair skin and nails qvc" that I conducted on February 23, 2010, the fifth and tenth results were links to defendants' web pages, including the headline "QVC's Hair Skin and Nails . . .Over 99% Additives!". *See* Printout of Search Results for "hair skin and nails qvc" from February 23, 2010, attached hereto as Exhibit A.

4. In a Google search of "hair skin and nails qvc" that I conducted on April 29, 2010, four of the top ten results were to defendants' websites, again including the headline "QVC's Hair Skin and Nails . . .Over 99% Additives!". *See* Printout of Search Results for "hair skin and nails qvc" from April 29, 2010, attached hereto as Exhibit B. Another of the top ten results displayed the headline "QVC's Hair Skin and Nails isn't Healthy . . . it is just sleazy and . . .". *Id*. The prominence of the search rankings linking to the defendants posts has increased in the intervening two months. Because it is widely known that the principal factor used by Google in ranking pages is the number of other sites linking to the searched site, *see Google Basics*, Google Webmaster Central, available at http://www.google.com/support/webmasters/bin/answer.py?answer=70897, attached hereto as Exhibit C, this indicates that third party web-sites are increasingly linking to the defendants' blog postings in issue.

5. In a Google search of "nature's code hair skin and nails" I conducted on February 23, 2010, the sixth result was a link to defendants' website, again including the accused headline "QVC's Hair Skin and Nails . . .Over 99% Additives!" *See* Ex. A. This same result was ranked number one when I conducted the same search was on April 29, 2010, *see* Ex. B, again indicating an increase in third-party sites linking to the defendants' blog postings.

6. In a Google search of "resveratrex" I conducted on February 23, 2010, the fourteenth result was a link to defendants' website. *See* Ex. A. This same result was ranked number nine when I conducted the same search on April 29, 2010. *See* Ex. B.

7. Google searches on April 29, 2010 for the following phrases showed results on the first page that linked to defendants' comments at issue in this case, some of which were repeated in the headlines or excerpts in the search results:

- qvc resveratrol
- qvc resveratrex

- nature's code resveratrex
- resveratrex review
- nature's code hair skin and nails review
- nature's code resveratrol review
- nature's code resveratrex review

*See* Ex. A.  Similar results are seen from searches at Google, Bing and YouTube conducted on February 23, 2010. *See* Ex. B.

8.  In addition to the apparent fact that third-party web-sites are increasingly linking to the defendants' accused blog postings, this means that a person searching the internet using neutral terms for information concerning QVC's Hair, Skin & Nails or Resveratrex products is also increasingly exposed to defendants' "reviews" and accused statements.

B. Defendants' Evidence of Confusion

9.  As evidence that purchasers have been confused as to the source of origin of QVC's products because of QVC's use of the term "Hair, Skin & Nails" as part of its product name, defendants' make reference to a posting on January 14, 2010 at approximately 8:31pm, by someone identified as "BeautyCrazy".  "BeautyCrazy" describes having awakened from sleeping with the television on purportedly to see QVC's Hair, Skin & Nails dietary supplements on sale.  In her "half-dead mode," "eyes all blurry", she was allegedly confused into thinking that "Andrew Lessman had moved to QVC!!!!" *See* Cohn Decl. Ex A.  Defendants submitted this post along with three others to purportedly demonstrate confusion as to source of QVC's Hair, Skin & Nails.  BeautyCrazy's "dream" story, was posted almost a day after the alleged "dream" in response to defendants' first blog posting complaining that QVC had copied their name.  In addition, although not mentioned by defendants, on that very morning, more than twelve hours earlier, at 7:48am on January 14, 2010, "BeautyCrazy" posted a comment attached hereto as

NYC_795078.1

Exhibit D as follows: "Sticking with ANDREW LESSMAN. I think this is a copy-cat version!" on the same thread titled "Nature's Code Hair, Skin, and Nail formula TSV."

10. The remaining four posts submitted for the proposition of confusion similarly disparage QVC by accusing them of "copying" (posted by "SoInLove" and "Mymb"), giving "the exact same name to their product" (posted by "karmakat") and "[stealing] the name of [Lessman's] product" (posted by "thunderkitty"). *See* Cohn Decl. Ex. A.  I have reviewed the posts and also find no indication that any of these comments were made in contemplation by the posters of any purchases of QVC's products.

C. FDA Approvals of Products Containing Hyaluronic Acid

11.     On May 9, 2010, I reviewed the FDA website for products approvals for products incorporating hyaluronic acid for use in and on the body.  These include: Restylane, which contains hyaluronic acid as an injectable gel wrinkle filler, (*see* Restylane Approval Letter attached hereto as Exhibit E); Orthovisc, which contains hyaluronic acid as an injectable gel for use in treating pain in osteoarthritis of the knee, (*see* Orthovisc Approval Letter, attached hereto as Exhibit F); and Solaraze, a topical gel containing hyaluronate sodium used in the treatment of actinic keratosis (*see* Solaraze Approval Letter, attached hereto as Exhibit G).  Actinic keratosis is a precancerous growth on the skin. (*See* U.S. Nat'l Library of Medicine / Nat'l Institutes of Health, *Actinic keratosis*, Medline Plus, available at http://www.nlm.nih.gov/medlineplus/ency/article/000827.htm, attached hereto as Exhibit H.)

