# EXHIBIT B

Web | Images | Videos | Maps | News | Shopping | Gmail | more ▼

**Google** [hair skin and nails qvc] [Search] Advanced Search

Web ⊞ Show options...                                           Results **1 - 10** of about **9,860** for **hair skin and nails qvc**. (0.28 sec)

### Nature's Code 365 Day **Hair**, **Skin** & **Nails** Tablets - **QVC**.com ☆
What is it: These Nature's Code tablets--formulated especially for QVC--complement a
healthy lifestyle and all Nature's Code products to help support **hair**, ...
www.**qvc**.com/.../qvcapp/.../params.item.A6787.desc.Natures-Code-365-Day-**Hair**-**Skin**-
**Nails**-Tablets - Cached

> A-D Nature's Code 365 Day**Hair**, **Skin** & **Nails** Auto-Delivery - **QVC**.com
> Receive a shipment of Nature's Code tablets every 365 days for as long as ...
> www.**qvc**.com/.../qvcapp/.../params.item.A201556.desc.AD-Natures-Code-...
>
> Nutritional Supplements — Wellness & Sports — **QVC**.com
> Nature's Code 90 Day**Hair**, **Skin** & **Nails** Tablets **QVC** Price: $22.00 ...
> www.**qvc**.com/cgen/render.aspx?qp=class%7C8516&rewrite=no...
>
> More results from qvc.com »

### **QVC** - A6785 - Nature's Code 90 Day **Hair**, **Skin** & **Nails** Tablets ... ☆
★★★★★ 7 reviews
Feb 3, 2010 ... **QVC** product reviews and customer ratings for A6785 - Nature's Code 90
Day**Hair**, **Skin** & **Nails** Tablets. Read and compare experiences customers ...
reviews.**qvc**.com/1689/A6785/reviews.htm - Cached

### **QVC** Nature's Code A201556 - A-D Nature's Code 365 Day **Hair**, **Skin** ... ☆
**QVC** customers questions and answers for Nature's Code A201556 - AD Nature's ... I have
tried many many **hair skin and nail** viyamins and let me tell you this ...
answers.**qvc**.com/answers/1689/product/A201556/questions.htm?... - Cached

> **QVC** Nature's Code A6785 - Nature's Code 90 Day **Hair**, **Skin** & **Nails** ... ☆
> **QVC** customers questions and answers for Nature's Code A6785 - Nature's Code 90 Day
> **Hair**, **Skin** & **Nails** Tablets. Read questions and answers real customers ...
> answers.**qvc**.com/answers/1689/product/A6785/questions.htm?... - Cached

⊞ Show more results from answers.qvc.com

### **QVC's Hair Skin and Nails**...Over 99% Additives! ☆
Some sobering facts about QVCs **Hair Skin and Nails**.
www.andrew.procapslabs.com/.../**QVC**e28099s-**Hair-Skin-and-Nails**e280a6Over-
9925-Additives!.aspx - Cached

> **QVC's Hair Skin and Nails** isn't Healthy...it is just sleazy and ... ☆
> Jan 14, 2010 ... The only reason this **QVC** product exists is the success of my Healthy **Hair**
> **Skin and Nails** formula and for **QVC** to refer to their new product ...
> www.andrew.procapslabs.com/.../**QVC**e28099s-**Hair-Skin-and-Nails**-isne28099t-
> Healthye28099it-is-just-sleazy-and-deceptive!.aspx - Cached

⊞ Show more results from www.andrew.procapslabs.com

### Andrew Lessman Healthy **Hair**, **Skin** & **Nails** ☆
Andrew Lessman healthy **hair skin nails**. Your vitamins from the source of ... during five
years of monthly appearances on the Q.V.C. shopping network, ...
www.msmforless.com/lessman.htm - Cached - Similar

### 3000 mg biotin supplement for **hair**, **skin and nails** question ☆
Mar 25, 2010 ... If you are getting a reaction to biotin but want to help **hair skin and nails**,
check out the reviews on Super Collagen Powder: ...
community.**qvc**.com/DiscussionDetail/tabid/73/.../Default.aspx - Cached

> Help! I have ugly **nails**! - Apr 29, 2010
> **QVC** sues Lessman - Apr 22, 2010
> Yahoo: Foods that can fix (almost) anything (**skin**, **hair**, **nails**, etc.) - Mar 30, 2010
> Is Perfect Formula Gel Coat good for your **nails** or does it ruin them? - Mar 24, 2010
>
> More results from community.qvc.com »

### A Video Discussion of **QVC's Hair**, **Skin** & **Nails** Product. ☆
Andrew discusses each ingredient in the QVC **Hair**, **Skin and Nail** formula.
wellaware.com/.../Further-Discussion-of-**QVC**e28099s-Naturee28099s-Code-
products.aspx - Cached

### A Quick Follow-up on **QVC's Hair Skin and Nails**. ☆
As far as **QVC's** product name, they clearly chose a harmless, generic name (**Hair Skin**
**and Nails**) and that would have been generically legal if it ended there ...
www.wellaware.net/.../A-Quick-Follow-up-on-**QVC**e28099s-**Hair-Skin-and-Nails**.aspx -
Cached

### Andrew Reviews **QVC's Hair**, **Skin** & **Nails** ☆
10 min - Feb 3, 2010 - ★★★★★
Andrew discusses the Nature's Code **Hair**, **Skin and Nail** product offered by
**QVC**.
www.youtube.com/watch?v=quzYinNf-is - Related videos

Goooooooooogle ▶
1 2 3 4 5 6 7 8 9 10    Next

Sponsored Links

**Beautiful In Just 3 Weeks**
Improve **hair skin and nails** now
See what BeautyScoop can do for you
www.beautyscoop.com

See your ad here »

[hair skin and nails qvc] [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

**Google**  [ nature's code hair skin and nails ]  [Search]   Advanced Search

Web   ⊞ Show options...                                   Results **1** - **10** of about **69,200** for **nature's code hair skin and nails**. (0.27 secon

### QVC's **Hair Skin and Nails**...Over 99% Additives! ☆
In closing, QVC's use of my exact product name to sell their **Nature's Code's Hair Skin and Nails** formula is not just confusing, but as you can tell from the ...
www.andrew.procapslabs.com/.../QVCe28099s-**Hair**-**Skin**-and-**Nails**e280a6Over-9925-Additives!.aspx - Cached

### **natures code** vitamins ☆
A-D **Nature's Code** 180 Day**Hair**, **Skin** ... A-D **Nature's Code** 180 Day**Hair**, **Skin** & **Nails** Auto-Delivery. $30.00. QVC. see details ...
www.shop.com/**nature**:s+**code**+vitamins?nover= - Cached

