# EXHIBIT D

Screen Capture from May 6, 2010



…

http://community.qvc.com/DiscussionDetail/tabid/73/CatID/2/TypeID/1/Recent/1/ThreadID/4740/PostID/93704/Default.aspx

----------------

Screen Capture of first post cited in Cohn Decl. Ex. A

http://community.qvc.com/DiscussionDetail/tabid/73/CatID/2/TypeID/1/Recent/1/ThreadID/4740/PostID/93719/Default.aspx#93719