# EXHIBIT E



**DEPARTMENT OF HEALTH & HUMAN SERVICES**   Public Health Service

MAR 2 5 2005

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Medicis Aesthetics Holdings, Inc.
c/o Mr. Jonathan S. Kahan
Hogan & Hartson L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004-1109

Re:  P040024
     Restylane™ Injectable Gel
     Filed: May 10, 2004
     Procode: LMH

Dear Mr. Kahan:

The Center for Devices and Radiological Health (CDRH) of the Food and Drug Administration (FDA) has completed its review of your premarket approval application (PMA) for the Restylane™ Injectable Gel. This device is indicated for mid-to-deep dermal implantation for the correction of moderate to severe facial wrinkles and folds, such as nasolabial folds. We are pleased to inform you that the PMA is approved. You may begin commercial distribution of the device in accordance with the conditions described below and in the "Conditions of Approval" (enclosed).

The sale, distribution, and use of this device are restricted to prescription use in accordance with 21 CFR 801.109 within the meaning of section 520(e) of the Federal Food, Drug, and Cosmetic Act (the act) under the authority of section 515(d)(1)(B)(ii) of the act. FDA has also determined that, to ensure the safe and effective use of the device, the device is further restricted within the meaning of section 520(e) under the authority of section 515(d)(1)(B)(ii) insofar as the sale, distribution, and use must not violate sections 502(q) and (r) of the act.

In addition to the postapproval requirements outlined in the enclosure, you have agreed to provide the results of an open-label, longitudinal, uncontrolled, study in 100 patients with Fitzpatrick Skin Types 4, 5 or 6 from 10 or more U.S. centers who have elected to undergo naso-labial fold treatment with intradermal (deep dermal) injection of Restylane. Patients will be followed for a minimum of 24 weeks with visits for assessment of pain, tenderness, redness, ecchymosis, swelling, itching, mass (nodule / cyst / abscess) formation, dermal pigmentation and keloid changes at the site of injection at each follow-up point post-optimal cosmesis. The purpose of the study would be: 1) to assess the likelihood of hypersensitivity reactions due to injection of Restylane and to 2) assess the likelihood of keloid formation in patients with Fitzpatrick Scale skin types 4, 5, and 6. Safety endpoint assessments of this study are: 1) keloid formation at the site of injection at 12 and 24 weeks, 2) pigmentation changes at the site of injection compared to adjacent skin at 2 and 6 weeks, and 3) adverse experience assessment, 4) patient diary symptom profile, and 5) immunologic panel outcome (to include at a minimum: histamine release, WBC differential, and anti-body titer). The results from this study will be included in the labeling after the study has been evaluated by FDA.

Page 2 - Mr. Jonathan S. Kahan

Expiration dating for this device has been established and approved at 36 months.

CDRH does not evaluate information related to contract liability warranties, however you should be aware that any such warranty statements must be truthful, accurate, and not misleading, and must be consistent with applicable Federal and State laws.

CDRH will notify the public of its decision to approve your PMA by making available a summary of the safety and effectiveness data upon which the approval is based. The information can be found on the FDA CDRH Internet HomePage located at http://www.fda.gov/cdrh/pmapage.html. Written requests for this information can also be made to the Dockets Management Branch, (HFA-305), Food and Drug Administration, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852. The written request should include the PMA number or docket number. Within 30 days from the date that this information is placed on the Internet, any interested person may seek review of this decision by requesting an opportunity for administrative review, either through a hearing or review by an independent advisory committee, under section 515(g) of the Federal Food, Drug, and Cosmetic Act (the act).

Failure to comply with any postapproval requirement constitutes a ground for withdrawal of approval of a PMA. Commercial distribution of a device that is not in compliance with these conditions is a violation of the act.

