# EXHIBIT F



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                    Public Health Service

FEB - 4 2004

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Ms. Julie N. Broderick
Executive Director of Clinical and Regulatory Affairs
Anika Therapeutics, Inc.
236 West Cummings Park
Woburn, Massachusetts 01801

Re: P030019
    ORTHOVISC® High Molecular Weight Hyaluronan
    Filed: May 30, 2003
    Amended: August 25 and September 30, October 31, and November 12, 2003,
        and January 20, 2004
    Product Code: MOZ

Dear Ms. Broderick:

The Center for Devices and Radiological Health (CDRH) of the Food and Drug Administration (FDA) has completed its review of your premarket approval application (PMA) for the ORTHOVISC® High Molecular Weight Hyaluronan. This device is indicated for the treatment of pain in osteoarthritis (OA) of the knee in patients who have failed to respond adequately to conservative non-pharmacologic therapy and to simple analgesics (e.g., acetaminophen). We are pleased to inform you that the PMA is approved. You may begin commercial distribution of the device in accordance with the conditions described below and in the "Conditions of Approval" (enclosed).

The sale, distribution, and use of this device are restricted to prescription use in accordance with 21 CFR 801.109 within the meaning of section 520(e) of the Federal Food, Drug, and Cosmetic Act (the act) under the authority of section 515(d)(1)(B)(ii) of the act. FDA has also determined that, to ensure the safe and effective use of the device, the device is further restricted within the meaning of section 520(e) under the authority of section 515(d)(1)(B)(ii) insofar as the sale, distribution, and use must not violate sections 502(q) and (r) of the act.

CDRH does not evaluate information related to contract liability warranties, however you should be aware that any such warranty statements must be truthful, accurate, and not misleading, and must be consistent with applicable Federal and State laws.

CDRH will notify the public of its decision to approve your PMA by making available a summary of the safety and effectiveness data upon which the approval is based. The information can be found on the FDA CDRH Internet HomePage located at http://www.fda.gov/cdrh/pmapage.html. Written requests for this information can also be made to the Dockets Management Branch, (HFA-305), Food and Drug Administration, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852. The written request should include the PMA number or docket number. Within 30 days from the date that this information is placed on the Internet, any interested person may seek review of this decision by requesting an opportunity for administrative review, either through a hearing or review by an independent advisory committee, under section 515(g) of the Federal Food, Drug, and Cosmetic Act (the act).

Page 2 – Ms. Julie N. Broderick

Failure to comply with the conditions of approval invalidates this approval order. Commercial distribution of a device that is not in compliance with these conditions is a violation of the act.

You are reminded that, as soon as possible and before commercial distribution of your device, you must submit an amendment to this PMA submission with copies of all approved labeling in final printed form. The labeling will not routinely be reviewed by FDA staff when PMA applicants include with their submission of the final printed labeling a cover letter stating that the final printed labeling is identical to the labeling approved in draft form. If the final printed labeling is not identical, any changes from the final draft labeling should be highlighted and explained in the amendment.

All required documents should be submitted in triplicate, unless otherwise specified, to the address below and should reference the above PMA number to facilitate processing.

> PMA Document Mail Center (HFZ-401)
> Center for Devices and Radiological Health
> Food and Drug Administration
> 9200 Corporate Blvd.
> Rockville, Maryland 20850

If you have any questions concerning this approval order, please contact Stephen Hinckley at (301) 594-1296.

Sincerely yours,

Celia M. Witten, Ph.D., M.D.
Director
Division of General, Restorative
 and Neurological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

2

Last Modified: 1-31-02

# CONDITIONS OF APPROVAL

**PREMARKET APPROVAL APPLICATION (PMA) SUPPLEMENT.** Before making any change affecting the safety or effectiveness of the device, submit a PMA supplement for review and approval by FDA unless the change is of a type for which a "Special PMA Supplement-Changes Being Effected" is permitted under 21 CFR 814.39(d) or an alternate submission is permitted in accordance with 21 CFR 814.39(e) or (f). A PMA supplement or alternate submission shall comply with applicable requirements under 21 CFR 814.39 of the final rule for Premarket Approval of Medical Devices.

