# EXHIBIT H

Skip navigation





Other encyclopedia articles: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

# Actinic keratosis

Actinic keratosis is a precancerous growth on the skin.

## Causes

Actinic keratosis is caused by sun exposure.

Risk factors for actinic keratosis include:

- Having fair skin, blue or green eyes, or blond or red hair
- Long-term, daily sun exposure (for example, if you work outdoors)
- Multiple, severe sunburns early in life
- Older age

## Symptoms

- Rough and dry skin lesion
- Patch or growth on the skin
    - Limited to one area (localized)
    - Located on the face, scalp, back of the hands, chest, or other sun-exposed areas
    - Gray, pink, red (erythematous), or the same color as the skin
    - Begins as flat and scaly areas
    - Later develops a hard and wart-like or gritty, rough, and "sandpapery" surface -- may develop a horn-like texture

The skin lesion may be easier to feel than to see.

## Exams and Tests

The health care provider makes the diagnosis based on the appearance of the skin growth. A skin biopsy may reveal any cancerous changes, if they occur.

## Treatment

Because actinic keratoses are precancerous changes, have them examined promptly. Follow your health care provider's advice for treatment.

Growths may be removed by:

- Burning (electrical cautery)
- Curettage and electrodesiccation (scrapes away the lesion and uses electricity to kill any remaining cells)
- Excision (cutting the tumor out and using stitches to place the skin back together)
- Freezing (cryotherapy, which freezes and kills the cells)

**MedlinePlus Topics**

Skin Cancer
Sun Exposure

**Images**





Actinic keratosis on the arm

Actinic keratosis - close-up




Actinic keratosis on the forearms

Actinic keratosis on the scalp



Actinic keratosis - ear

**Read More**

Squamous cell skin cancer

Growths may also be treated with medications that cause the skin to peel or come off. More recently, lasers and other light sources have been used to treat actinic keratoses.

Creams such as 5-fluorouracil and imiquimod are used for people who have many lesions. These creams usually cause irritation and redness.

## Outlook (Prognosis)

Actinic keratosis itself is benign (harmless), but it may on rare occasions develop into skin cancer.

Removal of the growth is usually effective.

## Possible Complications

- Squamous cell carcinoma
- Irritation and discomfort of the skin growth

## When to Contact a Medical Professional

Call for an appointment with your health care provider if areas of persistent roughness or scaliness develop in sun-exposed skin.

## Prevention

Reduce sun exposure and protect your skin from the sun:

- Wear protective clothing such as hats, long-sleeved shirts, long skirts, or pants
- Try to avoid sun exposure during midday, when ultraviolet light is most intense
- Use high-quality sunscreens, preferably with SPF (sun protection factor) rating of at least 15. Pick a sunscreen that blocks both UVA and UVB light
- Apply sunscreen before going out into the sun, and reapply frequently
- Use sunscreen year-round, including in the winter
- Avoid sun lamps, tanning beds, and tanning salons

Other important sun safety facts to keep in mind:

- Sun exposure is intensified in or near surfaces that reflect light, such as water, sand, concrete, and areas painted white
- Sun exposure is more intense at the beginning of the summer
- Skin burns faster at higher altitudes

## Alternative Names

Solar keratosis; Sun-induced skin changes - keratosis; Keratosis - actinic (solar)

## References

de Berker D, McGregor JM, Hughes BR. Guidelines for the management of actinic keratoses. *Br J Dermatol*. 2007;156:222-230.

Ibrahim SF, Brown MD. Actinic keratoses. In: Lebwohl, ed. *Treatment of Skin Disease: Comprehensive Therapeutic Strategies*. 3rd ed. Philadelphia, Pa: Saunders Elsevier; 2009.

**Update Date: 12/11/2009**

Updated by: Michael Lehrer, MD, Department of Dermatology, University of Pennsylvania Medical Center, Philadelphia, PA. Review provided by VeriMed Healthcare Network; Linda Vorvick, MD, Medical Director, MEDEX Northwest Division of Physician Assistant Studies, University of Washington School of Medicine. Also reviewed by David Zieve, MD, MHA, Medical Director, A.D.A.M., Inc.



A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's accreditation program is an independent audit to verify that A.D.A.M. follows rigorous standards of quality and accountability. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s editorial policy, editorial process and privacy policy. A.D.A.M. is also a founding member of Hi-Ethics and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided herein should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Links to other sites are provided for information only -- they do not constitute endorsements of those other sites. Copyright 1997-2010, A.D.A.M., Inc. Any duplication or distribution of the information contained herein is strictly prohibited.

ADAM

Home | Health Topics | Drugs & Supplements | Encyclopedia | Dictionary | News | Directories | Other Resources

Disclaimers | Copyright | Privacy | Accessibility | Quality Guidelines
U.S. National Library of Medicine, 8600 Rockville Pike, Bethesda, MD 20894
National Institutes of Health | Department of Health & Human Services                    Page last updated: 23 March 2010