# EXHIBIT I

# LUTEIN-10™

**10 MG ALL-NATURAL LUTEIN**
**500 MCG ALL-NATURAL ZEAXANTHIN**

*DIETARY SUPPLEMENT*



360 Easy-to-Swallow Capsules

**PROCAPS LABORATORIES**

**ALL-SOLAR MANUFACTURING**

**Andrew Lessman's LUTEIN-10** provides high levels of Lutein, which is a powerful, natural anti-oxidant carotenoid. Lutein is a "colorful" anti-oxidant principally found in the healthiest of yellow and green leafy vegetables. Lutein is most well known for its protective role in eye health where it has been shown to play a central role in protecting the lens of the eye and macular region of the retina from oxidative damage. Studies have shown that Lutein is particularly effective at protecting delicate eye tissues from the oxidative damage caused by ultraviolet (UV) radiation in sunlight, along with the normal effects of the aging process on healthy eye function. Research has also shown that Lutein can block harmful blue light from reaching vulnerable eye tissues and, not surprisingly, diets rich in Lutein are associated with superior long-term eye health. Lutein has also been shown to be concentrated in a wide variety of lipid-based tissues and structures in the body, including male and female reproductive organs and breast tissue, thereby protecting these delicate structures from oxidative damage. Lutein cannot be made by the body, so it can only play a beneficial role if consumed in foods or in nutritional supplements. Sadly, most Americans consume very little Lutein because of our low consumption of fruits and vegetables, and what little we do manage to consume is readily depleted through sun exposure, ultraviolet (UV) radiation and aging. Consistent with the research on Lutein, our formula provides levels many times higher than the leading multivitamins in order to ensure the greatest opportunity to achieve Lutein's well-researched benefits.

This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Supplement Facts
Serving Size 1 Capsule
Servings Per Container 360

| Amount Per Serving | | %DV* |
|---|---|---|
| Calcium (as calcium carbonate) | 100 mg | 10% |
| Lutein | 10 mg (10,000 mcg) | † |
| Zeaxanthin | 500 mcg | † |

\* Percent Daily Values (%DV) are based on a 2,000 calorie diet.
† Daily Value not established.

Other Ingredients: Gelatin capsule.

**NO ADDITIVES.**

**SUGGESTED USE** Consume one or more capsules daily or as recommended by a health care professional. Since Lutein is fat soluble, it should always be consumed with foods or a meal containing a small amount of fat or oil. This product is most effective when used in conjunction with one of ANDREW LESSMAN'S Life Rx™ multi-vitamin-mineral formulas. For answers to questions about the use of this product call 800.800.1200.

**UNSURPASSED.**
*Purity. Quality. Integrity. Effectiveness.*



Andrew Lessman, Founder of ProCaps Labs

**QUESTIONS? RE-ORDERS?**
**CALL 800.800.1200**
**www.ProCapsLabs.com**

**PROCAPS LABORATORIES**
430 Parkson Road
Henderson, NV 89011

**ALL-SOLAR MANUFACTURING**

602537     ©2010 PROCAPS LABS     02.26.10 PC

## PROTECTED FOR OPTIMUM ABSORPTION



### VITAMIN B12-250
**250 MCG VITAMIN B12**
**HIGH POTENCY B-COMPLEX**

DIETARY SUPPLEMENT

PROCAPS LABORATORIES

ALL-SOLAR MANUFACTURING

360 Easy-to-Swallow Capsules

---

**Andrew Lessman's VITAMIN B12-250** delivers 250 mcg of natural Vitamin B12, which is generally viewed as the most important of all the B-Complex vitamins to supplement. This importance stems from B12's long list of critical functions and the fact that it is by far the most difficult of all vitamins to absorb. Vitamin B12 is essential for all energy production given its critical role in the creation of hemoglobin without which oxygen is not transported and no energy created. Vitamin B12's role in energy production does not end there, since we also cannot metabolize carbohydrates or burn fat without Vitamin B12. Perhaps even more important is B12's vital role in the synthesis of our genetic material and its requirement for normal cell growth and development. Vitamin B12 also supports heart health due to its ability to help metabolize homocysteine, and B12 is also essential to support healthy immune and nervous system function. Like all the B-Complex vitamins, B12 is easily depleted by stress, but its enormous molecular size makes it by far the most difficult of all vitamins to absorb. It is also well-established that stress, aging and digestive issues only further reduce Vitamin B12's already poor absorption. Equally well-established are the failings of typical B12 supplements whose contents are easily destroyed by stomach acid. Our unique Vitamin B12 is protected from stomach acidity and its B12 is released in the small intestine where it can be absorbed. Given all the critical functions of Vitamin B12, along with its extremely poor absorption from food and ordinary supplements, we should all carefully consider a plan to intelligently supplement. Best of all, our Vitamin B12-250 is a pleasure to use, since it comes in a small, soft, easy-to-swallow capsule and is designed to be gentle even to the most sensitive stomachs.

