**EXHIBIT L**

Andrew M. Lessman                                                April 23, 2010

CONFIDENTIAL

---

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QVC, INC., and QHEALTH, INC.,
                Plaintiffs,

        vs.                   No. 10-094 (SLR)

YOUR VITAMINS, INC., d/b/a
PROCAPS LABORATORIES and
ANDREW LESSMAN,
                Defendants.
_____

CONFIDENTIAL
DEPOSITION OF ANDREW M. LESSMAN

April 23, 2010
12:40 p.m.

555 South Flower Avenue
Suite 3500
Los Angeles, California

Diana Janniere, CSR-10034

---

**2**

APPEARANCES OF COUNSEL

For the Plaintiffs:
    FOLEY & LARDNER, LLP
    JONATHAN E. MOSKIN, ESQ.
    90 Park Avenue
    New York, New York 10016-1314
    212.682.7474
    212.687.2329
    jmoskin@foley.com
    FOLEY & LARDNER, LLP
    MICHAEL J. SONG, ESQ.
    Suite 3500
    555 South Flower Street
    Los Angeles, California 90071
    213.972.4500
    213.486.0065
    msong@foley.com

For the Defendants:
    SIDLEY AUSTIN, LLP
    JONATHAN COHN, ESQ.
    MATTHEW KRUEGER, ESQ.
    Suite 4000
    1501 K Street, N.W.
    Washington, D.C. 20005
    202.736.8110
    mkrueger@sidley.com
    jcohn@sidley.com

---

**3**

1          INDEX OF EXAMINATION
2   WITNESS:  ANDREW M. LESSMAN
3   EXAMINATION                          PAGE
4   By Mr. Moskin                          4
5   By Mr. Cohn                           76
6
7          INDEX OF EXHIBITS
8   EXHIBIT       DESCRIPTION          PAGE
9     1    Black Binder containing Research
           Articles, E-mails, Web Articles
10         (Retained by counsel)          5
11    2    Mr. Lessman's Blog Posting
           (Retained by counsel)         39
12
13      (Original Exhibits 1 - 2 retained by counsel)
14
15
16          INSTRUCTED NOT TO ANSWER
17          PAGE    LINE
18            9      6
19           55     23
20           56      4
21           62      8
22
23
24
25

---

**4**

1          CONFIDENTIAL
2   DEPOSITION OF ANDREW M. LESSMAN
3          April 23, 2010
4
5       MR. COHN:  Just one quick thing before we
6   begin.  As Mr. Moskin and I just discussed, we don't
7   have a protective order in place, but we agreed that we
8   would treat all the materials marked confidential as
9   confidential.  Likewise, this deposition will be treated
10  as confidential.
11      MR. MOSKIN:  That's fine.
12
13          EXAMINATION
14  BY MR. MOSKIN:
15      Q.   Can you please state your full name for the
16  record?
17      A.   Andrew Lessman -- Andrew Mark Lessman.
18      Q.   And, Mr. Lessman, have you ever been deposed
19  before?
20      A.   Yes.
21      Q.   Okay.  And I don't want to waste a lot of time
22  going over the basic rules.  You have to wait for me to
23  finish the questions.  If there is anything you don't
24  understand, please let me know, so I can rephrase it.
25      I -- I assume that you are not suffering from

---



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

5

1    any disability today or taking any medication or
2    something that impairs your ability to give accurate and
3    honest testimony?
4         A.  I am not.
5         Q.  Okay.  Have you done anything to prepare for
6    your testimony today?
7         A.  I scanned a few documents, and I printed out a
8    few documents that were representative of some Web
9    searches I did a couple months ago.
10        Q.  And when -- when -- when did you do this?
11        A.  Last night I scanned a few documents, my
12   Web -- my Web, my blog.  And over the weekend -- last
13   weekend, I printed out documents from the Internet that
14   were documents I had reviewed before posting my blog in
15   mid-January.
16        Q.  Do you have those documents with you today?
17        A.  I believe my lawyers have --
18        MR. COHN:  They are in the binder that we gave
19   you or your associate.
20        MR. MOSKIN:  Okay.  Let's just mark this as an
21   exhibit, so we know what we are talking about, and we
22   will call this Lessman Exhibit 1.
23        (Exhibit 1 marked and retained.)
24   BY MR. MOSKIN:
25        Q.  I am showing you -- I don't need to hand this

6

1    to you just yet.
2         THE REPORTER:  Okay.
3    BY MR. MOSKIN:
4         Q.  I am showing you what has been marked as
5    Lessman Exhibit 1.  And can you identify that for us?
6         A.  It is a black binder that I believe contains
7    the documents, some of which I just referenced.
8         Q.  What else is in this binder?  And I will give
9    it to you.
10        A.  I am not sure.  I would have to look because I
11   have not reviewed this binder.
12        MR. MOSKIN:  Maybe we can save time and,
13   Counsel, you can stipulate what is -- what is in the
14   binder?
15        MR. COHN:  There are three sections in the
16   binder.  The first section contains various articles on
17   the connection between HA and cancer.  The second
18   section contains various E-mails.  The third section
19   involves the aforementioned Web articles and other Web
20   pages that Mr. Lessman referred to.
21        MR. MOSKIN:  I will take that back for a
22   moment.
23        THE WITNESS:  Get your workout for the day.
24        MR. MOSKIN:  And the three sections you
25   referred to are identified by the tabs in the volume --

7

1    in the binder?
2         MR. COHN:  Am I being deposed now?
3         MR. MOSKIN:  I am just trying to clarify, so
4    we -- I wanted -- I was going to ask you.  We had -- and
5    I -- I do want to put this on the record.  We had a
6    brief E-mail or verbal exchange in the last week or two.
7    You had mentioned there was -- there was a series of
8    E-mails.  And is that -- are those the E-mails that you
9    are referring to as being produced?
10        MR. COHN:  Section 2 contains E-mails.
11        MR. MOSKIN:  And are those the E-mails -- I
12   will ask him as well, but are those the E-mails you were
13   referring to when we spoke or traded --
14        MR. COHN:  I don't know what E-mail chain you
15   are referring to, but Section 2 contains E-mails.
16        MR. MOSKIN:  All right.
17        Q.  Mr. Lessman, let me hand back to you Exhibit 1
18   and let you explain to me a little more detail what --
19   what we have got here.
20        A.  Shall I go through section by section?
21        Q.  Just -- at this point just generally.  I may
22   ask you more -- I suspect I will ask you more specific
23   questions about the contents, but just relating to the
24   three different tabs to start if you can.
25        A.  Section 1, it looks like these are research

8

1    studies that discuss the relationship or connection
2    between hyaluronic acid and cancer.
3         I just want to be sure.  Yeah.  And I think
4    that is what this entire section comprises, are just
5    research studies relating to hyaluronic acid and cancer.
6         Q.  Okay.  And Section 2?
7         A.  Section 2.  Section 2 looks like printouts of
8    E-mails from folks at my company.  Without -- should I
9    read them and see what the subject matter is?  But it
10   looks like they are from folks who work for my company.
11        Q.  Well, best -- I am going -- I will tell you I
12   will come back and ask you how these were compiled, and
13   to the extent you don't know, you don't know.
14        A.  Right.
15        Q.  But just for right now, let's see what the
16   three sections are.
17        A.  It seems to be pretty consistent, as John
18   said.  All E-mails.  Okay.
19        Section 3.  Yes.  Section 3 looks like the
20   pages that I printed out last weekend, just judging from
21   the first page and -- yeah.
22        Section 3 appears to be just printouts of
23   pages from a basic Web search on hyaluronan and cancer
24   or hyaluronic acid and cancer.
25        Q.  Okay.  And those are pages that you printed



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman                                    April 23, 2010

CONFIDENTIAL

9

1    out from Internet searching?
2        A.  This last weekend.  That intended to
3    memorialize documents I had looked at in January before
4    I published my blog.
5        Q.  And do you -- well, let me go back.
6            And the research studies that are in
7    Section 1, how were those assembled?
8            MR. COHN:  Objection.  Privileged.  You can
9    answer the question, excepting so far it touches on
10   privileged communications.
11           THE WITNESS:  I believe those were the
12   research studies that my office actually forwarded me in
13   response to my inquiry on substantiation of my belief
14   that there was a connection between hyaluronic acid and
15   cancer.
16   BY MR. MOSKIN:
17       Q.  And when were these forwarded to you by your
18   office?
19       A.  Before the blog was published.  I think
20   January -- somewhere between January 15th and 18th,
21   something like that.  I could look at -- I think the
22   E-mails will let me know because the E-mails -- these
23   research studies were attached to those E-mails, I
24   believe.
25       Q.  Well, what -- that was going to be my next

11

1            K-W-A-N-T-E-S.  J-O-N.
2        Q.  And do you recall -- strike that.
3            Did you give general instructions to
4    Mr. Kwantes to do some research --
5        A.  Yes.
6        Q.  -- in that period of time?
7            And what were your instructions to him?
8        A.  The specific E-mail or E-mails in question
9    were responsive to my E-mail stating this preexisting
10   notion that I had encountered in the past research
11   connecting hyaluronic acid and cancer.
12           And I just wanted to confirm that that
13   actually was the state of the science because I wanted
14   to make sure that my blog was accurate and truthful.
15       Q.  I will, in due course, have an opportunity to
16   review this, but the -- the E-mails themselves.
17           Did anybody other than Mr. Kwantes carry out
18   the research?
19       A.  Yes.  There is a specific person, I believe it
20   is our manager of research named Jeff Dorsett,
21   D-O-R-S-E-T-T.  And I believe Jeff may have actually
22   performed some of the research, provided those studies
23   to John for forwarding to me.
24           I am not exactly sure of their interactions.
25   All I know is they forwarded me the ultimate research

10

1    question.  Are there -- do you have any records that
2    indicate when this research was compiled?
3        A.  I suspect if I look through Section 2, I could
4    find an E-mail that memorializes the exact date and when
5    those E-mails were sent to me because they come as
6    attachments that you click on to look at.
7            Would you like me to?
8        Q.  Not right now.  Thanks.
9            And this Section 1, research, as far as you
10   know, was all compiled from January 15th to
11   January 18th?
12       A.  I believe these were -- since I didn't
13   actually compile these, but I believe these research
14   studies in Section 1 were intended to be the documents
15   that were attached by those E-mails forwarded to me by
16   my office.
17           I believe it was John Kwantes in response to
18   my inquiry on validation of my preexisting notion on the
19   connection of -- between hyaluronic acid and cancer.
20       Q.  And you believe there will be a correlation
21   between the E-mails and the printouts in Section 1?
22       A.  Yes.
23       Q.  Okay.  Who is John Kwantes?
24       A.  John Kwantes is in charge of research at my
25   company -- research and product development.

