# EXHIBIT M

| | |
|---|---|
| **From:** | AML <aml@amlhome.com> |
| **Sent:** | Sunday, January 17, 2010 11:01 PM (GMT) |
| **To:** | Jon Kwantes <jkwantes@procapslabs.com>; Jeff Dorsett <jdorsett@procapslabs.com> |
| **Cc:** | Debra George <dgeorge@procapslabs.com>; Edward Moss <EMoss@procapslabs.com> |
| **Subject:** | Next Blog. |

Jon and Jeff,

I just wrote this off the top of my head this weekend. Please fact check and see if there is research that allows even stronger statements based upon the Science…mostly I am referring to the HA section, but perhaps the other actives as well.

Also, when it comes to HA I vaguely remember a line of research that talked about potential cancer promotion affects from HA. I don't quite remember the mechanism, but it was something about growth and metastasis and hopefully, you can see if that is a real area of concern, since I might be more direct if it were.

I would like to post this as early as possible tomorrow, so please get me the research and feedback asap and I will then take the time to edit this.

Thanks…Andrew


An Eye-Opening Review of QVC's Hair Skin and Nails…Almost 99% Additives!

The facts about this product sum up QVC's attitude toward their customers. You can judge for yourself, but I suspect you will be shocked by what you read. I have long received your questions on QVC's vitamins, but I continued to follow my Grandma's old advice, "if you have nothing nice to say, then say nothing." So I said nothing, but that will now change as a result of QVC's recent confusing and deceptive use of my most successful product's exact name, which now requires that I defend my good name.

But why would QVC use the exact name of my most successful product to sell theirs? Is it a lack of imagination? Perhaps a lack of ethics and a desire to confuse and deceive their customers? Is it just part of their normal business practices? Is this some form of hardcore, unscrupulous competition? Perhaps QVC still resents the fact that I chose to leave their network over 13 years ago and as a direct result of leaving, my products have become far more popular. It is sad to see an industry leader stoop so low, but no matter how badly QVC might behave, I will always remain eternally grateful for the opportunity they provided me almost 20 years ago.

Lets begin our review with a look at its Supplement Facts Panel, which tells what's in it. The product has not arrived yet, so I will use the one from their website, but I can't, since QVC omitted the Inactive Ingredients (Additives) portion of the Supplement Facts Panel on their website. By omitting the Inactive Ingredients list from their website, QVC prevents their customers from knowing what's in this product other than the four "active" ingredients, but we can still do a little math with what we know. The four active ingredients are Biotin 3 mgs (3,000 mcg); Hyaluronic Acid 1 mg; Silica 10 mg; Lutein 0.6 mg (600 mcg). Adding up their weights we end up with 14.6 mgs (3mg + 1mg + 10mg + 0.6mg). Estimating the weight of the tablet from pictures, I'd say it is over 500 mgs, but under 1,500 mgs. In other words, since the four active ingredients weigh 14.6 mgs and the tablet weighs 500 mgs to 1,500 mgs, then the product is **almost 99% additives!** Plus, because QVC omitted the Inactive Ingredients from their website, you don't know what makes up almost 99% of this tablet. Why would QVC make a big additive-tablet?! A big tablet looks like it delivers more, but sadly this oversized tablet is just as misleading to consumers as their use of my product's name to sell it.

99% additives is outrageous, but that's just the beginning. Now let's talk about the 1+% of each tablet…the four active ingredients:

    **1. Biotin**. 3,000 mcgs of Biotin is a great start. Sadly, it is buried in a mass of tableting additives and there is nothing else in the formula to support its benefits.

