# EXHIBIT N

Hi, **vitamans**   Sign Out   Help

Web   Images   Video   Local   Shopping   News   More

**hyaluronic acid and cancer**

Sponso

### Hyaluronic Acid Capsule
A reliable health store that America depends on. Great deals.
www.AmericaRx.com

### Hyaluronic Acid Exporter
Exporter of Bio-Fiber Mask, BTXA, **Hyaluronic Acid**, etc. Contact Us.
www.hyaluronic-acid.cn

### Hyaluronic Acid: Food, Vitamin C and Cancer FAQs
FAQ on **hyaluronic acid** supplement providers, foods with HA and interactions be
HA and vitamin C.
www.ctds.info/hyaluronic_acid_2.html - Cached

### Hyaluronic Acid: Can it Prevent Premature Aging?
Explores the links between **hyaluronic acid** (Hyaluronan) abnormalities, pren
aging syndromes and connective tissue disorders.
www.ctds.info/hyaluronic_acid.html - Cached

### Hyaluronic Acid: not with cancer, never with aromatase inhibitors
**Hyaluronic Acid**: Not with **cancer**, never with aromatase inhibitors. ... It appears
it easier for **cancer** to spread. When a **cancer** tumor wants to expand its size and
spread ...
www.denvernaturopathic.com/news/hyaluronicacid.html - 60k - Cached

### Hyaluronan - Wikipedia, the free encyclopedia
Functions | Structure | Biological... | Cell...
Hyaluronan is an anionic, non-sulfated glycosaminoglycan
distributed widely throughout connective, epithelial, **and** neural
tissues. It is unique among glycosaminoglycans in that it is...
en.wikipedia.org/wiki/Hyaluronan - 132k - Cached

### FreeHyaluronicAcid_Cancer
HYALURONIC ACID (HA) & CANCER. by Christina L. White. While doing a searc
information ... **Hyaluronic acid**- Butyrate Esters in **Cancer** Research: Butyrate is
www.mwt.net/~drbrewer/FreeHyaluronicAcid_Can.htm - Cached

### hyaluronic acid: Definition from Answers.com
**hyaluronic acid** n. A gellike aminoglycan that is found in the tissue space, the syr
fluid of joints, and the vitreous humor of the eyes and
www.answers.com/topic/hyaluronan - 187k - Cached

### *Hyaluronic Acid and Cancer* - Topic Powered by Social Strata
Information from Department of Pathology, School of Medicine, Univ. of California
Francisco links **hyaluronic acid** and tumor progression: ...
healthyskin.infopop.cc/eve/forums/a/tpc/f/5220011852/m/... - 133k - Cached

| | |
|---|---|
| Search Pad | **Antitumor Activity of Hyaluronic Acid Synthesis Inhibitor 4 ...**<br>Antitumor Activity of **Hyaluronic Acid** Synthesis Inhibitor 4-Methylumbelliferone in Prostate **Cancer** Cells ... **Cancer** Center, and 4 Department of Pathology, Univers Miami ...<br>cancerres.aacrjournals.org/cgi/content/short/... |
| SearchScan - On | |
| 6,970,000 results for<br>**hyaluronic acid and ...:** | **hyaluronic acid - Skin Diseases, Conditions, Symptoms, and ...**<br>**Hyaluronic acid** is what gives skin its volume and fullness. ... **Hyaluronic acid** al attracts and binds water, and this also helps maintain fullness in the area of injecti<br>www.medicinenet.com/hyaluronic_acid/article.htm - 52k - Cached |
| ☐ Show All | |
| W Wikipedia | **Soft Tissue Fillers**<br>**Hyaluronic acid** is a natural component of human skin and is the framework in ... types of **hyaluronic acid** products which may last longer may be offered. ...<br>aad.org/.../publications/pamphlets/cosmetic_softtissue.html - 53k - Cached |
| A Answers.com | |
| M MedicineNet | |
| | Sponso |
| | **Hyaluronic Acid Cancer**<br>Visit Our **Cancer** Center for the Latest News & Expert Information.<br>EverydayHealth.com/Cancer |
| | **Hyaluronic Acid - $10.99**<br>Dr's Best **Hyaluronic Acid** on Sale. Save and Get Same Day Shipping.<br>WholesaleSupplementStore.com |
| | hyaluronic acid and cancer      [Search] |
| | See stores that offer faster and safer checkout through PayPal. Learn more |