D. Calcium Carbonate As An Active Ingredient.

12.     A review of products labels for defendants' products indicate that numerous PROCAPS vitamins list calcium carbonate as an active ingredient.  One such product, called Calcium-Phosphorus Intensive Care, consists almost exclusively of Calcium Phosphate (a

chemical very similar to Dicalcium Phosphate) and Calcium Carbonate.  These also include (a) <u>Lutein, 10mg</u>, which contains 10mg of Lutein, 500mcg of Astaxanthin as well 100 mg of Calcium Carbonate, the largest single ingredient; (b) <u>Vitamin B12, 250mcg (High Potency B-Complex)</u>, which likewise appears to contain Calcium Carbonate as the largest single ingredient; (c) <u>Phosphatidyl Serine – PS Benefits</u>, a combination product that discloses Calcium Carbonate as a dietary ingredient; and (d) <u>Vitamin D3, 1000IU</u>: a product that discloses elemental Calcium Carbonate.  (Copies of the labels are attached as Exhibit I.)

E. <u>Trademark Protection of the Name Hair, Skin and Nails</u>

13. I have reviewed the online records of the United States Patent and Trademark office, as well as the European Community Trade Mark Online database to determine whether defendants ever registered or sought to register the name "Hair Skin & Nails," "Healthy Hair Skin & Nails" or anything similar thereto. A printout of a USPTO.gov search results for "hair skin & nails" and CTM searches for "hair, skin & nails" and "hair, skin" are attached hereto as Exhibit J.  No record of any of defendants' products appears.  However, another entity (a company called Futurebiotics) did register the term "Hair, Skin & Nails" with the United States Patent and Trademark office for a dietary supplement in 1992, claiming use since 1985, well before defendants introduced their similarly named product. A printout of the Futurebiotics HAIR, SKIN & NAILS trademark registration is attached hereto as Exhibit K.

F. <u>Lessman Deposition Transcript and Exhibit</u>

14. Attached hereto as Exhibit L is the transcript of the April 23, 2010 deposition of Andrew Lessman.

15. Attached hereto as Exhibit M is a copy of an email dated January 17, 2010 from Andrew Lessman to Jon Kwantes and Jeff Dorsett, produced by defendants on April 23, 2010

and identified at the deposition of Andrew Lessman (Lessman Tr. at 68-69) as his first draft of his first blog posting criticizing QVC's NATURE'S CODE Hair, Skin & Nails product, written before he had done any research.

16. I reviewed the Yahoo! searches that defendant Andrew Lessman produced at his deposition. *See* Printout of Yahoo! Search Results for April 18, 2010 search of "hyaluronic acid and cancer", Bates-stamped YV PI 00000246-247, and April 17, 2010 search of "hyaluronan and cancer", Bates-stamped YV PI 00000248-249, attached hereto as Ex. N.  These search results were presented in response to the Court's order that defendants bring to Mr. Lessman deposition any documents upon which he relied to make the claim that "there is a significant body of troubling research that connects [Hyaluronic Acid] to cancer."

17. The documents also included some materials, such as Bates No. YV_Pl_0000373-74, which states on its face it was "published online first on March 23, 2010." In addition, reviewing the produced documents following these search results, it appears that defendant did not produce all of the top ten results of either search, but instead chose to produce only certain of the results.

18. For example, defendant did not include the fifth non-sponsored result from the "hyaluronic acid and cancer" Yahoo! Search, with the headline "FreeHyaluronicAcid_Cancer." This search result links the user to short abstracts of research papers, including some that detail the beneficial use of hyaluronic acid in connection with the treatment of cancer. *See* Printout of "FreeHyaluronicAcid_Cancer" webpage, attached hereto as Exhibit O.

19. Further, defendant Lessman produced a Yahoo! Search results page for "hyaluronan and cancer," but did not produce copies of the fifth, sixth, eighth, or ninth, non-sponsored search results from his Yahoo! Search.  Defendant also did not produce copies of the second, sixth, ninth, or tenth, non-sponsored search results from his "hyaluronic acid and cancer" Yahoo!

NYC_795078.1

Search. *See* Ex. N.  Some of these unproduced search results were links to pages that demonstrated, inter alia, the beneficial use of hyaluronic acid in fighting cancer and other ailments. *See* Printouts of defendant's unproduced Yahoo! Search results, attached hereto as Exhibit P.

20. On April 29, 2010, I conducted Yahoo! Search recreating the search for "hyaluronic acid and cancer" produced by defendant Lessman.  Although the first five search results remain the same as in defendant's search from April 17/18, 2010, the ranking of the next five results have changed in order. *See* Printout of Search Results for "hyaluronic acid and cancer" from April 29, 2010, attached hereto as Exhibit Q.  This demonstrates that the results regarding "hyaluronic acid and cancer" can change in a matter of weeks, such that QVC cannot know what defendant had previously searched or relied upon on making his misleading comments based on the Yahoo! Searches produced by defendant.

I hereby declare under penalty of perjury this 10th day of May 2010 that the foregoing is true and correct to the best of my knowledge and belief

By: _____
Britton Payne