Shopping results for **nature's code hair skin and nails**

AD **Nature's Code** 365 Day **Hair**, **Skin** & **Nails** Auto-Delivery
$47.00 new - QVC.com
**Nature's Code** 180 Day**Hair**, **Skin** & **Nails** Tablets
$30.00 new - QVC.com
**Hair**, **Skin** & **Nails** by**Natures** Answer, 8 Ounces
$25.69 new - Natural Grocers

### QVC **Nature's Code** A6785 - **Nature's Code** 90 Day **Hair**, **Skin** & **Nails** ... ☆
Read questions and answers real customers have contributed for the A6785 - **Nature's Code** 90 Day**Hair**, **Skin** & **Nails** Tablets.
answers.qvc.com/answers/1689/product/A6785/questions.htm - Cached

   ### QVC **Nature's Code** A201556 - A-D **Nature's Code** 365 Day **Hair**, **Skin** ... ☆
   Asked on: A6785 - **Nature's Code** 90 Day**Hair**, **Skin** & **Nails** Tablets. Question: ... on A201556 - A-D **Nature's Code** 365 Day**Hair**, **Skin** & **Nails** Auto-Delivery ...
   answers.qvc.com/answers/1689/product/A201556/questions.htm?... - Cached

   ⊞ Show more results from answers.qvc.com

### A-D **Nature's Code** 365 Day **Hair**, **Skin** & **Nails** Auto-Delivery - QVC.com ☆
Receive a shipment of **Nature's Code** tablets every 365 days for as long as you remain in this auto-delivery plan. What is it: These **Nature's Code** ...
www.qvc.com/.../params.item.A201556.desc.AD-**Natures**-**Code**-365-Day-**Hair**-**Skin**-**Nails**-AutoDelivery - Cached

   ### **Nature's Code** 365 Day **Hair**, **Skin** & **Nails** Tablets - QVC.com ☆
   What is it: These **Nature's Code** tablets--formulated especially for QVC--complement a healthy lifestyle and all **Nature's Code** products to help support **hair**, ...
   www.qvc.com/.../params.item.A6787.desc.**Natures**-**Code**-365-Day-**Hair**-**Skin**-**Nails**-Tablets - Cached

   ⊞ Show more results from www.qvc.com

### QVC - A6785 - **Nature's Code** 90 Day **Hair**, **Skin** & **Nails** Tablets ... ☆
★★★★★ 7 reviews
Feb 3, 2010 ... QVC product reviews and customer ratings for A6785 - **Nature's Code** 90 Day**Hair**, **Skin** & **Nails** Tablets. Read and compare experiences customers ...
reviews.qvc.com/1689/A6785/reviews.htm - Cached

### A-D **Nature's Code** 365 Day **Hair**, **Skin** & **Nails** Auto-Delivery ... ☆
Save on AD **Nature's Code** 365 Day **Hair**, **Skin** & **Nails** Auto-Delivery with prices starting at $47.00. Read product reviews, find discounts, free shipping and ...
sports-and-outdoors.become.com/ad-**natures**-**code**-365-day-**hair**-**skin**-and-**nails**-autodelivery--compare-prices--sc893968446 - Cached

### A-D **Nature's Code** 180 Day **Hair**, **Skin** & **Nails** Auto-Delivery ☆
A-D **Nature's Code** 180 Day**Hair**, **Skin** & **Nails** Auto-Delivery · A-D **Nature's Code** 180 Day **Hair**, **Skin** & **Nails** Auto-Delivery ...
www.stylefeeder.com/.../A-D-**Nature**-Apos-S-**Code**-180-Day-**Hair**-**Skin**-Amp-**Nails**-Auto-Delivery - Cached

### **Nature's** Answer **Hair**, **Skin** & **Nails** 8 fl oz Liquid - Swanson Health ... ☆
**Nature's** Answer. **Hair**, **Skin** & **Nails**. Be the first to write a review. ... Coupons and Promo **Codes** found on other, third-party websites may or may not be ...
www.swansonvitamins.com/NAT054/ItemDetail - Cached

Searches related to **nature's code hair skin and nails**
nature bounty hair skin nails        gnc hair skin nails program

Goooooooooogle ▶
**1** 2 3 4 5 6 7 8 9 10  Next

[ nature's code hair skin and nails ]  [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

Google  [resveratrex]  [Search]  Advanced Search

Web  ⊞ Show options...                                                      Results **1** - **10** of about **211** for **resveratrex**. (0.14 seco

**Resveratrol - ResveratreX Resveratrol, Giant Knotweed Extracts ...** ☆
Resveratrol - Giant Knotweed Extracts - Resveratrol is branded ingredient extracted from
Polygonum cuspidatum Sieb.et Zu., it comes in the following **...**
www.botaniex.com/english/featured.../Giant_Knotweed.htm - Cached - Similar

**Nature's Code "Resveratrex" Resveratrol Tablet - 180ct. - QVC.com** ☆
Help give your body an extra shield of protection. **Resveratrex** Resveratrol Tablet is a
potent antioxidant pill classified as a polyphenol, **...**
www.qvc.com/.../params.item.A94461.desc.Natures-Code-**Resveratrex**-Resveratrol-
Tablet-180ct - Cached

    **Nature's Code "Resveratrex" Resveratrol Supplement - QVC.com** ☆
    Liquid refreshment that's also good for you. **Resveratrex** Resveratrol Supplement is a
    potent antioxidant drink classified as a polyphenol, **...**
    www.qvc.com/qic/qvcapp.aspx?view=2&app...cm ... - Cached

    ⊞ Show more results from www.qvc.com

**"what is resveratrex"Nutrition Product Reviews and Prices ...** ☆
Epinions.com - Find "what is **resveratrex**"Nutrition.
www.epinions.com/t-what-is--**resveratrex** - Cached - Similar

    **"resveratrex"Nutrition Product Reviews and Prices - Epinions.com** ☆
    **Resveratrex** Resveratrol Tablet is a potent antioxidant pill classified as a polyphenol, a
    class of ... Read full description at QVC **...**
    www.epinions.com/t-**resveratrex** - Cached

**QVC - A94461 - Nature's Code "Resveratrex" Resveratrol Tablet ...** ☆
★★★☆☆ 10 reviews
Sep 28, 2009 ... QVC product reviews and customer ratings for A94461 - Nature's Code
"**Resveratrex**" Resveratrol Tablet - 180ct.. Read and compare experiences **...**
reviews.qvc.com/1689/A94461/reviews.htm - Cached - Similar