You are reminded that, as soon as possible and before commercial distribution of your device, you must submit an amendment to this PMA submission with copies of all approved labeling in final printed form. The labeling will not routinely be reviewed by FDA staff when PMA applicants include with their submission of the final printed labeling a cover letter stating that the final printed labeling is identical to the labeling approved in draft form. If the final printed labeling is not identical, any changes from the final draft labeling should be highlighted and explained in the amendment.

All required documents should be submitted in triplicate, unless otherwise specified, to the address below and should reference the above PMA number to facilitate processing.

    PMA Document Mail Center (HFZ-401)
    Center for Devices and Radiological Health
    Food and Drug Administration
    9200 Corporate Blvd.
    Rockville, Maryland 20850

Page 3 - Mr. Jonathan S. Kahan

If you have any questions concerning this approval order, please contact Charles N. Durfor, Ph.D., at (301) 594-3090.

Sincerely yours,

*Miriam C. Provost*

Miriam C. Provost, Ph.D.
Acting Director
Division of General, Restorative
 and Neurological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

Last Modified: 1-31-02

# CONDITIONS OF APPROVAL

**PREMARKET APPROVAL APPLICATION (PMA) SUPPLEMENT**. Before making any change affecting the safety or effectiveness of the device, submit a PMA supplement for review and approval by FDA unless the change is of a type for which a "Special PMA Supplement-Changes Being Effected" is permitted under 21 CFR 814.39(d) or an alternate submission is permitted in accordance with 21 CFR 814.39(e) or (f). A PMA supplement or alternate submission shall comply with applicable requirements under 21 CFR 814.39 of the final rule for Premarket Approval of Medical Devices.

All situations that require a PMA supplement cannot be briefly summarized; therefore, please consult the PMA regulation for further guidance. The guidance provided below is only for several key instances.

A PMA supplement must be submitted when unanticipated adverse effects, increases in the incidence of anticipated adverse effects, or device failures necessitate a labeling, manufacturing, or device modification.

A PMA supplement must be submitted if the device is to be modified and the modified device should be subjected to animal or laboratory or clinical testing designed to determine if the modified device remains safe and effective.

A "Special PMA Supplement - Changes Being Effected" is limited to the labeling, quality control and manufacturing process changes specified under 21 CFR 814.39(d)(2). It allows for the addition of, but not the replacement of previously approved, quality control specifications and test methods. These changes may be implemented before FDA approval upon acknowledgment by FDA that the submission is being processed as a "Special PMA Supplement - Changes Being Effected." This procedure is not applicable to changes in device design, composition, specifications, circuitry, software or energy source.

Alternate submissions permitted under 21 CFR 814.39(e) apply to changes that otherwise require approval of a PMA supplement before implementation of the change and include the use of a 30-day PMA supplement or annual postapproval report (see below). FDA must have previously indicated in an advisory opinion to the affected industry or in correspondence with the applicant that the alternate submission is permitted for the change. Before such can occur, FDA and the PMA applicant(s) involved must agree upon any needed testing protocol, test results, reporting format, information to be reported, and the alternate submission to be used.

Alternate submissions permitted under 21 CFR 814.39(f) for manufacturing process changes include the use of a 30-day Notice. The manufacturer may distribute the device 30 days after the date on which the FDA receives the 30-day Notice, unless the FDA notifies the applicant within 30 days from receipt of the notice that the notice is not adequate.

**POSTAPPROVAL REPORTS.** Continued approval of this PMA is contingent upon the submission of postapproval reports required under 21 CFR 814.84 at intervals of 1 year from the date of approval of the original PMA. Postapproval reports for supplements approved under the original PMA, if applicable, are to be included in the next and subsequent annual reports for the original PMA unless specified otherwise in the approval order for the PMA supplement. Two copies identified as "Annual Report" and bearing the applicable PMA reference number are to be submitted to the PMA Document Mail Center (HFZ-401), Center for Devices and Radiological Health, Food and Drug Administration, 9200 Corporate Blvd., Rockville, Maryland 20850. The postapproval report shall indicate the beginning and ending date of the period covered by the report and shall include the following information required by 21 CFR 814.84:

1. Identification of changes described in 21 CFR 814.39(a) and changes required to be reported to FDA under 21 CFR 814.39(b).