All situations that require a PMA supplement cannot be briefly summarized; therefore, please consult the PMA regulation for further guidance. The guidance provided below is only for several key instances.

A PMA supplement must be submitted when unanticipated adverse effects, increases in the incidence of anticipated adverse effects, or device failures necessitate a labeling, manufacturing, or device modification.

A PMA supplement must be submitted if the device is to be modified and the modified device should be subjected to animal or laboratory or clinical testing designed to determine if the modified device remains safe and effective.

A "Special PMA Supplement - Changes Being Effected" is limited to the labeling, quality control and manufacturing process changes specified under 21 CFR 814.39(d)(2). It allows for the addition of, but not the replacement of previously approved, quality control specifications and test methods. These changes may be implemented before FDA approval upon acknowledgment by FDA that the submission is being processed as a "Special PMA Supplement - Changes Being Effected." This procedure is not applicable to changes in device design, composition, specifications, circuitry, software or energy source.

Alternate submissions permitted under 21 CFR 814.39(e) apply to changes that otherwise require approval of a PMA supplement before implementation of the change and include the use of a 30-day PMA supplement or annual postapproval report (see below). FDA must have previously indicated in an advisory opinion to the affected industry or in correspondence with the applicant that the alternate submission is permitted for the change. Before such can occur, FDA and the PMA applicant(s) involved must agree upon any needed testing protocol, test results, reporting format, information to be reported, and the alternate submission to be used.

Alternate submissions permitted under 21 CFR 814.39(f) for manufacturing process changes include the use of a 30-day Notice. The manufacturer may distribute the device 30 days after the date on which the FDA receives the 30-day Notice, unless the FDA notifies the applicant within 30 days from receipt of the notice that the notice is not adequate.

**POSTAPPROVAL REPORTS.** Continued approval of this PMA is contingent upon the submission of postapproval reports required under 21 CFR 814.84 at intervals of 1 year from the date of approval of the original PMA. Postapproval reports for supplements approved under the original PMA, if applicable, are to be included in the next and subsequent annual reports for the original PMA unless specified otherwise in the approval order for the PMA supplement. <u>Two copies</u> identified as "<u>Annual Report</u>" and bearing the applicable PMA reference number are to be submitted to the PMA Document Mail Center (HFZ-401), Center for Devices and Radiological Health, Food and Drug Administration, 9200 Corporate Blvd., Rockville, Maryland 20850. The postapproval report shall indicate the beginning and ending date of the period covered by the report and shall include the following information required by 21 CFR 814.84:

1. Identification of changes described in 21 CFR 814.39(a) and changes required to be reported to FDA under 21 CFR 814.39(b).

2. Bibliography and summary of the following information not previously submitted as part of the PMA and that is known to or reasonably should be known to the applicant:

    a. unpublished reports of data from any clinical investigations or nonclinical laboratory studies involving the device or related devices ("related" devices include devices which are the same or substantially similar to the applicant's device); and

    b. reports in the scientific literature concerning the device.

If, after reviewing the bibliography and summary, FDA concludes that agency review of one or more of the above reports is required, the applicant shall submit two copies of each identified report when so notified by FDA.

**ADVERSE REACTION AND DEVICE DEFECT REPORTING.** As provided by 21 CFR 814.82(a)(9), FDA has determined that in order to provide continued reasonable assurance of the safety and effectiveness of the device, the applicant shall submit <u>3 copies</u> of a written report identified, as applicable, as an "<u>Adverse Reaction Report</u>" or "<u>Device Defect Report</u>" to the PMA Document Mail Center (HFZ-401), Center for Devices and Radiological Health, Food and Drug Administration, 9200 Corporate Blvd., Rockville, Maryland 20850 <u>within 10 days</u> after the applicant receives or has knowledge of information concerning:

1. A mix-up of the device or its labeling with another article.

2. Any adverse reaction, side effect, injury, toxicity, or sensitivity reaction that is attributable to the device and:

    a. has not been addressed by the device's labeling; or

    b. has been addressed by the device's labeling but is occurring with unexpected severity or frequency.