This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

### Supplement Facts
Serving Size 1 Capsule
Servings Per Container 360

| Amount Per Serving | | %DV* |
|---|---|---|
| Vitamin C (as calcium ascorbate) | 90 mg | 150% |
| Vitamin B1 (as thiamin hydrochloride) | 5 mg | 333% |
| Vitamin B2 (as riboflavin) | 5 mg | 294% |
| Niacin (as niacinamide) | 5 mg | 25% |
| Vitamin B6 (as pyridoxine hydrochloride) | 5 mg | 250% |
| Folic Acid | 25 mcg | 6% |
| Vitamin B12 (as cyanocobalamin) | 250 mcg | 4167% |
| Biotin | 50 mcg | 17% |
| Pantothenic Acid (as calcium pantothenate) | 5 mg | 50% |
| Calcium (as calcium carbonate/ascorbate) | 100 mg | 10% |
| Magnesium (as magnesium oxide) | 40 mg | 10% |

* Percent Daily Values (%DV) are based on a 2,000 calorie diet.

Other Ingredients: Gelatin capsule.

**NO ADDITIVES.**

---

**SUGGESTED USE** Consume one or more capsules daily or as recommended by a health care professional. For best results take this product with food, preferably a complete meal. This product is most effective when used in conjunction with one of ANDREW LESSMAN's **Life Rx**™ multi-vitamin-mineral formulas. For answers to questions about the use of this product **call 800.800.1200**.

**UNSURPASSED.**
Purity. Quality. Integrity. Effectiveness.

Andrew Lessman
Founder of ProCaps Labs

QUESTIONS? RE-ORDERS?
CALL 800.800.1200
www.PROCAPSLABS.com

PROCAPS LABORATORIES
ALL-SOLAR MANUFACTURING

1030 Parkson Road • Henderson, NV 89011

©2010 PROCAPS LABS     03.25.10 PC
502632

# PHOSPHATIDYL SERINE-PS BENEFITS™

**NERVOUS SYSTEM SUPPORT**

**COGNITIVE SUPPORT • STRESS SUPPORT**

DIETARY SUPPLEMENT



240 Easy-to-Swallow Capsules

PROCAPS LABORATORIES

ALL-SOLAR MANUFACTURING

---

**Andrew Lessman's PHOSPHATIDYL SERINE-PS BENEFITS** provides a concentrated, stable source of Phosphatidyl Serine, an important phospholipid in all cell membranes of the body. Since Phosphatidyl Serine can only be found in very small amounts from dietary sources, we provide 100 mg of this very important nutrient. Phosphatidyl Serine plays a vital role in a multitude of processes throughout the body, including the health of the brain and nervous system, the integrity of cell membranes and the formation of other important phospholipids. Phosphatidyl Serine is found in highest concentrations in the brain and nervous system, where it plays a distinct and separate role from Phosphatidyl Choline, and is essential for nerve cell function and the production and release of neurotransmitters. Phosphatidyl Serine has been shown in numerous studies to help support positive mood, promote learning and concentration, help support memory and overall cognitive function and also help support the body's natural response to certain forms of stress. We also include high levels of the B-Complex vitamins and Vitamin C for additional support of the nervous system and because these nutrients are easily depleted during times of stress.

As we proceed through life, we are exposed to a multitude of stressful experiences and as we age, our memory and mental capabilities decline. This is a normal part of living and Phosphatidyl Serine-PS Benefits is designed to help support our body's normal and adaptive stress response while supporting mental clarity, memory and cognitive function.

**This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.**

**CONTAINS NO** Milk, yeast, wheat, gluten, sodium, salt, sugar, starch, fat, cholesterol, oil, emulsifier, wax, binder, filler, excipient, lubricant, coating, diluent, flowing agent, color, flavor, sweetener or preservative.

**CONTAINS NO ADDITIVES OF ANY KIND**

---

## Supplement Facts

Serving Size 1 Capsule  Servings Per Container 240

| Amount Per Serving | | %DV* |
|---|---|---|
| Vitamin C (as calcium ascorbate/ascorbyl palmitate) | 60 mg | 100% |
| Vitamin B1 (as thiamin hydrochloride) | 5 mg | 333% |
| Vitamin B2 (as riboflavin) | 5 mg | 294% |
| Niacin (as niacinamide) | 5 mg | 25% |
| Vitamin B6 (as pyridoxine hydrochloride) | 5 mg | 250% |
| Folic Acid | 50 mcg | 13% |
| Vitamin B12 (as cyanocobalamin) | 50 mcg | 833% |
| Pantothenic Acid (as calcium pantothenate) | 5 mg | 50% |
| Calcium (as carbonate/ascorbate/pantothenate) | 60 mg | 6% |
| Magnesium (as magnesium oxide) | 80 mg | 20% |
| Phosphatidyl Serine | 100 mg | † |

\* Percent Daily Values (%DV) based on a 2,000 calorie diet.
† Daily Value not established.