12

1    studies.
2        Q.  Okay.  Do you know what the -- what were
3    precisely the parameters of the research?
4        A.  To determine whether my statement that there
5    is a connection or a relationship or an association
6    between hyaluronic acid, whether that is true or not.
7        Q.  Do you know what specific search queries they
8    used to locate the articles that are reproduced in Tab 1
9    of Lessman Exhibit 1?
10       A.  Not specifically.
11       Q.  Do you know if those research parameters or
12   queries are -- can be found in Tab 2 of the E-mail
13   exchanges?
14       A.  Perhaps.  Perhaps they have given further
15   indications in their E-mails on the nature of what they
16   were looking for, what they found.  I believe the
17   E-mails are fairly detailed in their discussion of the
18   research.
19       Q.  And were those -- the research materials that
20   were printed out as Tab 1, were those saved at -- at --
21   during that period of time from the 15th to the 18th of
22   January?
23           MR. COHN:  Objection.  Form.
24           THE WITNESS:  I am not exactly sure what
25   you -- what you meant.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman

April 23, 2010

CONFIDENTIAL

## 13

1    BY MR. MOSKIN:
2        Q.   Let me ask you another question first.
3        Other than Mr. Kwantes and Mr. Dorsett, did
4    anybody else do any of the research?
5        A.   Not that I am aware of.
6        Q.   Now, did they --
7        A.   Other than the research I indicated I
8    performed previously?
9        Q.   Right.  And that is in Tab 3?
10       A.   Yes.
11       Q.   The research in Tab 1, was that printed out or
12   saved somewhere within your company's computer network
13   during that period from January 15th to January 18th?
14       MR. COHN:  Objection.  Form.
15       THE WITNESS:  Shall I answer?
16       MR. COHN:  If you understand his question.
17       THE WITNESS:  I think I do.  To the extent
18   that is a functionality of the search parameters,
19   then I would imagine they -- they have been saved or
20   there is -- they are a hard document or whatever their
21   custom and practice is.
22       But I am sure if, even if it wasn't saved, it
23   is a search that could readily be replicated if they
24   just indicated the search terms.
25   BY MR. MOSKIN:

## 14

1        Q.   And that is why -- part of the reason I also
2    wanted to know what the search terms were, but -- but
3    then as stated in the E-mails, you don't know what the
4    search terms were?
5        A.   Not specifically, no.
6        Q.   Okay.  Do you know in what databases they
7    searched?
8        A.   Not specifically.  I would imagine they looked
9    at PubMed just because that is one of the major
10   databases but I would imagine they performed as
11   extensive a search as possible.  It's readily available
12   now courtesy of the Internet.
13       Q.   Okay.  Any other databases besides PubMed that
14   you consider authoritative?
15       A.   I am not sure if I consider that necessarily
16   authoritative.  I don't do my own research any longer,
17   but I would imagine they did the most extensive research
18   possible.
19       Q.   But other than PubMed, are there other
20   databases that you are aware of that are considered to
21   be authoritative?
22       A.   I am not sure if this is really within my area
23   of expertise, but I would imagine there is dozens of
24   databases, especially because nowadays there are
25   specialized databases that might specialize in oncology

## 15

1    or various areas of molecular biology and things like
2    that.
3        But -- so I am -- I am not an expert on
4    performing the research any longer.  I think the days of
5    Medline, when I was somewhat expert, are long over.
6        Q.   Did you personally review any of the research
7    that is in Tab 1 before publishing your blog that is at
8    issue in the case?
9        A.   The studies that were appended to the E-mails
10   that were forwarded to me, I did read these studies and
11   read those abstracts.  And to the extent that is what is
12   represented in Tab 1, yes, I did.
13       Q.   Okay.  How about the research that you
14   yourself did, as you described, as appears in Section 3?
15       What search parameters did you use for that
16   research?
17       A.   Probably the most pragmatic, and it is not
18   really rocket science.  I typed in hyaluronic acid.  And
19   actually, the first result was cancer that they offered
20   up as an auto fill, interestingly enough.
21       So I typed in hyaluronic acid and cancer on a
22   Yahoo search page, and then hyaluronan and cancer on a
23   Yahoo search page.  And the results are delivered as
24   with any search engine on the Internet.
25       Q.   You didn't save that research at the time in

## 16

1    January -- well, let me strike that.
2        Just to be sure.  When did you do that
3    research?  Was that also January 15th and 18th?
4        A.   I did it at the time I was preparing the blog
5    for publication.
6        Q.   Okay.  Did you save any of that research
7    contemporaneously?
8        A.   No.  It was just basically going out in the
9    Internet and validating the concepts, the issues in my
10   blog.  There wasn't any lawsuit pending.
11       Q.   Other than a Yahoo search, any other searches
12   you did that you remember?
13       A.   I believe I also typed the words into
14   Google -- Google as well, but a quick scan of the
15   results indicated that they looked like the same results
16   as those which I looked at on Yahoo.
17       Q.   Any other searches that you recall doing at
18   the time?
19       A.   Not independently, but as part of once you
20   start clicking on links, you then might click on a link
21   within an article.  One article took you to PubMed and
22   breast cancer that I recall.
23       So I think that just as part of a -- the
24   normal surfing the Web when you are inquiring into a
25   certain area, you follow links into various areas.  But



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

17

1  all originated from my searches, just using a simple --
2  simple Yahoo hyaluronic acid and cancer, hyaluronic and
3  cancer.
4       And, of course, when I got to PubMed, you have
5  to type in something at PubMed, either hyaluronan and
6  cancer and the one directed me -- had typed in breast
7  cancer, hyaluronan and breast cancer.
8       Q.  Can I have that back again?
9       A.  Sure.
10       (Discussion off the record.)
11 BY MR. MOSKIN:
12       Q.  To the extent it is not clear from the E-mail
13  exchanges in Tab 2, did you instruct Mr. Kwantes and
14  Mr. Dorsett to save all of the research they found?
15       A.  No, not necessarily.  No, that's not something
16  I instructed.
17       Q.  Did you give them any instructions as to what
18  to save or what not to save?
19       A.  No.  Typically I just give them an instruction
20  on research that I require and -- and they perform the
21  research.
22       Q.  Well, I mean -- let me ask you this.  Do you
23  know if the research that's -- that's contained in Tab 1
24  contains only -- well, what do you understand it
25  generally does contain?

18

1       A.  I believe that John and Jeff actually located
2  substantially more studies on hyaluron acid in cancer.
3  acid in cancer.  But at the time, they forwarded me the
4  ones that are part of Tab 1.
5       Q.  And the ones they forwarded to you, what
6  general conclusions did those -- does that research
7  support?
8       A.  Well, I already had drawn the conclusion
9  years, if not decades ago, that there was a connection
10  and a relationship between hyaluronic acid or hyaluronan
11  in cancer.  And what I was seeking from them was the
12  science to confirm that basic cell biology had not
13  changed and that there was still a relationship between
14  hyaluronic acid, hyaluronan in cancer.  And in reviewing
15  those studies, that was validated.
16       Q.  When you say a "connection," what do you mean?
17       A.  That there is a relationship, an association,
18  a connection between hyaluronic acid, currently now
19  known as hyaluronan, in cancer.
20       Q.  Is that connection as you understand it a
21  causal connection that hyaluronic acid causes cancer?
22       A.  I will leave that assessment up to the
23  experts.  However, as I said in my blog, I don't believe
24  it is causal.  But the -- but nonetheless, it is a -- a
25  relationship so clear and strong or apparent that there

19

1  is even almost a 500-page book dedicated to the
2  relationship and the biology of hyaluronan in cancer.
3       Q.  And what book is that?
4       A.  It is called hyaluronan in cancer Biology, I
5  believe.
6       Q.  Do you recall the author?
7       A.  I have not read the book.  I -- it is here.
8       Q.  You have not seen the movie either?
9       A.  I don't think they are going to be making a
10  movie of it any time soon.  It is hyaluronan in cancer
11  Biology, Robert Stern, S-T-E-R-N.  It is available on
12  Amazon.com.
13       Q.  It -- if it is not a causal relationship, what
14  do you understand the relationship to be as shown by the
15  research?
16       A.  It's -- scientific research especially on
17  biology systems can be highly variable, but there is a
18  clear relationship between hyaluronan and hyaluronidase
19  and the various synthetic enzymes that increase
20  hyaluronic acids in cells and cancer metastasis and
21  tumor growth.
22       But it is a relationship that is repetitively
23  and consistently observable with the normal variation
24  that occurs in a biological system.
25       Q.  Did the research that you obtained through --

20

1  first, I will ask through Mr. Kwantes and Mr. Dorsett --
2  show any benefits of hyaluronan acid in preventing or
3  combating cancer?
4       A.  I believe there might have been some
5  discussion in certain settings where hyaluronan acid or
6  hyaluronidase could reduce tumor size or proliferation.
7       I am not exactly sure.  But, again, that
8  simply reinforces the relationship that this molecule
9  has to cause cancer.
10       Q.  Which, again, is part of the reason I asked
11  the question.  If you have any understanding, a clear
12  understanding, what is the relationship?
13       A.  There is various proposed mechanisms, again,
14  by scientists who specialize in this.  This is not my
15  area of specialization, but there is various proposed
16  mechanisms.
17       It is well-known that hyaluronic acid is a key
18  component in the extracellular matrix, and, of course,
19  the extracellular matrix is a critical component in
20  cells that are growing or proliferating or
21  metastasizing.
22       It is critical in the fetus as the fetus
23  develops.  It is also equally critical in cancer cells
24  as they are growing and developing.
25       And so it is the detailed science of that --



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman                                    April 23, 2010

CONFIDENTIAL

---

### 21

1  of its presence in the extracellular matrix and
2  intracellular environment that literally has thousands
3  of studies being done on hyaluronic acid and its
4  mechanisms and relationship to cancer.
5      Q.  I am not certain that answers the question.
6  Let me try to put it a different way.
7          If there is some evidence -- well, does -- do
8  you understand the evidence to show that hyaluronic
9  acid -- you don't say it causes cancer?
10     A.  (Nods head.)
11         MR. MOSKIN:  Note that the witness is nodding
12  yes.
13         THE WITNESS:  Yes.
14  BY MR. MOSKIN:
15     Q.  And we just very briefly admitted discussed
16  studies talking about hyaluronic acid in the
17  proliferation of cancer, but we also noted that it may
18  inhibit cancer.
19         So, again, if you don't know, you don't know.
20         What is the relationship between hyaluronic
21  acid and cancer?
22         MR. COHN:  Objection.  Form.
23         I did not understand what the question was.  I
24  don't.  I am not sure if you do.
25  BY MR. MOSKIN:

### 22

1      Q.  It was all predicated.  What is the
2  relationship between hyaluronic acid and cancer?
3      A.  As I said in my blog, there is a significant
4  body of research.  And in looking at the research that
5  is coming out in recent years, it's become rather
6  overwhelming that it shows a connection, a relationship,
7  an association between various types of cancer and their
8  proliferation, their growth, and their metastases.
9          As I said, in any biological environment,
10  there is normal variation, but the experts still
11  continue to explore and elucidate what is accepted as an
12  observed relationship between hyaluronic acid and
13  cancer.
14     Q.  So as far as you know, the experts don't
15  understand what is the exact relationship between
16  hyaluronic acid and cancer?
17     A.  I am not sure if I am being called upon to
18  testify for the experts.  But all of these studies,
19  there are various mechanisms proposed and each cancer is
20  different.  Each cell type is different.  Each stage of
21  growth is different.
22         And I am not an expert in cancer and oncology
23  or anything of these things, but these experts, the
24  scientists performing these studies, all discuss very
25  clear biochemical mechanisms where they are diagramming

### 23

1  hyaluronic acid, hyaluronidase, cellular receptors, and
2  all the mechanics of cells; and they are explaining
3  why -- in this instance, why it would proliferate or
4  not.
5      Q.  But based on your understanding -- I am not
6  asking -- I am only asking for your understanding.
7          What is your understanding of hyaluronic
8  acid's role in either proliferating or prohibiting
9  cancer?
10         MR. COHN:  Objection.  Form.
11         THE WITNESS:  Well, as I said before,
12  hyaluronic acid's critical presence in the extracellular
13  matrix, and the extracellular matrix sees a critical
14  role in rapidly growing or proliferating cells give
15  hyaluronic acid a critical role in cancer growth,
16  proliferation, or metastases; but, again, it is a very
17  broad story on cancer and hyaluronic acid.
18         You can't answer in one sentence for all types
19  of cancer and hyaluronic acid's role.  However, it is
20  accepted as basic cellular biology that hyaluronic acid
21  has an association, a role, a relationship to cancer.
22  BY MR. MOSKIN:
23     Q.  But as far as you know, the experts don't know
24  what that relationship is?
25     A.  That's not true.  In many of the studies, the

### 24

1  experts will give their explanation for hyaluronic
2  acid's role in their study.  They will explain their
3  observed results.
4          It does not mean it explains all of hyaluronic
5  acid's behavior in all cancer studies and all cancer
6  types in individuals.
7          So I think to the extent that you can read
8  each of these studies and the conclusions drawn by those
9  experts will point to the mechanistic role that
10  hyaluronic acid played in that study in the observed
11  proliferation or growth, or whatever it might have been.
12  The experts do -- have drawn conclusions.
13     Q.  Can you cite any particular examples of types
14  of cancers where the relationship is clear, the
15  mechanism is clear?
16     A.  Well, I could possibly simply cite research
17  that has been performed by others, if you wanted me to
18  start reading some of these studies.
19     Q.  Well, I am not asking you now to start going
20  through -- we don't have the time to read through
21  whether you are aware from any of the studies that are
22  in the book on Exhibit 1.
23     A.  As I said, I am not an expert on hyaluronic
24  acid, nor am I an expert on oncology and cancer, but I
25  think these studies speak for themselves.  The fact that

---



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

## 25

1  a book has been published on this area speaks for
2  itself.
3      Q.  Before posting your blog, did you consult with
4  any experts on hyaluronic acid and its relationship with
5  cancer?
6      A.  No.
7      Q.  Since then have you consulted with any experts
8  on the relationship between the two?
9      A.  No.
10         MR. COHN:  One stipulation and you are free,
11  Mr. Moskin, to ask questions about this, but the court's
12  order dated April 12, the relevant part being that
13  Mr. Lessman shall bring to the deposition any documents
14  upon which he relied to make such claims.  It refers to
15  two particular claims.  Hence, the binder that we gave
16  you which is consistent with the court's order.
17         MR. MOSKIN:  That's fine.  I am not
18  questioning that.
19      Q.  In your blog, you indicate, I believe, that
20  you had been following hyaluronic acid since 1979; is
21  that correct?
22      A.  Yes.
23      Q.  And what were you doing in 1979 that
24  interested you in hyaluronic acid?
25      A.  At that time, I was starting my vitamin

## 26

1  company and I was interested in substances that were
2  called glycosaminoglycan.
3      Q.  Can you spell that for the record?
4      A.  G-L-Y-C-O-S amino, glycan, G-L-Y-C-A-N-S, or
5  otherwise known as mucopolysaccharides, and for their
6  role in joints -- in the joint.  Since that time, of
7  course, it has become commonplace that people supplement
8  with things like glucosamine and chondroitin.
9  Chondroitin is a monosaccharide.
10         And it is a constituent of hyaluronic acid,
11  but that is what initially interested me in hyaluronic
12  acid because it is a member of the same family of
13  molecules as glucosamine and chondroitin.
14      Q.  Do you recall any of the research that you had
15  done at that time?
16      A.  I am sure the only tool available was Medline,
17  and it was Medline research that I was doing.
18      Q.  Were you interested in using hyaluronic acid
19  in a product?
20      A.  Potentially, yes, because I was interested in
21  making a product that was a glycosaminoglycan or a
22  mucopolysaccharide product, and I wanted to consider the
23  whole family of glycosaminoglycans available to me.
24      Q.  Did you ultimately launch such a product?
25      A.  I did.  It did not include hyaluronic acid,

## 27

1  though.
2      Q.  Okay.  Have you ever included hyaluronic acid
3  in a product?
4      A.  No.
5      Q.  Okay.  But am I correct that you continued to
6  follow or study hyaluronic acid over the ensuing 30
7  years?
8      A.  I continued to observe it and periodically
9  either check the research myself or have others do so.
10      Q.  Can you recall any such efforts to check the
11  research?
12      A.  Myself?
13      Q.  Start with yourself.
14      A.  Yes.  Simply at times looking to see if the
15  research had changed relating to hyaluronic acids
16  viability, its potential benefits because there are
17  always raw material suppliers seeking to sell it
18  regardless of whether it might be beneficial or not.
19      Q.  Did this research include -- strike that.
20         What do you mean by viability?
21         MR. COHN:  Objection.
22         Mr. Moskin, I will give you a bit of room, but
23  you are now straying from the specific scope of the
24  court's order.
25         MR. MOSKIN:  I will tie it back in.  Don't

## 28

1  worry.
2         THE WITNESS:  Just whether or not it is
3  capable of being absorbed and utilized when delivered
4  administered orally.
5  BY MR. MOSKIN:
6      Q.  Did that research on the viability relate in
7  any way on research concerning the relationship of
8  hyaluronic acid to cancer?
9      A.  When performing the research on oral
10  viability, of which I believe at the time there was
11  virtually none, the research started to appear that
12  connected hyaluronic acid to cancer.
13      Q.  Do you recall any such research specifically?
14      A.  I don't recall any specific studies, but I
15  remember seeing the beginnings of the research
16  discussing a relationship between hyaluronan and
17  hyaluronic acid and cancer types.
18      Q.  Over the years, have you saved any of that
19  research?
20      A.  No.
21      Q.  Other than the research that is contained in
22  Lessman Exhibit 1, do you or does your company have any
23  research on hyaluronic acid?
24      A.  I am sure we do.
25      Q.  But you are not aware of any?

Toll Free: 800.944.9454
Facsimile: 212.557.5972


ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman                                         April 23, 2010

CONFIDENTIAL

---

29

1      A.  My understanding is that the studies that are
2  part of 1 aren't the only studies my research department
3  pulled perhaps subsequently on hyaluronic acid.  I am
4  not sure of the timing.
5      MR. COHN:  Again, just to stipulate, you are
6  free to ask Mr. Lessman questions.  The stuff in the
7  materials is only the stuff called for by the court's
8  order.
9      MR. MOSKIN:  I understand what he contends he
10  relies on.
11      MR. COHN:  Likewise, the questions are
12  supposed to pertain to the court's order.
13      MR. MOSKIN:  I understand.
14      Q.  And I think you said over the years it was not
15  you personally, but you had staff at your company or
16  companies perform research on hyaluronic acid?
17      A.  Yes.  Probably in the last decade or so, that
18  task was being handled by others.
19      Q.  Just to be clear, you are not aware of any of
20  the research the company retained performed by others
21  that were relied upon by you in creating the blog?
22      A.  No.  You are referring to the old research?
23      Q.  Um-hmm.
24      A.  It wasn't an ingredient sold or carried that
25  we were interested in.

---

30

1      Q.  From all of the research contained in
2  Exhibit 1, which again I am assuming is the research you
3  relied upon in publishing the blog, are you aware of any
4  research that indicates hyaluronic acid causes cancer?
5      A.  As I said in my blog, I don't believe
6  hyaluronic acid causes cancer, but I am not an expert in
7  any position to make that assessment, but I would have
8  to review over 2,000 studies to be able to make that
9  statement.
10      Q.  Okay.  But as we sit here today, you are not
11  aware of any of the research that you relied on that
12  supports that proposition that it causes cancer?
13      A.  That it initiates causes.  You are not talking
14  about metastases and proliferation.
15      Q.  Let's start with that.  It causes cancer?
16      MR. COHN:  Objection.  Form.
17      THE WITNESS:  To the extent that it is talking
18  about initiating cancer in the first place and not
19  proliferation or metastases or things like tumor growth,
20  then I would say I am not aware of research that shows
21  that hyaluronic acid causes cancer, as I said in my
22  blog.
23  BY MR. MOSKIN:
24      Q.  Okay.  Are you aware of research that
25  indicates that hyaluronic acid contributes to the

---

31

1  proliferation of cancer?
2      A.  There is research that shows that, yes.
3      Q.  Can you identify any particular research?
4      A.  I have to review them.  I have not memorized
5  these studies and it lists some of the citations in the
6  back of the study.
7      This title indicates such, but here is a
8  study, Spontaneous Metastasis of Prostate Cancer Is
9  promoted by Excess Hyaluronan Synthesis and Processing.
10      Q.  And can you tell me-- refer me to the Bates
11  number on that.
12      A.  13.
13      Q.  Any others that you can recall?
14      A.  I mean, if you even go to the end of the study
15  and you read these References, there are titles that
16  basically reiterate your question, such as "Hyaluronan
17  promotes the malignant phenotype.  Glycobiology; Strong
18  stromal hyaluronan expression is associated with PSA
19  recurrence in local prostate cancer."
20      Q.  From where are you reading?
21      A.  I am reading from -- on Bates 21.  I am just
22  reading some titles from the References, but I could
23  look at other studies if you would like.
24      Q.  Well, I --
25      A.  There are hundreds of references.