    **2. Hyaluronic Acid (HA for short)**. This is an ingredient I know well and avoid. I have carefully followed the research on HA for over 30 years, but I have never used it because there is no reputable research that shows it can be meaningfully absorbed when taken orally. There has also been no convincing research that shows any health benefits from oral use of HA – **least of all at 1 mg!** Hyaluronic Acid (HA) is a member of the same family of molecules as glucosamine and chondroitin – a glycosaminoglycan. I may have been the first person in America making a

Glucosamine-Chondroitin formula back in 1979 and since HA was a member of that same family, I carefully considered its use 30 years ago, but both then and now, there was no real science to support its use. Glucosamine Sulfate and Chondroitin Sulfate are very well-absorbed from the GI tract, but HA is not and if you can't absorb it well, it can't help you – **least of all at 1 mg!** Plus, I am concerned about some research connecting HA to serious health issues and my desire to avoid all harm would discourage its use. There are medical applications for HA, including its injection directly into the knee for osteoarthritis (Synvisc) and even those benefits there are debated by experts. HA is also injected by doctors into the face as a cosmetic "filler" with products called (Restylane and Juvederm), but I don't consider that a "healthy" skin benefit. HA is also common in topical skincare products, such as moisturizers, because it can retain water. Despite its presence in the body and the fact that it can be injected into the body, I have not seen a single reliable, independent research study that shows meaningful benefits from HA when taken orally. Again, the folks that push HA are the folks that make it and want to sell it and sadly, they don't care whether it works or not. For years, HA was the favorite ingredient of unethical marketers of joint supplements and now that has expanded to skin supplements. As I said, I have followed HA for 30 years and the research has not gotten any better, just more creatively manipulated and self-serving. Again, if there was any possibility of benefit, I would have long ago included it in my products. HA might have an interesting story, but based upon the science, an oral HA product offer no benefits, is a waste of money and a betrayal of your trust. I will not do it. Sadly, QVC's product takes HA to an entirely new low - literally, since the level they deliver is the lowest I have seen at just **1 mg!** Typically HA supplements are 50 to 100 mgs and 1 mg redefines insignificant, particularly when it is already well-established that HA is virtually unabsorbable from the GI tract. Summarizing, oral Hyaluronic Acid (HA) has not been shown to be of benefit to hair, skin and nails and at 1 mg it is all but meaningless. The only good point about the phenomenally low level of HA are that it eliminates my health concerns about its non-medical use.

     **3. Silica (from Silicon Dioxide).** This is an inexpensive ingredient we are all very familiar with, since it is more commonly known as quartz, sand or glass. It is provided as a source of the mineral Silicon. Sili**ca** is an abundant source of Sili**con**, but it is not ideal, since it is virtually insoluble, which isn't surprising given what we know about sand and glass. Although we also deliver Silicon Dioxide in our **Healthy Hair Skin and Nails**, we also recognize its limitations and also include our Soluble Organic Silicon to overcome the relative insolubility of Silica. Silicon plays a secondary role in Hair Skin and Nail growth and QVC's exclusive use of Silica insures its further limitations.

     **4. Lutein.** Lutein is an important carotenoid, best known for its protective benefits to they eye, which result from its ability to absorb harmful radiation. That absorptive ability, along with its lipophilic (fat soluble) nature allows Lutein to potentially offer similar protection to the skin. Their formula only provides 0.6 mg, which is even less than my **Complete** multivitamin and a tiny fraction of my **Ultimate Eye**. Also, the Lutein will NOT improve the growth of your hair, skin and nails. I am uncertain about these levels, but Lutein's only apparent role is the potential protection of the skin from UV or photo-damage.

One last note, the gentleman who sells the Nature's Code products seems like an extremely nice guy. Apparently, he is a Naturopath and given what I know about Naturopathy, I am surprised that a Naturopath would sell and consume products that contain artificial colors and are almost 99% additives. Having watched his broadcast the other day, he is clearly a very fit, healthy guy and his biography mentions he owns an organic food restaurant in Portland. So my final question is why would a Naturopath, Yoga Instructor, Organic Food Restaurant Owner, etc consume and sell tablets made with artificial colors and almost 99% additives?