Hi, **vitamans**  Sign Out  Help                                                                 Make Yahoo! your homepage   Mail

Web   Images   Video   Local   Shopping   News   More

| hyaluronan and cancer |  | Search | Options |

View Notes (3)

SearchScan - On

296,000 results for hyaluronan and cance...:

- Show All
- Wikipedia
- Amazon.com
- Answers.com
- Shopping Sites

Sponsored Results

**Hyaluronan**
Hyaluronan- Buy 2 Get 3 Free! Quality Guaranteed- Ships in 24hrs
www.Puritan.com

**Hyaluronan - Wikipedia, the free encyclopedia**
Functions | Structure | Biological... | Cell...
Hyaluronan is an anionic, non-sulfated glycosaminoglycan distributed widely throughout connective, epithelial, and neural tissues. It is unique among glycosaminoglycans in that it is...
en.wikipedia.org/wiki/Hyaluronan - 126k - Cached

**Amazon.com: Hyaluronan in Cancer Biology (9780123741783 ...**
$79.95 $72.09 as of Mar 20, 2010 Amazon.com: Hyaluronan in Cancer Biology (9780123741783): Robert Stern: Books ... "The link between the polysaccharide hyaluronan and cancer is well established. ...
amazon.com/Hyaluronan-Cancer-Biology-Robert-Stern/dp/... - 152k - Cached

**Hyaluronan in Cancer Biology - Elsevier**
Hyaluronan biology is being recognized as an important regulator of cancer progression. ... Table of Contents Preface: Hyaluronan and Cancer Robert Stern ...
elsevier.com/wps/find/bookdescription.cws_home/719174/... - Cached

**ScienceDirect - Hyaluronan in Cancer Biology Home Page**
The online version of Hyaluronan in Cancer Biology on ScienceDirect, the world's leading platform for high quality peer-reviewed full-text publications in science, ...
www.sciencedirect.com/science/book/9780123741783 - 82k

**Heparanase, Hyaluronan, and CD44 in Cancers: A Breast ...**
Heparanase, Hyaluronan, and CD44 in Cancers: A Breast Carcinoma Perspective ... Glycosaminoglycans are major constituents of the cancer cell surface and the tumor stroma. ...
cancerres.aacrjournals.org/cgi/content/full/66/21/10233 - 127k

**High Levels of Stromal Hyaluronan Predict Poor Disease ...**
B, another clear cell ovarian cancer showing both cytoplasmic (arrow on the left) and nuclear (arrow on the right) hyaluronan positivity in cancer cells. ...
cancerres.aacrjournals.org/cgi/content/full/60/1/150 - 156k

**Glycosan Biosystems - 3-D Cell Culture - Cancer Cell Lines**
Hyaluronan and Cancer. Glycosil is thiol-modified hyaluronic acid (HA) ... 2004 Elsevier, Chapter 13: The Role of Hyaluronan in Cancer (S. Patel and M.J. Page) ...
www.glycosan.com/ha_applications/cancer_cell_lines.html - Cached

**ISHAS - International Society for Hyaluronan Sciences ...**
ISHAS, the International Society for Hyaluronan Sciences is organized for charitable and educational purposes related to structure, function and therapeutic ...
ishas.org/index.php?...&task=userProfile&user=233 - Cached

**hyaluronic acid: Definition from Answers.com**
The hyaluronan receptors, CD44 and RHAMM, are most thoroughly studied in terms ... Hyaluronan is thus often used as a tumor marker for prostate and breast cancer. ...
www.answers.com/topic/hyaluronan - 187k - Cached

**Hyaluronan synthase - Wikipedia, the free encyclopedia**
Isoforms | Role in Cancer Metastasis | References | External links
Hyaluronan synthases (HAS) are membrane-bound enzymes which use UDP-α-N-acetyl-D-glucosamine and UDP-α-D-glucuronate as substrates to produce the glycosaminoglycan hyaluronan at the cell surface and extrude it through the...
en.wikipedia.org/wiki/Hyaluronan_synthase - Cached

1  2  3  4  5  6  7  8  9  10  11  Next >

| hyaluronan and cancer |  | Search |

© 2010 Yahoo!  Help - Page Tour - Privacy / Legal - About Our Ads - Submit Your Site

Case 1:10-cv-00094-SLR   Document 38-14   Filed 05/10/10   Page 5 of 5

SearchScan displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.

YV PI 00000249