**Buy in.Nature's Code in.in.Resveratrexin.in. Resveratrol ...** ☆
**Resveratrex** Resveratrol Supplement is a potent antioxidant drink classified as a
polyphenol, ... "Nature's Code ""**Resveratrex**"" Resveratrol Tablet - 180ct. **...**
www.all-value-shop.com/qvc_item/A94460 - Cached

**All posts tagged 'resveratrex'** ☆
qvc products, **resveratrex**, resveratrol, tablets. Actions: E-mail | Comments (2). Search
Blog. Search Include comments in search. Categories **...**
wellaware.com/?tag=/**resveratrex** - Cached

**All posts by andrew lessman** ☆
Jan 22, 2010 ... QVC's **Resveratrex** Tablet. Other than its large size, the first thing you
notice about QVC's **Resveratrex** tablet is its beautiful color – just **...**
www.andrew.procapslabs.com/author/Andrew%20Lessman.aspx?... - Cached

**Nature's Code ""Resveratrex"" Resveratrol Supplement | Compare ...** ☆
Save on Nature's Code ""**Resveratrex**"" Resveratrol Supplement with prices starting at
$29.96. Read product reviews, find discounts, free shipping and special **...**
sports-and-outdoors.become.com/natures-code-**resveratrex**-resveratrol-supplement--
compare-prices--sc863615717 - Cached

Gooooooooogle ▶
**1** 2 3 4 5 6 7 8 9 10  Next

[resveratrex]  [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

**Google**  [qvc resveratrol]  [Search]  Advanced Search

Web  ➕ Show options...                                        Results **1 - 10** of about **87,800** for **qvc resveratrol**. (0.30 seconds)

Sponsored Links                                              Sponsored Links

**Resveratrol**
www.HSN.com   Find Top Brands, Great Prices on Treadmills, Exercise Bikes & More.

**ReserveAge Resveratrol**
www.phillypharmacy.com   Save on ReserveAge Organics. Best Value for Reserveage!

**Resveratrol - 84% Off**
www.VitaCost.com/Resveratrol   Gluten Free, Kosher, Organic. Wide Selection, Top Brands. Save Today!
➕ Show products from Vitacost.com for qvc resveratrol

**High-Potency Resveratrol**
World's Best Selling Resveratrol
Vegan and Consumer Lab Certified
Biotivia.com/Resveratrol

**Resveratrol 700mg**
Veggie Caps $39.99 /120 $75.99 /240
Free Shipping - Top Quality
www.bestvite.com

**QVC** Nature's Code A95563 - A-D Nature's Code **Resveratrol** Tablet ... ☆
**QVC** customers questions and answers for Nature's Code A95563 - AD Nature's Code
**Resveratrol** Tablet 180ct Auto-Delivery. Read questions and answers real ...
answers.qvc.com/answers/1689/product/A95563/questions.htm - Cached

Nature's Code "Resveratrex" **Resveratrol** Tablet - 180ct. - **QVC**.com ☆
Help give your body an extra shield of protection. Resveratrex**Resveratrol** Tablet is a potent
antioxidant pill classified as a polyphenol, ...
www.qvc.com/.../qvcapp.../params.item.A94461.desc.Natures-Code-Resveratrex-
Resveratrol-Tablet-180ct - Cached

**Walgreens Vitamins Sale**
Buy 1 Get 1 On Finest Resveratrol @
Walgreens.com. Shop Now & Save!
www.Walgreens.com/Vitamins

**Resveratrol 70% Off Today**
Extra Strength Trans-Resveratrol
Read About Resveratrol & Longevity
www.WholeHealth.com/Resveratrol

Shopping results for **qvc resveratrol**

AD Nature's Code Resveratrex **Resveratrol** Drink Auto-Delivery
$33.00 new - QVC.com
AD Nature's Code **Resveratrol** Tablet 180ct Auto-Delivery
$54.12 new - QVC.com
Nature's Code "Resveratrex" **Resveratrol** Tablet - 180ct.
$54.12 new - QVC.com

**Resveratrol**
BOGO Sale! High-Potency Resveratrol
100% Money Back Guarantee - In stock
www.Puritan.com/resveratrol

**Resveratrol**
99% Pure Trans-Resveratrol Products
USA Lab Purity Certified. On Sale!
www.MegaResveratrol.net/Resveratrol
[Google Checkout]

Andrew Reviews **QVC's Resveratrol** products ☆
10 min - Feb 3, 2010 - ★★★★★
Andrew discusses the two Nature's Code Resveratrex products offered by
QVC.
www.youtube.com/watch?v=rlsI8yml8oo - Related videos

**Resveratrol** Price Watch
Over 80 Resveratrol Prices Compared
- Questions Answered & Public Forum
www.lmmlnst.org

**QVC** - A94461 - Nature's Code "Resveratrex" **Resveratrol** Tablet ... ☆
★★★☆☆ 10 reviews
Sep 20, 2009 ... **QVC** product reviews and customer ratings for A94461 - Nature's Code
"Resveratrex" **Resveratrol** Tablet - 180ct. Read and compare experiences ...
reviews.qvc.com/1689/A94461/reviews.htm - Cached - Similar

**Resveratrol** Supplement
Buy 2 Get 1 Free Offer
Shop and Save 30%
healthysupplementsdirect.com

**QVC** - A92425 - 100% Pure Red Wine **Resveratrol** Hydrating ... ☆
★★★★☆ 26 reviews
**QVC** product reviews and customer ratings for A92425 - 100% Pure Red Wine **Resveratrol**
Hydrating Concentrate. Read and compare experiences customers have had ...
reviews.qvc.com/1689/A92425/reviews.htm - Cached

Philosphy - Miracle Worker - **Resveratrol** - USE 100% Pure Instead ☆
Apr 12, 2010 ... How do you know how much **resveratrol** is in Miracle Worker? Did
Philosophy tell you? You can't tell percentages just by looking at where it ...
community.qvc.com/DiscussionDetail/tabid/73/.../Default.aspx - Cached

A Video Discussion of **QVC's Resveratrol** Products. ☆
Andrew discusses both the Resveratrex tablet and drink.
wellaware.com/.../A-Video-Discussion-of-QVCs-Resveratrol-Products.aspx - Cached

**Resveratrol** Reviews ☆
Earthtimes (press release), Resveratrol Capsules Health Benefits, Resveratrol Capsules -
Anti Aging and Anti Cancer, Andrew Reviews qvc's Resveratrol ...
www.dipity.com/timeline/Resveratrol-Reviews - Cached