2. Bibliography and summary of the following information not previously submitted as part of the PMA and that is known to or reasonably should be known to the applicant:

    a. unpublished reports of data from any clinical investigations or nonclinical laboratory studies involving the device or related devices ("related" devices include devices which are the same or substantially similar to the applicant's device); and

    b. reports in the scientific literature concerning the device.

If, after reviewing the bibliography and summary, FDA concludes that agency review of one or more of the above reports is required, the applicant shall submit two copies of each identified report when so notified by FDA.

**ADVERSE REACTION AND DEVICE DEFECT REPORTING.** As provided by 21 CFR 814.82(a)(9), FDA has determined that in order to provide continued reasonable assurance of the safety and effectiveness of the device, the applicant shall submit 3 copies of a written report identified, as applicable, as an "Adverse Reaction Report" or "Device Defect Report" to the PMA Document Mail Center (HFZ-401), Center for Devices and Radiological Health, Food and Drug Administration, 9200 Corporate Blvd., Rockville, Maryland 20850 within 10 days after the applicant receives or has knowledge of information concerning:

1. A mix-up of the device or its labeling with another article.

2. Any adverse reaction, side effect, injury, toxicity, or sensitivity reaction that is attributable to the device and:

    a. has not been addressed by the device's labeling; or

    b. has been addressed by the device's labeling but is occurring with unexpected severity or frequency.

3. Any significant chemical, physical or other change or deterioration in the device, or any failure of the device to meet the specifications established in the approved PMA that <u>could not</u> cause or contribute to death or serious injury but <u>are not</u> correctable by adjustments or other maintenance procedures described in the approved labeling. The report shall include a discussion of the applicant's assessment of the change, deterioration or failure and any proposed or implemented corrective action by the applicant. When such events are correctable by adjustments or other maintenance procedures described in the approved labeling, all such events known to the applicant shall be included in the Annual Report described under "Postapproval Reports" above unless specified otherwise in the conditions of approval to this PMA. This postapproval report shall appropriately categorize these events and include the number of reported and otherwise known instances of each category during the reporting period. Additional information regarding the events discussed above shall be submitted by the applicant when determined by FDA to be necessary to provide continued reasonable assurance of the safety and effectiveness of the device for its intended use.

**REPORTING UNDER THE MEDICAL DEVICE REPORTING (MDR) REGULATION.**
The Medical Device Reporting (MDR) Regulation became effective on December 13, 1984. This regulation was replaced by the reporting requirements of the Safe Medical Devices Act of 1990 which became effective July 31, 1996 and requires that all manufacturers and importers of medical devices, including in vitro diagnostic devices, report to the FDA whenever they receive or otherwise become aware of information, from any source, that reasonably suggests that a device marketed by the manufacturer or importer:

1. May have caused or contributed to a death or serious injury; or

2. Has malfunctioned and such device or similar device marketed by the manufacturer or importer would be likely to cause or contribute to a death or serious injury if the malfunction were to recur.

The same events subject to reporting under the MDR Regulation may also be subject to the above "Adverse Reaction and Device Defect Reporting" requirements in the "Conditions of Approval" for this PMA. FDA has determined that such duplicative reporting is unnecessary. Whenever an event involving a device is subject to reporting under both the MDR Regulation and the "Conditions of Approval" for a PMA, the manufacturer shall submit the <u>appropriate reports required by the MDR Regulation</u> within the time frames as identified in 21 CFR 803.10(c) using FDA Form 3500A, i.e., 30 days after becoming aware of a reportable death, serious injury, or malfunction as described in 21 CFR 803.50 and 21 CFR 803.52 and 5 days after becoming aware that a reportable MDR event requires remedial action to prevent an unreasonable risk of substantial harm to the public health. The manufacturer is responsible for submitting a baseline report on FDA Form 3417 for a device when the device model is first reported under 21 CFR 803.50. This baseline report is to include the PMA reference number. Any written report and its envelope is to be specifically identified, e.g., "Manufacturer Report," "5-Day Report," "Baseline Report," etc.