3. Any significant chemical, physical or other change or deterioration in the device, or any failure of the device to meet the specifications established in the approved PMA that <u>could not</u> cause or contribute to death or serious injury but <u>are not</u> correctable by adjustments or other maintenance procedures described in the approved labeling. The report shall include a discussion of the applicant's assessment of the change, deterioration or failure and any proposed or implemented corrective action by the applicant. When such events are correctable by adjustments or other maintenance procedures described in the approved labeling, all such events known to the applicant shall be included in the Annual Report described under "Postapproval Reports" above unless specified otherwise in the conditions of approval to this PMA. This postapproval report shall appropriately categorize these events and include the number of reported and otherwise known instances of each category during the reporting period. Additional information regarding the events discussed above shall be submitted by the applicant when determined by FDA to be necessary to provide continued reasonable assurance of the safety and effectiveness of the device for its intended use.

**REPORTING UNDER THE MEDICAL DEVICE REPORTING (MDR) REGULATION.**
The Medical Device Reporting (MDR) Regulation became effective on December 13, 1984. This regulation was replaced by the reporting requirements of the Safe Medical Devices Act of 1990 which became effective July 31, 1996 and requires that all manufacturers and importers of medical devices, including in vitro diagnostic devices, report to the FDA whenever they receive or otherwise become aware of information, from any source, that reasonably suggests that a device marketed by the manufacturer or importer:

1. May have caused or contributed to a death or serious injury; or

2. Has malfunctioned and such device or similar device marketed by the manufacturer or importer would be likely to cause or contribute to a death or serious injury if the malfunction were to recur.

The same events subject to reporting under the MDR Regulation may also be subject to the above "Adverse Reaction and Device Defect Reporting" requirements in the "Conditions of Approval" for this PMA. FDA has determined that such duplicative reporting is unnecessary. Whenever an event involving a device is subject to reporting under both the MDR Regulation and the "Conditions of Approval" for a PMA, the manufacturer shall submit the <u>appropriate reports required by the MDR Regulation</u> within the time frames as identified in 21 CFR 803.10(c) using FDA Form 3500A, i.e., 30 days after becoming aware of a reportable death, serious injury, or malfunction as described in 21 CFR 803.50 and 21 CFR 803.52 and 5 days after becoming aware that a reportable MDR event requires remedial action to prevent an unreasonable risk of substantial harm to the public health. The manufacturer is responsible for submitting a baseline report on FDA Form 3417 for a device when the device model is first reported under 21 CFR 803.50. This baseline report is to include the PMA reference number. Any written report and its envelope is to be specifically identified, e.g., "Manufacturer Report," "5-Day Report," "Baseline Report," etc.

Any written report is to be submitted to:

> Food and Drug Administration
> Center for Devices and Radiological Health
> Medical Device Reporting
> PO Box 3002
> Rockville, Maryland  20847-3002

Copies of the MDR Regulation (FOD # 336&1336) and FDA publications entitled "An Overview of the Medical Device Reporting Regulation" (FOD # 509) and "Medical Device Reporting for Manufacturers" (FOD #987) are available on the CDRH WWW Home Page. They are also available through CDRH's Fact-On-Demand (F-O-D) at 800-899-0381. Written requests for information can be made by sending a facsimile to CDRH's Division of Small Manufacturers International and Consumer Assistance (DSMICA) at 301-443-8818.

ORTHOVISC® High Molecular Weight Hyaluronan

## ORTHOVISC® High Molecular Weight Hyaluronan

**CAUTION**

Federal law restricts this device to sale by or on the order of a physician (or properly licensed practitioner).

**DESCRIPTION**

ORTHOVISC® is a sterile, non-pyrogenic, clear, viscoelastic solution of hyaluronan contained in a single-use syringe. ORTHOVISC® consists of high molecular weight (1.0-2.9 million daltons), ultra-pure natural hyaluronan dissolved in physiological saline. Hyaluronan is a natural complex sugar of the glycosaminoglycan family. The hyaluronan is extracted from rooster combs.