Other Ingredients: Gelatin capsule. **Contains soy. NO ADDITIVES.**

---

**SUGGESTED USE** Consume one or more capsules daily or as recommended by a health care professional. As with any targeted benefit product, this formula is most effective when used in conjunction with a healthy, balanced diet along with a high potency, comprehensive multi-vitamin-mineral supplement such as one of ANDREW LESSMAN'S Life Rx™ formulas. For answers to questions about the use of this product call 800.800.1200.

**UNSURPASSED.**
Purity. Quality. Integrity. Effectiveness.



*Andrew Lessman*
Founder of ProCaps Labs

**QUESTIONS? RE-ORDERS?**
Call 800.800.1200
WWW.PROCAPSLABS.COM

PROCAPS LABORATORIES
430 Parkson Road
Henderson, NV 89011

ALL-SOLAR MANUFACTURING

©2008 PROCAPS LABS  09.01.08 PC

6004-01

# VITAMIN D3
## -1000-

1000 IU VITAMIN D₃ (CHOLECALCIFEROL) · 100 MG CALCIUM · 5 MG VITAMIN C · S.O.S.

DIETARY SUPPLEMENT

PROCAPS LABORATORIES · ALL-SOLAR MANUFACTURING

360 Easy-to-Swallow Capsules



**Andrew Lessman's VITAMIN D3-1000** provides 1,000 IU of Vitamin D3, which has recently been recognized as perhaps the most important single vitamin to supplement separately. Vitamin D3 has long been recognized for its essential role in the maintenance of all bone and skeletal tissues, since without Vitamin D, Calcium cannot be absorbed and utilized by the body. Although Calcium's role in bone health is unquestioned, the benefits of Calcium cannot be realized without adequate levels of Vitamin D, making Vitamin D just as essential as Calcium in any bone health regime. Vitamin D's role in supporting the health of other body systems has recently made headlines in newspapers and the medical literature and experts now seek to substantially raise the recommended levels of Vitamin D. The body can manufacture limited amounts of Vitamin D when exposed to sunlight (via its damaging UV radiation); however, the aging process combined with our reduced exposure to sunlight and increased use of sunscreens makes our body's production of Vitamin D inadequate and unreliable at best. Making matters worse is the fact that Vitamin D is not abundant in food, and is only present in very limited quantities in some fish and eggs. Recognizing this, Andrew Lessman has always given special attention to Vitamin D3, providing higher levels than found in the leading multivitamins, while also including Vitamin D3 in all his Calcium and bone health products for over 25 years; however, the latest research now compels him to offer even higher levels as part of a separate Vitamin D supplement. Our new **Vitamin D3-1000** provides 1,000 IU of Vitamin D3, along with bonus levels of Calcium, and despite its high potency, **Vitamin D3-1000** is extremely economical and guaranteed gentle even to the most sensitive stomachs.

This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Supplement Facts
Serving Size 1 Capsule
Servings Per Container 360

| Amount Per Serving | | %DV* |
|---|---|---|
| Vitamin C (as ascorbyl palmitate) | 5 mg | 8% |
| Vitamin D₃ (as cholecalciferol) | 1,000 IU | 250% |
| Calcium (as calcium citrate/malate/carbonate) | 100 mg | 10% |
| Silicon (as silicon dioxide/ Soluble Organic Silicon–SOS) | 5 mg | † |

\* Percent Daily Values (%DV) are based on a 2,000 calorie diet.
† Daily Value not established.

Other Ingredients: Gelatin capsule.

**NO ADDITIVES.**

**SUGGESTED USE** Consume one or more capsules daily or as recommended by a health care professional. For best results, take this product with food containing a small amount of fat or oil. This product is most effective when used in conjunction with a high potency, comprehensive multi-vitamin-mineral supplement from **ANDREW LESSMAN'S Life Rx™** family of formulas. **For answers to questions about the use of this product call 800.800.1200.**

**UNSURPASSED.**
*Purity. Quality. Integrity. Effectiveness.*

Andrew Lessman
Founder of ProCaps Labs

**QUESTIONS? RE-ORDERS?**
**CALL 800.800.1200**
**www.ProCapsLabs.com**

PROCAPS LABORATORIES · ALL-SOLAR MANUFACTURING
430 Parkson Road · Henderson, NV 89011
©2009 ProCaps Labs    11.15.09 PC
602355