---

32

1      Q.  In particular I am just curious to know which
2  ones you particularly relied on to support the
3  statements in your blog.
4      A.  Well, here:  "Hyaluronan Facilitates --" Bates
5  stamped 29.  "Hyaluronan Facilitates Invasion of Colon
6  Carcinoma Cells in Vitro Via Interaction with CD44."
7      Q.  Well, let me ask you a different question.
8      Are you aware of any research either as
9  disclosed in -- well, first, as contained in Exhibit 1,
10  that consuming hyaluronic acid orally as a supplement
11  contributes in any way to cancer -- the development of
12  cancer?
13      A.  I haven't reviewed any studies about the oral
14  administration of hyaluronic acid and cancer, no.
15      Q.  Are you aware that hyaluronic acid is used in
16  other ways in the health or medical fields as a
17  supplement to the body's own natural creation of it?
18      A.  I am not sure if that is an accurate
19  statement.
20      Q.  Well, let me give you an example.  For
21  example, as an injectable form, you said a subcutaneous
22  injection.
23      A.  I don't believe it is used -- well, there are
24  places it is used.  I am not sure if you are kind of
25  accurately describing its use.

---



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

33

1    Q.  Well, what do you understand?  I don't -- I am
2  not here to testify.  I am wondering.  I am curious to
3  know what you -- what you are familiar with.
4    A.  Are you referring to a product called Synvisc,
5  which is an interarticular --
6      MR. COHN:  You should let Mr. Moskin ask the
7  questions.
8  BY MR. MOSKIN:
9    Q.  Well, what is Synvisc?
10   A.  I believe it is an interarticular injectable
11 version of hyaluronic acid for knee osteoarthritis.
12   Q.  Okay.  And are you aware that it is used, for
13 example, to alleviate wrinkles?
14     MR. COHN:  Objection.  Form.
15 BY MR. MOSKIN:
16   Q.  Facial wrinkles?
17   A.  Are you talking about a facial filler
18 that's -- I think one of them is called Juvéderm.  Yes.
19   Q.  Okay.  Those are examples I had in mind of
20 another way that hyaluronic acid is -- the body's own
21 production of hyaluronic acid is supplemented.
22       And my question to you, are you aware -- well,
23 are you aware of any other ways in which hyaluronic acid
24 is artificially introduced into the body?
25   A.  I have to disagree with your characterization

34

1  that it is -- it is not a way that they are
2  supplementing the baby's inadequate production of
3  hyaluronic acid.  Hyaluronic acid isn't a wrinkle
4  filler.
5    Q.  Um-hmm.
6    A.  Okay.  They use it as a wrinkle filler.  And I
7  am not in a position to testify as to the viscoelastic
8  properties of hyaluronic acid, and why it is used in the
9  knee and things like that.
10   Q.  And I am not frankly interested in it.  I am
11 just -- was really only asking if you are aware of other
12 ways in which hyaluronic acid is introduced into the
13 body in addition to the body's own natural production of
14 it?
15   A.  Yes.
16   Q.  Okay.  And just so I understand, other than
17 the two examples we mentioned, are you aware of any
18 other ways that it is introduced into the body?
19   A.  Meaning orally and injectably?
20   Q.  Right.
21   A.  Again, I am not an expert on hyaluronic acid
22 and its administration.  I am not -- I am not aware if
23 there might be other roots of administration, but
24 certainly, those are two of them.
25   Q.  Okay.  Well, are you aware, for example, that

35

1  it is used as a topical gel?
2      MR. COHN:  Objection.  Form.  Calls upon facts
3  that are not in evidence.
4      MR. MOSKIN:  I am just asking.
5    Q.  But anyway, you can answer.
6    A.  But that does not sound like it is a method of
7  introducing it into the body.  You called it a topical
8  gel.
9    Q.  Um-hmm.
10   A.  Okay.
11   Q.  Well, are you aware of any such uses of
12 hyaluronic acid?
13   A.  I believe it is a fairly standard ingredient
14 in skin care products.
15   Q.  What sort of skin care products?
16   A.  I am not sure what you are asking.
17   Q.  That you are aware in which it is used?
18   A.  It is just a standard ingredient because of
19 its -- I believe it has rather hydroscopic properties.
20 It likes water.  So it is a humectant.  So I think it is
21 used in skin care.
22       Again, I am not an expert on skin care
23 products, but I believe it is used for those properties
24 in skin care.  It is a very large molecule.  It would
25 not be absorbed, as far as I know, through the skin.

36

1    Q.  Are you aware of any studies that -- starting
2  in particular in those contained in Exhibit -- Lessman
3  Exhibit 1, that use of hyaluronic acid, either in an
4  injectable form, as a topical gel, or otherwise, is
5  related in any way to cancer?
6    A.  I am not sure how hyaluronic acid is
7  administered in all of these studies that I have -- I
8  have looked at, but in the studies I've looked at, I
9  don't believe so.
10   Q.  You don't believe that there is any
11 association shown in these studies and -- let me strike
12 that.
13       You don't believe that there are any studies
14 included in Exhibit 1 showing a relationship between
15 hyaluronic acid --
16     MR. COHN:  Do you want him to speculate, or do
17 you want the documents to speak for themselves?
18     MR. MOSKIN:  I am asking him what he is aware
19 of in these studies, and I think he -- I am just trying
20 to clarify what he -- I think what he already said.
21       Let me start the question again.
22   Q.  Are you aware of any studies indicating any
23 relationship between hyaluronic acid and cancer when
24 hyaluronic acid is introduced into or onto the body in
25 one of the ways we've just been discussing by injection



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman
April 23, 2010

CONFIDENTIAL

---

37

1  or by application as a gel?
2  A.  Well, obviously, there is thousands of studies
3  that talk about hyaluronic acid and cancer.  I can't
4  testify as to how it was administered in each of those
5  studies.  But suffice to say it is hyaluronic acid they
6  are observing.
7      And regardless of root of administration, I
8  would choose not to administer an ingredient that is so
9  well connected to cancer.
10  Q.  That is fine, but that wasn't my question.
11      My question is whether you are aware of any
12  studies that the administration or use of hyaluronic
13  acid -- introduction of hyaluronic acid into or onto the
14  body is connected in any way with cancer?
15  A.  I am not sure if it is a topic that has been
16  researched or explored, but, again -- and I can't attest
17  to how -- if we are not talking about the studies in
18  Group 1, I am not sure how the hyaluronic acid or
19  hyaluronan was administered in any of these couple of
20  thousand studies that discuss the relationship between
21  hyaluronan and cancer.
22  Q.  Um-hmm.
23  A.  So to the extent we are talking about the
24  first group, they were not looking at the oral
25  administration of hyaluronan.

---

38

1  Q.  Or the injection of hyaluronic acid?
2  A.  I am not sure.  I am not sure how it was
3  actually administered in those studies, but obviously,
4  it somehow got to the cell types in question.
5  Q.  Well, are you aware of any of the studies
6  contained in Exhibit 1 in which hyaluronic acid was
7  studied other than as a naturally occurring substance in
8  the body?
9  A.  I am not sure I understand the question.
10  Q.  As I under -- I will state it a different way.
11      As I understand it, all of the -- the
12  studies -- and I will just flip through them a little
13  bit, but that all of the studies in Exhibit 1 concern
14  hyaluronic acid as naturally created by the body.
15      Are you aware of any -- do you disagree that
16  all of the studies in Exhibit 1 concern hyaluronic acid
17  as naturally created by the body?
18  A.  I would have to review them again, but I
19  believe some of them deal with a hyaluronan enriched
20  environment where there might have been additional
21  hyaluronan added to the environment in some of these
22  studies.
23      And I know that is research that I
24  encountered, whether it was in Group 1 or in Group 3,
25  that it is observed when you enrich an environment with

---

39

1  hyaluronan, you can change the behavior of cancer cells.
2  Q.  Well, as we are sitting here today, can you
3  identify any such research?
4  A.  If you want me to take an hour and go through
5  Part 1 and Part 3, I can probably find dozens of
6  citations that refer to hyaluronan enriched or a
7  hyaluronan supplemented environment, whether it is a
8  cellular environment or what that is associated with
9  changes in cancer behavior.
10  Q.  Okay.  Well, given the time constraints, no, I
11  don't want you to take an hour to do that.
12  A.  But the research is abundantly available and
13  that book is, I would imagine, imminently clear.
14  Q.  Okay.  In your blog you refer to, quote:
15  "Credible research that points to a relationship and
16  mechanism between hyaluronic acid in cancer."
17      And if you would like, let's mark as Lessman
18  Exhibit 2 a copy of the blog posting, so you can refer
19  to that.
20      (Exhibit 2 marked and retained.)
21  BY MR. MOSKIN:
22  Q.  Are you familiar with the statement I just
23  quoted?
24  A.  Let me look at it in here.
25      Yes.