In closing, QVC's use of my exact product name to sell their Nature's Code's Hair Skin and Nails formula is not just intentionally deceptive and confusing, but as you can tell from the above, downright disparaging to my product. As I have said before, they should be ashamed of themselves.

Best of Health.

Andrew

| | |
|---|---|
| **From:** | Jeff Dorsett <jdorsett@procapslabs.com> |
| **Sent:** | |
| **To:** | AML <aml@amlhome.com> |
| **Cc:** | Edward Moss <EMoss@procapslabs.com>; Debra George <dgeorge@procapslabs.com>; Jon Kwantes <jkwantes@procapslabs.com> |
| **Subject:** | RE: Next Blog. |
| **Attach:** | Balogh, 2008.pdf |

Andrew,

You are correct and we had previously discussed a recent study (attached) that used radio-isotopically labeled HA in dogs and rats... It was poorly conducted and took some leaps with the conclusions. Basically, ~90% of the material was excreted in the feces and it didn't prove the absorption of HA. The authors were "conveniently" unsuccessful in attempts to measure the molecular form that actually reached tissues. Of interest, if in fact the radioactivity was a true measure of absorption of HA, then according to results of this study, at the most, only about 0.5% and 0.3% of the ingested labeled HA actually reached the knee joint and skin, respectively. Blood levels reached less than 1% of the ingested dose.

I agree with your statements and the scientific literature does support that HA is definitely involved in cancer progression; however there is not enough information to suggest a causative relationship. I have just completed a thorough search and I have found no well-designed studies that demonstrate any benefit for oral consumption of HA and given even a remote possibility that HA may influence cancer progression would be enough to avoid it. Even the best research on intra-articular injection of hyaluronic acid seems to show variably effectiveness. Subjective symptoms of stiffness and joint pain decrease modestly with hyaluronic acid treatment, but the effect of treatment is often not clinically significant.

Of interest, the enzyme hyaluronidase, which eradicates HA, has actually been tested in rats and shown to act as an anticancer agent by reducing cancer tumor volumes by 50%. Abstract

That's really all the information that I have been able to locate in regards to HA.

Please let me know if I can be of any further assistance.

Thanks,
Jeff

---

**From:** AML [mailto:aml@amlhome.com]
**Sent:** Monday, January 18, 2010 11:15 AM
**To:** Jeff Dorsett
**Cc:** Edward Moss; Debra George; Jon Kwantes
**Subject:** RE: Next Blog.

Just wondering, is there more coming or is this it? I thought there was a prior summary on HA and a recent article that did do some kind of radio-isotopically labeled material that was discussed at that time, but I am not sure. I recall it was poorly designed and I am not sure if it was even human. Are their studies involving oral ingestion and the skin? I want as much information as possible and I just want to make sure that what I wrote is totally and unassailably correct. Plus, I would also like to know if there is even more supportive material that would allow my statements to be made even more forcefully.

As far as the cancer issue, you have gone through the research, so you should let me know if I am off-base or if you agree, but I recall having this concern years ago. Anyhow, given the fact that there seems to be no convincing research about the benefits of HA when consumed orally at all, but there is research that although not necessarily clear-cut or convincing shows at all, it does show a relationship, mechanism and/or involvement of HA in cancer progression or metastasis or induction. This would make me very reluctant to ever provide it – even if it had benefits, but thankfully it is not well-absorbed. The fact that it works to seemingly prevent metastases with the

CONFIDENTIAL

YV_PI_00000196

Butyric Acid gives me even more concern rather than less, since the BA on its own although toxic is not effective, but perhaps since the HA plays a role in the progress of the cancer via its use and integration, it delivers the toxic moiety or somehow the BA makes the HA less able to perform its essential role in cancer progression. In short, it concerns me, since this is all so poorly understood and the only thing that puts my mind at rest is the fact that it is not well-absorbed.