**Resveratrol**. Doctor Oz's Broadcast regarding Higher Doses and ... ☆
Feb 5, 2010 ... << A Video Discussion of **QVC's Resveratrol** Products. | Question: When is
a "Doctor" not really a Doctor? Answer: When they appear with ...
www.andrew.procapslabs.com/.../Resveratrol-Doctor-Oze28099s-Broadcast-regarding-
Higher-Doses-and-Oxygen-Free-Production.aspx - Cached - Similar

Links on "Andrew Lessman" | Facebook ☆
Oct 10, 2009 ... Andrew Lessman A Review of **QVC's Resveratrol** products
http://www.youtube.com/watch?v=rlsI8yml8oo · QVC Resveratrol Revisited.mp4 ...
www.facebook.com/posted.php?id=258598940429 - Cached - Similar

Goooooooooogle ▶
**1** 2 3 4 5 6 7 8 9 10    Next

[qvc resveratrol]  [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

**Google**  qvc resveratrex       [Search]   Advanced Search

Web  + Show options...                                         Results **1** - **10** of about **1,250** for **qvc resveratrex**. (0.17 secon

Nature's Code "**Resveratrex**" Resveratrol Tablet - 180ct. - **QVC**.com ☆                  Sponsored Links
Help give your body an extra shield of protection. **Resveratrex** Resveratrol Tablet is a
potent antioxidant pill classified as a polyphenol, ...                                    HSN - Official Site
www.**qvc**.com/.../**qvc**app.../params.item.A94461.desc.Natures-Code-**Resveratrex**-      New Customers Get Free Shipping on
Resveratrol-Tablet-180ct - Cached                                                          Purchase at HSN with Coupon #C76886
                                                                                           www.HSN.com
  A-D Nature's Code **Resveratrex** Resveratrol DrinkAuto-Delivery - **QVC**.com
  Description. About **Resveratrex**. Liquid refreshment that's also good for you. ...      See your ad here »
  www.**qvc**.com/.../**qvc**app.../params.item.A95559.desc.AD-Natures-Code-...

  Nature's Code "**Resveratrex**" Resveratrol Supplement - **QVC**.com
  Liquid refreshment that's also good for you. **Resveratrex** Resveratrol ...
  www.**qvc**.com/qic/**qvc**app.aspx?view=2&app=detail...cm...

  More results from qvc.com »

**QVC** - A94461 - Nature's Code "**Resveratrex**" Resveratrol Tablet ... ☆
★★★☆☆ 10 reviews
Sep 28, 2009 ... **QVC** product reviews and customer ratings for A94461 - Nature's Code
"**Resveratrex**" Resveratrol Tablet - 180ct.. Read and compare experiences ...
reviews.**qvc**.com/1689/A94461/reviews.htm - Cached - Similar

Shopping results for **qvc resveratrex**

AD Nature's        Nature's Code      Nature's Code      AD Nature's
Code               "**Resveratrex**"   "**Resveratrex**"   Code
**Resveratrex**     Resveratrol        Resveratrol        Resveratrol
$33.00 new         $54.12 new         $33.00 new         $54.12 new
QVC.com            QVC.com            QVC.com            QVC.com

**QVC** Nature's Code A94461 - Nature's Code "**Resveratrex**" Resveratrol ... ☆
**QVC** customers questions and answers for Nature's Code A94461 - Nature's Code "
**Resveratrex**" Resveratrol Tablet - 180ct.. Read questions and answers real ...
answers.**qvc**.com/answers/1689/product/A94461/questions.htm - Cached

"what is **resveratrex**"Nutrition Product Reviews and Prices ... ☆
**Resveratrex** Resveratrol Supplement is a potent antioxidant drink classified as a
polyphenol, a class of n... Read full description at **QVC** ...
www.epinions.com/t-what-is--**resveratrex** - Cached - Similar

  "**resveratrex**"Nutrition Product Reviews and Prices - Epinions.com
  **Resveratrex** Resveratrol Tablet is a potent antioxidant pill classified as a polyphenol, a
  class of ... Read full description at **QVC** ...
  www.epinions.com/t-**resveratrex** - Cached

All posts by andrew lessman ☆
Jan 22, 2010 ... **QVC's Resveratrex** Tablet. Other than its large size, the first thing you
notice about **QVC's Resveratrex** tablet is its beautiful color – just ...
www.andrew.procapslabs.com/author/Andrew%20Lessman.aspx?... - Cached

Resveratrol Benefits » **resveratrex** ☆
No Comments Tagged healthy, japanese-knotweed, nature, polygonum-cuspidatum,
product, products, quality, **qvc**, **resveratrex**, supplements, vitamins, words ...
resveratrol-trial-offer.com/blog/?tag=**resveratrex** - Cached

YouTube - Andrew Reviews **QVC's** Resveratrol products ☆
Andrew discusses the two Nature's Code **Resveratrex** products offered by **QVC**. Andrew
discusses the two Nature's Code **Resveratrex** products offered by **QVC**. ...
www.youtube.com/watch?v=rlsl8yml8oo - Cached

Nature's Code ""**Resveratrex**"" Resveratrol Supplement | Compare ... ☆
Liquid refreshment that's also good for you. **Resveratrex** Resveratrol Supplement is a
potent antioxidant drink classified ... Read More · **QVC** ...
sports-and-outdoors.become.com/natures-code-**resveratrex**-resveratrol-supplement--
compare-prices--sc863615717 - Cached

Buy in.Nature's Code in.in.Resveratrexin.in. Resveratrol ... ☆
Browse more **QVC** products in Specialty Formulas: A-D Nature's Code 2pk SuperBerry
Antioxidant Drink Aut-Delvr · Nature's Code **Resveratrex** Resveratrol Tablet ...
www.all-value-shop.com/**qvc**_item/A94460 - Cached

Goooooooooogle ▶
**1** 2 3 4 5 6 7 8 9 10  Next

qvc resveratrex     [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

**Google** | nature's code resveratrex | [Search] Advanced Search

Web  + Show options...                                                Results **1** - **10** of about **1,260** for **nature's code resveratrex**. (0.64 seco

**Nature's Code "Resveratrex" Resveratrol Tablet - 180ct. - QVC.com** ☆
Help give your body an extra shield of protection. **Resveratrex** Resveratrol Tablet is a potent antioxidant pill classified as a polyphenol, ...
www.qvc.com/.../params.item.A94461.desc.**Natures-Code-Resveratrex**-Resveratrol-Tablet-180ct - Cached

    **A-D Nature's Code Resveratrex** Resveratrol Drink Auto-Delivery - QVC.com ☆
    Liquid refreshment that's also good for you. And conveniently delivered right to your door every 21 days, courtesy of this auto-delivery plan. **Resveratrex** ...
    www.qvc.com/qic/qvcapp.aspx?view=2&app...cm ... - Cached