Any written report is to be submitted to:

    Food and Drug Administration
    Center for Devices and Radiological Health
    Medical Device Reporting
    PO Box 3002
    Rockville, Maryland 20847-3002

Copies of the MDR Regulation (FOD # 336&1336) and FDA publications entitled "An Overview of the Medical Device Reporting Regulation" (FOD # 509) and "Medical Device Reporting for Manufacturers" (FOD #987) are available on the CDRH WWW Home Page. They are also available through CDRH's Fact-On-Demand (F-O-D) at 800-899-0381. Written requests for information can be made by sending a facsimile to CDRH's Division of Small Manufacturers International and Consumer Assistance (DSMICA) at 301-443-8818.

Restylane

Caution:    Federal Law restricts this device to sale by or on the order of a physician or properly licensed practitioner.

Description

Restylane is a gel of hyaluronic acid generated by Streptococcus species of bacteria, chemically crosslinked with BDDE, stabilized and suspended in physiologic buffer at pH = 7 and concentration of 20mg/ml.

Indication

Restylane is indicated for mid-to-deep dermal implantation for the correction of moderate to severe facial wrinkles and folds, such as nasolabial folds.

Contraindications

- Restylane is contraindicated for patients with severe allergies manifested by a history of anaphylaxis, or history or presence of multiple severe allergies.

- Restylane contains trace amounts of gram positive bacterial proteins, and is contraindicated for patients with a history of allergies to such material.

- Restylane is contraindicated for use in breast augmentation, and for implantation into bone, tendon, ligament, or muscle.

- Restylane must not be implanted into blood vessels. Implantation of Restylane into dermal vessels may cause vascular occlusion, infarction, or embolic phenomena.

Warnings

Use of Restylane at specific sites in which an active inflammatory process (skin eruptions such as cysts, pimples, rashes, or hives) or infection is present should be deferred until the inflammatory process has been controlled.

Hypersensitivity as an inflammatory reaction to Restylane has been observed with swelling, redness, tenderness, induration and rarely acneform papules at the injection site. Refer to the adverse events section for details.

Injection site reaction to Restylane has been observed consisting mainly of short-term inflammatory symptoms starting early after treatment and with less than 7 days duration. Refer to the clinical study section for details.

Localized superficial necrosis may occur after injection in the glabellar area. It is thought to result from the injury, obstruction, or compromise of blood vessels.

The safety or efficacy of Restylane for the treatment of lips has not been established in controlled clinical studies.

Precautions

Restylane is packaged for single patient use. Do not resterilize. Do not use if package is opened or damaged.

Based on US clinical studies patients should be limited to 1.5cc per treatment site. The safety of injecting greater amounts has not been established.

The safety or effectiveness of Restylane for the treatment of anatomic regions other than naso-labial folds has not been established in controlled clinical studies

Long-term safety and effectiveness of Restylane beyond one year have not been investigated in clinical trials.

As with all transcutaneous procedures, Restylane implantation carries a risk of infection. Standard precautions associated with injectable materials should be followed.

The safety of Restylane for use during pregnancy, in breastfeeding females or in patients under 18 years has not been established.

The safety of Restylane in patients with increased susceptibility to keloid formation and hypertrophic scarring has not been studied. Restylane should not be use in patients with known susceptibility to keloid formation or hypertrophic scarring.

Restylane should be used with caution in patients on immunosuppressive therapy.

Patients who are using substances that reduce coagulation, such as aspirin and non-steroidal anti-inflammatory drugs may, as with any injection, experience increased bruising or bleeding at injection sites.

After use, treatment syringes and needles may be potential biohazards. Handle accordingly and dispose of in accordance with accepted medical practice and applicable local, state and federal requirements.