**INDICATIONS**

ORTHOVISC® is indicated in the treatment of pain in osteoarthritis (OA) of the knee in patients who have failed to respond adequately to conservative nonpharmacologic therapy and to simple analgesics, e.g. acetaminophen.

**CONTRAINDICATIONS**

- Do not administer to patients with known hypersensitivity (allergy) to hyaluronate preparations.
- Do not administer to patients with known allergies to avian or avian-derived products (including eggs, feathers, or poultry).
- Do not inject ORTHOVISC® in the knees of patients with infections or skin diseases in the area of the injection site or joint.

**WARNINGS**

- Do not concomitantly use disinfectants containing quarternary ammonium salts for skin preparation as hyaluronic acid can precipitate in their presence.
- Transient increases in inflammation in the injected knee following ORTHOVISC® injection have been reported in some patients with inflammatory osteoarthritis.

## PRECAUTIONS

### General

- Strict aseptic injection technique should be used during the application of ORTHOVISC®.
- The safety and effectiveness of the use of ORTHOVISC® in joints other than the knee have not been demonstrated.
- The effectiveness of a single treatment cycle of less than 3 injections has not been established. Pain relief may not be seen until after the third injection.
- The safety and effectiveness has not been established for more than one course of treatment.
- STERILE CONTENTS. The pre-filled syringe is intended for single use only. The contents of the syringe should be used immediately after opening. Discard any unused ORTHOVISC®. Do not resterilize.
- Do not use ORTHOVISC® if the package has been opened or damaged.
- Store ORTHOVISC® in its original package at room temperature (below 77°F/25°C). DO NOT FREEZE.
- Remove joint effusion, if present, before injecting ORTHOVISC®.
- Only medical professionals trained in accepted injection techniques for delivering agents into the knee joint should inject ORTHOVISC® for the indicated use.

### Information for Patients

- Transient pain or swelling may occur after the intra-articular (IA) injection.
- As with any invasive joint procedure, it is recommended that patients avoid strenuous activity or prolonged (i.e., more than one hour) weight-bearing activities such as running or tennis within 48 hours following the intra-articular injection.

### Use in Specific Populations

- **Pregnancy:** The safety and effectiveness of the use of ORTHOVISC® in pregnant women has not been tested.
- **Nursing Mothers:** It is not known if ORTHOVISC® is excreted in human milk. The safety and effectiveness of the use of the product in lactating women has not been tested.
- **Children:** The safety and effectiveness of the use of ORTHOVISC® in children has not been tested.

## ADVERSE EVENTS

ORTHOVISC® was investigated in 3 randomized, controlled clinical studies conducted in the U.S. An integrated safety analysis was conducted, pooling the ORTHOVISC® groups from the 3 studies and pooling the control groups, which were either intra-articular saline injections or arthrocentesis. In the integrated analysis, there were 562 patients in the groups treated with ORTHOVISC® (434 receiving 3 injections and 128 receiving 4 injections), 296 in the group treated with physiological saline, and 123 in the group treated with arthrocentesis.

DRAFT

Adverse events occurring at >5% of the overall integrated population included: arthralgia (12.6% in the ORTHOVISC® group, 17.2% in the saline group, and 0.8% in the arthrocentesis group); back pain (6.9% in the ORTHOVISC® group, 12.2% in the saline group, and 4.9% in the arthrocentesis group); and headache NOS (12.1% in the ORTHOVISC® group, 16.6% in the saline group, and 17.9% in the arthrocentesis group). Injection site adverse events (including erythema, edema, pain and reaction NOS) occurred at rates of 0.4%, 0.9%, 2.5% and 0.2%, respectively, in the ORTHOVISC® group, compared to 0.0%, 0.3%, 2.0%, and 0.7% in the saline group and 0.0%, 0.0%, 0.8% and 0.8% in the arthrocentesis group.

Local adverse events reported on a by-patient basis for the combined ITT populations of the three studies are presented in Table 1.