---

40

1  Q.  Okay.  This may simply be a different way of
2  asking the question I asked you earlier, but what do you
3  mean by relationship and mechanism?
4      MR. COHN:  Objection.  Asked and answered.
5      Do you want him to repeat it?
6      MR. MOSKIN:  No, I didn't ask him using the
7  word "mechanism."
8  Q.  And I don't know if there is a difference if
9  that helps you clarify what you are referring to.
10  A.  Well, the -- as I said, it is a fundamental of
11  cellular biology that hyaluronic acid has a relationship
12  to cancer.  And the research is now replete with
13  examples of scientists that have determined for various
14  cancer types and observed environments, mechanisms by
15  which hyaluronic acid could promote or proliferate to
16  promote metastases and things like that.
17      So -- so they have -- they understand the
18  mechanism of hyaluronic acid's role and not simply the
19  relationship.
20  Q.  Can you explain for us what is the mechanism?
21  A.  It's very complicated cellular biology, and
22  there is a multitude of variations, but as I discussed
23  at length before, the principal mechanism they discuss
24  is hyaluronan's role in the extracellular matrix, which
25  is a critical component of proliferating and growing



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Andrew M. Lessman                                                        April 23, 2010

CONFIDENTIAL

---

### 41

1    cells, and hyaluronan's relationship to the hyaluronan
2    receptors, and also its relationship with hyaluronan.
3        So it's a complex relationship between these
4    vital cellular components for cellular growth and
5    proliferation.
6        Q.   Can you identify anything about the
7    relationship and mechanism between hyaluronic acid in
8    cancer that you think should be of concern to purchasers
9    or potential purchasers of Nature's Code Hair, Skin, and
10   Nails?
11       A.   The fact that that is a product for pretty
12   skin and I don't think it warrants the introduction of
13   an ingredient that has a relationship to something like
14   cancer when one is simply seeking pretty skin.
15       Q.   Anything else?
16       A.   Not particularly.
17       Q.   What did you understand your audience would
18   themselves understand regarding the relationship and
19   mechanism -- or alleged relationship and mechanism
20   between hyaluronic acid and cancer, and the consumption
21   of the hair, skin, and nails product by QVC?
22       MR. COHN:   Objection.  Form.
23       THE WITNESS:  I am not sure if I understand
24   the question.  Are you asking me what other people are
25   going to think or supposed to think, or are you asking

### 43

1        MR. COHN:   Objection.  Mr. Moskin, I'm sure
2    you've read the court's order which says the deposition
3    shall be limited to the bases of Mr. Lessman's claims
4    that Plaintiffs's hair, skin, and nails product
5    comprises 99 percent additives, and that there is a
6    significant body of troubling research that connects
7    hyaluronic acid to cancer.  That's it.  That is the
8    limit of this deposition.
9        The court did not allow you to have him
10   speculate about what consumers might or might not have
11   understood various statements to mean.
12       MR. MOSKIN:   Okay.
13       Q.   What research relating to cancer do you
14   believe would have been alarming to consumers -- or
15   potential consumers of the hair, skin, and nails
16   product?
17       A.   I think any time you are simply talking about
18   a vitamin, let alone a vitamin for vanity purposes, any
19   connection to cancer would probably be alarming to most
20   folks.
21       Cancer is not something that you want your
22   vitamin supplement ingredients, least of all a vanity
23   vitamin -- Cancer is not what you want there to be an
24   association or connection to.
25       MR. MOSKIN:   Can you read back that answer?

### 42

1    my intent when I wrote something, or --
2    BY MR. MOSKIN:
3        Q.   What did you think that readers of your blog
4    would understand?
5        A.   Well, as a preliminary matter, this is a
6    product that was sold using the name of perhaps my most
7    popular product, and when this product was sold and
8    represented, the person promoting it made a big deal
9    about three dimensions of support and a big deal about
10   how he really loved this one ingredient:  Hyaluronic
11   acid, which naturally made my product, which does not
12   include hyaluronic acid, inferior by comparison.
13       So I owed an explanation to purchasers of my
14   product as to why hyaluronic acid is not an ingredient I
15   use in my hair skin and nail product; particularly, in
16   light of the fact that someone was touting it as being
17   perhaps the very important third dimension of support.
18       So I simply owed an explanation to the
19   purchasers of my product why hyaluronic acid is not
20   something I use in my products.
21       Q.   Do you see where you say in your blog that
22   research relating to cancer is alarming to you?
23       A.   Yes.
24       Q.   And what did you expect your readers would
25   understand by --

### 44

1        (Record read.)
2    BY MR. MOSKIN:
3        Q.   I suppose my question to you is if there -- so
4    I think you testified if there was -- you were not aware
5    of any research showing that oral ingestion of
6    hyaluronic acid was related to cancer.  Why would any of
7    the other research in Exhibit 1 be alarming to consumers
8    of the product?
9        A.   Sort of a compound question.  I think that the
10   moment you put something into your mouth that contains a
11   certain ingredient, you're potentially introducing that
12   to the cells in your body.
13       And, again, I am not an expert in this area,
14   but I would prefer not to add additional hyaluronic acid
15   to the hyaluronic acid present in consumers' bodies
16   given the research on the role hyaluronic acid plays in
17   cancer.
18       Q.   Now, is that -- from what research you have
19   seen, is that true for all consumers?
20       MR. COHN:   Objection.  Form.
21       THE WITNESS:  I am not sure what you mean by
22   the question.
23   BY MR. MOSKIN:
24       Q.   Are there any particular types of consumers
25   for whom it should be a concern?

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman                                    April 23, 2010

CONFIDENTIAL

---

### 45

1    A.  Well, I think, first off, I was providing this
2  information simply because QVC stole my product name.
3  And in so doing, I needed to clarify why hyaluronic
4  acid, a heavily promoted ingredient in their product,
5  wasn't in mine.
6            And in so doing, I honestly disclosed, which
7  my customers and readers rely on me to do, I disclosed
8  my reservations about hyaluronic acid, being its
9  potential activity, and its potential -- and its actual
10  role in cancer.
11           And as far as an audience, if you are saying
12  for me to draw a scientific opinion of what folks are at
13  risk from hyaluronic acid -- is that what you are asking
14  me to do?
15    Q.  No.  Well, I can ask the question a different
16  way.
17           If there was no research indicating that oral
18  ingestion of hyaluronic acid contributed to either the
19  causation or proliferation of cancer or that it did
20  anything at all, why wouldn't it have been sufficient to
21  tell your viewers and potential consumers simply that,
22  rather than raising an alarm about cancer?
23    MR. COHN:  Objection.  Form.
24    THE WITNESS:  There is no research showing
25  that hyaluronic acid as -- as orally administered is

### 46

1  beneficial.  So why didn't QVC do that during their
2  broadcast?
3            But -- sorry.  To -- to answer your question,
4  there is abundant research that hyaluronic acid,
5  hyaluronan, plays multiple roles in cancer in the human
6  body.  I think that research is substantial enough that
7  it is not up to me to draw further conclusions and look
8  for research that doesn't exist.
9            The researchers, from my understanding,
10  haven't been exploring oral administration of hyaluronic
11  acid.  They have been looking at a proven, accepted
12  relationship between hyaluronic acid and cancer.
13    MR. MOSKIN:  It's okay.  Let's take a short
14  break, a five-minute break here.  We have been going a
15  little over an hour.
16    MR. COHN:  Sure.
17    (Recess.)
18  BY MR. MOSKIN:
19    Q.  Are you aware of any research in which
20  hyaluronic acid was shown to cause a regression in
21  tumors?
22    A.  I am not sure of the exact use of the word
23  regression, but as I answered earlier, given the normal
24  biological diversity, one would expect that to be, yes,
25  and I believe I have encountered that mentioned.

### 47

1    Q.  Can you think of any particular studies where
2  that has been found?
3    A.  I know it was mentioned in studies.  I know it
4  was mentioned in some documents I read.  Again, not
5  necessarily regression, but probably what you would
6  consider --
7    Q.  Remission?
8    A.  Not remission, but changes that were, say,
9  nonproliferative.
10    Q.  And how many such studies of that kind do you
11  recall having seen?
12    A.  Again, I am not sure if I saw individual
13  studies that stated that as much as it was mentioned in
14  other studies.
15    Q.  Okay.
16    A.  But, again, it all ties back to the fact that
17  hyaluronic acid, hyaluronidase, hyaluronic acid
18  receptors have a relationship to cancer.
19    Q.  Sometimes positive; sometimes negative?
20    A.  Yes.
21    Q.  And as far as you know, the, quote,
22  "relationship and mechanism," to use your words, between
23  hyaluronic acid and cancer is simply not yet understood
24  fully enough to know why in some cases it is positive
25  and in some cases it is negative?

### 48

1    A.  No.  In fact, I -- I believe they do a good
2  job in each study discussing why the results are
3  observed based upon their understanding of the mechanics
4  of the hyaluronic acid, its receptors, et cetera.
5            Each study would really have to be looked at
6  on its own, but the researchers have done a very good
7  job elucidating various aspects and attributes; but the
8  entire domain of hyaluronic acid and cellular biology
9  and cancer hasn't been fully elucidated as yet.
10    Q.  And do you personally have any understanding
11  as to why the relationship is sometimes positive and
12  sometimes negative?
13    A.  Only based upon things that I might have read,
14  yes.
15    Q.  And as we sit here today, can you identify
16  which of those things you read?
17    A.  I am not sure.  No.  I have read a lot of
18  materials, most of which were reviewed three months ago
19  and not since then.
20    Q.  Okay.  Let's shift gears a little bit.  I
21  mean, I know hyaluronic acid is a fun subject we can go
22  on talking about forever, but let's talk about
23  additives.
24            Do you have your -- the blog posting in front
25  of you, Exhibit 2?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman                                    April 23, 2010

CONFIDENTIAL

---

49

1      A.  Yes.
2      Q.  And you see where the statement is made, the
3  weight of this tablet is 1480 milligrams, so the four
4  active ingredients, 14.6 milligrams comprise about 1
5  percent of the tablet, making it 99 percent additives
6  with an exclamation point?
7      A.  Yes.
8      Q.  Okay.  First of all, what do you mean by the
9  word "additives"?
10     A.  In this case, this product was heavily
11 promoted as containing four specific ingredients on
12 television.
13          When you review the label, the supplement fact
14 panel lists those same four ingredients, and the
15 ingredients other than those four active ingredients,
16 beneficial ingredients would be the additives.
17     Q.  Did you mean to imply anything good or bad or
18 negative by using the word "additives" rather than some
19 other term?
20     A.  No.  I think "additives" is simply a noun that
21 is derived from the word "add."
22     Q.  Is there a reason you used the term -- the
23 word "additives" rather than say, binders or excipients
24 or processing aid?
25     A.  Yes.

---

50

1      Q.  And what was that reason?
2      A.  I don't make tablets.  So I wouldn't know how
3  to characterize each of those ingredients as to their
4  role, which would imply binders and other things.  I am
5  sure they are in there, but I am not sure which is which
6  in a tablet.
7      Q.  Did you mean to imply that -- that it was a --
8  either a good or a bad thing or a neutral thing that a
9  product would be 1 percent active ingredients and
10 99 percent additives?
11          MR. COHN:  Objection.  Form.
12          THE WITNESS:  I am not sure I meant to imply
13 anything.  To me, it was personally just a surprising
14 thing.
15 BY MR. MOSKIN:
16     Q.  Why surprising?
17     A.  Again, I am not someone who manufactures
18 tablets, but I have seen tablets far smaller than 1480
19 milligrams.  And when you are only delivering
20 14 milligrams approximately of active ingredients, it
21 seems surprising that another 1,466 ingredients were
22 also included in the product.
23     Q.  Are you aware of any standards in the industry
24 in making tablets in percentages between active
25 ingredients and binders, excipients, and so forth?