Thanks…Andrew

---

**From:** Jeff Dorsett [mailto:jdorsett@procapslabs.com]
**Sent:** Monday, January 18, 2010 10:57 AM
**To:** AML
**Cc:** Edward Moss; Debra George
**Subject:** RE: Next Blog.

Hi Andrew,

It appears the discussion regarding HA and its involvement in cancer is not clear-cut and is debatable. HA and its related enzymes are associated with increased tumor progression, however HA hasn't necessarily been labeled as a cause of cancer and increases in HA would make sense considering its role in wound healing (fibroblasts make more HA during wound healing). (Abstract) Some believe that, HA may act by creating a hospitable environment for metastasis. (Abstract) There is significant research that implicates HA's involvement in cancer development and there is research to support the argument for concern especially when we are talking about individuals whom have previously had cancer or are prone to develop it. Below and attached are a few selected quotes that we may be able to use.

Based on my experience, all of the oral HA studies that I have reviewed are poorly constructed. A recent oral HA (Hyal-Joint) human study had only 20 participants. (Article) It was double blinded and placebo controlled but it didn't test bioavailability, only patient's subjective experiences as measured through the WOMAC index. And the results were not statistically significant between placebo and active. My question has always been, if HA could be absorbed why haven't pharmacokinetic studies in humans been conducted and published in peer-reviewed journals? To my knowledge the only absorption studies have been in animals.

Please let me know if you need any additional information or if I can be of any further assistance.

Thanks,
Jeff

According to recent study…

*"Matrices rich in HA tend to be comparatively deficient in covalently cross-linked fibrous protein networks, more gel-like and less organized, thus altering the normal architecture of the tissue matrix by increasing its permeability. This undermining of tissue structural integrity may be permissive to pathological cell proliferation and movement, particularly in cancer. Furthermore, its role as an adhesion and migration substrate for cells in development may translate to enhanced metastatic potential of cells bearing surface-associated HA. …The observation of HA accumulation within tumor tissue is not necessarily an intrinsic negative prognostic factor and its presence alone is not carcinogenic."* (Article)

"A hyaluronan-rich environment often correlates with tumor progression and may be one mechanism for the invasive behavior of malignancies." Abstract

"Intracellular HA is involved in cell signaling, whereas nuclear HA could promote chromatin condensation and thus facilitate mitosis. HA molecules are synthesized by hyaluronan synthases (HASs)-HAS1, HAS2 and HAS3 enzymes. Dysregulation of HAS genes results in abnormal production of HA and promotion of abnormal biological processes such as transformation and metastasis." (Abstract)

"Hyaluronan (HA) and its biosynthetic enzymes, HA synthases (HAS1, 2, and 3) are thought to participate in cancer progression." (Article)

"Hyaluronidases degrade hyaluronic acid, which promotes metastasis….This study shows that, depending on the

CONFIDENTIAL

YV_PI_00000197

concentration, HYAL1 functions as a tumor promoter and as a suppressor and provides a basis for anti-hyaluronidase and high-hyaluronidase treatments for cancer." (Abstract)

"HAS1 expression and an increase in serum hyaluronan in endometrial cancer may be associated with disease progression through myometrial invasion and lymph-vascular space involvement."(Abstract)

"These data suggest that HA promotes adhesion to laminin and may thereby facilitate invasion of the basement membrane and metastasis in colon carcinoma." (Abstract)

"HAS1 expression and an increase in serum hyaluronan in endometrial cancer may be associated with disease progression through myometrial invasion and lymph-vascular space involvement." (Abstract)

**"On the other hand** drug developers are using HA to target cancer cells because it targets cancer cells and when accompanied by other anti-cancer agents, can see and destroy tumor cells. An Italian study tested hyaluronic acid coupled with butyric acid as cancer therapy in rats. 87-100% of animals where metastasis-free using this treatment, which is 10-times more effective than butyric acid itself." (Abstract)

---

**From:** AML [mailto:aml@amlhome.com]
**Sent:** Sunday, January 17, 2010 3:01 PM
**To:** Jon Kwantes; Jeff Dorsett
**Cc:** Debra George; Edward Moss
**Subject:** Next Blog.