    + Show more results from www.qvc.com

Shopping results for **nature's code resveratrex**

    AD **Nature's Code Resveratrex** Resveratrol Drink Auto-Delivery
    $33.00 new - QVC.com
    **Nature's Code "Resveratrex" Resveratrol Tablet - 180ct.**
    $54.12 new - QVC.com
    **Nature's Code "Resveratrex" Resveratrol Supplement**
    $33.00 new - QVC.com

**QVC - A94461 - Nature's Code "Resveratrex" Resveratrol Tablet ...** ☆
★★★☆☆ 10 reviews
Sep 28, 2009 ... QVC product reviews and customer ratings for A94461 - **Nature's Code "Resveratrex"** Resveratrol Tablet - 180ct.. Read and compare experiences ...
reviews.qvc.com/1689/A94461/reviews.htm - Cached - Similar

**QVC Nature's Code A94461 - Nature's Code "Resveratrex" Resveratrol ...** ☆
QVC customers questions and answers for **Nature's Code** A94461 - **Nature's Code "Resveratrex"** Resveratrol Tablet - 180ct.. Read questions and answers real ...
answers.qvc.com/answers/1689/product/A94461/questions.htm - Cached

**"what is resveratrex"Nutrition Product Reviews and Prices ...** ☆
A-D **Nature's Code Resveratrex** Resveratrol Drink Auto-Delivery Liquid refreshment that's also good for you. And conveniently delivered right to your door ...
www.epinions.com/t-what-is--**resveratrex** - Cached - Similar

**Buy in.Nature's Code in.in.Resveratrexin.in. Resveratrol ...** ☆
Manufacturer: **Nature's Code** Liquid refreshment that's also good for you. **Resveratrex** Resveratrol Supplement is a potent antioxidant drink classified as a ...
www.all-value-shop.com/qvc_item/A94460 - Cached

**Nature's Code ""Resveratrex"" Resveratrol Supplement | Compare ...** ☆
Save on **Nature's Code** ""**Resveratrex**"" Resveratrol Supplement with prices starting at $29.96. Read product reviews, find discounts, free shipping and special ...
sports-and-outdoors.become.com/**natures-code-resveratrex**-resveratrol-supplement--compare-prices--sc863615717 - Cached

**natures code vitamins** ☆
A-D **Nature's Code Resveratrex** Resvera... A-D **Nature's Code Resveratrex** Resveratrol Drink Auto-Delivery. $33.00. QVC. see details ...
www.shop.com/**nature**:s+**code**+vitamins?nover= - Cached

**Natures code vitamins Vitamins & Nutrition at bizrate - Shop ...** ☆
Best prices on Natures code vitamins in Vitamins & Nutrition online. Visit bizrate to find the ... **Nature's Code "Resveratrex"** Resveratrol Tablet - 180ct. ...
www.bizrate.com › ... › Vitamins & Nutrition - Cached - Similar

**Resveratrol Reviews** ☆
Andrew Reviews qvc's Resveratrol products. Feb 3, 2010 3:29 PM. Andrew discusses the two **Nature's Code Resveratrex** products offered by QVC. ...
www.dipity.com/timeline/Resveratrol-Reviews/list - Cached

Gooooooooogle ▶
**1** 2 3 4 5 6 7 8 9 10  Next

| nature's code resveratrex | [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

**Google**  nature's code resveratrol  [Search]  Advanced Search

Web  + Show options...                                                  Results **11 - 20** of about **1,430,000** for **nature's code resveratrol**. (0.27 secon

| Sponsored Links | Sponsored Links |

**98% pure resveratrol**
www.pureandhealthy.com    Purity guaranteed, veggie caps Helps with weight loss, anti-aging

**100% Premium Resveratrol**
www.tnvitamins.com    100mg 60 Caps - 2 For Only $10.77. 250mg 30 Caps - 2 For Only $8.97.

**ReserveAge Ubiquinone**
www.phillypharmacy.com    Save on ReserveAge Organics. Best Value for Reserveage!

**Resveratrol**
BOGO Sale! High-Potency Resveratrol
100% MoneyBack Guarantee- In stock
www.Puritan.com/resveratrol

**Pure Natural Resveratrol**
99% Pure Resveratrol Extract. Low
Price, Purity Certified. On Sale!
www.MegaResveratrol.net/Resveratrol
[Google Checkout]

**2010's Top Resveratrol**
Learn Which Resveratrol Products
Work. See Who Rated Most Effective.
www.ExtractHeaven.com

**Resveratrol on Sale.**
Many National Brands to choose from
Free Shipping. Fast Delivery.
MotherNature.com

See your ad here »

**Natures code** vitamins Vitamins & Nutrition at bizrate - Shop ...
Best prices on **Natures code** vitamins in Vitamins & Nutrition online. Visit bizrate to find the
... **Nature's Code** "**Resveratrex**" **Resveratrol** Tablet - 180ct. ...
www.bizrate.com › ... › Vitamins & Nutrition - Cached - Similar

**Nature's** Way, **Resveratrol** Synergistic Formula, 60 Vcaps - iHerb.com
**Nature's** Way, **Resveratrol** Synergistic Formula, 60 Vcaps - UPC **Code**: 033674156117.
Package Quantity: 60 Vcaps. Shipping Weight: 0.12 lbs (0.05 kg) ...
www.iherb.com/**Nature**-s-Way-**Resveratrol**-Synergistic.../4248?at... - Cached

Buy A-D **Nature's Code** 2pk SuperBerry Antioxidant Drink Aut-Delvr ...
A-D **Nature's Code Resveratrex Resveratrol** Drink Auto-Delivery · **Nature's Code** 180 Day
Hair, Skin & Nails Tablets · A-D **Nature's Code** 120day ExtraStrength ...
www.all-value-shop.com/qvc_item/A91159 - Cached

Buy **Natures** Plus - Herbal Actives Extended Release **Resveratrol** 125 ...
Product: Herbal Actives Extended Release **Resveratrol**. **Code**#: LuckyID: 73390 | UPC:
097467073715. Manufacturer: **Nature's** Plus. Size/Form: 120 Tablets ...
www.luckyvitamin.com/p-23652-**natures**-plus-herbal-actives-extended-release-
**resveratrol**-125-mg-120-tablets - Cached

"what is resveratrex"Nutrition Product Reviews and Prices ...
A-D **Nature's Code Resveratrex Resveratrol** Drink Auto-Delivery Liquid refreshment that's
also good for you. And conveniently delivered right to your door ...
www.epinions.com/t-what-is--resveratrex - Cached - Similar