Restylane is a clear, colorless gel without particulates. In the event that the content of a syringe shows signs of separation and/or appears cloudy, do not use the syringe and notify Medicis Aesthetics, Inc. at 1-866-222-1480.

The patient should be informed that he or she should minimize exposure of the treated area to excessive sun and UV lamp exposure and extreme cold weather until any initial swelling and redness has resolved.

If laser treatment, chemical peeling or any other procedure based on active dermal response is considered after treatment with Restylane there is a possible risk of eliciting an inflammatory reaction at the implant site. This also applies if Restylane is administered before the skin has healed completely after such a procedure.

Restylane is supplied in a syringe ready for use. Never mix Restylane with other products prior to injection of the device.

Adverse Events

In a study of 138 patients at 6 centers, adverse events reported in Restylane patient diaries during 14 days after treatment are reported in the following table. Patients in the study received Restylane injections in one side of the face, and a bovine collagen dermal filler (Zyplast) in the other side of the face:

Table 1

Maximum Intensity of Symptoms after Initial Treatment, Patient Diary

|  | Restylane side | Zyplast side | Restylane side | | | | Zyplast side | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Total reporting symptoms n (%) | Total reporting symptoms n %~ | None n (%) | Mild n %~ | Moderate n (%~ | Severe n (%) | None n (%) | Mild n (%) | Moderate n %~ | Sev n ( |
| Bruising | 72 (52.2) | 67 (48.6) | 63 (45.6) | 32 (23.2) | 35 (25.4) | 5 (3.6) | 68 (493) | 43 (31.2) | 23 (16.7) | (( |
| Redness | 117 (84.8)1 ; | 117 (84.8) | 17 (12.3) | 56 (40.6) | 54 (39.1) | 7 (5.1) | 17 (12.3) | 72 (52.2) | 37 (26.8) | (⁵ |
| Swelling | 120 (87.0) | 102 (73.9) | 14 (10.1) | 54 (39.1) | 61 (44.2) | 5 (3.6) | 32 (23.2) | 65 (47.1) | 35 (25.4) | (1 |
| Pain | 79 (57.2) | 58 (42.0) | 55 | 40 | 34 | 5 | 76 | 46 | 10 |  |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | (39.9) | (29.0) | (24.6) | (3.6) | (55.1) | (33.3) | (7.2) |
| Tendernesss | 107 (77.5) | 89 (64.5) | 27 (19.6) | 60 (43.5) | 43 (31.2) | 4 (2.9) | 45 (32.6) | 70 (50.7) | 17 (12.3) |
| Itching | 42 (30.4) | 33 (23.9) | 91 (65.9) | 31 (22.5) | 11 (8.0) | 0 (0.0) | 101 (73.2) | 27 (19.6) | 6 (4.4) |
| Other | 34 (24.6) | 33 (23.9) | 93 (67.4) | 14 (10.1) | 15 (10.9) | 5 (3.6) | 94 (68.1) | 20 (14.5) | 10 (7.2) |

Events are reported as local events; because of the design (split-face) of the study, causality of the systemic adverse events cannot be assigned.