**Table 1**

**Local individual adverse events reported on a by-patient basis for the combined ITT populations of the three studies.**

| Adverse Event | ORTHOVISC N = 562 | | Saline N = 296 | | Arthrocentesis N = 123 | |
|---|---|---|---|---|---|---|
| Any Adverse Event | 349 | (62.1%) | 204 | (68.9%) | 65 | (52.8%) |
| Injection site erythema | 2 | (0.4%) | 0 | (0%) | 0 | (0%) |
| Injection site edema | 5 | (0.9%) | 1 | (0.3%) | 0 | (0%) |
| Injection site pain | 14 | (2.5%) | 6 | (2.0%) | 1 | (0.8%) |
| Injection site reaction NOS[1] | 1 | (0.2%) | 2 | (0.7%) | 1 | (0.8%) |
| Pain NOS[1] | 14 | (2.5%) | 11 | (3.7%) | 1 | (0.8%) |
| Arthralgia | 71 | (12.6%) | 51 | (17.2%) | 1 | (0.8%) |
| Arthritis NOS[1] | 4 | (0.7%) | 5 | (1.7%) | 0 | (0%) |
| Arthropathy NOS[1] | 5 | (0.9%) | 3 | (1.0%) | 0 | (0%) |
| Baker's cyst | 2 | (0.4%) | 2 | (0.7%) | 0 | (0%) |
| Bursitis | 6 | (1.1%) | 6 | (2.0%) | 2 | (1.6%) |
| Joint disorder NOS[1] | 2 | (0.4%) | 0 | (0%) | 0 | (0%) |
| Joint effusion | 2 | (0.4%) | 1 | (0.3%) | 1 | (0.8%) |
| Joint stiffness | 3 | (0.5%) | 2 | (0.7%) | 0 | (0%) |
| Joint swelling | 4 | (0.7%) | 2 | (0.7%) | 1 | (0.8%) |
| Localized osteoarthritis | 5 | (0.9%) | 1 | (0.3%) | 1 | (0.8%) |
| Aggravated osteoarthritis | 2 | (0.4%) | 0 | (0%) | 1 | (0.8%) |
| Knee arthroplasty | 3 | (0.5%) | 2 | (0.7%) | 0 | (0%) |

Notes: [1] NOS = Not otherwise specified.

24

DRAFT

## CLINICAL STUDIES

The effectiveness of ORTHOVISC® for the treatment of osteoarthritis of the knee was evaluated in three main studies; two randomized, controlled, double-blind multicenter studies (OAK9501 and OAK2001) that involved unilateral treatment, and one study (OAK9801) that involved bilateral treatment. Because bilateral treatment confounded the assessment of effectiveness of the OAK9801 study, the effectiveness data are summarized for the OAK9501 and OAK2001 studies. Safety data for all three studies are reported in "Adverse Events."

### Study Design/Analysis

The objective of the randomized studies was to assess the effectiveness of ORTHOVISC® for the treatment of joint pain of patients with idiopathic osteoarthritis of the knee. The OAK9501 study randomized patients to 3 weekly injections of either ORTHOVISC® (O3) or saline. The OAK2001 study randomized patients to one of three treatments: 4 ORTHOVISC® injections (O4), 3 ORTHOVISC® injections + 1 arthrocentesis (O3A1) procedure, or 4 arthrocentesis (A4) procedures. Follow-up occurred at weeks 7/8, 11/12, 15/16 and 21/22, with final follow-up at week 27/28. When each study was analyzed individually, the primary analyses for each study did not show statistical significance. A combined analysis was additionally performed. The combined data consisted of data obtained from a subgroup of patients from each of the studies (the "ITT Subgroup" from OAK9501 and the "Evaluable Subgroup" from OAK2001) who had Kellgren-Lawrence radiographic grades of II or III at baseline and WOMAC pain in the contralateral knee of <175mm (out of 500) and is referred to as the effectiveness subgroup population. For the effectiveness subgroup population, the primary effectiveness analysis performed was to determine the proportion of patients achieving a 20% improvement from baseline in the WOMAC Pain Score in conjunction with a minimum absolute improvement of 50 mm from baseline in the WOMAC Pain Score, and a 40%, and 50% improvement from baseline in WOMAC Pain Score at four assessment points between Weeks 7/8 to 21/22 for the index knee.