---

51

1      A.  I'm not aware of standards.  As I said, I
2  don't make tablets.
3      Q.  Do you use any binders or excipients in your
4  own products, which I gather are capsules?
5      A.  No.  It makes manufacturing difficult, but we
6  add nothing to the active ingredients we receive.
7      Q.  For example, anything to facilitate filling
8  the capsules?
9      A.  No.  No flow ingredients or the like.
10     Q.  Are you aware that there is a technical
11 difference in terminology between the word additive and
12 the term binder and the term excipient?
13     A.  They are different words.  So to that extent,
14 they have different meanings.  I am not -- you know, a
15 binder is a certain kind of thing, I would imagine.
16          So I am not sure what that question is really
17 requesting.
18     Q.  Well, let me put it this way:  Based on -- and
19 I know you are not an expert in tableting.
20          Is that a fair word?  I don't know if that is
21 a proper form of the word tablet.
22     A.  It is.
23     Q.  Okay.  Do you know what the word -- what the
24 term binder means in tableting?
25     A.  I believe so.

---

52

1      Q.  And what is that understanding?
2      A.  I believe its compressible ingredients you put
3  into a formula, so the components can all stick together
4  and form a tablet mass.
5      Q.  Anything else that is part of the definition
6  as to your understanding?
7      A.  Again, I am giving you sort of an
8  understanding and not a technical definition because I
9  am not an expert in tableting.
10     Q.  Okay.  What about the word excipient?  What do
11 you understand it means?
12     A.  Excipient, I believe, is a general term.
13 Like, additives for things that are not the active
14 ingredients in a formula.
15     Q.  Anything else you understand is meant by the
16 term?
17     A.  Not sure.
18     Q.  What about the term processing aids?  Is that
19 a term you are familiar with in tableting?
20     A.  I think the words themselves are clear.  They
21 would probably be along the lines of manufacturing aids
22 or tableting aids.  Something that aids you in the
23 process.
24     Q.  Okay.
25     A.  Again, these are not words that I use, so --

---



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman                                             April 23, 2010

CONFIDENTIAL

53

1    Q.  Okay.  And just so we are clear, what do you
2    mean by the word additive?
3        A.  As I said earlier, it is the other ingredients
4    that are added to this product outside the four
5    ingredients promoted as the beneficial ingredients and
6    the four ingredients also listed under the Supplement
7    Fact Panel as the active ingredients.
8        Q.  I think I asked you if you are aware if there
9    are any standards in the industry.
10       Are you aware of any -- apart from
11   standards -- any best practices of what percentages
12   should be between active ingredients and everything else
13   in a tablet?
14       A.  I have no idea.  And I would imagine it would
15   vary by formula, by product.
16       Q.  Are you aware of any research on any optimal
17   size or weight of tablets for nutritional supplements?
18       A.  Well, I encountered consumer studies over the
19   years where consumers have expressed a preference for
20   tablets of a smaller size or a dosage of a smaller size
21   whether it is tablet, capsule, or otherwise.
22       Q.  And do you know what -- based on that consumer
23   research, what the optimal size is?
24       A.  I could not specifically give you a volume
25   measurement or a weight measurement, but when it comes

54

1    to something that someone needs to swallow, smaller is
2    always better.
3        Q.  This is really more of a personal side, but
4    now that I have to take Restatin, I have to say it is
5    much harder for me personally to swallow a little tiny
6    Zocor pill than a vitamin.
7        Is -- is that -- so let me -- let me put this
8    in a form of a real question.  So is --
9        MR. COHN:  That would be helpful.
10   BY MR. MOSKIN:
11       Q.  -- smaller always better?
12       A.  Well, within reasonable limitations.  You
13   don't want people swallowing specs of dust, but people
14   abhor, detest large horse tablets, as they often call
15   them.
16       Q.  But as you sit here today, are you aware of
17   what the prefer -- actual preferred sizes are?
18       A.  Not as I sit here today.
19       Q.  Is 1480 milligrams an unusually large tablet
20   as far as you know?
21       A.  Unusually large?  I am not exactly sure what
22   you mean by "unusually large," but for a tablet that
23   deliveries 14 milligrams of actives, I would say that's
24   unusually large.
25       Q.  Why --

55

1        A.  And I am not a tableting expert.
2        Q.  Why do you use the word "unusually" to modify
3    large then in these circumstances?
4        A.  Because, again, the inactive ingredients, the
5    additives outnumber the active components almost 100 to
6    1.  And that to me -- again, I am not an expert, but
7    just seems to be a large amount of additives to deliver
8    14 milligrams of actives.
9        Q.  So if I understand your testimony, 1480
10   milligrams is not itself unusually large?
11       A.  It is a large tablet.  In fact, that is why I
12   believe that tablet has score lines, so it can be broken
13   in half for ease of swallowing because its basic size is
14   large.
15       Q.  Well, what do you mean by large if I -- well,
16   we will just ask that question first.
17       A.  I would say a 1500 milligram tablet is
18   considered large.  I would say 500 to 1,000 milligrams
19   is not considered large.
20       But as I said, the fact that there is
21   14 milligrams approximately of actives in an almost
22   1500-milligram dosage, that's the disconnect for me.
23       Q.  I will come to that.  But as to whether it is
24   a percentage of the overall, but just as -- in and of
25   itself whether 1500 milligrams is large, is there any

56

1    market research you have in mind or other research that
2    that's on the larger size and given what is --
3        A.  I have not --
4        Q.  -- sold in the -- on the -- let me finish the
5    question -- what is sold in the United States?
6        MR. COHN:  Objection.
7        Mr. Moskin, you are now straying, once again,
8    beyond the limits of this deposition.  The court did not
9    ask Mr. Lessman to bring in any market research.  The
10   court's order is very specific.
11       MR. MOSKIN:  I think it bears on the
12   percentage size.  Are you instructing him not to answer?
13       MR. COHN:  What the court order says is --
14       MR. MOSKIN:  I --
15       MR. COHN:  -- "The deposition shall be limited
16   to the bases of Mr. Lessman's claims that Plaintiff's
17   hair, skin, and nails product comprises 99 percent
18   additives, and that there is a significant body of
19   troubling research that connects HA to cancer."
20       I have given you some room earlier to ask
21   questions to stray beyond it, but now, you are going
22   even further beyond the very limits the court imposed
23   upon this deposition.
24       MR. MOSKIN:  I asked you a simple -- are you
25   instructing him not to answer?  I know what the order



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman

April 23, 2010

CONFIDENTIAL

---

### 57

1  says.

2      MR. COHN:  Correct.  If you ask questions

3  beyond the scope of the order, I am asking my client to

4  stick to the limits the court imposed.

5      MR. MOSKIN:  All right.  And you are asking

6  him not to answer this -- you are instructing him not to

7  answer this question?

8      MR. COHN:  Correct.

9      MR. MOSKIN:  Okay.

10     Q.  Well, I can't -- there is no -- there is not a

11  full predicate for this next question, but is 1 percent

12  active ingredient ratio unusual in your -- from your

13  understanding of tablets marketed in the United States?

14     A.  I am not a student of tablet marketing in the

15  United States, but as I said before, this is a product

16  that with 14 milligrams of active ingredients it could

17  have been the same size as their Veritrex tablet, which

18  was 1250, or I am sure they make other tablets which are

19  1,000 or less.

20     So it just surprised me the choice to make it

21  a -- an almost 1500-milligram tablet to deliver

22  14 milligrams of active ingredients.

23     And I have not studied or researched or

24  reviewed the tablet size and the nutritional supplement

25  marketplace.

---

### 58

1      Q.  So you don't know if that is an unusually

2  large or small percentage?

3      A.  I would imagine it's on the unusually small

4  size because I don't think you can get much smaller than

5  1 percent.

6      Q.  Did you do any chemical analysis of the actual

7  composition of the hair, skin, and nails product to know

8  what the actual percentages are of all of the

9  ingredients?

10     A.  No.

11     Q.  Okay.  Did you separately weigh individual

12  tablets?

13     A.  My research or QA or laboratory department

14  weighed the tablets and communicated the weight to me.

15     MR. COHN:  Can you read back his answer to

16  the -- not the immediate question, but two questions

17  back.

18     (Record read.)

19     MR. MOSKIN:  What was the question?

20     (Record read.)

21  BY MR. MOSKIN:

22     Q.  Okay.  Do you know if 2 percent is an

23  unusually large or small percentage of tableting

24  composition?

25     A.  As I said, I have not studied the landscape of

---

### 59

1  tablets available across the United States, nor have I

2  reviewed any documents on that, so -- but, again, from a

3  strictly mathematical standpoint, when you are at 1 and

4  2 percent, you are at the arithmetic limits of small

5  contribution.

6      Q.  So you meant this as a mathematical

7  computation, not as -- sort of a normative or judgmental

8  statement about the quality of the product?

9      A.  I think the paragraph speaks for itself.  I

10  went through the math in detail.

11     Q.  And were you implying a criticism of QVC for

12  the percentage that you calculated?

13     A.  As I said, I was surprised by that percentage.

14  And I doubt that QVC designed this product and its level

15  of active ingredients or additives.

16     Q.  Is that the -- I'm sorry.  Is that the end?

17     A.  So are you -- I am not sure --

18     Q.  My question was, were you implying a criticism

19  of the formulation?

20     A.  Again, their formula speaks for itself in

21  terms of the degree of additives.  As I've said, I found

22  it surprisingly high in terms of the amount of additives

23  given the amount of active ingredients.

24     Q.  But were you implying a criticism?

25     A.  I am not sure if by -- if it is by

---

### 60

1  implication.  If someone reading that prefers not to

2  have 99 percent additives, then I think the facts speak

3  for themselves.

4      Q.  But you personally were not implying any

5  criticism?

6      A.  Maybe I should read the language.  In the last

7  two sentences -- in the last two sentences, I state:

8      "Perhaps a bigger tablet fools you

9      into thinking you are getting more,

10     but who knows."

11     I was trying to understand the rationale

12  behind the level of additives delivered in the product.

13     Q.  But, again, were you casting any judgment or

14  criticism against QVC for the formulation?

15     A.  Not per se.

16     Q.  Now, did you mean to imply that the quantities

17  of active ingredients were too small or too low?

18     MR. COHN:  Objection.

19     Mr. Moskin, I think I will give you a bit of

20  room here, but come on.  You know what the court said.

21  The order is clear.  It is limited to two particular

22  statements, and these implications and assumptions and

23  all of this other stuff is not within the scope of the

24  court's order.