Jon and Jeff.

I just wrote this off the top of my head this weekend. Please fact check and see if there is research that allows even stronger statements based upon the Science...mostly I am referring to the HA section, but perhaps the other actives as well.

Also, when it comes to HA I vaguely remember a line of research that talked about potential cancer promotion affects from HA. I don't quite remember the mechanism, but it was something about growth and metastasis and hopefully, you can see if that is a real area of concern, since I might be more direct if it were.

I would like to post this as early as possible tomorrow, so please get me the research and feedback asap and I will then take the time to edit this.

Thanks...Andrew


An Eye-Opening Review of QVC's Hair Skin and Nails...Almost 99% Additives!

The facts about this product sum up QVC's attitude toward their customers. You can judge for yourself, but I suspect you will be shocked by what you read. I have long received your questions on QVC's vitamins, but I continued to follow my Grandma's old advice, "if you have nothing nice to say, then say nothing." So I said nothing, but that will now change as a result of QVC's recent confusing and deceptive use of my most successful product's exact name, which now requires that I defend my good name.

But why would QVC use the exact name of my most successful product to sell theirs? Is it a lack of imagination? Perhaps a lack of ethics and a desire to confuse and deceive their customers? Is it just part of their normal business practices? Is this some form of hardcore, unscrupulous competition? Perhaps QVC still resents the fact that I chose to leave their network over 13 years ago and as a direct result of leaving, my products have become far more popular. It is sad to see an industry leader stoop so low, but no matter how badly QVC might behave, I will always remain eternally grateful for the opportunity they provided me almost 20 years ago.

Lets begin our review with a look at its Supplement Facts Panel, which tells what's in it. The product has not arrived yet, so I will use the one from their website, but I can't, since QVC omitted the Inactive Ingredients (Additives) portion of the Supplement Facts Panel on their website. By omitting the Inactive Ingredients list from their website, QVC prevents their customers from knowing what's in this product other than the four "active" ingredients, but we can still do a little math with what we know. The four active ingredients are Biotin 3 mgs (3,000

mcg); Hyaluronic Acid 1 mg; Silica 10 mg; Lutein 0.6 mg (600 mcg). Adding up their weights we end up with 14.6 mgs (3mg + 1mg + 10mg + 0.6mg). Estimating the weight of the tablet from pictures, I'd say it is over 500 mgs, but under 1,500 mgs. In other words, since the four active ingredients weigh 14.6 mgs and the tablet weighs 500 mgs to 1,500 mgs, then the product is **almost 99% additives!** Plus, because QVC omitted the Inactive Ingredients from their website, you don't know what makes up almost 99% of this tablet. Why would QVC make a big additive-tablet?! A big tablet looks like it delivers more, but sadly this oversized tablet is just as misleading to consumers as their use of my product's name to sell it.

99% additives is outrageous, but that's just the beginning. Now let's talk about the 1+% of each tablet...the four active ingredients:

   **1. Biotin**. 3,000 mcgs of Biotin is a great start. Sadly, it is buried in a mass of tableting additives and there is nothing else in the formula to support its benefits.