**Resveratrol natures** way - Shop sales, stores & prices at TheFind.com
**Resveratrol** Antioxidant Formula 60 vegicaps from **Nature's Way Resveratrol** Vegetarian
Capsules Retail Price: $20.99 $13.39 Item **Code**: NW1164 **Resveratrol** ...
green.thefind.com/beauty/browse-**resveratrol-natures**-way - Cached - Similar

**Resveratrol**, 50 mg, 120 Capsules, **Nature's** Bloom
BuyDiscount **Resveratrol**, 50 mg, 120 Capsules, **Nature's** Bloom at ... Item **Code**:
NBM-00148 ... Buy**Resveratrol**, 50 mg from **Nature's** Bloom at VitaSprings, ...
www.vitasprings.com › Vitamins & Supplements › Resveratrol - Cached - Similar

Nutrition - Find great deals, lowest prices, and buy Nutrition at ...
Acai & **Resveratrol** 2 great extracts together in 1 veggie capsule! ..... **Nature's Code**
SuperBerry Supplement Drink w/30 Acai Chews. $35.00. QVC. Save to list ...
www.shopping.com/-acai+**resveratrol**++review - Cached - Similar

QVC - A95563 - A-D **Nature's Code Resveratrol** Tablet 180ct Auto ...
QVC product reviews and customer ratings for A95563 - AD **Nature's Code Resveratrol**
Tablet 180ct Auto-Delivery. Read and compare experiences customers have ...
reviews.qvc.com/1689/A95563/reviews.htm?page=2...true - Cached

**Resveratrol** Reviews
Andrew Reviews qvc's **Resveratrol** products. Feb 3, 2010 3:29 PM. Andrew discusses the
two **Nature's Code** Resveratrexproducts offered by QVC. ...
www.dipity.com/timeline/**Resveratrol**-Reviews - Cached

◄ Goooooooooogle ►
Previous  1 2 **3** 4 5 6 7 8 9 10 11  Next

nature's code resveratrol  [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

**Google** | qvc supplements | Search | Advanced Search

Web  ⊞ Show options...　　　　　　　　　　　　　　　　　　　Results **21** - **30** of about **239,000** for **qvc supplements**. (0.18 secon

### Which Vitamins & **Supplements** Do Men & Women REALLY Need To Take ... ☆
Which vitamin **supplements** should you take? And why are vitamins so important? ... sign up for the auto-delivery of Nature's Code multivitamins through **QVC**. ...
health.thefuntimesguide.com/.../best_vitamins_**supplements**.php - Cached - Similar

### Pay back time for **QVC** over false weight loss claims ☆
Apr 29, 2010 ... The Federal Trade Commission will tomorrow start reimbursing consumers for their purchase of **supplements** sold by the **QVC** shopping channel, ...
www.nutraingredients-usa.com/.../Pay-back-time-for-**QVC**-over-false-weight-loss-claims? ... - 2 hours ago

### Theragran Premier CoQ10 and **QVC** Vitamins. ☆
Jul 8, 2009 ... I've never tried the NC's but I can't take any other vitamin or **supplement** other than yours though yes i've tried. Don't worry, the Q in **QVC** ...
www.wellaware.net/.../Theragran-Premier-CoQ10-and-**QVC**-Vitamins.aspx - Cached

### **QVC** - M18664 - HALO Set of 2 VitaGlo Dream Coat **Supplements** for ... ☆
**QVC** product reviews and customer ratings for M18664 - HALO Set of 2 VitaGlo Dream Coat **Supplements** for Pets. Read and compare experiences customers have had ...
reviews.**qvc**.com/1689/M18664/reviews.htm?page=2&sort... - Cached

### **QVC** to Settle Deceptive Claims Charges ☆
**QVC** to Settle Deceptive Claims Charges. Dietary **supplements**, anti-cellulite ... TV home shopping channel **QVC**, Inc. has agreed to pay $7.5 million to settle ...
www.consumeraffairs.com/news04/2009/03/ftc_**qvc**.html - Cached

### FTC to Mail Out $6 Million in Refunds to Consumers Who Bought ... ☆
FTC to Mail Out $6 Million in Refunds to Consumers Who Bought Deceptively Advertised Weight-loss **Supplements** from **QVC** 2010-04-28 - AHPA...
www.npicenter.com/anm/anmviewer.asp?a=27003&z=18 - Cached

### **QVC's** Hair Skin and Nails...Over 99% Additives! ☆
Let's begin our review with a look at **QVC's** Hair Skin and Nails **Supplement** Facts Panel (oddly incomplete on **QVC's** website), but a quick look at the label ...
www.andrew.procapslabs.com/.../**QVC**e28099s-Hair-Skin-and-Nailse280a6Over-9925-Additives!.aspx - Cached

### Quigley Corporation (Cold-Eeze): FTC News Release (1999) ☆
The proposed **QVC** settlement would prohibit it from making any claim that any dietary **supplement** can or will cure, treat, or prevent disease, ...
www.quackwatch.org/02ConsumerProtection/ftczinc.html - Cached - Similar

### **QVC** to Settle Deceptive Claims Charges - Inform ☆
Dietary **supplements**, anti-cellulite skin cream at issue TV home shopping channel **QVC**, Inc. has agreed to pay $7.5 million to settle Federal Trade Commissi.
inform.com/**qvc**-inc./**qvc**-settle-deceptive-claims-charges-228473a - Cached

### www.ex-klusiv.com,video games,weightloss,herbal **supplements**,**qvc** ... ☆
wholesale video games, weight loss, **qvc** jewelry,pure bare minerals makeup,herbal **supplements**.
www.ex-klusiv.com/IndexEx-klusiv.html

Sponsored Links

**HSN - Official Site**
New Customers Get Free Shipping on
Purchase at HSN with Coupon #C76886
www.HSN.com

See your ad here »

◄ Goooooooooooogle ►
Previous  1 2 3 4 5 6 7 8 9 10 11 12  Next

| qvc supplements | Search |

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google



Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

**Google** [nature's code hair skin and nails review]  [Search]  Advanced Search

Web  ⊞ Show options...                                Results **1 - 10** of about **233,000** for **nature's code hair skin and nails review**. (0.34 seco

**QVC - A6785 - Nature's Code 90 Day Hair, Skin & Nails Tablets ...** ☆
★★★★★ 7 reviews
Feb 3, 2010 ... QVC product **reviews** and customer ratings for A6785 - **Nature's Code** 90
Day **Hair**, **Skin & Nails** Tablets. Read and compare experiences customers ...
**reviews**.qvc.com/1689/A6785/**reviews**.htm - Cached