Table 2

Duration of Adverse Events after Initial Treatment, Patient Diary

| | Restylane side | Zyplast side | Restylane side | | | | Zyplast side | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total reporting symptoms n | Total reporting symptoms n | Number of days | | | | Number of days | | | |
| | | | 1 n (%) | 2-7 n (%) | 8-13 n (%) | 14- n (%) | 1 n (%) | 2-7 n (%) | 8-13 n (%) | 14- n (%) |
| Bruising | 72 (52.2) | 67 (48.6) | 7 (5.1) | 56 (40.6) | 6 (4.4) | 3 (2.2) | 7 (5.1) | 53 (38.4) | 5 (3.6) | 2 (1.4) |
| Redness | 117 (84.8) | 117 (84.8) | 19 (13.8) | 68 (49.3) | 18 (13.0) | 12 (8.7) | 19 (13.8) | 71 (51.4) | 15 (10.9) | 12 (8.7) |
| Swelling | 120 (87.0) | 102 (73.9) | 16 (11.6) | 84 (60.9) | 16 (11.6) | 4 (2.9) | 14 (10.1) | 70 (50.7) | 16 (11.6) | 2 (1.4) |
| Pain | 79 (57.2) | 58 (42.0) | 29 (21.0) | 48 (34.8) | 2 (1.4) | 0 (0.0) | 31 (22.5) | 25 (18.1) | 1 (0.7) | 1 (0.7) |
| Tenderness | 107 (77.5) | 89 (64.5) | 21 (15.2) | 78 (56.5) | 6 (4.4) | 2 (1.4) | 27 (19.6) | 54 (39.1) | 6 (4.4) | 2 (1.4) |
| Itching | 42 (30.4) | 33 (23.9) | 11 (8.0) | 25 (18.1) | 6 (4.4) | 0 (0.0) | 8 (5.8) | 22 (15.9) | 3 (2.2) | 0 (0.0) |
| Other | 34 (24.6) | 33 (23.9) | 7 (5.1) | 23 (16.7) | 3 (2.2) | 1 (0.7) | 10 (7.2) | 15 (10.9) | 6 (4.4) | 2 (1.4) |

Table 3

Other Adverse Events Reported in the Randomized Study from
Physician Case Report Forms

| Description of adverse event type (WHO preferred term) | N n = 138 |
|---|---|
| INFLICTED INJURY | 8 |
| SINUSITIS | 7 |
| UPPER RESP TRACT INFECTION | 6 |
| ACNE | 5 |
| BACK PAIN | 3 |
| DEPRESSION | 3 |
| DEPRESSION AGGRAVATED | 3 |
| TOOTH DISORDER | 4 |

23

| BRONCHITIS | 2 |
|---|---|
| PNEUMONIA | 2 |
| DERMATITIS CONTACT | 2 |
| ALLERGIC REACTION* | 2 |
| ARTHRALGIA | 2 |
| OSTEOPOROSIS | 2 |
| HEADACHE | 2 |
| MIGRAINE | 2 |
| HERPES SIMPLEX | 2 |
| HYPERCHOLESTEROLEMIA | 2 |
| URINARY INCONTINENCE | 2 |

* One case of seasonal allergy, and one reaction to make-up in the peri-orbital area

In postmarket surveillance in other countries, presumptive bacterial infections, inflammatory adverse events, allergic adverse events, and necrosis have been reported. Reported treatments have included systemic steroids, systemic antibiotics, and intravenous administrations of medications. Additionally, inflammatory reaction to Restylane has been observed with swelling, redness, tenderness, induration and rarely acneform papules at the injection site with onset at one to several weeks after the initial treatment in previously unexposed individuals, and in less than 7 days following treatment in patients known to have been previously exposed. Average duration of this effect is 2 weeks. Medicis is conducting a post-approval study to determine the likelihood of hypersensitivity reactions for patients receiving Restylane injections.

Adverse reactions should be reported to Medicis Aesthetics Inc. 1-866-222-1480

Clinical Trial

The safety and effectiveness of RESTYLANE for the treatment of facial wrinkles and folds was evaluated in a randomized, controlled study. RESTYLANE was shown to be safe and effective when compared to an approved cross-linked collagen dermal implant, as to duration of the augmentation of nasolabial folds at 6 month follow-up after optimal cosmesis was achieved.