### Study Population

OAK9501 included 385 patients at 21 centers, and OAK2001 involved 373 patients at 24 centers. Within the individual studies, baseline and demographic variables were similar among groups. Table 2 below summarizes the baseline and patient demographic characteristics for the combined effectiveness subgroup.

25

Table 2

Baseline and patient demographics summary—effectiveness subgroup.[1]

| Characteristic | O3<br>N = 83 | Saline x 3<br>N = 81 | O4<br>N = 104 | O3A1<br>N = 90 | A4<br>N = 100 |
|---|---|---|---|---|---|
| No. (%) female | 51 (61.4%) | 49 (60.5%) | 46 (44.2%) | 59 (65.5%) | 50 (50.0%) |
| Mean ±SD age (years) | 65 ± 8 | 68 ± 9 | 59 ± 9 | 59 ± 9 | 59 ± 8 |
| Mean ±SD BMI (kg/m$^2$) | 32 ± 7 | 30 ± 6 | 29 ± 4 | 30 ± 4 | 30 ± 4 |
| Mean ±SD WOMAC Pain (0-500mm) Study Knee | 274 ± 65 | 268 ± 70 | 288 ± 60 | 290 ± 50 | 293 ± 59 |
| Mean ±SD WOMAC Pain (0-500mm) Contralateral | 83 ± 57 | 87 ± 54 | 69 ± 47 | 70 ± 47 | 68 ± 48 |
| Mean ±SD Investigator Global (0-100mm) | 53 ± 19 | 51 ± 19 | 59 ± 14 | 58 ± 14 | 58 ± 15 |
| Mean ±SD Patient Global (0-100mm) | 56 ± 20 | 53 ± 22 | 67 ± 15 | 62 ± 17 | 64 ± 15 |

Notes: [1] Patients with Kellgren-Lawrence radiographic grades of II or III at baseline and WOMAC pain in the contralateral knee of <175mm (out of 500).

**Combined Study Results**

In the combined analysis of OAK9501 and OAK2001, two subgroup populations (representing patients with baseline Kellgren-Lawrence grade II or III radiographic findings and contralateral knee pain <175 mm on the WOMAC Pain Score) were analyzed together, comprising 5 treatment groups (4 ORTHOVISC® injections [O4], 3 ORTHOVISC® injections followed by 1 arthrocentesis [O3A1], 3 ORTHOVISC® injections [O3], 4 arthrocentesis procedures [A4] and 3 saline injections [Saline]). For the GEE analyses, the O3A1 and O3 groups were also pooled to form a sixth group [O3A1/O3].

DRAFT

The primary effectiveness analysis was performed to determine the proportion of patients achieving a 20% improvement from baseline in the WOMAC Pain Score in conjunction with a minimum absolute improvement of 50 mm from baseline in the WOMAC Pain Score, and a 40% and 50% improvement from baseline in WOMAC Pain Score at four assessment points between Weeks 8 to 22 for the index knee. A significantly larger proportion of O4 patients achieved 40% and 50% improvements from baseline in WOMAC Pain Score compared to both A4 and Saline over 7-22 weeks (based on GEE analysis). Similarly, a significantly larger proportion of O3 and O3A1/O3 patients achieved 40% and 50% improvements from baseline in WOMAC Pain Score than Saline patients (based on GEE analysis) (Table 3). Table 4 presents the mean number of patients from the effectiveness subgroup over the four follow-up visits that achieved improvement over weeks 8 through 22.