25     So I will let Mr. Lessman answer this question

---

Toll Free: 800.944.9454
Facsimile: 212.557.5972



ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

61

1  because I am feeling charitable and generous today, but
2  please let's limit ourselves to the strict terms of the
3  court's order.
4          MR. MOSKIN:  Well, I think this is within the
5  scope of what the court directed.
6          THE WITNESS:  Can you read the question,
7  please?
8          (Record read.)
9          THE WITNESS:  Well, I think in terms of
10 hyaluronic acid, I specifically addressed that in the
11 paragraph, but what I did state at the end is that the
12 tablet makes it look like you are getting more than 14
13 milligrams of active ingredients.
14 BY MR. MOSKIN:
15     Q.  Are you aware that calcium carbonate is ever
16 used as an active ingredient in dietary supplements?
17     A.  Yes.
18     Q.  And how are you aware of that?
19     A.  It is a common form of calcium used in
20 multiple products, including my own.
21     Q.  Okay.  How about dicalcium phosphate?  Are you
22 aware that that is used in dietary supplements?
23     A.  I think it is more often used as a tableting
24 aid because it is uniformly viewed as a relatively
25 insoluble form of calcium.  And oftentimes I believe

62

1  it's difficult on people's stomachs as well.
2      Q.  How about as a source of phosphorous?
3      A.  Again, if its solubility is limited, I am not
4  sure if it is going to be a -- I have not studied this,
5  but I am not sure if it is going to be a good source of
6  phosphorous.  Dicalcium phosphate, I believe, as I said,
7  is relatively insoluble.
8      Q.  Are you aware whether a product with a
9  tablet -- tablet with 60 percent active ingredients is
10 considered to be high or low in the range of tablets
11 marketed --
12         MR. COHN:  Objection.
13     Mr. Moskin, this is clearly completely beyond
14 the scope of the court's order, which, again, says:
15         "The deposition shall be limited to
16         the bases of Mr. Lessman's claims
17         that the relevant portion of
18         Plaintiff's hair, skin and nails
19         product comprises 99 percent
20         additives."
21     Speculation regarding whether a 60 percent
22 tablet is a good or bad product is clearly outside the
23 bounds of this court's order.
24         MR. MOSKIN:  No, it is not speculative.  Are
25 you instructing him not to answer the question?

63

1          MR. COHN:  That is going without saying.  When
2  you are asking a question that is beyond the scope of
3  the court's order, it is an inappropriate question.  One
4  which Mr. Lessman should not be required to answer.
5          MR. MOSKIN:  Well, Mr. Lessman testified he
6  didn't do any compositional analysis.  He does not know
7  what the actual make up of the other elements in this --
8  the percentage make up of the other ingredients in
9  this -- in this product happens to be.
10         If the actual compositional makeup, I believe,
11 will -- will be found to be relevant, if -- if -- and I
12 am not making up the number 60 percent -- if you don't
13 want him to answer, he does not have to answer.
14         Is your -- you are sticking by your
15 instruction that he is not to answer the question?
16         MR. COHN:  Yes.
17         MR. MOSKIN:  Okay.  I will also add that
18 thereby, in fact, criticizing the product as being 99
19 percent additives, there is a judgment being made; and I
20 think it is also a fair basis for us to inquire as to
21 what he understands are reasonable and normal and
22 quality product sold in the tableting industry.
23         MR. COHN:  You can take issue with the judge,
24 who was very clear in her limits on the deposition.  If
25 you disagreed with those limits, you could have

64

1  challenged the order or requested a consideration.  You
2  did none of that.  The court was clear.  And once again,
3  you are venturing beyond those very clear limits.
4          Even today you are welcome to call the court
5  if you want to get an expansion of the deposition, but I
6  don't see you picking up the phone.
7          MR. MOSKIN:  Well, because there is no number
8  to call.
9      Q.  Just to be clear, you don't know, I take it,
10 what are the percentages of the other ingredients other
11 than the four active ingredients listed on the product
12 label of the QVC product?
13     A.  Well, to the extent I would imagine that the
14 ingredients are listed in order of preponderance, you
15 can get a sense of their descending preponderance; but
16 the exact content wasn't relevant to any of the
17 statements I made.
18     Q.  Are you aware that QVC promotes the hair,
19 skins, and nails product to be consumed together with a
20 multivitamin, including its own multivitamin?
21     A.  I wasn't aware of that.
22     Q.  Is it relevant to your judgment as to what
23 is -- what are appropriate levels of active ingredients,
24 how the product is meant to be consumed, and in
25 particular, whether it is to be consumed together with a



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

CONFIDENTIAL

---

### 65

1    multivitamin?
2        A.   Not to my knowledge.
3        Q.   To your knowledge, it is not relevant how it
4    is meant to be consumed?
5        A.   I haven't seen research that indicates that
6    you should use more additives if a product is intended
7    to be consumed with a multivitamin.  Meaning at the same
8    time as?
9        Q.   Um-hmm.  I am not referring to additives.  I
10   am referring simply to the active ingredients.
11           MR. COHN:  Objection.  Form.
12           Are you asking a question?
13           MR. MOSKIN:  Yes.
14           MR. COHN:  What's the question?
15           THE WITNESS:  Then I didn't understand the
16   prior questions.
17   BY MR. MOSKIN:
18       Q.   Is it relevant to your assessment of whether
19   the numerical values of the quantities of active
20   ingredients in the QVC hair, skin, and nails product is
21   meant to be consumed together with a multivitamin?
22           MR. COHN:  Objection.  Form.
23           THE WITNESS:  I think that assumes that I made
24   certain statements that I didn't make.  Biotin is an
25   ingredient in a multivitamin.  Hyaluronic acid is not.

---

### 66

1    I am not sure if silicon is in their multivitamins,
2    so -- and I did not comment on anything, except the fact
3    that the product contained whatever it was,
4    1466 milligrams of additives and 14 milligrams of active
5    ingredients.
6    BY MR. MOSKIN:
7        Q.   So just to be clear, your criticism is not at
8    all directed to the quantities of active ingredients?
9        A.   As I said, my blog speaks to it in terms of
10   hyaluronic acid.  My blog speaks to it in terms of
11   lutein.
12       Q.   And just so you can be clear, what is your
13   position?
14       A.   I believe that my blog said that the level of
15   biotin was a great level of biotin.  My statement about
16   additives is simply an arithmetic calculation.
17       Q.   And beyond what is stated in your blog, no
18   other criticism of the numerical values was intended?
19           MR. COHN:  Objection.
20           Mr. Moskin, again, we know the limits of the
21   court's order.  The court's order on this topic is
22   limited to the 99 percent issue.
23           The court did not give you the discovery you
24   sought into lutein and silica and the individual
25   ingredients.  I don't see why you keep on persisting on

---

### 67

1    asking questions the court did not allow you to ask.
2            MR. MOSKIN:  Because it relates directly to
3    the percentages, which -- even on your narrow
4    interpretation of what the court is interested in is
5    directly relative.
6            MR. COHN:  The reason why you did or did not
7    include certain percentages or amounts of certain
8    ingredients does not relate to the specific questions
9    the court allowed you to ask about, and I will repeat it
10   just for clarity.
11           "The deposition shall be limited to
12           the bases of Mr. Lessman's claims
13           that Plaintiff's hair, skin, and
14           nail product comprises 99 percent
15           additives and that there is a
16           significant body of troubling
17           research that connects hyaluronic
18           acid to cancer."  That's it.
19           The court did not give you the other discovery
20   you sought.
21           MR. MOSKIN:  And my other question is simply
22   whether there are any other criticisms intended of the
23   QVC product because of the specific quantities that
24   comprise the 1 percent that Mr. Lessman calculated.
25           MR. COHN:  The criticisms in the blog speak

---

### 68

1    for themselves.
2    BY MR. MOSKIN:
3        Q.   And my question is, is there any other
4    criticism that -- beyond what is in the blog that you
5    intended?
6        A.   If it wasn't stated in my blog, there were no
7    other criticisms intended nor offered.
8            MR. MOSKIN:  Let's take a five-minute break.
9            (Recess.)
10   BY MR. MOSKIN:
11       Q.   If you could, look at Bates No. 198 in
12   Exhibit 1.
13           (Discussion off the record.)
14           THE WITNESS:  Okay.
15   BY MR. MOSKIN:
16       Q.   Just if you can identify what we are looking
17   at?
18           This is an E-mail that looks like an E-mail on
19   January 17th from you to Jon Kwantes and Jeff Dorsett.
20       A.   Right.
21       Q.   Okay.  First, just so I understand that I am
22   reading this correct, AML, is that you?
23       A.   Yes.
24       Q.   Okay.  Can you tell me where in the creation
25   of your blogs we were temporally at the time you wrote

---

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



ESQUIRE
an Alexander Gallo Company

Andrew M. Lessman                                        April 23, 2010

CONFIDENTIAL

---

### 69

1    this E-mail?
2        A.   I have to -- can I read the E-mail?
3        Q.   Sure.  Absolutely.
4        A.   Should I read the blog itself that I forwarded
5    or just the preamble to it?
6        Q.   My real question is, is where -- again, is
7    where you were, and in particular, where you were in
8    connection with research that you were doing to support
9    the statements in your blog?
10       A.   Based upon this, I would imagine that -- as I
11   said, I just wrote it off the top of my head this
12   weekend, that I -- I probably hadn't begun to perform
13   research myself; and that I had forwarded this to my
14   office for purposes of their providing me with
15   substantiation or criticism.
16       Q.   I -- I don't think I asked you this, whether
17   in the course of creating the blogs, you did any
18   research on percentages of additives versus active
19   ingredients in tablets?  Is that correct?
20       A.   No, I did not do any research on that.
21       Q.   At any point in time prior to today, have you
22   done any research on percentages of additives versus
23   active ingredients in tablets?
24       A.   I am not sure what you mean by research, but
25   over the years, of course, I looked at tableted products

### 70

1    and observed the active ingredients versus the expressed
2    inactive ingredients in those formulas.
3        So being in this industry for over 30 years,
4    if that's what you are referring to as research, then I
5    have been -- I have seen tableted products over the
6    years and observed their label claims; and including
7    their supplement facts; their active ingredients; and
8    their additives.
9        Q.   But nothing more systematic than that?
10       A.   Not that I recall.
11       Q.   If you look at Bates No. Page 196 in
12   Exhibit 1 --
13       A.   Yes.
14       Q.   -- the top E-mail.  I don't see a date on
15   that.  Do you know -- have some idea when that was
16   written?
17       A.   Not sure.  I am reading it.  I would imagine
18   that was some time prior to the publication, but I am
19   not certain; but certainly after January 18th at 11:15
20   a.m. because it followed the preceding E-mail.  So I --
21   I can't give you an exact date, but I would imagine it
22   is in reasonably close proximity.
23       Q.   And if you turn the page -- there is -- there
24   is the E-mail that begins "Hi, Andrew."  It looks like
25   this is on January 18 at 10:57 a.m.