   **2. Hyaluronic Acid (HA for short)**. This is an ingredient I know well and avoid. I have carefully followed the research on HA for over 30 years, but I have never used it because there is no reputable research that shows it can be meaningfully absorbed when taken orally. There has also been no convincing research that shows any health benefits from oral use of HA – **least of all at 1 mg!** Hyaluronic Acid (HA) is a member of the same family of molecules as glucosamine and chondroitin – a glycosaminoglycan. I may have been the first person in America making a Glucosamine-Chondroitin formula back in 1979 and since HA was a member of that same family, I carefully considered its use 30 years ago, but both then and now, there was no real science to support its use. Glucosamine Sulfate and Chondroitin Sulfate are very well-absorbed from the GI tract, but HA is not and if you can't absorb it well, it can't help you – **least of all at 1 mg!** Plus, I am concerned about some research connecting HA to serious health issues and my desire to avoid all harm would discourage its use. There are medical applications for HA, including its injection directly into the knee for osteoarthritis (Synvisc) and even those benefits there are debated by experts. HA is also injected by doctors into the face as a cosmetic "filler" with products called (Restylane and Juvederm), but I don't consider that a "healthy" skin benefit. HA is also common in topical skincare products, such as moisturizers, because it can retain water. Despite its presence in the body and the fact that it can be injected into the body, I have not seen a single reliable, independent research study that shows meaningful benefits from HA when taken orally. Again, the folks that push HA are the folks that make it and want to sell it and sadly, they don't care whether it works or not. For years, HA was the favorite ingredient of unethical marketers of joint supplements and now that has expanded to skin supplements. As I said, I have followed HA for 30 years and the research has not gotten any better, just more creatively manipulated and self-serving. Again, if there was any possibility of benefit, I would have long ago included it in my products. HA might have an interesting story, but based upon the science, an oral HA product offer no benefits, is a waste of money and a betrayal of your trust. I will not do it. Sadly, QVC's product takes HA to an entirely new low - literally, since the level they deliver is the lowest I have seen at just **1 mg!** Typically HA supplements are 50 to 100 mgs and 1 mg redefines insignificant, particularly when it is already well-established that HA is virtually unabsorbable from the GI tract. Summarizing, oral Hyaluronic Acid (HA) has not been shown to be of benefit to hair, skin and nails and at 1 mg it is all but meaningless. The only good point about the phenomenally low level of HA are that it eliminates my health concerns about its non-medical use.

   **3. Silica (from Silicon Dioxide).** This is an inexpensive ingredient we are all very familiar with, since it is more commonly known as quartz, sand or glass. It is provided as a source of the mineral Silicon. Sili**ca** is an abundant source of Sili**con**, but it is not ideal, since it is virtually insoluble, which isn't surprising given what we know about sand and glass. Although we also deliver Silicon Dioxide in our **Healthy Hair Skin and Nails**, we also recognize its limitations and also include our Soluble Organic Silicon to overcome the relative insolubility of Silica. Silicon plays a secondary role in Hair Skin and Nail growth and QVC's exclusive use of Silica insures its further limitations.

   **4. Lutein.** Lutein is an important carotenoid, best known for its protective benefits to they eye, which result from its ability to absorb harmful radiation. That absorptive ability, along with its lipophilic (fat soluble) nature allows Lutein to potentially offer similar protection to the skin. Their formula only provides 0.6 mg, which is even less than my **Complete** multivitamin and a tiny fraction of my **Ultimate Eye**. Also, the Lutein will NOT improve the growth of your hair, skin and nails. I am uncertain about these levels, but Lutein's only apparent role is the potential protection of the skin from UV or photo-damage.

One last note, the gentleman who sells the Nature's Code products seems like an extremely nice guy. Apparently, he is a Naturopath and given what I know about Naturopathy, I am surprised that a Naturopath would sell and consume products that contain artificial colors and are almost 99% additives. Having watched his broadcast the other day, he is clearly a very fit, healthy guy and his biography mentions he owns an organic food restaurant in

Portland. So my final question is why would a Naturopath, Yoga Instructor, Organic Food Restaurant Owner, etc consume and sell tablets made with artificial colors and almost 99% additives?

In closing, QVC's use of my exact product name to sell their Nature's Code's Hair Skin and Nails formula is not just intentionally deceptive and confusing, but as you can tell from the above, downright disparaging to my product. As I have said before, they should be ashamed of themselves.

Best of Health.

Andrew

CONFIDENTIAL

YV_PI_00000200