**QVC Nature's Code A201554 - A-D Nature's Code 180 Day Hair, Skin ...** ☆
I've read many **reviews** that say a difference is noticed in **nails** in a few weeks. ... on
A201554 - A-D **Nature's Code** 180 Day **Hair**, **Skin & Nails** Auto-Delivery ...
answers.qvc.com/answers/1689/product/A201554/questions.htm - Cached

**QVC's Hair Skin and Nails...Over 99% Additives!** ☆
Let's begin our **review** with a look at QVC's **Hair Skin and Nails** Supplement ...... HAIR, SKIN
AND NAILS - yes **Natures Code's** brand had a lot of additives but ...
www.andrewprocapslabs.com/.../QVCe28099s-**Hair**-**Skin**-and-**Nails**e280a6Over-
9925-Additives!.aspx - Cached

**Nature's Bounty Hair Skin & Nails Tablets review** ☆
**hair nails review** image. **Nature's** Bounty **Hair**, **Skin & Nails** tablets have a number ...
button on the right or right click on the link **code** and select copy, ...
shared**reviews**.com/health/.../**nature**-s-bounty-**hair**-**skin**-**nails**-tablets - Cached

**natures code vitamins** ☆
**Review** this Product ..... A-D **Nature's Code** 180 Day **Hair**, **Skin** ... A-D **Nature's Code** 180
Day **Hair**, **Skin & Nails** Auto-Delivery ...
www.shop.com/**nature**:s+**code**+vitamins?nover= - Cached

**A-D Nature's Code 365 Day Hair, Skin & Nails Auto-Delivery ...** ☆
Save on AD **Nature's Code** 365 Day **Hair**, **Skin & Nails** Auto-Delivery with prices starting at
$47.00. Read product **reviews**, find discounts, free shipping and ...
sports-and-outdoors.become.com/ad-**natures**-**code**-365-day-**hair**-**skin**-and-**nails**-
autodelivery--compare-prices--sc893968446 - Cached

**Hair Skin And Nail Vitamin - Health & Beauty - Compare Prices ...** ☆
To show Tax and Shipping, enter your ZIP **code**. ZIP **code**: .... **Nature's** Answer Liquid **Hair
Skin Nails** - 8 Fluid Ounces Liquid - Other Supplements ...
www.nextag.com/**hair**-**skin**-and-**nail**-vitamin/shop-html - Cached - Similar

**Nature's Answer Hair, Skin & Nails 8 fl oz Liquid - Swanson Health ...** ☆
**Nature's** Answer. **Hair**, **Skin & Nails**. Be the first to write a **review**. ... Coupons and Promo
**Codes** found on other, third-party websites may or may not be ...
www.swansonvitamins.com/NAT054/ItemDetail - Cached

**Nature's Code 365 Day Hair, Skin & Nails Tablets - QVC.com** ☆
**Nature's Code** 90 Day**Hair**, **Skin & Nails** Tablets. A6785 • $20.00. **Nature's Code** 180 Day
**Hair** & **Nails** Tablets. A6786 • $30.00 ...
www.qvc.com/.../params.item.A6787.desc.**Natures**-**Code**-365-Day-**Hair**-**Skin**-**Nails**-Tablets
- Cached

**Natures Bounty Hair Skin And Nails Tabs 120ct 120 Ea - - Shopping.com** ☆
Verification **code** does not match the image. ... **Natures** Bounty**Hair Skin And Nails** Tabs
120ct 120 Ea. No **reviews** yet. Be the first! Currently unavailable. ...
www.shopping.com/xPO-Vitamins-**Nature**-s-Bounty-**Hair**-**Skin**-and-**Nails**-tabs-120ct-
120-ea - Cached - Similar

Goooooooooogle ▶
**1** 2 3 4 5 6 7 8 9 10 Next

[nature's code hair skin and nails review]  [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

**Google**  nature's code resveratrol review  [Search]  Advanced Search

Web  ⊞ Show options...                                    Results **1 - 10** of about **397,000** for **nature's code resveratrol review**. (0.44 sec...

**Resveratrol - 84% Off**                                                 Sponsored Links        Sponsored Links
www.VitaCost.com/Resveratrol   Gluten Free, Kosher, Organic. Wide Selection, Top Brands. Save Today!
⊞ Show products from Vitacost.com for nature's code resveratrol review                          **Resveratrol Price Watch**
                                                                                                Over 80 **Resveratrol** Prices Compared
**Walgreens Vitamins Sale**                                                                     - Questions Answered & Public Forum
www.Walgreens.com/Vitamins   Buy 1 Get 1 On Finest **Resveratrol** @ Walgreens.com. Shop Now & Save!   www.lmmlnst.org

**QVC - A94461 - Nature's Code "Resveratrex" Resveratrol Tablet ...** ☆                          **Resveratrol 70% Off Today**
★★★☆☆ 10 reviews                                                                                Extra Strength Trans-**Resveratrol**
Sep 28, 2009 ... QVC product **reviews** and customer ratings for A94461 - **Nature's Code**          Best Value-Our $15 bottle is 9750mg
"Resveratrex" **Resveratrol** Tablet - 180ct.. Read and compare experiences ...                    www.WholeHealth.com/**Resveratrol**
**reviews**.qvc.com/1689/A94461/**reviews**.htm - Cached - Similar
                                                                                                **2010's Top Resveratrol**
  QVC - A95563 - A-D **Nature's Code Resveratrol** Tablet 180ct Auto ... ☆                         Learn Which **Resveratrol** Products
  QVC product **reviews** and customer ratings for A95563 - AD **Nature's Code Resveratrol**         Work. See Who Rated Most Effective.
  Tablet 180ct Auto-Delivery. Read and compare experiences customers have ...                   www.ExtractHeaven.com
  **reviews**.qvc.com/1689/A95563/**reviews**.htm?page=2...true - Cached
                                                                                                **Truth About Resveratrol**
    ⊞ Show more results from reviews.qvc.com                                                    You Have to Read This **Review**! Get
                                                                                                the Truth About **Resveratrol**.
**QVC Nature's Code A95563 - A-D Nature's Code Resveratrol Tablet ...** ☆                         BestBeautyPicks.com/**Resveratrol**
Read questions and answers real customers have contributed for the A95563 - AD
**Nature's Code Resveratrol** Tablet 180ct Auto-Delivery.                                          See your ad here »
answers.qvc.com/answers/1689/product/A95563/questions.htm - Cached