| | Randomized study |
|---|---|
| Design | 1 to 1 randomized, prospective study at 6 US centers, which compared the safety and effectiveness of Restylane and Zyplast in a 'within-patient' control model of augmentation correction of bilateral nasal folds, using Restylane on the randomized nasal labial fold and the control treatment on the opposite nasal labial fold. Patients were partially masked; evaluating physicians were independent and masked; treating physicians were unmasked<br><br>Effectiveness was studied with 6 month follow-up. Safety was studied with 12 month follow-up. |
| Endpoints | Effectiveness<br>Primary:<br>The difference in effect of Restylane and Zyplast on the visual severity of the nasolabial folds, as assessed by an Evaluating Investigator at 6 months after 'baseline'.<br>Secondary:<br>Wrinkle severity rating scale (SRS) score assessed at other follow-up points by the evaluating investigator and by the subject. |

94

| | |
|---|---|
| | Global Aesthetic Improvement (GAI): Very much improved / much improved / improved / no change / worse, assessed at 2, 4, and 6 months by the evaluating investigator and by the subject.<br>Number of treatment sessions to achieve optimal cosmesis.<br><br>The primary evaluation parameter was the 5 - point SRS Score. A change in SRS = 1 was considered to be clinically significant during follow-up. Baseline was defined to begin at the follow-up demonstrating that optimal correction had been sustained for 2 weeks.<br><br>Optimal correction was defined to be the best cosmetic result obtainable, as determined by the evaluating physician. A specific, objective score or goal for correction was not defined; 2 injectable implant sessions were expected. |

Outcomes

Demographics

The study enrolled a population of predominately healthy, female, Caucasian non-smokers with history of prior facial aesthetic procedures and minimal sun exposure. There were few men or other racial / ethnic groups; few smokers or patients with extensive sun exposure. Medicis is conducting a post-approval study to determine the likelihood of keloid formation in patients with Fitzpatrick Scale skin types 5 and 6 receiving Restylane injections.

- Gender

Male:       9 (6.6%)
Female:     128 (93.4%)

- Ethnicity

Caucasian:  122 (89.0%)
Black:      2 (1.5%)
Asian:      2 (1.5%)
Hispanic:   11 (8.0%)

- Tobacco use

Non-smoking: 118 (86.1%)
Smokers:     19 (13.9%)

- Sun Exposure

None:        83 (60.6%)
Natural Sun: 52 (38.0%)
Artificial:  2 (1.5%)

Effectivenss

Primary

Based on the per patient evaluation, the SRS scores at 6 months by the evaluating investigator demonstrated that SRS for

| | |
|---|---|
| Restylane was lower (better) than Control: | in 78 patients |
| Restylane was equal to Control: | in 46 patients |
| Restylane was higher (worse) than Control: | in 13 patients |

For the entire cohort, however, the Mean of the SRS Score by evaluating investigator demonstrated that while there was essentially no difference between Restylane and Control treated cohort sides at pre-treatment (0.02 Units SRS) and baseline (0.01 Units SRS), for the cohort of 134 patients, there was a difference of 0.58 units of SRS at 6 months.

|  | N | Restylane | Control | Absolute Difference |
|---|---|---|---|---|
| Pre-treatment | 138 | 3.29 | 3.31 | 0.02 |
| Baseline | 138 | 1.80 | 1.79 | 0.01 |
| 6 months | 134 | 2.36 | 2.94 | 0.58 |

How supplied

RESTYLANE is supplied in a disposable glass syringe with a Luer-lok fitting. A gamma irradiation sterilized needle, 30 G x ½", is co-packed with each syringe of RESTYLANE.

A patient record label is a part of the syringe label (see picture C). Remove it by pulling the flap marked with three small arrows (see picture D). This label is to be attached to patient records to ensure traceability of the product. The contents of the syringe are sterile.
The volume in each syringe is as stated on the syringe label and on the carton.

Directions for Use

Assembly of needle to syringe

For safe use of RESTYLANE it is important that the needle is properly assembled. See pictures A and B.

A. Unscrew the tip cap of the syringe carefully.

   B 1. Take a loose grip on the narrow part of the needle shield and mount the needle on the Luer-lok by screwing until you feel some counterpressure.

B 2.   Take a new firm grip on the wider part of the needle shield. Press and turn it a further 90° (a quarter of a turn).

B 3.   Pull off the needle shield.