**Table 3**
**GEE Results (P-Values) for the Effectiveness Subgroups for the Primary Endpoints**

| Endpoint | O4 vs. A4 | O4 vs. Saline | O3 vs. Saline |
|---|---|---|---|
| 20% improvement from baseline and 50 mm absolute improvement in WOMAC Pain | 0.0738 | 0.1116 | 0.0789 |
| 40% improvement in WOMAC Pain Score from baseline | 0.0094* | 0.0015* | 0.0166* |
| 50% improvement in WOMAC Pain Score from baseline | 0.0360* | 0.0015* | 0.0274* |

O4   4 weekly ORTHOVISC® injections--OAK2001 Study
O3   3 weekly ORTHOVISC® injections--OAK9501 Study
A4   4 control [arthrocentesis only] procedures--OAK2001 Study
Saline 3 control [saline injection] procedures--OAK9501 Study
* Statistically significant

27

**Table 4**
Summary of mean number patients achieving primary individual patient success criteria—effectiveness subgroups from OAK9501 and OAK2001—over weeks 8 through 22 (4 visits).

|  | O4 N = 104 | O3A1 N =90 | A4 N = 100 | O3 N = 83 | Saline x 3 N = 81 |
|---|---|---|---|---|---|
| Mean No. (%) patients achieving ≥ 20% improvement from baseline and absolute improvement of 50 mm in WOMAC Pain | 77.5 (74.5) | 58.3 (64.7%) | 64.5 (64.5%) | 59.3 (71.4%) | 50.8 (62.7%) |
| Mean No. (%) patients achieving ≥ 40% improvement from baseline | 68.0 (65.4%) | 47.0 (52.2%) | 48.8 (48.8%) | 45.8 (55.1%) | 34.3 (42.3%) |
| Mean No. (%) patients achieving ≥ 50% improvement from baseline | 59.3 (57.0%) | 40.5 (45.0%) | 43.5 (43.5%) | 38.5 (46.4%) | 28.3 (34.9%) |

O4   4 weekly ORTHOVISC® injections--OAK2001 Study
O3A1 3 weekly ORTHOVISC® injections + 1 control [arthrocentesis only] procedure--OAK2001 Study
O3   3 weekly ORTHOVISC® injections--OAK9501 Study
A4   4 control [arthrocentesis only] procedures--OAK2001 Study
Saline 3 control saline injection] procedures--OAK9501 Study

**Summary**

In summary, with respect to patients achieving ≥ 40% and ≥ 50% improvement compared to baseline, the four injection ORTHOVISC® regimen demonstrated effectiveness compared to both Saline and Arthrocentesis control procedures, and the three-weekly injection regimen demonstrated effectiveness compared to saline in the indicated patient population.

**DETAILED DEVICE DESCRIPTION**

Hyaluronan is a high molecular weight polysaccharide composed of repeating disaccharide units of sodium glucuronate and N-acetylglucosamine.

Each syringe contains the following in a 2 ml dose sterile-filled into a syringe:

    Hyaluronan          30 mg
    Sodium Chloride     18 mg
    Water for Injection    q.s; up to 2.0 ml

ORTHOVISC® does not contain any synthetic additives.

DRAFT

## HOW SUPPLIED

ORTHOVISC® is supplied as a sterile-filled solution, in a single-use syringe, sealed in a sterile pouch inside a carton. The product is presented as a sterile, non-pyrogenic solution in a 2 ml syringe. Each syringe is labeled "ORTHOVISC®" for ready identification. A rubber cap is provided on the syringe tip to prevent leakage and protect sterility of the product.

## DIRECTIONS FOR USE

ORTHOVISC® is injected into the knee joint in a series of intra-articular injections one week apart for a total of three or four injections. Standard intra-articular injection site preparation, aseptic technique and precautions should be used.

- After removal of the protective rubber cap on the tip of the syringe, securely attach a small gauge needle (18-21 gauge) to the tip.
- Inject ORTHOVISC® into the knee joint using proper injection technique.
- Inject the full contents of the syringe into one knee only.
- If treatment is bilateral, a separate syringe should be used for each knee.

ORTHOVISC® is a registered trademark of Anika Therapeutics, Inc.

Distributed by:
Ortho Biotech Products, L.P.
Raritan, NJ  08869

Manufactured by:
Anika Therapeutics, Inc.
236 West Cummings Park
Woburn, Massachusetts USA 01801

29