### 71

1        A.   On 197 we are talking now?
2        Q.   Yes.
3        A.   Okay.
4        Q.   Do you see the statement:
5            "It appears the discussion
6            regarding HA and its involvement in
7            cancer is not clear cut and is
8            debatable"?
9        A.   Yes.
10       Q.   Did you discuss that with Jeff Dorsett?
11       A.   Could I read the --
12       Q.   Sure.
13       A.   -- both paragraphs?  So it is -- maybe even
14   the research, so I am taking it into context.
15           I recall receiving the E-mail and reviewing
16   the E-mail, yes.
17       Q.   Okay.  And do you recall having a discussion
18   regarding a statement that HA and its involvement in
19   cancer is not clear cut and is debatable?
20       A.   I am not sure if we had a discussion, but
21   reading the paragraph, he is referring to the fact that
22   HA, as I said, isn't necessarily a cause of cancer.
23           MR. MOSKIN:  If you give me a moment, let me
24   just confer with somebody here who may actually know
25   something.  We may be done.

### 72

1            THE WITNESS:  Okay.
2            (Discussion held off the record.)
3    BY MR. MOSKIN:
4        Q.   Let's -- actually, it does not really matter.
5    We can look at -- we were looking at Page Bates No. 196.
6        A.   Yes.
7        Q.   Can you just identify who the other people are
8    who are on the E-mail?
9        A.   Oh, sure.  As we said, Jeff Dorsett, we
10   discussed.
11       Q.   Right.
12       A.   I am AML.  Edward Moss is my creative
13   director.  He's emoss@procapslabs.com.  Debra George is
14   sort of the executive director of the director of
15   operations at my company, and then Jon Kwantes you know.
16       Q.   Okay.  What are the general qualifications of
17   Jeff Dorsett?
18       A.   I believe Jeff -- his background is in
19   science.  It has been a long time since he has been
20   hired.  So I forget his background.  But I believe he
21   has a science degree and background experience in
22   performing research.
23       Q.   What field of science?
24       A.   I am not sure.  I am not sure.
25       Q.   And how about Mr. Kwantes.?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman                                        April 23, 2010

CONFIDENTIAL

---

73

1    A.  Again, not sure.  They -- they've both worked
2    at the company for a number of years.  So I haven't
3    looked at their resumes or their qualifications for
4    quite some time.
5    Q.  And in preparing the blog, you didn't consult
6    with any other experts in hyaluronic acid?
7    A.  No.  I read articles --
8    Q.  No, I understand.
9    A.  -- written by experts on hyaluronic acid.
10   Q.  I know.  I know.  I -- oh, I commented on the
11   fact that on Page 196 there is no sent date.
12   A.  Right.
13   Q.  That appears to be true on other E-mails as
14   well.  Do you know why that is?
15   A.  No.  I didn't prepare any of these documents.
16       MR. COHN:  We can check.
17       MR. MOSKIN:  All right.
18       THE WITNESS:  It is probably just an IT
19   idiosyncrasy that can be rectified.
20   BY MR. MOSKIN:
21   Q.  But I -- I take it you were not relying on
22   Edward Moss or Debra George to do scientific research?
23   A.  No.
24   Q.  Were you relying on anybody else?
25   A.  I don't believe so.

---

74

1    Q.  I know I asked you generally how did you do
2    the research -- the Internet research that is compiled
3    in Exhibit 3, and you described some of the general
4    search terms.
5        Can you tell me what you did to recreate the
6    research after the fact?
7    A.  I just typed in hyaluronic acid and cancer in
8    Yahoo, clicked on links that were familiar, typed in
9    hyaluronan acid -- hyaluronan and cancer.  Again,
10   clicked on links that are familiar.
11       One section of that, that might require a bit
12   of explanation was the 2,000 references from PubMed.
13   That would be the result of your typing in hyaluronan
14   and cancer that I mentioned earlier on PubMed.  And, of
15   course, I didn't read all of those 2,000.
16   Q.  You simply printed them out?
17   A.  I printed them out.  At the time, I did review
18   many of the abstracts.  I scanned many of the pages and
19   reviewed many of the abstracts.
20   Q.  But you don't know which were from
21   the thing -- from what you reprinted after -- after the
22   fact or more recently which were the same as the ones
23   you reviewed beforehand?
24   A.  I would have to review the 2,100 citations and
25   see which ones look familiar.

---

75

1    Q.  But you don't know offhand which those are?
2    A.  No.  I just did the same exact things, which
3    were very basic.
4    Q.  Okay.  And I -- I know I asked you whether
5    you -- you were aware of any research whether hyaluronic
6    acid taken or ingested orally was causally related to --
7    was related to the causation of cancer.
8        I don't think I asked you, and I want to ask
9    you now:  Are you aware of any research that ingesting
10   hyaluronic acid orally is related in any way either the
11   promotion or regression of cancer?
12   A.  I am not aware of any research looking at the
13   oral ingestion of hyaluronic acid and cancer at all.  So
14   I don't think that is a question that has been looked at
15   by researchers.
16       MR. MOSKIN:  Okay.  I think we are done.  I
17   simply want to note on the record, so that it is clear
18   for me, to identify and further briefing which -- where
19   things came from.
20       The Page -- Bates ranges of what we have
21   identified are marked as Exhibit 1, which I think you
22   will agree with me that is YVPL-0001 through 00569.
23       MR. COHN:  I didn't understand that.
24       MR. MOSKIN:  I just want to identify on the
25   record what are the -- the Bates range of Exhibit 1,

---

76

1    this book that you gave us today.
2        THE WITNESS:  From 1 to --
3        MR. MOSKIN:  1 to 569.
4        MR. COHN:  Correct.
5        MR. MOSKIN:  Thank you.  I have no further
6    questions.
7        MR. COHN:  All right.  Redirect.
8
9                     EXAMINATION
10   BY MR. COHN:
11   Q.  Mr. Moskin, in your review of the research
12   before posting your --
13   A.  Mr. Lessman.
14   Q.  Mr. Lessman.
15       MR. MOSKIN:  One Jew to another.  Who cares?
16       MR. COHN:  Thank you.
17   Q.  Mr. Lessman, in your review of the research
18   before posting your blog in January, did you see a
19   significant body of troubling research that connects HA
20   to cancer?
21   A.  Yes.
22       MR. MOSKIN:  Objection.  You can go ahead.
23       THE WITNESS:  Sorry.
24   BY MR. COHN:
25   Q.  In that research, did you see a significant

---



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman

CONFIDENTIAL

## 77

1  body of research suggesting that HA has a role in the
2  growth and spread of cancer?
3      A.  Yes.
4          MR. MOSKIN:  Same objection.
5  BY MR. COHN:
6      Q.  Did you see a significant body of research
7  suggesting HA has the opposite effect?
8      A.  A far lesser extent of research on the
9  opposite effect.  Very limited.
10         MR. COHN:  That's it.
11         MR. MOSKIN:  I have no further questions.
12         THE WITNESS:  Thank you.
13         MR. MOSKIN:  If you want, we will stipulate on
14  the record the exhibits will not be attached to the
15  transcript.
16         MR. COHN:  I agree, Mr. Moskin.
17         (The deposition concluded at 3:31 p.m.)
18                         * * *
19
20
21
22
23
24
25

## 78

1              REPORTER'S CERTIFICATION
2
3      I, Diana Janniere, a Certified Shorthand Reporter,
4  in and for the State of California, do hereby certify:
5
6      That the foregoing witness was by me duly sworn;
7  That the deposition was then taken before me at the
8  time and place herein set forth; that the testimony
9  and proceedings were reported stenographically by me
10  and later transcribed into typewriting under my
11  direction; and that the foregoing is a true record of
12  the testimony and proceedings taken at that time.
13
14      IN WITNESS WHEREOF, I subscribed my name
15  this 27th day of April, 2010.
16
17
18
19
20      _____
21      Diana Janniere, CSR No. 10034
22
23
24
25

## 79

1              DECLARATION ERRATA SHEET
2
3
4  Our Assignment No. 315040
5  Case Caption:  QVC
6  vs. Your Vitamins
7
8          DECLARATION UNDER PENALTY OF PERJURY
9      I declare under penalty of perjury that I have
10  read the foregoing transcript of my deposition taken in
11  the above-captioned matter or the same has been read to
12  me, and the same is true and accurate, save and except
13  for the changes and/or corrections, if any, as indicated
14  by me on the DEPOSITION ERRATA SHEET hereof, with the
15  understanding that I offer these changes as if still
16  under oath.
17      Signed on the _____ day of
18  _____, 2010.
19
20
21
22      _____
23
24          ANDREW M. LESSMAN
25

## 80

1              DEPOSITION ERRATA SHEET
2  Page No._____Line No._____ Change to:_____
3  _____
4  Page No._____Line No._____ Change to:_____
5  _____
6  Page No._____Line No._____ Change to:_____
7  _____
8  Page No._____Line No._____ Change to:_____
9  _____
10  Page No._____Line No._____ Change to:_____
11  _____
12  Page No._____Line No._____ Change to:_____
13  _____
14  Page No._____Line No._____ Change to:_____
15  _____
16  Page No._____Line No._____ Change to:_____
17  _____
18  Page No._____Line No._____ Change to:_____
19  _____
20  Page No._____Line No._____ Change to:_____
21  _____
22  Page No._____Line No._____ Change to:_____
23  _____
24  Page No._____Line No._____ Change to:_____
25  _____



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Andrew M. Lessman                                    April 23, 2010

CONFIDENTIAL

81

1   DEPOSITION ERRATA SHEET
2   Page No._____Line No._____ Change to:_____
3   _____
4   Page No._____Line No._____ Change to:_____
5   _____
6   Page No._____Line No._____ Change to:_____
7   _____
8   Page No._____Line No._____ Change to:_____
9   _____
10  Page No._____Line No._____ Change to:_____
11  _____
12  Page No._____Line No._____ Change to:_____
13  _____
14  Page No._____Line No._____ Change to:_____
15  _____
16  Page No._____Line No._____ Change to:_____
17  _____
18  Page No._____Line No._____ Change to:_____
19  _____
20  Page No._____Line No._____ Change to:_____
21  _____
22  Page No._____Line No._____ Change to:_____
23  _____
24  Page No._____Line No._____ Change to:_____
25  _____



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com