**Nature's Code ""Resveratrex"" Resveratrol Supplement | Compare ...** ☆
Save on **Nature's Code** ""Resveratrex"" **Resveratrol** Supplement with prices starting at
$29.96. Read product **reviews**, find discounts, free shipping and special ...
sports-and-outdoors.become.com/natures-code-resveratrex-resveratrol-supplement--
compare-prices--sc863615717 - Cached

**Resveratrol Reviews** ☆
Andrew **Reviews** qvc's **Resveratrol** products. Feb 3, 2010 3:29 PM. Andrew discusses the
two **Nature's Code** Resveratrex products offered by QVC. ...
www.dipity.com/timeline/**Resveratrol-Reviews** - Cached

**Natures code** Vitamins & Nutrition at bizrate - Shop online for ... ☆
Read **reviews** on Health & Beauty Supplies merchants and buy with confidence. .... A-D
**Nature's Code Resveratrol** Tablet 180ct Auto-Delivery see more like this ...
www.bizrate.com/vitamins-nutrition/**natures-code**/ - Cached

**Nature's Way, Resveratrol Synergistic Formula, 60 Vcaps - Customer ...** ☆
UPC **Code**: 033674156117. Package Quantity: 60 Vcaps. Shipping Weight: 0.12 lbs (0.05
kg) ... Note: iHerb does not imply any medical claims from this **review**. Disclaimer ...
**Nature's** Way, **Resveratrol**, January 01, 2010 ...
www.iherb.com/**Nature-s-Way-Resveratrol**-Synergistic-.../4248?at... - Cached

Nutrition - Find great deals, lowest prices, and buy Nutrition at ... ☆
Nutrition acai **resveratrol review**. Sort By Relevance Price. 40 per page, 80 per page .....
**Nature's Code** SuperBerry Supplement Drink w/30 Acai Chews ...
www.shopping.com/-acai+**resveratrol**++**review** - Cached - Similar

**resveratrol reviews** ☆
Andrew **Reviews** qvc's **Resveratrol** products. Andrew discusses the two **Nature's Code**
Resveratrex products offered by QVC. Added: February 4, 2010 ...
www.fastdietfatloss.com/fat-loss-wlx/**resveratrol**%20**reviews** - Cached

"what is resveratrex"Nutrition Product **Reviews** and Prices ... ☆
A-D **Nature's Code** Resveratrex**Resveratrol** DrinkAuto-Delivery ... 6405 store **reviews** ...
A-D **Nature's Code Resveratrol** Tablet 180ct Auto-Delivery ...
www.epinions.com/t-what-is--resveratrex - Cached - Similar

Goooooooooogle ▶
1 2 3 4 5 6 7 8 9 10  Next

nature's code resveratrol review  [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

**Google**  | nature's code resveratrex review | [Search]  Advanced Search

Web  ⊞ Show options...                    Results **1 - 10** of about **290** for **nature's code resveratrex review**. (0.29 seconds)

QVC - A94461 - **Nature's Code** "**Resveratrex**" Resveratrol Tablet ... ☆
★★★☆☆ 10 reviews
Sep 28, 2009 ... QVC product **reviews** and customer ratings for A94461 - **Nature's Code** "**Resveratrex**" Resveratrol Tablet - 180ct.. Read and compare experiences ...
**reviews**.qvc.com/1689/A94461/**reviews**.htm - Cached - Similar

"what is **resveratrex**"Nutrition Product **Reviews** and Prices ... ☆
Epinions.com - Find "what is **resveratrex**"Nutrition. ... A-D **Nature's Code Resveratrex** Resveratrol DrinkAuto-Delivery ... 6405 store **reviews** ...
www.epinions.com/t-what-is--**resveratrex** - Cached - Similar

"**resveratrex**"Nutrition Product **Reviews** and Prices - Epinions.com ☆
Epinions.com - Find "**resveratrex**"Nutrition. ... 6406 store **reviews** ... A-D **Nature's Code Resveratrex** Resveratrol DrinkAuto-Delivery ...
www.epinions.com/t-**resveratrex** - Cached

⊞ Show more results from www.epinions.com

**Nature's Code** ""**Resveratrex**"" Resveratrol Supplement | Compare ... ☆
Save on **Nature's Code** ""**Resveratrex**"" Resveratrol Supplement with prices starting at $29.96. Read product **reviews**, find discounts, free shipping and special ...
sports-and-outdoors.become.com/**natures-code-resveratrex**-resveratrol-supplement--compare-prices--sc863615717 - Cached

**Nature's Code** 90 Day Vitamin System w/CoQ10 & Antioxidants - QVC.com ☆
A-D **Nature's Code** SuperBerry Acai Chews 60-Day Auto-Delivery. A93482 • $29.50. A-D **Nature's Code Resveratrex** Resveratrol DrinkAuto-Delivery. A95559 • $33.00 ...
www.qvc.com/qic/qvcapp.../params.item.A00185.cm_scid.PROM - Cached

Nutritional Supplements — Wellness & Sports — QVC.com ☆
4.8194 of 5 Stars, (72 **reviews**) ... 3.2647 of 5 Stars, (34 **reviews**) ... A-D **Nature's Code Resveratrex** Resveratrol DrinkAuto-Delivery QVC Price: $33.00 ...
www.qvc.com/cgen/render.aspx?qp=class%7C8516...no... - Cached

⊞ Show more results from www.qvc.com

**natures code** vitamins ☆
**Review** this Product ..... A-D **Nature's Code Resveratrex** Resvera... A-D **Nature's Code Resveratrex** Resveratrol DrinkAuto-Delivery ...
www.shop.com/**nature**:s+**code**+vitamins?nover= - Cached

**Natures code** vitamins Vitamins & Nutrition at bizrate - Shop ... ☆
Read **reviews** on Health & Beauty Supplies merchants and buy with confidence. ...
**Nature's Code** "**Resveratrex**" Resveratrol Tablet - 180ct. see more like this ...
www.bizrate.com › ... › Vitamins & Nutrition - Cached - Similar

Resveratrol **Reviews** ☆
Andrew **Reviews** qvc's Resveratrol products. Feb 3, 2010 3:29 PM. Andrew discusses the two **Nature's Code Resveratrex** products offered by QVC. ...
www.dipity.com/timeline/Resveratrol-**Reviews** - Cached

Andrew **Reviews** QVC's Resveratrol products ☆

10 min - Feb 3, 2010 - ★★★★★
Andrew discusses the two **Nature's Code Resveratrex** products offered by QVC.
www.youtube.com/watch?v=rlsI8ymI8oo - Related videos

Goooooooooogle ▶
1 2 3 4 5 6 7 8 9  Next

| nature's code resveratrex review | [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google