Treatment Procedure

1. It is necessary to counsel the patient and discuss the appropriate indication, risks, benefits and expected responses to the RESTYLANE treatment. Advise the patient of the necessary precautions before commencing the procedure.

2. Assess the patient's need for pain management.

3. Clean the area to be treated with alcohol or another suitable antiseptic solution.

4. Before injecting, press the rod carefully until a small droplet is visible at the tip of the needle.

5. RESTYLANE is administered using a thin gauge needle (30G x ½"). The needle is inserted at an approximate angle of 30° parallel to the length of the wrinkle or fold. The bevel of the needle should face upwards and the substance should be injected into the middle of the dermis. Tip: for mid-dermis placement the contour of the needle should be visible but not the color of it.

If RESTYLANE is injected too deep or intramuscularly, the duration of the effect will be shorter. If RESTYLANE is injected too superficially this may result in visible lumps and/or grayish discoloration.

6. Inject RESTYLANE applying even pressure on the plunger rod while slowly pulling the needle backwards. The wrinkle should be lifted and eliminated by the end of the injection. It is important that the injection is stopped just before the needle is pulled out of the skin to prevent material from leaking out or ending up too superficially in the skin.

7. Only correct to 100% of the desired volume effect. Do not overcorrect. With cutaneous contour deformities the best results are obtained if the defect can be manually stretched to the point where it is eliminated. The degree and duration of the correction depend on the character of the defect treated, the tissue stress at the implant site, the depth of the implant in the tissue and the injection technique. Markedly indurated defects may be difficult to correct.

8. The injection technique with regard to the depth of injection and the administered quantity may vary. The linear threading technique, serial punctual injections or a combination of the two have been used with success.

9. When the injection is completed the treated site should be gently massaged so that it conforms to the contour of the surrounding tissues. If an overcorrection has occurred, massage the area firmly between your fingers or against an underlying superficial bone to obtain optimal results.

10. If so called "blanching" is observed, i.e. the overlying skin turns a whitish color, the injection should be stopped immediately and the area massaged until it returns to a normal color.

11. If the wrinkle needs further treatment, the same procedure should be repeated with several punctures of the skin until a satisfactory result is obtained. Additional treatment with RESTYLANE may be necessary to achieve the desired correction. With patients who have localized swelling the degree of correction is sometimes difficult to judge at the time of treatment. In these cases, it is better to invite the patient to a touch-up session after 1 - 2 weeks.

12. Typical usage for each treatment session is less than 2ml per treatment site.

13. If the treated area is swollen directly after the injection, an ice pack can be applied on the site for a short period.

14. Patients may have mild to moderate injection site reactions, which typically resolve in few days.

15. **Note!** The correct injection technique is crucial for the final result of the treatment.

---

STERILE NEEDLE, 1 × 30 G × ½"

- Follow national, local or institutional guidelines for use and disposal of medical sharp devices. Obtain prompt medical attention if injury occurs.
- To help avoid needle breakage, do not attempt to straighten a bent needle. Discard it and complete the procedure with a replacement needle.
- Do not reshield used needles. Recapping by hand is a hazardous practice and should be avoided.
- Discard unshielded needles in approved sharps collectors.

---

Shelf life and storage

RESTYLANE must be used prior to the expiration date printed on the package.

Store at a temperature of up to 25° C (77° F). Do not freeze and protect from sunlight. Refrigeration is not needed.

Do not resterilize RESTYLANE as this may damage or alter the product.

Do not use if the package is damaged. Immediately return the damaged product to Medicis Aesthetics, Inc.

Rx only

US Patent 5,827,937

Manufactured for
Medicis Aesthetics, Inc.
8125 N Hayden Road
Scottsdale, AZ 85258
USA
Phone: 1-866-222-1480

Manufactured by
Q-Med AB
Seminariegatan 21
SE-752 28 Uppsala
Sweden

* RESTYLANE is a registered trademark of Medicis.