# EXHIBIT P

# Cancer Research



**Sign up Now!**
*Cancer Research*
**Electronic Table
of Contents**





*American Association
for Cancer Research*
**Tumor Immunology:
Basic and Clinical Advances**
November 30-December 3, 2010
Miami Beach, FL

HOME  HELP  FEEDBACK  SUBSCRIPTIONS  ARCHIVE  SEARCH  TABLE OF CONTENTS

Cancer Research

Cancer Epidemiology Biomarkers & Prevention

Molecular Cancer Research

Cancer Prevention Journals Portal

Annual Meeting Education Book

Clinical Cancer Research

Molecular Cancer Therapeutics

Cancer Prevention Research

Cancer Reviews Online

Meeting Abstracts Online

*Cancer Research* 66, 10233, November 1, 2006. doi: 10.1158/0008-5472.CAN-06-1464
© 2006 American Association for Cancer Research

*This Article*

‣ **Abstract** ꜰʀᴇᴇ
‣ **Full Text (PDF)**
‣ **Alert me when this article is cited**
‣ **Alert me if a correction is posted**

*Services*

‣ **Email this article to a friend**
‣ **Similar articles in this journal**
‣ **Similar articles in PubMed**
‣ **Alert me to new issues of the journal**
‣ **Download to citation manager**
‣ ⓒ **Get Permissions**

*Citing Articles*

‣ **Citing Articles via HighWire**
‣ **Citing Articles via Google Scholar**

*Google Scholar*

‣ **Articles by Götte, M.**
‣ **Articles by Yip, G. W.**
‣ **Search for Related Content**

*PubMed*

‣ **PubMed Citation**
‣ **Articles by Götte, M.**
‣ **Articles by Yip, G. W.**

*Related Collections*

‣ **Clinical Research**
‣ **Clinical Research: Response Markers and Mechanisms**

*Social Bookmarking*



## Reviews

# Heparanase, Hyaluronan, and CD44 in Cancers: A Breast Carcinoma Perspective

**Martin Götte[1] and George W. Yip[2]**

[1] Department of Obstetrics and Gynecology, Münster University Hospital, Münster, Germany and [2] Department of Anatomy, Yong Loo Lin School of Medicine, National University of Singapore, Singapore

**Requests for reprints:** George W. Yip, Department of Anatomy, Yong Loo Lin School of Medicine, National University of Singapore, 4 Medical Drive, Block MD 10, Singapore 117597, Singapore. Phone: 65-6516-3206; Fax: 65-6778-7643; E-mail: georgeyip@nus.edu.sg .

▶ ## Abstract

Glycosaminoglycans are major constituents of the cancer cell surface and the tumor stroma. The heparan sulfate degrading enzyme heparanase, hyaluronan, and its receptor CD44 are up-regulated in breast cancer, generating a microenvironment that promotes tumor progression and metastasis. Recent experimental and clinical evidence shows that heparanase, hyaluronan, and CD44 regulate cancer cell proliferation, migration, and invasion, as well as tumor-associated angiogenesis and are correlated with patient survival. These findings suggest that they may be used as prognostic factors and targets for breast cancer treatment. (Cancer Res 2006; 66(21): 10233-7)

▲ Top
· Abstract
▼ Introduction
▼ Up-regulation of Heparanase in...
◄ Roles of Hyaluronan and...
▼ Conclusion
◄ References

▶ ## Introduction

Breast carcinoma is the most frequently occurring cancer in women worldwide and the most common cause of malignancy-associated deaths (1). Accurate prediction of clinical outcome in patients is difficult and usually based on clinicopathologic variables, such as tumor stage, histologic grade, and the presence of metastases to regional lymph nodes and distant organs. Additional factors that have been shown to possess prognostic significance include overexpression of *ERBB2*, *BCL2*, and other oncogenes, mutations involving *TP53*, *BRCA1*, *BRCA2*, and other tumor suppressor genes, as well as the presence of estrogen and progesterone receptors in cancerous cells. The aim of this brief review is to present recent findings on the roles of heparanase, hyaluronan, and CD44 in breast cancer behavior, their use in disease prognosis, and their potential as therapeutic targets. As the functions of these molecules vary according to cancer type, we have tried, as far as possible, to include only data specifically generated from studies on breast cancer cells and tumors.

▲ Top
▲ Abstract
· Introduction
▼ Up-regulation of Heparanase in...
◄ Roles of Hyaluronan and...
▼ Conclusion
▼ References

▶ ## Up-regulation of Heparanase in Breast Cancer

Heparanase is a ß-endoglucuronidase, which acts via a hydrolytic mechanism to cleave glycosidic bonds in heparan sulfate, a polyanionic, unbranched, sulfated glycosaminoglycan made up of alternating repeats of glucosamine and glucuronic/iduronic residues (2). The human *HPSE* gene maps to chromosome 4 at band 4q21.3, contains 14 exons, and encodes a 65-kDa polypeptide. This proenzyme undergoes proteolytic cleavage to yield active heparanase, a heterodimer of 50- and 8-kDa polypeptides (3).

▲ Top
▲ Abstract
▲ Introduction
· Up-regulation of Heparanase in...
◄ Roles of Hyaluronan and...
▼ Conclusion
▼ References

Heparanase is an important regulator of breast cancer proliferation, invasion, and metastasis as well as a significant promoter of malignancy-associated angiogenesis. Analysis of the metastatic breast carcinoma cell lines MDA-MB-231 and MDA-MB-435 revealed up-regulated expression of *HPSE* transcripts and

Case 1:10-cv-00094-SLR Document 38-16 Filed 05/10/10 Page 4 of 82

heparanase enzyme activity compared with the nonmetastatic MCF-7 breast cancer cell line (2). Tumors formed from MCF-7 cells transfected with *HPSE* cDNA that were injected into the mammary pad of nude mice showed enhanced growth, invasion, and survival together with a greater degree of vascularity compared with tumors produced by mock-transfected cells (4). In contrast, silencing *HPSE* in MDA-MB-435 cells significantly reduced their invasive ability (5).

Further corroborative evidence on the importance of heparanase in breast cancer has come from studies of clinical specimens. *In situ* hybridization of invasive ductal carcinoma tissue sections showed strong staining for *HPSE* transcripts, in contrast to its absence in normal breast tissues (2). Immunohistochemical detection of heparanase in breast cancer was associated with a larger primary tumor size and the presence of tumor metastases, together with a lack of heparan sulfate deposition (6). In addition, heparanase was more frequently found in invasive breast cancer than in noninvasive/preinvasive ductal carcinoma *in situ* of the breast (7). Within the latter group, heparanase expression was associated with subtypes that have a more aggressive behavior (8).

Heparanase seems to be involved in several fundamental events that regulate breast cancer behavior. First, it degrades heparan sulfate found on cancer cells and in the extracellular matrix (ECM). Heparan sulfate is a reservoir on which heparin-binding growth factors and angiogenic factors aggregate. Indeed, it has been reported that heparan sulfate produced by malignant breast cancer cells possesses a higher capacity to bind to fibroblast growth factor 2 (FGF2) and hepatocyte growth factor compared with heparan sulfate from normal breast cells (9). Thus, by breaking down heparan sulfate, heparanase releases these signaling molecules, which can then act to promote tumor growth and invasion and stimulate angiogenesis (10). Furthermore, heparan sulfate fragments generated by heparanase action are optimal in size and highly potent in promoting FGF2 binding to its receptor and subsequent receptor dimerization (11). Third, for cancer cells to invade into the underlying stroma and metastasize distally via vascular and lymphatic routes, the cells must degrade the constituents of the basement membrane and ECM, which include heparan sulfate proteoglycans, collagens, and laminins (12). This is achieved through the action of heparanase and other glycosidic and proteolytic enzymes. In addition, elevated heparanase expression in breast cancer cells promotes metastasis via stimulation of osteoclastogenesis, resulting in bone resorption (13). Enzymatically active heparanase has also been found in the nuclei of MDA-MB-435 breast cancer cells, where it may contribute to the phenotype of cancer cells by regulating topoisomerase I-mediated DNA relaxation and nuclear FGF2-induced transcriptional activities (14). Recently, it was reported that heparanase can influence angiogenesis by bringing about endothelial cell migration through stimulation of AKT and phosphatidylinositol 3-kinase (PI3K) and by inducing vascular endothelial growth factor (VEGF) expression and p38 phosphorylation (15). These effects seem to be mediated by a heparanase receptor and are not dependent on the enzymatic activity of heparanase. In addition, heparanase can stimulate cyclooxygenase-2 expression, leading to induction of VEGF and FGF2 as well as angiogenesis (7).

A recent study has shown that early growth response gene 1 (EGR1), which plays an essential role in breast cancer growth, invasion, and metastasis, regulates heparanase expression in breast cancer cells (16). EGR1 binds to the heparanase promoter, leading to a dose-dependent increase in promoter activity (16). Acting through histone deacetylases, wild-type tumor suppressor TP53 binds to the heparanase

promoter and inhibits its activity in breast cancer cells (17). In contrast, mutant TP53 is not inhibitory. Mutations in TP53 are associated with increased risk of breast carcinoma and a higher rate of cancer cell proliferation (18). Four ETS transcription factor binding sites have also been described in the heparanase promoter (19). Binding of ETS1 or ETS2 leads to transactivation of *HPSE*. Both ETS1 and ETS2 are overexpressed in breast cancer and may contribute to tumor invasion and metastasis (20). Besides binding sites for transcription factors, the heparanase promoter contains four estrogen response elements (21). Estrogen stimulates mammary cell proliferation and is an important risk factor for breast cancer. Estrogen treatment of estrogen receptor (ER)–positive MCF-7 breast cancer cells leads to increased heparanase promoter activity (21). Epigenetically, the heparanase promoter is inactivated by methylation in mammalian cells (22), whereas it is unmethylated in heparanase-expressing metastatic MDA-MB-435 breast cancer cells.

Considering its multiple malignancy-associated roles, targeting of heparanase holds promise for treatment of breast cancer. PI-88 is phosphomannopentaose sulfate, a sulfated oligosaccharide and structural mimic of heparan sulfate capable of inhibiting heparanase activity and the binding of growth factors to heparan sulfate (23). PI-88 significantly reduced growth, vascularity, and metastasis of highly invasive mammary carcinoma in rats. Laminarin sulfate, a sulfated polysaccharide and heparanase inhibitor, dramatically reduced lung colonization by breast cancer cells (24). Other heparanase inhibitors with antineoplastic and antiangiogenic activities include suramin and its analogues as well as low molecular weight (LMW) heparins (25, 26). Heparin has been available for clinical use as an anticoagulant for many years, whereas PI-88 and other heparanase inhibitors are currently in different stages of development and clinical trials.

## ▶ Roles of Hyaluronan and CD44 in Breast Cancer

Hyaluronan, also known as hyaluronic acid, is a nonsulfated, linear glycosaminoglycan consisting of 2,000 to 25,000 repeating disaccharide subunits of glucuronic acid and *N*-acetylglucosamine. It is ubiquitously distributed and is the major type of glycosaminoglycan present in the ECM. Its viscosity and hydrodynamic properties enable it to participate in maintenance of tissue hydration and structural integrity (27).

▲ Top
▲ Abstract
▲ Introduction
▲ Up-regulation of Heparanase in...
• Roles of Hyaluronan and...
▼ Conclusion
▼ References

Hyaluronan is well recognized as an important determinant of cancer cell behavior. Interaction of hyaluronan with its cell surface receptors CD44 (see below) and RHAMM induces signaling events that promote anchorage-independent tumor cell growth, survival, and migration, thereby increasing metastatic spread (27). Increased hyaluronan synthesis in cancer cells may lead to formation of a less dense matrix that enhances tumor cell motility and invasion. In addition, hyaluronan appears to form a coat that protects cancer cells from cytotoxic cells and chemotherapeutic agents (27, 28). Furthermore, hyaluronan oligosaccharides promote tumor-associated angiogenesis (27).

Expression levels of hyaluronan and hyaluronan synthase (HAS) 2, as well as the rate of hyaluronan synthesis, were shown to be increased in highly metastatic breast carcinoma cells (29). Antisense

inhibition of *HAS2* reduced breast carcinoma cell proliferation and migration *in vitro* and blocked metastasis *in vivo*, leading to prolonged animal survival (30). In contrast, i.v. administration of hyaluronidase to severe combined immunodeficient mice bearing human breast cancer xenografts significantly reduced the tumor volumes and amount of hyaluronan in the cancerous growths (31). Hyaluronan fragments generated by hyaluronidase-mediated cleavage differ from intact hyaluronan in their angiogenic, antiapoptotic, and inflammation-related activities (32). Consequently, changes in the expression of hyaluronidases have context-dependent effects in promoting and inhibiting breast cancer. Furthermore, hyaluronan seems to mediate chemoresistance in breast cancer cells through the PI3K signaling pathway (33).

In clinical breast carcinoma samples, expression of hyaluronan is up-regulated both in the cancer cells themselves and in the surrounding stroma and is an independent prognostic factor for patient survival (34). The presence of high levels of hyaluronan in stromal myxoid changes in breast cancer was strongly associated with high tumor grade, tumor emboli with lymph node involvement, and increased mortality (35). Sonographic examination of invasive breast cancer showed that the tumor shape correlated with that of the hyaluronan ECM (36). Furthermore, serum hyaluronan levels were significantly elevated in women with metastatic breast cancer compared with those with nonmetastatic carcinoma and also among patients in the latter group compared with those having benign breast diseases (37).

The major receptor for hyaluronan is CD44, a family of transmembrane glycoproteins encoded by a single gene with at least 19 exons that maps to band 11p13 on the human chromosome (38). Structural and functional diversities arise from alternative splicing and variation in *N*- and *O*-glycosylation, which is reflected by differential roles of CD44 isoforms in breast cancer.

CD44s, the standard and most widely expressed isoform of CD44, is up-regulated in both *in situ* and invasive breast ductal carcinoma, colocalizing with hyaluronan in the same cells (39). Unlike hyaluronan, increased expression of CD44s correlates with overall patient survival (40, 41). Furthermore, CD44s is expressed at a higher level in tubular carcinoma, a subtype of breast ductal carcinoma that rarely metastasize, compared with invasive micropapillary carcinoma, a variant of breast ductal carcinoma with a high metastatic potential and poor clinical outcome (42). Indeed, loss of CD44 *in vivo* resulted in a marked promotion of cancer metastasis to the lung in a mouse model of breast carcinoma, whereas tumor onset and tumor size were unaffected (43).

In contrast to CD44s, the presence of CD44v3 significantly correlates with tumor infiltration by T lymphocytes and cancer metastases to draining lymph nodes, together with a loss of TP53 protein expression (44). In a 10-year follow-up study of 91 breast cancer patients, expression of CD44v7-v8 was reported to be associated with significantly poorer disease-free and overall survival rates (45). CD44v6 expression was also up-regulated in breast cancer and associated with hyaluronan expression (39, 40). However, it was not an independent prognostic factor and did not correlate with clinical outcome.

CD44 acts through several mechanisms to regulate breast carcinoma behavior. Binding of CD44s to hyaluronan promoted breast cancer cell adhesion and inhibited invasion (43). On the other hand, tumor cell invasion was increased when CD44s interaction with hyaluronan was inhibited by a CD44 blocking

Case 1:10-cv-00094-SLR   Document 38-16   Filed 05/10/10   Page 7 of 82

antibody. Interaction of hyaluronan with CD44v3 stimulated breast cancer cell growth, survival, and invasion through the Rho and PI3K-AKT signaling pathways ([46]). Rho kinase promoted the interaction of CD44v3,8-10 with ankyrin and increased the migration of metastatic breast cancer cells ([47]). Hyaluronan-mediated stimulation of CD44v3 phosphorylation by transforming growth factor-ß receptor I kinase also resulted in enhanced binding of CD44v3 to ankyrin and promotion of breast cancer migration. In contrast, tumor cell migration was inhibited by treatment with an anti-CD44v3 antibody ([46], [47]). CD44 isoforms that contain exon V3 can be modified by heparan sulfate ([48]). The latter can regulate cancer cell proliferation and invasion as well as angiogenesis via binding of FGF2, VEGF, and other heparin-binding growth factors ([9]).

Much interest has been generated by the recent discovery that $CD44^+CD24^{-/low}$ lineage marks breast cancer stem cells ([49]). These actively dividing cells make up only a small proportion of cells in breast cancer but are the only cells that can form tumors when injected into immunocompromised mice. In a study of 136 breast cancer specimens, a high prevalence of cancer stem cells in patients with distant, especially osseous, metastases was reported ([50]). However, no significant correlation with tumor progression, response to various treatment modalities, and clinical outcome was found.

Hyaluronan and CD44 are both potential candidates for cancer treatment, although not much is known about their use as therapeutic targets in breast cancer per se. The chemical 4-methylumbelliferone (4-MU) is a suppressor of HAS ([51]). It decreases hyaluronan content of melanoma cells and inhibits their metastasis to the liver, lung, spleen, and other organs. S.c. injection of hyaluronan oligomers into nude mice disrupts hyaluronan-CD44 interaction and markedly reduced melanoma growth ([52]). Hyaluronan oligomers have also been shown to sensitize breast cancer cells to chemotherapeutic drugs ([53]). Hyaluronan has been conjugated to chemotherapeutic agents and used to target breast and other cancer cell lines *in vitro*, exploiting the affinity of CD44 for hyaluronan ([54]). Indeed, a preliminary trial of this approach on 30 patients with metastatic cancer showed that the tumor responded to the treatment and that the procedure was well tolerated ([55]).

# ▶  Conclusion

As summarized in Fig. 1 , heparanase, hyaluronan, and CD44 regulate the breast cancer cell phenotype and seem to predict the clinical outcome in breast carcinoma patients. A synergistic combination of established chemotherapeutic agents with targeting of hyaluronan, CD44, and heparanase may be a promising approach for

▲ Top
▲ Abstract
▲ Introduction
▲ Up-regulation of Heparanase in...
▲ Roles of Hyaluronan and...
• Conclusion
▼ References

improving breast cancer treatment. Because increased hyaluronan production leads to cancer cell resistance to several chemotherapeutic drugs, including doxorubicin, cisplatin, methotrexate, and paclitaxel ([53], [56]), disruption of hyaluronan-CD44 signaling may result in better tumor response to conventional anticancer drugs. In addition, application of hyaluronidase to remove the immunoprotective and chemoprotective hyaluronan coat of cancer cells and to reduce interstitial fluid pressure may improve delivery of anticancer drugs and therapeutic antibodies to the tumor ([57]). Moreover, coupling of conventional chemotherapeutic drugs with hyaluronan allows for selective targeting of CD44-expressing

cancers, thus lowering the dosages of anticancer medication administered and reducing unwanted side effects (28). Estrogen-antagonistic breast cancer therapy using tamoxifen, fulvestrant, or aromatase inhibitors may lead to a down-regulation of heparanase expression (Fig. 1). As heparanase, hyaluronan, and CD44 promote tumor cell proliferation, migration, and angiogenesis through different molecular mechanisms, simultaneous targeting of these three molecules may be expected to produce synergistic effects and prevent cancer cells from using alternative salvage pathways during treatment. Future studies will provide further insight into the pathophysiologic roles of these molecules and may offer important tools for breast cancer management and prognostication.



**View larger version** (50K):
[in this window]
[in a new window]

**Figure 1.** Heparanase, hyaluronan, and CD44 regulate multiple aspects of the breast cancer cell phenotype, modulating cancer cell proliferation, migration, invasion, metastasis, and angiogenesis. Estrogen antagonism down-regulates heparanase expression. Heparanase activity is inhibited by PI-88, LMW heparins, laminarin sulfate, and suramin. Inhibition of HAS2 by 4-MU leads to decreased hyaluronan biosynthesis. Both soluble CD44 (CD44s) and hyaluronan oligomers (*HA oligos*) interfere with CD44-mediated signaling, resulting in synergistic effects with conventional chemotherapy (*CT*). Hyaluronidases (*HYAL*) degrade hyaluronan, leading to complementary effects with conventional chemotherapy agents, which can be delivered to cancer cells more efficiently (see text). *GF/AF*, growth factors, angiogenic factors, and signaling molecules; *HS*, heparan sulfate; *SERM*, selective estrogen receptor modulator.

## ▶ Acknowledgments

**Grant support:** Münster University Hospital Grant 'Innovative Medizinische Forschung' IMF GÖ 1 2 04 15, Deutsche Forschungsgemeinschaft DFG GO 1392/1-1 (M. Götte), and the National Medical Research Council, Singapore grants NMRC/0772/2003 and NMRC/CPG/004/2004 (G.W. Yip).

We thank Martin Smollich for discussions.

We apologize for the use of review articles and the failure to cite many relevant primary articles as a result of space constraints.

Received 4/26/06. Revised 7/13/06. Accepted 9/ I/06.

## ▶ References

1. Hortobagyi GN, de la Garza SJ, Pritchard K, et al. The global breast cancer burden: variations in epidemiology and survival.

▲ **Top**
▲ **Abstract**
▲ **Introduction**

Clin Breast Cancer 2005;6:391–401.[Medline]

2. Vlodavsky I, Friedmann Y, Elkin M, et al. Mammalian heparanase: gene cloning, expression and function in tumor progression and metastasis. Nat Med 1999;5:793–802. [CrossRef][Medline]

3. Fairbanks MB, Mildner AM, Leone JW, et al. Processing of the human heparanase precursor and evidence that the active enzyme is a heterodimer. J Biol Chem 1999;274:29587–90. [Abstract/Free Full Text]

4. Cohen I, Pappo O, Elkin M, et al. Heparanase promotes growth, angiogenesis, and survival of primary breast tumors. Int J Cancer 2006;118:1609–17.[CrossRef][Medline]

5. Edovitsky E, Elkin M, Zcharia E, Peretz T, Vlodavsky I. Heparanase gene silencing, tumor invasiveness, angiogenesis, and metastasis. J Natl Cancer Inst 2004;96:1219–30. [Abstract/Free Full Text]

6. Maxhimer JB, Quiros RM, Stewart R, et al. Heparanase-1 expression is associated with the metastatic potential of breast cancer. Surgery 2002;132:326–33.[CrossRef][Medline]

7. Imada T, Matsuoka J, Nobuhisa T, et al. COX-2 induction by heparanase in the progression of breast cancer. Int J Mol Med 2006;17:221–8.[Medline]

8. Maxhimer JB, Pesce CE, Stewart RA, Gattuso P, Prinz RA, Xu X. Ductal carcinoma *in situ* of the breast and heparanase-1 expression: a molecular explanation for more aggressive subtypes. J Am Coll Surg 2005;200:328–35.[CrossRef][Medline]

9. Delehedde M, Lyon M, Sergeant N, Rahmoune H, Fernig DG. Proteoglycans: pericellular and cell surface multireceptors that integrate external stimuli in the mammary gland. J Mammary Gland Biol Neoplasia 2001;6:253–73.[CrossRef][Medline]

10. Bashkin P, Doctrow S, Klagsbrun M, Svahn CM, Folkman J, Vlodavsky I. Basic fibroblast growth factor binds to subendothelial extracellular matrix and is released by heparitinase and heparin-like molecules. Biochemistry 1989;28:1737–43.[CrossRef][Medline]

11. Kato M, Wang H, Kainulainen V, et al. Physiological degradation converts the soluble syndecan-1 ectodomain from an inhibitor to a potent activator of FGF-2. Nat Med 1998;4:691–7.[CrossRef][Medline]

12. Nakajima M, Irimura T, Nicolson GL. Heparanases and tumor metastasis. J Cell Biochem 1988;36:157–67.[CrossRef][Medline]

13. Kelly T, Suva LJ, Huang Y, et al. Expression of heparanase by primary breast tumors promotes bone resorption in the absence of detectable bone metastases. Cancer Res 2005;65:5778–84. [Abstract/Free Full Text]

14. Schubert SY, Ilan N, Shushy M, Ben-Izhak O, Vlodavsky I, Goldshmidt O. Human heparanase nuclear localization and enzymatic activity. Lab Invest 2004;84:535–44.[CrossRef]

15. Zetser A, Bashenko Y, Edovitsky E, Levy-Adam F, Vlodavsky I, Ilan N. Heparanase induces vascular endothelial growth factor expression: correlation with p38 phosphorylation levels and Src activation. Cancer Res 2006;66:1455–63.[Abstract/Free Full Text]

16. de Mestre AM, Rao S, Hornby JR, Soe-Htwe T, Khachigian LM, Hulett MD. Early growth response gene 1 (EGR1) regulates heparanase gene transcription in tumor cells. J Biol Chem 2005;280:35116–47.[Abstract/Free Full Text]

17. Baraz L, Haupt Y, Elkin M, Peretz T, Vlodavsky I. Tumor suppressor p53 regulates heparanase gene expression. Oncogene 2006;25:3939–47.[CrossRef][Medline]

18. Rohan TE, Hartwick W, Miller AB, Kandel RA. Immunohistochemical detection of c-erbB-2 and p53 in benign breast disease and breast cancer risk. J Natl Cancer Inst 1998;90:1262–9. [Abstract/Free Full Text]

19. Lu WC, Liu YN, Kang BB, Chen JH. Trans-activation of heparanase promoter by ETS transcription factors. Oncogene 2003;22:919–23.[CrossRef][Medline]

20. Watabe T, Yoshida K, Shindoh M, et al. The Ets-1 and Ets-2 transcription factors activate the promoters for invasion-associated urokinase and collagenase genes in response to epidermal

▲ Up-regulation of Heparanase in...
▲ Roles of Hyaluronan and...
▲ Conclusion
• References

growth factor. Int J Cancer 1998;77:128–37.[CrossRef][Medline]

21. Elkin M, Cohen I, Zcharia E, et al. Regulation of heparanase gene expression by estrogen in breast cancer. Cancer Res 2003;63:8821–6.[Abstract/Free Full Text]

22. Shteper PJ, Zcharia E, Ashhab Y, Peretz T, Vlodavsky I, Ben-Yehuda D. Role of promoter methylation in regulation of the mammalian heparanase gene. Oncogene 2003;22:7737–49. [CrossRef][Medline]

23. Parish CR, Freeman C, Brown KJ, Francis DJ, Cowden WB. Identification of sulfated oligosaccharide-based inhibitors of tumor growth and metastasis using novel *in vitro* assays for angiogenesis and heparanase activity. Cancer Res 1999;59:3433–41.[Abstract/Free Full Text]

24. Miao HQ, Elkin M, Aingorn E, Ishai-Michaeli R, Stein CA, Vlodavsky I. Inhibition of heparanase activity and tumor metastasis by laminarin sulfate and synthetic phosphorothioate oligodeoxynucleotides. Int J Cancer 1999;83:424–31.[CrossRef][Medline]

25. Kakkar AK. An expanding role for antithrombotic therapy in cancer patients. Cancer Treat Rev 2003;29 Suppl 2:23–6.[Medline]

26. Marchetti D, Reiland J, Erwin B, Roy M. Inhibition of heparanase activity and heparanase-induced angiogenesis by suramin analogues. Int J Cancer 2003;104:167–74.[CrossRef][Medline]

27. Toole BP. Hyaluronan: from extracellular glue to pericellular cue. Nat Rev Cancer 2004;4:528–39. [CrossRef][Medline]

28. Jaracz S, Chen J, Kuznetsova LV, Ojima I. Recent advances in tumor-targeting anticancer drug conjugates. Bioorg Med Chem 2005;13:5043–54.[CrossRef][Medline]

29. Udabage L, Brownlee GR, Nilsson SK, Brown TJ. The over-expression of HAS2, Hyal-2, and CD44 is implicated in the invasiveness of breast cancer. Exp Cell Res 2005;310:205–17.[CrossRef] [Medline]

30. Udabage L, Brownlee GR, Waltham M, et al. Antisense-mediated suppression of hyaluronan synthase 2 inhibits the tumorigenesis and progression of breast cancer. Cancer Res 2005;65:6139–50.[Abstract/Free Full Text]

31. Shuster S, Frost GI, Csoka AB, Formby B, Stern R. Hyaluronidase reduces human breast cancer xenografts in SCID mice. Int J Cancer 2002;102:192–7.[CrossRef][Medline]

32. Stern R. Hyaluronan metabolism: a major paradox in cancer biology. Pathol Biol (Paris) 2005;53:372–82.[Medline]

33. Misra S, Ghatak S, Toole BP. Regulation of MDR1 expression and drug resistance by a positive feedback loop involving hyaluronan, phosphoinositide 3-kinase, and ErbB2. J Biol Chem 2005;280:20310–5.[Abstract/Free Full Text]

34. Auvinen P, Tammi R, Parkkinen J, et al. Hyaluronan in peritumoral stroma and malignant cells associates with breast cancer spreading and predicts survival. Am J Pathol 2000;156:529–36. [Abstract/Free Full Text]

35. Wernicke M, Pineiro LC, Caramutti D, et al. Breast cancer stromal myxoid changes are associated with tumor invasion and metastasis: a central role for hyaluronan. Mod Pathol 2003;16:99–107. [CrossRef][Medline]

36. Vignal P, Meslet MR, Romeo JM, Feuilhade F. Sonographic morphology of infiltrating breast carcinoma: relationship with the shape of the hyaluronan extracellular matrix. J Ultrasound Med 2002;21:532–8.[Medline]

37. Delpech B, Chevallier B, Reinhardt N, et al. Serum hyaluronan (hyaluronic acid) in breast cancer patients. Int J Cancer 1990;46:388–90.[Medline]

38. Screaton GR, Bell MV, Jackson DG, Cornelis FB, Gerth U, Bell JI. Genomic structure of DNA encoding the lymphocyte homing receptor CD44 reveals at least 12 alternatively spliced exons. Proc Natl Acad Sci U S A 1992;89:12160–4.[Abstract/Free Full Text]

39. Auvinen P, Tammi R, Tammi M, Johansson R, Kosma VM. Expression of CD44s, CD44v3, and CD44v6 in benign and malignant breast lesions: correlation and colocalization with hyaluronan. Histopathology 2005;47:420–8.[CrossRef][Medline]

40. Diaz LK, Zhou X, Wright ET, et al. CD44 expression is associated with increased survival in node-

negative invasive breast carcinoma. Clin Cancer Res 2005;11:3309–14.[Abstract/Free Full Text]

41. Berner HS, Suo Z, Risberg B, Villman K, Karlsson MG, Nesland JM. Clinicopathological associations of CD44 mRNA and protein expression in primary breast carcinomas. Histopathology 2003;42:546–54.[CrossRef][Medline]

42. Gong Y, Sun X, Huo L, Wiley EL, Rao MS. Expression of cell adhesion molecules, CD44s and E-cadherin, and microvessel density in invasive micropapillary carcinoma of the breast. Histopathology 2005;46:24–30.[CrossRef][Medline]

43. Lopez JI, Camenisch TD, Stevens MV, Sands BJ, McDonald J, Schroeder JA. CD44 attenuates metastatic invasion during breast cancer progression. Cancer Res 2005;65:6755–63. [Abstract/Free Full Text]

44. Rys J, Kruczak A, Lackowska B, et al. The role of CD44v3 expression in female breast carcinomas. Pol J Pathol 2003;54:243–7.[Medline]

45. Watanabe O, Kinoshita J, Shimizu T, et al. Expression of a CD44 variant and VEGF-C and the implications for lymphatic metastasis and long-term prognosis of human breast cancer. J Exp Clin Cancer Res 2005;24:75–82.[Medline]

46. Bourguignon LY, Singleton PA, Zhu H, Diedrich F. Hyaluronan-mediated CD44 interaction with RhoGEF and Rho kinase promotes Grb2-associated binder-1 phosphorylation and phosphatidylinositol 3-kinase signaling leading to cytokine (macrophage-colony stimulating factor) production and breast tumor progression. J Biol Chem 2003;278:29420–34. [Abstract/Free Full Text]

47. Bourguignon LY. CD44-mediated oncogenic signaling and cytoskeleton activation during mammary tumor progression. J Mammary Gland Biol Neoplasia 2001;6:287–97.[CrossRef] [Medline]

48. Greenfield B, Wang WC, Marquardt H, et al. Characterization of the heparan sulfate and chondroitin sulfate assembly sites in CD44. J Biol Chem 1999;274:2511–7. [Abstract/Free Full Text]

49. Al-Hajj M, Wicha MS, Benito-Hernandez A, Morrison SJ, Clarke MF. Prospective identification of tumorigenic breast cancer cells. Proc Natl Acad Sci U S A 2003;100:3983–8. [Abstract/Free Full Text]

50. Abraham BK, Fritz P, McClellan M, Hauptvogel P, Athelogou M, Brauch H. Prevalence of CD44+/CD24–/low cells in breast cancer may not be associated with clinical outcome but may favor distant metastasis. Clin Cancer Res 2005;11:1154–9.[Abstract/Free Full Text]

51. Yoshihara S, Kon A, Kudo D, et al. A hyaluronan synthase suppressor, 4-methylumbelliferone, inhibits liver metastasis of melanoma cells. FEBS Lett 2005;579:2722–6.[CrossRef][Medline]

52. Zeng C, Toole BP, Kinney SD, Kuo JW, Stamenkovic I. Inhibition of tumor growth *in vivo* by hyaluronan oligomers. Int J Cancer 1998;77:396–401.[CrossRef][Medline]

53. Misra S, Ghatak S, Zoltan-Jones A, Toole BP. Regulation of multidrug resistance in cancer cells by hyaluronan. J Biol Chem 2003;278:25285–8.[Abstract/Free Full Text]

54. Luo Y, Bernshaw NJ, Lu ZR, Kopecek J, Prestwich GD. Targeted delivery of doxorubicin by HPMA copolymer-hyaluronan bioconjugates. Pharm Res 2002;19:396–402.[CrossRef][Medline]

55. Rosenthal MA, Gibbs P, Brown TJ, et al. Phase I and pharmacokinetic evaluation of intravenous hyaluronic acid in combination with doxorubicin or 5-fluorouracil. Chemotherapy 2005;51:132–41. [Medline]

56. Wang SJ, Bourguignon LY. Hyaluronan-CD44 promotes phospholipase C-mediated $Ca^{2+}$ signaling and cisplatin resistance in head and neck cancer. Arch Otolaryngol Head Neck Surg 2006;132:19–24.[Abstract/Free Full Text]

57. Heldin CH, Rubin K, Pietras K, Ostman A. High interstitial fluid pressure—an obstacle in cancer therapy. Nat Rev Cancer 2004;4:806–13.[CrossRef][Medline]

# This article has been cited by other articles:



**Cancer Research**  ▸HOME

U. Nilsson, R. Johnsson, L. A. Fransson, U. Ellervik, and K. Mani
**Attenuation of Tumor Growth by Formation of Antiproliferative Glycosaminoglycans Correlates with Low Acetylation of Histone H3**
Cancer Res., May 1, 2010; 70(9): 3771 - 3779.
[Abstract] [Full Text] [PDF]



**Proceedings of the National Academy of Sciences**  ▸HOME

C. J. Creighton, X. Li, M. Landis, J. M. Dixon, V. M. Neumeister, A. Sjolund, D. L. Rimm, H. Wong, A. Rodriguez, J. I. Herschkowitz, *et al.*
**Residual breast cancers after conventional therapy display mesenchymal as well as tumor-initiating features**
PNAS, August 18, 2009; 106(33): 13820 - 13825.
[Abstract] [Full Text] [PDF]



**Cancer Research**  ▸HOME

M. L.T. Teoh, M. P. Fitzgerald, L. W. Oberley, and F. E. Domann
**Overexpression of Extracellular Superoxide Dismutase Attenuates Heparanase Expression and Inhibits Breast Carcinoma Cell Growth and Invasion**
Cancer Res., August 1, 2009; 69(15): 6355 - 6363.
[Abstract] [Full Text] [PDF]



**JBC Online**  ▸HOME

S. L. Nott, Y. Huang, X. Li, B. R. Fluharty, X. Qiu, W. V. Welshons, S. Yeh, and M. Muyan
**Genomic Responses from the Estrogen-responsive Element-dependent Signaling Pathway Mediated by Estrogen Receptor {alpha} Are Required to Elicit Cellular Alterations**
J. Biol. Chem., May 29, 2009; 284(22): 15277 - 15288.
[Abstract] [Full Text] [PDF]



**Clinical Cancer Research**  ▸HOME

A. V. Ivanova, C. M.V. Goparaju, S. V. Ivanov, D. Nonaka, C. Cruz, A. Beck, F. Lonardo, A. Wali, and H. I. Pass
**Protumorigenic Role of HAPLN1 and Its IgV Domain in Malignant Pleural Mesothelioma**
Clin. Cancer Res., April 15, 2009; 15(8): 2602 - 2611.
[Abstract] [Full Text] [PDF]

**Carcinogenesis**  ▸HOME

V. Nikolova, C.-Y. Koo, S. A. Ibrahim, Z. Wang, D. Spillmann, R. Dreier, R. Kelsch, J. Fischgrabe, M. Smollich, L. H. Rossi, *et al.*



**Differential roles for membrane-bound and soluble syndecan-1 (CD138) in breast cancer progression**
Carcinogenesis, March 1, 2009; 30(3): 397 - 407.
[Abstract] [Full Text] [PDF]

---



**JBC Online**    ▸HOME

L. Y. W. Bourguignon, W. Xia, and G. Wong
**Hyaluronan-mediated CD44 Interaction with p300 and SIRT1 Regulates {beta}-Catenin Signaling and NF{kappa}B-specific Transcription Activity Leading to MDR1 and Bcl-xL Gene Expression and Chemoresistance in Breast Tumor Cells**
J. Biol. Chem., January 30, 2009; 284(5): 2657 - 2671.
[Abstract] [Full Text] [PDF]

---



**JBC Online**    ▸HOME

S. P. Becerra, L. A. Perez-Mediavilla, J. E. Weldon, S. Locatelli-Hoops, P. Senanayake, L. Notari, V. Notario, and J. G. Hollyfield
**Pigment Epithelium-derived Factor Binds to Hyaluronan: MAPPING OF A HYALURONAN BINDING SITE**
J. Biol. Chem., November 28, 2008; 283(48): 33310 - 33320.
[Abstract] [Full Text] [PDF]

---



**blood**    ▸HOME

D. Chiron, I. Bekeredjian-Ding, C. Pellat-Deceunynck, R. Bataille, and G. Jego
**Toll-like receptors: lessons to learn from normal and malignant human B cells**
Blood, September 15, 2008; 112(6): 2205 - 2213.
[Abstract] [Full Text] [PDF]

---



**Clinical Cancer Research**    ▸HOME

S. Ganesh, M. Gonzalez-Edick, D. Gibbons, M. Van Roey, and K. Jooss
**Intratumoral Coadministration of Hyaluronidase Enzyme and Oncolytic Adenoviruses Enhances Virus Potency in Metastatic Tumor Models**
Clin. Cancer Res., June 15, 2008; 14(12): 3933 - 3941.
[Abstract] [Full Text] [PDF]

---



**Molecular Cancer Therapeutics**    ▸HOME

S. B. Wallach-Dayan, A. M. Rubinstein, C. Hand, R. Breuer, and D. Naor
**DNA vaccination with CD44 variant isoform reduces mammary tumor local growth and lung metastasis**
Mol. Cancer Ther., June 1, 2008; 7(6): 1615 - 1623.
[Abstract] [Full Text] [PDF]

---

**JOURNAL OF MOLECULAR ENDOCRINOLOGY**    ▸HOME

X. Li, S. L Nott, Y. Huang, R. Hilf, R. A Bambara, X. Qiu, A. Yakovlev, S.


Welle, and M. Muyan
**Gene expression profiling reveals that the regulation of estrogen-responsive element-independent genes by 17{beta}-estradiol-estrogen receptor {beta} is uncoupled from the induction of phenotypic changes in cell models**
J. Mol. Endocrinol., May 1, 2008; 40(5): 211 - 229.
[Abstract] [Full Text] [PDF]


C. A. Maxwell, J. McCarthy, and E. Turley
**Cell-surface and mitotic-spindle RHAMM: moonlighting or dual oncogenic functions?**
J. Cell Sci., April 1, 2008; 121(7): 925 - 932.
[Abstract] [Full Text] [PDF]


R. Golshani, L. Lopez, V. Estrella, M. Kramer, N. Iida, and V. B. Lokeshwar
**Hyaluronic Acid Synthase-1 Expression Regulates Bladder Cancer Growth, Invasion, and Angiogenesis through CD44**
Cancer Res., January 15, 2008; 68(2): 483 - 491.
[Abstract] [Full Text] [PDF]


P. Karihtala, Y. Soini, P. Auvinen, R. Tammi, M. Tammi, and V.-M. Kosma
**Hyaluronan in Breast Cancer: Correlations With Nitric Oxide Synthases and Tyrosine Nitrosylation**
J. Histochem. Cytochem., December 1, 2007; 55(12): 1191 - 1198.
[Abstract] [Full Text] [PDF]


A. Ouhtit, Z. Y. Abd Elmageed, M. E. Abdraboh, T. F. Lioe, and M. H.G. Raj
**In Vivo Evidence for the Role of CD44s in Promoting Breast Cancer Metastasis to the Liver**
Am. J. Pathol., December 1, 2007; 171(6): 2033 - 2039.
[Abstract] [Full Text] [PDF]


I. Cohen, B. Maly, I. Simon, A. Meirovitz, E. Pikarsky, E. Zcharia, T. Peretz, I. Vlodavsky, and M. Elkin
**Tamoxifen Induces Heparanase Expression in Estrogen Receptor Positive Breast Cancer**
Clin. Cancer Res., July 15, 2007; 13(14): 4069 - 4077.
[Abstract] [Full Text] [PDF]

**JBC Online** ▸ **HOME**



S. R. Hamilton, S. F. Fard, F. F. Paiwand, C. Tolg, M. Veiseh, C. Wang, J. B. McCarthy, M. J. Bissell, J. Koropatnick, and E. A. Turley
**The Hyaluronan Receptors CD44 and Rhamm (CD168) Form Complexes with ERK1,2 That Sustain High Basal Motility in Breast Cancer Cells**
J. Biol. Chem., June 1, 2007; 282(22): 16667 - 16680.
[Abstract] [Full Text] [PDF]

*This Article*

▸ **Abstract** FREE
▸ **Full Text (PDF)**
▸ **Alert me when this article is cited**
▸ **Alert me if a correction is posted**

*Services*

▸ **Email this article to a friend**
▸ **Similar articles in this journal**
▸ **Similar articles in PubMed**
▸ **Alert me to new issues of the journal**
▸ **Download to citation manager**
▸ 

*Citing Articles*

▸ **Citing Articles via HighWire**
▸ **Citing Articles via Google Scholar**

*Google Scholar*

▸ **Articles by Götte, M.**
▸ **Articles by Yip, G. W.**
▸ **Search for Related Content**

*PubMed*

▸ **PubMed Citation**
▸ **Articles by Götte, M.**
▸ **Articles by Yip, G. W.**

*Related Collections*

▸ **Clinical Research**
▸ **Clinical Research: Response Markers and Mechanisms**

*Social Bookmarking*

What's this?

HOME  HELP  FEEDBACK  SUBSCRIPTIONS  ARCHIVE  SEARCH  TABLE OF CONTENTS

Cancer Research                                    Clinical Cancer Research
Cancer Epidemiology Biomarkers & Prevention        Molecular Cancer Therapeutics
Molecular Cancer Research                          Cancer Prevention Research
Cancer Prevention Journals Portal                  Cancer Reviews Online
Annual Meeting Education Book                       Meeting Abstracts Online

http://cancerres.aacrjournals.org/cgi/content/full/66/21/10233                    5/10/2010

# Cancer Research




American Association for Cancer Research
**Tumor Immunology:**
Basic and Clinical Advances
November 30–December 3, 2010
Miami Beach, FL

HOME   HELP   FEEDBACK   SUBSCRIPTIONS   ARCHIVE   SEARCH   TABLE OF CONTENTS

| | |
|---|---|
| Cancer Research | Clinical Cancer Research |
| Cancer Epidemiology Biomarkers & Prevention | Molecular Cancer Therapeutics |
| Molecular Cancer Research | Cancer Prevention Research |
| Cancer Prevention Journals Portal | Cancer Reviews Online |
| Annual Meeting Education Book | Meeting Abstracts Online |

[*Cancer Research* 60, 150–155, January 1, 2000]
© 2000 American Association for Cancer Research

## Tumor Biology

# High Levels of Stromal Hyaluronan Predict Poor Disease Outcome in Epithelial Ovarian Cancer[1]

**Maarit A. Anttila[2], Raija H. Tammi, Markku I. Tammi, Kari J. Syrjänen, Seppo V. Saarikoski and Veli-Matti Kosma**

Departments of Obstetrics and Gynecology [M. A. A., S. V. S.] and Clinical Pathology [V-M. K.], Kuopio University Hospital, and Departments of Anatomy [R. H. T., M. I. T.] and Pathology and Forensic Medicine [M. A. A., K. J. S., V-M. K.], University of Kuopio, FIN-70211 Kuopio, Finland

*This Article*

▸ **Abstract** ғʀᴇᴇ
▸ **Full Text (PDF)**
▸ **Alert me when this article is cited**
▸ **Alert me if a correction is posted**

*Services*

▸ **Email this article to a friend**
▸ **Similar articles in this journal**
▸ **Similar articles in PubMed**
▸ **Alert me to new issues of the journal**
▸ **Download to citation manager**
▸ © **Get Permissions**

*Citing Articles*

▸ **Citing Articles via HighWire**
▸ **Citing Articles via Google Scholar**

*Google Scholar*

▸ **Articles by Anttila, M. A.**
▸ **Articles by Kosma, V.-M.**
▸ **Search for Related Content**

*PubMed*

▸ **PubMed Citation**
▸ **Articles by Anttila, M. A.**
▸ **Articles by Kosma, V.-M.**

*Social Bookmarking*

What's this?

▸ ## ABSTRACT

Several malignant tumors accumulate hyaluronan, a matrix

▲ **Top**
• **ABSTRACT**

component suggested to promote cancer cell migration and growth. To explore the potential clinical importance of this concept, we assessed the hyaluronan levels in epithelial ovarian cancer. A biotinylated affinity probe specific for hyaluronan was prepared and applied to histological sections of 309 epithelial ovarian cancers and 45 matched metastatic lesions. The staining was scored according to the percentage area of strong hyaluronan signal of total peri- and intratumoral stroma as low (<35%), moderate (35–75%), or high (>75%). Low, moderate, and high levels of stromal hyaluronan were observed in 95, 116, and 98 carcinomas, respectively. The high stromal hyaluronan level was significantly associated with poor differentiation, serous histological type, advanced stage, and large primary residual tumor, whereas it was not correlated with high CD44 expression on cancer cells. The 5-year outlook of the disease deteriorated with increasing stromal hyaluronan levels for both overall (45% *versus* 39% *versus* 26%; $P$ = 0.002) and recurrence-free (66% *versus* 56% *versus* 40%; $P$ = 0.008) survival. High levels of stromal hyaluronan were more frequent in metastatic lesions than in primary tumors ($z$ = -3.9; $P$ = 0.0001). In Cox's multivariate analyses, high level of stromal hyaluronan was an independent prognostic factor in all patients, as well as in stage-specific subgroups. These results suggest that stromal hyaluronan accumulation may be a powerful enhancer of tumor progression and, as such, provides a novel, independent prognostic marker and a potential target of therapy.

▼ INTRODUCTION
▼ MATERIALS AND METHODS
▼ RESULTS
▼ DISCUSSION
▼ REFERENCES

## ▶ INTRODUCTION

▲ Top
▲ ABSTRACT
• INTRODUCTION
▼ MATERIALS AND METHODS
▼ RESULTS
▼ DISCUSSION
▼ REFERENCES

In North America and Europe, ovarian cancer is the fourth most common cause of cancer death among women and the prime cause of death among gynecological malignancies (1) . The main route of metastatic dissemination of epithelial ovarian cancer is by exfoliation of the tumor cells, which migrate, implant, and invade throughout the peritoneal cavity (2) . The molecular mechanisms underlying this process are not well characterized, but it is likely that the interaction between ovarian cancer cells and the peritoneal mesothelium is mediated by specific adhesion molecules (3) .

Hyaluronan is an extracellular polysaccharide (4) typically present in the extracellular matrix of some epithelial and neural tissues and is particularly abundant in connective tissues. Hyaluronan controls cell migration, differentiation, and proliferation (5) , thereby influencing tissue morphogenesis, wound healing, and tumor growth (6 , 7) . Earlier *in vitro* studies have indicated that the hyaluronan levels correlate with the invasive and metastatic capacity of the tumor cells (8 , 9) . Increased hyaluronan concentrations may help invasion by providing a less dense matrix for cancer cells (10) , stimulating cancer cell motility (11) and forming an immunoprotective coat for cancer cells (12) . In addition, the cell surface receptors of hyaluronan, *i.e.,* CD44 and RHAMM, have been shown to play a key role in cancer cell adhesion (13) , cell migration (14) , and tumor neovascularization (15) .

Interestingly, *in vitro* studies have indicated that the standard form of CD44 protein is needed for human ovarian cancer cell binding to mesothelial hyaluronan (16, 17, 18, 19) . Moreover, anti-CD44 antibodies

have been shown to prevent the peritoneal spreading of ovarian tumor cells in a mouse model (20) . Human ovarian cancers express both the standard and different variant isoforms of CD44, but their prognostic significance remains ambiguous (21 , 22) .

Despite widespread interest in the role of CD44 in ovarian cancer, the content of hyaluronan, its major ligand, has not received any attention. Therefore, we evaluated hyaluronan levels and their relation to CD44 expression, tumor progression, and patient survival in a representative series of epithelial ovarian cancers.

## ▶  MATERIALS AND METHODS

### Patients.

▲ Top
▲ ABSTRACT
▲ INTRODUCTION
· MATERIALS AND METHODS
▼ RESULTS
▼ DISCUSSION
▼ REFERENCES

A total of 309 epithelial ovarian cancer patients with adequate archival tumor material were studied. These patients were selected from a consecutive series of 445 women diagnosed and treated for ovarian malignancy at Kuopio University Hospital and Jyväskylä Central Hospital, Finland between 1976 and 1992 by excluding cases with other than a histologically epithelial type of malignancy ($n = 36$), patients who were not operated on ($n = 35$), patients who were given any treatment before the primary operation ($n = 33$), and those with insufficient tumor material ($n = 32$).

Tumor staging was based on the standards of the FIGO[3] (23) . In addition to postoperative adjuvant chemotherapy, 9 patients received postoperative radiotherapy, and 38 patients received both of these adjuvant therapies. During follow-up, tumor recurrence was observed in 73 patients (24%), no recurrence was observed in 95 patients (31%), and the tumor was present or progressing in 141 patients (45%). The median follow-up time for all patients ($n = 309$) was 27 months (range, 0.3–237 months), and the median follow-up time for patients still alive ($n = 78$) was 108 months (range, 21–237 months). Patients who died because of any postoperative complications were excluded from the survival analyses ($n = 9$). The clinicopathological characteristics of the patients are summarized in Table 1▣ .

**View this table:**   **Table 1** Clinicopathological characteristics of the patients (n = 309)
[in this window]
[in a new window]

### Histology.

Five-μm-thick paraffin-embedded tissue sections of all tumors were stained with H&E. Histological typing and grading were reevaluated for this study according to the WHO classification (24) by one pathologist (K. J. S.).

### Histochemistry of Hyaluronan.

The biotinylated complex of the hyaluronan-binding region of aggrecan and link protein (bHABC) was prepared from bovine articular cartilage and tested for purity, as described previously (25 , 26) .

The sections were deparaffinized in xylene, rehydrated with graded alcohols, and washed with 0.1 M sodium phosphate buffer [PB (pH 7.4)]. Endogenous peroxidase was inactivated with 1% hydrogen peroxide for 5 min, and nonspecific probe binding was blocked with 1% BSA in PB. The sections were incubated in bHABC (2.5 µg/ml; diluted in 1% BSA) overnight at 4°C. The slides were washed with PB, incubated with avidin-biotin-peroxidase (ABC Vectastain Elite kit; Vector Laboratories, Burlingame, CA), and washed with PB. The color was developed with 0.05% diaminobenzidine tetrahydrochloride (Sigma, St. Louis, MO) and 0.03% hydrogen peroxide in PB. The slides were counterstained with Mayer's hematoxylin for 2 min, washed, dehydrated, and mounted in Depex (BDH, Poole, United Kingdom). The specificity of the staining was controlled by digesting some of the sections with *Streptomyces* hyaluronidase in the presence of protease inhibitors before the staining or by blocking the bHABC probe by preincubation with hyaluronan oligosaccharides (27) . The whole staining procedure has been described in detail previously (25) .

**CD44 Immunohistochemistry.**
Deparaffinized and rehydrated sections were heated in a microwave oven in 0.01 M citrate buffer (pH 6.0) for 3 x 5 min, incubated in the citrate buffer for 18 min, and washed for 2 x 5 min with PBS. Endogenous peroxidase activity was blocked by 5% hydrogen peroxide for 5 min, followed by a wash for 2 x 5 min with PBS. The sections were incubated with 1% BSA in PBS for 30 min at 37°C. The primary antibody (mouse monoclonal antihuman CD44, clone 2C5; R & D Systems, Abingdon, United Kingdom), which recognizes all forms of CD44 (28) , was diluted with 1% BSA to 1:1200 and incubated on the slides overnight at 4°C. The slides were incubated with the secondary antibody for 1 h and washed with PBS for 2 x 5 min. The slides were then incubated for 1 h in preformed avidin-biotin peroxidase complex and washed twice for 5 min with PBS, developed with diaminobenzidine tetrahydrochloride, counterstained with Mayer's hematoxylin, dehydrated, cleared, and mounted in Depex.

**Evaluation of the Stainings.**
All samples were analyzed by two observers (M. A. A., V-M. K.) unaware of the clinical data. Disagreement in the assessment of staining was found in less than 10% of the slides examined, and consensus was reached on further review. The intensity of stromal hyaluronan was graded into three categories: (*a*) 1 (weak); (*b*) 2 (moderate); and (*c*) 3 (strong). The percentage of stroma with the strongest hyaluronan intensity of the total peri- and intratumoral stromal area was graded into one of three categories: (*a*) low (<35%); (*b*) moderate (35–75%); or (*c*) high (>75%), according to the 33rd and 66th percentiles in a frequency distribution. The percentage of hyaluronan-positive tumor cells of all neoplastic cells in the section was also estimated, but for statistical analysis, the tumors were eventually categorized in two groups: (*a*) hyaluronan positive; or (*b*) hyaluronan negative. A tumor was considered positive if any cancer cell-associated hyaluronan signal was observed. The intensity of the staining in the tumor epithelium was categorized into three grades: (*a*) 0 (no hyaluronan); (*b*, hyalurdnan) 1 (weak to moderate hyaluronan); or (*c*) 2 (strong hyaluronan) using the strongest staining of hyaluronan in the peri- or intratumoral stroma as an internal positive control. Sections predigested with *Streptomyces*

hyaluronidase and those stained with a probe pretreated with hyaluronan oligosaccharides gave no signal, an indication of the specificity of the method (Fig. 2C)⊡ .



**Fig. 2.** *A*, a clear cell ovarian cancer showing membranous (*arrow*) hyaluronan positivity in cancer cells. *B*, another clear cell ovarian cancer showing both cytoplasmic (*arrow* on the *left*) and nuclear (*arrow* on the *right*) hyaluronan positivity in cancer cells. *C*, a negative control section indicating the specificity of hyaluronan staining. *Bar*, 20 μm.

**View larger version**
**(101K):**
[in this window]
[in a new window]
[Download PPT slide]

The expression of CD44 was scored as a fraction of the positive cancer cells in the whole tumor area. The intensity of CD44 was categorized into three grades: (*a*) 0 (negative); (*b*) 1 (weak to moderate); or (*c*) 2 (strong). The intensely CD44-positive inflammatory cells were used as internal positive controls.

**Statistical Analysis.**
Statistical analyses were performed using the SPSS computer program package. Spearman correlation coefficients and Wilcoxon tests were used to evaluate the relationships between continuous variables. Frequency tables were analyzed using a $\chi^2$ test. Univariate survival analyses were based on the Kaplan-Meier method (29) . The differences between curves were analyzed using the log-rank test. OS was defined as the time interval between the date of surgery and the date of death due to ovarian cancer. RFS was defined as the time interval between the date of surgery and the date of recurrence. Multivariate survival analysis was calculated by means of Cox's proportional hazards model in a forward stepwise manner with the log-likelihood ratio significance test (30) . The assumption of proportional hazards was tested by logminlogplots. Probability values less than 0.05 were regarded as significant.

# ▶ RESULTS

**Hyaluronan Staining in Stroma.**
The percentage of intense hyaluronan staining was higher in intra-
and peritumoral stroma than in normal ovarian stroma (data not
shown). In carcinomas, high, moderate, and low levels of stromal
hyaluronan were observed in 98 (32%), 116 (37%), and 95 (31%) of

▲ Top
▲ ABSTRACT
▲ INTRODUCTION
▲ MATERIALS AND METHODS
· RESULTS
▼ DISCUSSION
▼ REFERENCES

the cases, respectively (Fig. 1, $A$–$C$). A high level of stromal hyaluronan was more frequent (59%; 26 of 44) in metastases than in primary tumors (32%; $z$ = -3.9; $P$ = 0.0001).



**Fig. 1.** $A$, an endometrioid ovarian cancer with a low level of stromal hyaluronan; $B$, a clear cell ovarian cancer with a moderate level of stromal hyaluronan; $C$, a serous ovarian cancer with a high level of stromal hyaluronan. *Arrows*, a strong hyaluronan signal in tumor stroma. Cancer cells are hyaluronan-negative in all cases. *Bar*, 200 μm.

**View larger version**
(103K):
[in this window]
[in a new window]
[Download PPT slide]

### Cell-associated Hyaluronan Staining.

Epithelial cells of the normal ovary were invariably hyaluronan negative (data not shown). Sixteen percent (49 of 309) of the tumors did not contain hyaluronan-positive cancer cells. In 73% (227 of 309) of the cases, the fraction of hyaluronan-positive cancer cells was ≤10%. Hyaluronan in cancer cells was located on the plasma membrane (Fig. 2$A$), but in a few cases ($n$ = 47), it was also expressed in either the cytoplasm or the nucleus (Fig. 2$B$). Cancer cells expressed hyaluronan in 89% (40 of 45) of the metastatic lesions available for study. The level of hyaluronan staining in the primary tumors correlated with that of their metastases ($r$ = 0.4; $P$ = 0.005).

### Correlation of Hyaluronan with CD44 Expression.

We randomly selected 90 primary ovarian tumors and 9 metastases in an attempt to correlate CD44 positivity with hyaluronan levels. CD44-positive cancer cells were observed in 70% (63 of 90) of the primary tumors and in 67% (6 of 9) of their metastases. Stromal hyaluronan showed a weak inverse correlation ($r$ = -0.2; $P$ = 0.036) with tumor cell CD44, whereas any kind of cancer cell-associated hyaluronan positivity did not correlate with CD44 expression at all ($r$ = 0.16; $P$ = 0.13). In the metastatic lesions, neither stromal nor cancer cell-associated hyaluronan was related to CD44 positivity.

### Hyaluronan and Clinicopathological Characteristics.

A low level of stromal hyaluronan coincided with early FIGO stage ($x^2$ = 7.0; $P$ = 0.008) and mucinous histological type ($x^2$ = 15.3; $P$ = 0.05; Table 2). A high level of stromal hyaluronan was associated with poor differentiation ($x^2$ = 13.4; $P$ < 0.0005), serous and clear cell histological types ($x^2$ = 15.3; $P$ = 0.05), and a large (>2 cm) primary residual tumor ($x^2$ = 5.0; $P$ = 0.03). Hyaluronan positivity in cancer cells was associated with poor differentiation of the tumor ($x^2$ = 9.3; $P$ = 0.002). The median age of

patients at diagnosis was 62 years and was not associated with stromal hyaluronan. The follow-up time of surviving patients did not differ between hyaluronan categories.

**View this table:** **Table 2** Distribution (%) of clinicopathological variables within different
[in this window] stromal hyaluronan categories
[in a new window]

## Survival.

The 5-year prognosis of patients deteriorated with increasing stromal hyaluronan levels for both OS (45% *versus* 39% *versus* 26%; $P = 0.002$) and RFS (66% *versus* 56% *versus* 40%; $P = 0.008$; Figs. 3⊡ and 4⊡ ). Stromal hyaluronan was also a significant prognostic factor as a continuous variable in both OS ($P = 0.002$) and RFS ($P = 0.003$). Other factors in univariate analysis significantly indicating a short OS were poor differentiation ($P < 0.00005$), advanced FIGO stage ($P < 0.00005$), primary residual tumor > 2 cm ($P < 0.00005$), and older than median age at diagnosis ($P = 0.04$). In addition, stromal hyaluronan significantly predicted OS when stratified by early ($P = 0.006$) or advanced FIGO stage ($P = 0.01$) and by grade 1–2 ($P = 0.02$) or grade 3 ($P = 0.04$). Short RFS was significantly predicted by the serous histological type ($P = 0.025$), poor differentiation ($P = 0.047$), advanced FIGO stage ($P = 0.0001$), and primary residual tumor > 2 cm ($P < 0.00005$). The percentage of hyaluronan-positive cancer cells, the intensity of the cell-associated hyaluronan signal, and the localization of the signal in the cytoplasm or nucleus had no prognostic significance in univariate analyses.



**View larger version** (22K):
[in this window]
[in a new window]
[Download PPT slide]

**Fig. 3.** OS according to low ($n = 93$), moderate ($n = 115$), and high ($n = 91$) levels of stromal hyaluronan. *p*, the overall comparison between all three curves at 5 years of follow-up (*vertical line*).

**Fig. 4.** RFS according to low ($n = 59$), moderate ($n = 62$), and high ($n = 42$) levels of stromal hyaluronan. *p*, the overall comparison between all three curves at 5 years of RFS (*vertical line*).



**View larger version** (21K):
[in this window]
[in a new window]
[Download PPT slide]

The histological type and grade, FIGO stage, primary residual tumor, age at diagnosis, adjuvant chemotherapy, and stromal hyaluronan level were examined using Cox's multivariate analyses (Table 3) ⊡ . Because there was no statistical difference between low and moderate levels of stromal hyaluronan in univariate analyses, these two groups were combined. Stromal hyaluronan expression was an independent prognostic factor in both OS ($P = 0.0003$) and RFS ($P = 0.003$). The other independent prognostic factors were primary residual tumor, FIGO stage, histological grade, and adjuvant chemotherapy (for OS) and primary residual tumor and histological type (for RFS). When Cox's analyses were restricted to patient subgroups with FIGO stage I-II ($n = 126$) or stage III-IV ($n = 143$) disease, a high level of stromal hyaluronan retained its independent prognostic value for poor OS with a RR of 1.89 (95% CI, 1.03–3.45; $P = 0.039$) in stage I-II and a RR of 1.71 (95% CI, 1.15–2.54; $P = 0.008$) in stage III-IV. The high level of stromal hyaluronan accumulation predicted recurrence with a RR of 2.15 (95% CI, 1.09–4.25; $P = 0.028$) in stage I-II ($n = 106$) and a RR of 4.35 (95% CI, 1.89–10.03; $P = 0.0006$) in stage III-IV ($n = 47$).

**View this table:**   **Table 3** The independent prognostic factors in Cox's multivariate analysis for
[in this window]   OS (n = 271) and RFS (n = 153)
[in a new window]

# ▶ DISCUSSION

The present work demonstrated elevated hyaluronan levels in the peri- and intratumoral stroma of epithelial ovarian cancers. Furthermore, the high level of stromal hyaluronan accumulation was a significant prognostic parameter, independent of the conventional factors related to tumor spreading at diagnosis and residual tumor

▲ Top
▲ ABSTRACT
▲ INTRODUCTION
▲ MATERIALS AND METHODS
▲ RESULTS
· DISCUSSION
▼ REFERENCES

size. The level of stromal hyaluronan seems capable of delineating the intrinsic malignancy of the tumors, as suggested by its association with clinical parameters such as FIGO stage, residual tumor, poor differentiation, and histological subtypes. For instance, serous cancers, known for their poor prognosis (31) , had higher levels of stromal hyaluronan than did the mucinous subtypes with a more favorable prognosis (31) . Stromal hyaluronan reaction therefore seems to be an indicator of tumor aggressiveness.

Structural cues in the surrounding matrix, particularly the integrin-binding proteins presented by the basal lamina, are known to control gene expression and determine the differentiation of mammary epithelial cells. This control is so strong that unless normal matrix structure is altered, malignancy will not progress, even in the presence of multiple chromosomal mutations in the epithelial cells (32) . The present findings suggest that an abnormally high level of hyaluronan is one of the matrix changes creating tumor-permissive conditions. Similar results were obtained in breast (33) and colon cancer (34) , an indication of a more universal influence of hyaluronan in malignancies originating in monolayered epithelial.

The most probable source of increased stromal hyaluronan is its synthesis by the local mesenchymal cells (35, 36, 37) . Mouse ovarian cancer cells stimulate hyaluronan production on mouse mesenteric surfaces and in tumor cell clumps (38) . Although the molecular basis of such a stimulation is not understood, various growth factors or direct cellular contacts are probably involved (37 , 39 , 40) . In metastatic foci, the levels of stromal hyaluronan were higher than those in the corresponding primary tumors, suggesting that those cancer cells capable of a strong induction of stromal hyaluronan have acquired a growth advantage after shedding from the primary tumor. We therefore propose that hyaluronan synthesis is important (perhaps vital) for tumor progression. This suggestion is in line with recent experimental studies indicating that overexpression of a hyaluronan synthase gene transfected into cancer cells enhances their anchorage-independent growth, tumorigenicity, and metastatic potential (41 , 42) .

Our data indicate that the ability of ovarian cancer cells to induce peri- and intratumoral hyaluronan accumulation was not dependent on the expression of CD44 on tumor cell surface. This is interesting because 40–50% of human ovarian tumor cell attachment to mouse peritoneum is based on cell surface CD44 interacting with hyaluronan on mesothelial cells (16) . In the mouse model, an anti-CD44 antibody reduces the number of peritoneal tumor deposits (20 , 38) , suggesting that CD44 is important in the adhesion and metastatic growth of ovarian cancer. It seems that the CD44-dependent adherence of cancer cells onto mesothelial surface hyaluronan is a phenomenon unrelated to the stromal hyaluronan reaction and may represent a different stage in the progression of ovarian cancer.

The current study confirmed the importance of the standard prognostic factors (31) , e.g., the FIGO stage and residual tumor size, and indicated that the level of stromal hyaluronan offers an additional means to refine disease prognostication. Novel molecular markers with a biological rationale such as the hyaluronan reaction can be used to tailor the therapy in a wide clinical spectrum of epithelial ovarian cancers. The clinical relevance of this concept is supported by the fact that the high level of stromal hyaluronan retained its predictive value for poor prognosis within patient subgroups such as FIGO stage I-II and III-IV, independently of surgery and adjuvant chemotherapy.

The resistance of ovarian cancer cells to chemotherapeutic agents due to intrinsic factors, insufficient drug penetration, or reduced growth fraction (43 , 44) is one of the most important limitations in the treatment of this group of malignancies. The induction of stromal hyaluronan synthesis might be a part of the mechanism whereby chemotherapeutic resistance develops. Hyaluronidase is a relatively nontoxic enzyme, which enhances drug penetration by degrading the gel-like hyaluronan coat shielding the cancer cells, and has been successfully used as a chemosensitizer in bladder cancer (45) , squamous carcinomas of the neck (46) , breast cancer (44 , 47) and cutaneous melanoma (48) . The present data indicate that the most aggressive ovarian cancers show the highest hyaluronan levels; therefore, hyaluronidase could be particularly useful in increasing drug penetration in these cancers. Inhibition of hyaluronan synthesis could be another treatment option, but there are currently no specific methods available for inhibition of hyaluronan synthesis. In the future, understanding the regulation of the recently cloned hyaluronan synthase genes (49) may provide opportunities for the inhibition of hyaluronan synthesis. Meanwhile, the value of hyaluronan concentration assays in serum and ascites should also be evaluated in the follow-up surveillance of ovarian cancer patients.

# ▶ ACKNOWLEDGMENTS

We thank Helena Kemiläinen, Eija Rahunen, and Kari Kotikumpu for technical assistance; Alpo Pelttari for photographic facilities; and Pirjo Halonen for statistical advice.

# ▶ FOOTNOTES

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked *advertisement* in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

[1] Supported by Finnish Cancer Foundation, The Finnish Medical Society Duodecim, The North Savo Cancer Fund and EVO funds of Kuopio University Hospital. ◩

[2] To whom requests for reprints should be addressed, at Department of Pathology and Forensic Medicine, University of Kuopio, P. O. Box 1627, FIN-70211 Kuopio, Finland. Phone: 358-17-173311; Fax: 358-17-162753. ◩

[3] The abbreviations used are: FIGO, International Federation of Gynecology and Obstetrics; OS, overall survival; RFS, recurrence-free survival; RR, relative risk; CI, confidence interval; bHABC, biotinylated hyaluronan binding region and the link protein complex. ◩

Received 6/18/99. Accepted 11/ 1/99.

# ▶ REFERENCES

▲ Top
▲ ABSTRACT
▲ INTRODUCTION
▲ MATERIALS AND METHODS
▲ RESULTS
▲ DISCUSSION
· REFERENCES

1. Parker S. L., Tong T., Bolden S., Wingo P. A. Cancer statistics, 1997. CA Cancer J. Clin., *47:* 5-27, 1997.[Medline]
2. Niedbala M. J., Crickard K., Bernacki R. J. *In vitro* degradation of extracellular matrix by human ovarian carcinoma cells. Clin. Exp. Metastasis, *5:* 181-197, 1987. [Medline]
3. Zetter B. R. Adhesion molecules in tumor metastasis. Semin. Cancer Biol., *4:* 219-229, 1993. [Medline]
4. Meyer K., Palmer J. The polysaccharide of the vitreous humor. J. Biol. Chem., *107:* 629-634, 1934.[Free Full Text]
5. Toole B. Glycosaminoglycans in morphogenesis Hay E. eds. . Cell Biology of the Extracellular Matrix, *:* 259-294, Plenum Press New York 1982.
6. Mast B. A., Diegelmann R. F., Krummel T. M., Cohen I. K. Scarless wound healing in the mammalian fetus. Surg. Gynecol. Obstet., *174:* 441-451, 1992.[Medline]
7. Zhang L., Underhill C. B., Chen L. Hyaluronan on the surface of tumor cells is correlated with metastatic behavior. Cancer Res., *55:* 428-433, 1995.[Abstract/Free Full Text]
8. Kimata K., Honma Y., Okayama M., Oguri K., Hozumi M., Suzuki S. Increased synthesis of hyaluronic acid by mouse mammary carcinoma cell variants with high metastatic potential. Cancer Res., *43:* 1347-1354, 1983.[Abstract/Free Full Text]
9. Turley E. A., Tretiak M. Glycosaminoglycan production by murine melanoma variants *in vivo* and *in vitro*. Cancer Res., *45:* 5098-5105, 1985.[Abstract/Free Full Text]
10. Knudson W., Biswas C., Li X. Q., Nemec R. E., Toole B. P. The role and regulation of tumour-associated hyaluronan. Ciba Found. Symp., *143:* 150-159, 1989.[Medline]
11. Yang B., Zhang L., Turley E. A. Identification of two hyaluronan-binding domains in the hyaluronan receptor RHAMM. J. Biol. Chem., *268:* 8617-8623, 1993.[Abstract/Free Full Text]
12. McBride W. H., Bard J. B. Hyaluronidase-sensitive halos around adherent cells. Their role in blocking lymphocyte-mediated cytolysis. J. Exp. Med., *149:* 507-515, 1979. [Abstract/Free Full Text]
13. Entwistle J., Hall C. L., Turley E. A. HA receptors: regulators of signalling to the cytoskeleton. J. Cell. Biochem., *61:* 569-577, 1996.[Medline]
14. Turley E. A. Hyaluronan and cell locomotion. Cancer Metastasis Rev., *11:* 21-30, 1992.[Medline]
15. Trochon V., Mabilat C., Bertrand P., Legrand Y., Smadja-Joffe F., Soria C., Delpech B., Lu H. Evidence of involvement of CD44 in endothelial cell proliferation, migration and angiogenesis *in vitro*. Int. J. Cancer, *66:* 664-668, 1996.[Medline]
16. Cannistra S. A., Kansas G. S., Niloff J., DeFranzo B., Kim Y., Ottensmeier C. Binding of ovarian cancer cells to peritoneal mesothelium *in vitro* is partly mediated by CD44H. Cancer Res., *53:* 3830-3838, 1993.[Abstract/Free Full Text]
17. Gardner M. J., Jones L. M., Catterall J. B., Turner G. A. Expression of cell adhesion molecules on ovarian tumour cell lines and mesothelial cells, in relation to ovarian cancer metastasis. Cancer Lett., *91:* 229-234, 1995.[Medline]
18. Gardner M. J., Catterall J. B., Jones L. M., Turner G. A. Human ovarian tumour cells can bind hyaluronic acid via membrane CD44: a possible step in peritoneal metastasis. Clin. Exp. Metastasis, *14:* 325-334, 1996.[Medline]
19. Jones L. M., Gardner M. J., Catterall J. B., Turner G. A. Hyaluronic acid secreted by mesothelial cells: a natural barrier to ovarian cancer cell adhesion. Clin. Exp. Metastasis, *13:* 373-380, 1995. [Medline]
20. Strobel T., Swanson L., Cannistra S. A. *In vivo* inhibition of CD44 limits intra-abdominal spread of a human ovarian cancer xenograft in nude mice: a novel role for CD44 in the process of peritoneal implantation. Cancer Res., *57:* 1228-1232, 1997.[Abstract/Free Full Text]

21. Cannistra S. A., Abu-Jawdeh G., Niloff J., Strobel T., Swanson L., Andersen J., Ottensmeier C. CD44 variant expression is a common feature of epithelial ovarian cancer: lack of association with standard prognostic factors. J. Clin. Oncol., *13:* 1912-1921, 1995.[Abstract/Free Full Text]

22. Uhl-Steidl M., Muller-Holzner E., Zeimet A. G., Adolf G. R., Daxenbichler G., Marth C., Dapunt O. Prognostic value of CD44 splice variant expression in ovarian cancer. Oncology (Basel), *52:* 400-406, 1995.[Medline]

23. Cancer Committee of the International Federation of Gynecology and Obstetrics Staging Announcement: FIGO Cancer Committee. Gynecol. Oncol., *25:* 383–385, 1989.

24. Serov, S. F., Scully, R., and Sobin, L. H. Histological typing of ovarian tumours. *In:* S. F. Serov, R. Scully, and L. H. Sobin (eds.). International Histological Classification of Tumours, No. 9, pp. 17–21. Geneva, Switzerland; WHO, 1973.

25. Tammi R., Agren U. M., Tuhkanen A. L., Tammi M. Hyaluronan metabolism in skin. Prog. Histochem. Cytochem., *29:* 1-81, 1994.[Medline]

26. Wang C., Tammi M., Guo H., Tammi R. Hyaluronan distribution in the normal epithelium of esophagus, stomach, and colon and their cancers. Am. J. Pathol., *148:* 1861-1869, 1996.[Abstract]

27. Tammi R., Ripellino J. A., Margolis R. U., Tammi M. Localization of epidermal hyaluronic acid using the hyaluronate binding region of cartilage proteoglycan as a specific probe. J. Investig. Dermatol., *90:* 412-414, 1988.[Medline]

28. Fox S. B., Fawcett J., Jackson D. G., Collins I., Gatter K. C., Harris A. L., Gearing A., Simmons D. L. Normal human tissues, in addition to some tumors, express multiple different CD44 isoforms. Cancer Res., *54:* 4539-4546, 1994.[Abstract/Free Full Text]

29. Kaplan E. L., Meier P. Nonparametric estimation from incomplete observation. J. Am. Stat. Assoc., *53:* 457-481, 1958.

30. Cox D. R. Regression models and life tables with discussion. J. Stat. Soc. B., *34:* 187-192, 1999.

31. Friedlander M. L. Prognostic factors in ovarian cancer. Semin. Oncol., *25:* 305-314, 1998. [Medline]

32. Bissell M. J., Weaver V. M., Lelievre S. A., Wang F., Petersen O. W., Schmeichel K. I. Tissue structure, nuclear organization, and gene expression in normal and malignant breast. Cancer Res., *59(Suppl.):* 1757s-1764s, 1999.[Abstract/Free Full Text]

33. Auvinen, P., Tammi, R., Parkkinen, J., Tammi, M., Ågren, U., Johansson, R., Hirvikoski, P., Eskelinen, M., and Kosma, V. M. Hyaluronan in peritumoral stroma and malignant cells associates with breast cancer spreading and predicts survival. Am. J. Pathol., in press, 2000.

34. Ropponen K., Tammi M., Parkkinen J., Eskelinen M., Tammi R., Lipponen P., Ågren U., Alhava E., Kosma V. M. Tumor cell-associated hyaluronan as an unfavorable prognostic factor in colorectal cancer. Cancer Res., *58:* 342-347, 1998.[Abstract/Free Full Text]

35. Asplund T., Heldin P. Hyaluronan receptors are expressed on human malignant mesothelioma cells but not on normal mesothelial cells. Cancer Res., *54:* 4516-4523, 1994. [Abstract/Free Full Text]

36. Knudson W., Biswas C., Toole B. P. Interactions between human tumor cells and fibroblasts stimulate hyaluronate synthesis. Proc. Natl. Acad. Sci. USA, *81:* 6767-6771, 1984. [Abstract/Free Full Text]

37. Knudson W., Knudson C. Overproduction of hyaluronan in the tumor stroma Adany E. eds. . Tumor Matrix Biology, *:* 55-79, CRC Press Boca Raton, FL 1995.

38. Yeo T. K., Nagy J. A., Yeo K. T., Dvorak H. F., Toole B. P. Increased hyaluronan at sites of attachment to mesentery by CD44-positive mouse ovarian and breast tumor cells. Am. J. Pathol., *148:* 1733-1740, 1996.[Abstract]

39. Cedeno D., Stern R. Stimulation of hyaluronic acid synthesis in fibroblasts by cocultivation with human breast tumor cell lines. J. Cell Biol., *103:* 101a 1989.

40. Schor S., Schor A., Grey A. Mechanism of action of migration stimulating factor produced by fetal and cancer patient fibroblasts: effect of hyaluronic acid synthesis. In Vitro Cell Dev. Biol., *25:* 737-746, 1989.[Medline]

41. Itano N., Sawai T., Miyaishi O., Kimata K. Relationship between hyaluronan production and metastatic potential of mouse mammary carcinoma cells. Cancer Res., *59:* 2499-2504, 1999. [Abstract/Free Full Text]

42. Kosaki R., Watanabe K., Yamaguchi Y. Overproduction of hyaluronan by expression of the hyaluronan synthase Has2 enhances anchorage-independent growth and tumorigenicity. Cancer Res., *59:* 1141-1145, 1999.[Abstract/Free Full Text]

43. Johnson S. W., Ozols R. F., Hamilton T. C. Mechanisms of drug resistance in ovarian cancer. Cancer (Phila.), *71:* 644-649, 1993.[Medline]

44. St. Croix B., Man S., Kerbel R. S. Reversal of intrinsic and acquired forms of drug resistance by hyaluronidase treatment of solid tumors. Cancer Lett., *131:* 35-44, 1998.[Medline]

45. Maier U., Baumgartner G. Metaphylactic effect of mitomycin C with and without hyaluronidase after transurethral resection of bladder cancer: randomized trial. J. Urol., *141:* 529-530, 1989. [Medline]

46. Kohno N., Ohnuma T., Truog P. Effects of hyaluronidase on doxorubicin penetration into squamous carcinoma multicellular tumor spheroids and its cell lethality. J. Cancer Res. Clin. Oncol., *120:* 293-297, 1994.[Medline]

47. Kerbel R. S., St. Croix B., Florenes V. A., Rak J. Induction and reversal of cell adhesion-dependent multicellular drug resistance in solid breast tumors. Hum. Cell, *9:* 257-264, 1996. [Medline]

48. Spruss T., Bernhardt G., Schonenberger H., Schiess W. Hyaluronidase significantly enhances the efficacy of regional vinblastine chemotherapy of malignant melanoma. J. Cancer Res. Clin. Oncol., *121:* 193-202, 1995.[Medline]

49. Weigel P. H., Hascall V. C., Tammi M. Hyaluronan synthases. J. Biol. Chem., *272:* 13997-14000, 1997.[Free Full Text]

# This article has been cited by other articles:



**JBC Online**    ▶HOME
A. Ghosh, H. Kuppusamy, and L. M. Pilarski
**Aberrant Splice Variants of HAS1 (Hyaluronan Synthase 1) Multimerize with and Modulate Normally Spliced HAS1 Protein: A POTENTIAL MECHANISM PROMOTING HUMAN CANCER**
J. Biol. Chem., July 10, 2009; 284(28): 18840 - 18850.
[Abstract] [Full Text] [PDF]



**International Journal of Toxicology**    ▶HOME
L. C. Becker, W. F. Bergfeld, D. V. Belsito, C. D. Klaassen, J. G. Marks Jr, R. C. Shank, T. J. Slaga, P. W. Snyder, Cosmetic Ingredient Review Expert Panel, and F. A. Andersen
**Final Report of the Safety Assessment of Hyaluronic Acid, Potassium Hyaluronate, and Sodium Hyaluronate**
International Journal of Toxicology, July 1, 2009; 28(4_suppl): 5 - 67.
[Abstract] [Full Text] [PDF]

**The American Journal of PATHOLOGY**    ▶HOME
J. Webber, R. H. Jenkins, S. Meran, A. Phillips, and R. Steadman



**Modulation of TGF{beta}1-Dependent Myofibroblast Differentiation by Hyaluronan**
Am. J. Pathol., July 1, 2009; 175(1): 148 - 160.
[Abstract] [Full Text] [PDF]

---



### Clinical Cancer Research ▸HOME
A. V. Ivanova, C. M.V. Goparaju, S. V. Ivanov, D. Nonaka, C. Cruz, A. Beck, F. Lonardo, A. Wali, and H. I. Pass
**Protumorigenic Role of HAPLN1 and Its IgV Domain in Malignant Pleural Mesothelioma**
Clin. Cancer Res., April 15, 2009; 15(8): 2602 - 2611.
[Abstract] [Full Text] [PDF]

---



### JBC Online ▸HOME
J. Webber, S. Meran, R. Steadman, and A. Phillips
**Hyaluronan Orchestrates Transforming Growth Factor-{beta}1-dependent Maintenance of Myofibroblast Phenotype**
J. Biol. Chem., April 3, 2009; 284(14): 9083 - 9092.
[Abstract] [Full Text] [PDF]

---



### Molecular Cancer Research ▸HOME
M.-S. Kim, H.-J. Kwak, J.-W. Lee, H.-J. Kim, M.-J. Park, J.-B. Park, K.-H. Choi, H. Yoo, S.-H. Shin, W.-S. Shin, et al.
**17-Allylamino-17-Demethoxygeldanamycin Down-Regulates Hyaluronic Acid-Induced Glioma Invasion by Blocking Matrix Metalloproteinase-9 Secretion**
Mol. Cancer Res., November 1, 2008; 6(11): 1657 - 1665.
[Abstract] [Full Text] [PDF]

---



### The Journal of Immunology ▸HOME
D.-M. Kuang, Q. Zhao, J. Xu, J.-P. Yun, C. Wu, and L. Zheng
**Tumor-Educated Tolerogenic Dendritic Cells Induce CD3{epsilon} Down-Regulation and Apoptosis of T Cells through Oxygen-Dependent Pathways**
J. Immunol., September 1, 2008; 181(5): 3089 - 3098.
[Abstract] [Full Text] [PDF]

---



### JBC Online ▸HOME
S. V. Kyosseva, E. N. Harris, and P. H. Weigel
**The Hyaluronan Receptor for Endocytosis Mediates Hyaluronan-dependent Signal Transduction via Extracellular Signal-regulated Kinases**
J. Biol. Chem., May 30, 2008; 283(22): 15047 - 15055.
[Abstract] [Full Text] [PDF]

---

### JBC Online ▸HOME


S. Misra, L. M. Obeid, Y. A. Hannun, S. Minamisawa, F. G. Berger, R. R. Markwald, B. P. Toole, and S. Ghatak
**Hyaluronan Constitutively Regulates Activation of COX-2-mediated Cell Survival Activity in Intestinal Epithelial and Colon Carcinoma Cells**
J. Biol. Chem., May 23, 2008; 283(21): 14335 - 14344.
[Abstract] [Full Text] [PDF]


▶HOME
T. A. Jokela, M. Jauhiainen, S. Auriola, M. Kauhanen, R. Tiihonen, M. I. Tammi, and R. H. Tammi
**Mannose Inhibits Hyaluronan Synthesis by Down-regulation of the Cellular Pool of UDP-N-acetylhexosamines**
J. Biol. Chem., March 21, 2008; 283(12): 7666 - 7673.
[Abstract] [Full Text] [PDF]


▶HOME
S. Meran, D. W. Thomas, P. Stephens, S. Enoch, J. Martin, R. Steadman, and A. O. Phillips
**Hyaluronan Facilitates Transforming Growth Factor-{beta}1-mediated Fibroblast Proliferation**
J. Biol. Chem., March 7, 2008; 283(10): 6530 - 6545.
[Abstract] [Full Text] [PDF]


▶HOME
D.-M. Kuang, Y. Wu, N. Chen, J. Cheng, S.-M. Zhuang, and L. Zheng
**Tumor-derived hyaluronan induces formation of immunosuppressive macrophages through transient early activation of monocytes**
Blood, July 15, 2007; 110(2): 587 - 595.
[Abstract] [Full Text] [PDF]


▶HOME
L. Y. W. Bourguignon, E. Gilad, and K. Peyrollier
**Heregulin-mediated ErbB2-ERK Signaling Activates Hyaluronan Synthases Leading to CD44-dependent Ovarian Tumor Cell Growth and Migration**
J. Biol. Chem., July 6, 2007; 282(27): 19426 - 19441.
[Abstract] [Full Text] [PDF]


▶HOME
K. Hosono, Y. Nishida, W. Knudson, C. B. Knudson, T. Naruse, Y. Suzuki, and N. Ishiguro
**Hyaluronan Oligosaccharides Inhibit Tumorigenicity of Osteosarcoma Cell Lines MG-63 and LM-8 in Vitro and in Vivo via Perturbation of Hyaluronan-Rich Pericellular Matrix of the Cells**
Am. J. Pathol., July 1, 2007; 171(1): 274 - 286.
[Abstract] [Full Text] [PDF]



**Endocrinology** ▸HOME

A. G. Gianoukakis, T. A. Jennings, C. S. King, C. E. Sheehan, N. Hoa, P. Heldin, and T. J. Smith
**Hyaluronan Accumulation in Thyroid Tissue: Evidence for Contributions from Epithelial Cells and Fibroblasts**
Endocrinology, January 1, 2007; 148(1): 54 - 62.
[Abstract] [Full Text] [PDF]



**JBC Online** ▸HOME

A. Kultti, K. Rilla, R. Tiihonen, A. P. Spicer, R. H. Tammi, and M. I. Tammi
**Hyaluronan Synthesis Induces Microvillus-like Cell Surface Protrusions**
J. Biol. Chem., June 9, 2006; 281(23): 15821 - 15828.
[Abstract] [Full Text] [PDF]



JOURNAL OF CLINICAL PATHOLOGY ▸HOME

K A Voutilainen, M A Anttila, S M Sillanpaa, K M Ropponen, S V Saarikoski, M T Juhola, and V-M Kosma
**Prognostic significance of E-cadherin-catenin complex in epithelial ovarian cancer**
J. Clin. Pathol., May 1, 2006; 59(5): 460 - 467.
[Abstract] [Full Text] [PDF]



**Journal of Cell Science** ▸HOME

G. Tzircotis, R. F. Thorne, and C. M. Isacke
**Chemotaxis towards hyaluronan is dependent on CD44 expression and modulated by cell type variation in CD44-hyaluronan binding**
J. Cell Sci., November 1, 2005; 118(21): 5119 - 5128.
[Abstract] [Full Text] [PDF]



**Carcinogenesis** ▸HOME

M. Edward, C. Gillan, D. Micha, and R.H. Tammi
**Tumour regulation of fibroblast hyaluronan expression: a mechanism to facilitate tumour growth and invasion**
Carcinogenesis, July 1, 2005; 26(7): 1215 - 1223.
[Abstract] [Full Text] [PDF]



**Circulation Research** ▸HOME

M. Sussmann, M. Sarbia, J. Meyer-Kirchrath, R.M. Nusing, K. Schror, and J.W. Fischer
**Induction of Hyaluronic Acid Synthase 2 (HAS2) in Human Vascular Smooth Muscle Cells by Vasodilatory Prostaglandins**
Circ. Res., March 19, 2004; 94(5): 592 - 600.
[Abstract] [Full Text] [PDF]



**JBC Online** ▸HOME

A. Zoltan-Jones, L. Huang, S. Ghatak, and B. P. Toole
**Elevated Hyaluronan Production Induces Mesenchymal and Transformed Properties in Epithelial Cells**
J. Biol. Chem., November 14, 2003; 278(46): 45801 - 45810.
[Abstract] [Full Text] [PDF]



**Clinical Cancer Research** ▸HOME

S. Sillanpaa, M. A. Anttila, K. Voutilainen, R. H. Tammi, M. I. Tammi, S. V. Saarikoski, and V.-M. Kosma
**CD44 Expression Indicates Favorable Prognosis in Epithelial Ovarian Cancer**
Clin. Cancer Res., November 1, 2003; 9(14): 5318 - 5324.
[Abstract] [Full Text] [PDF]



**Cancer Research** ▸HOME

E. L. J. Hiltunen, M. Anttila, A. Kultti, K. Ropponen, J. Penttinen, M. Yliskoski, A. T. Kuronen, M. Juhola, R. Tammi, M. Tammi, *et al.*
**Elevated Hyaluronan Concentration without Hyaluronidase Activation in Malignant Epithelial Ovarian Tumors**
Cancer Res., November 15, 2002; 62(22): 6410 - 6413.
[Abstract] [Full Text] [PDF]



**Journal of Cell Science** ▸HOME

K. Rilla, M. J. Lammi, R. Sironen, K. Torronen, M. Luukkonen, V. C. Hascall, R. J. Midura, M. Hyttinen, J. Pelkonen, M. Tammi, *et al.*
**Changed lamellipodial extension, adhesion plaques and migration in epidermal keratinocytes containing constitutively expressed sense and antisense hyaluronan synthase 2 (Has2) genes**
J. Cell Sci., September 15, 2002; 115(18): 3633 - 3643.
[Abstract] [Full Text] [PDF]



**The American Journal of PATHOLOGY** ▸HOME

M. A. Simpson, C. M. Wilson, and J. B. McCarthy
**Inhibition of Prostate Tumor Cell Hyaluronan Synthesis Impairs Subcutaneous Growth and Vascularization in Immunocompromised Mice**
Am. J. Pathol., September 1, 2002; 161(3): 849 - 857.
[Abstract] [Full Text] [PDF]



**GLYCOBIOLOGY** ▸HOME

B. P. Toole
**Hyaluronan promotes the malignant phenotype**
Glycobiology, March 1, 2002; 12(3): 37R - 42R.
[Abstract] [Full Text] [PDF]



**JBC Online**    ▸HOME

B. P. Toole, T. N. Wight, and M. I. Tammi
**Hyaluronan-Cell Interactions in Cancer and Vascular Disease**
J. Biol. Chem., February 8, 2002; 277(7): 4593 - 4596.
[Full Text] [PDF]



**The American Journal of PATHOLOGY**    ▸HOME

J. M. Karjalainen, R. H. Tammi, M. I. Tammi, M. J. Eskelinen, U. M.
Agren, J. J. Parkkinen, E. M. Alhava, and V.-M. Kosma
**Reduced Level of CD44 and Hyaluronan Associated with
Unfavorable Prognosis in Clinical Stage I Cutaneous Melanoma**
Am. J. Pathol., September 1, 2000; 157(3): 957 - 965.
[Abstract] [Full Text] [PDF]



**The American Journal of PATHOLOGY**    ▸HOME

R. M. Peterson, Q. Yu, I. Stamenkovic, and B. P. Toole
**Perturbation of Hyaluronan Interactions by Soluble CD44 Inhibits
Growth of Murine Mammary Carcinoma Cells in Ascites**
Am. J. Pathol., June 1, 2000; 156(6): 2159 - 2167.
[Abstract] [Full Text] [PDF]



**JBC Online**    ▸HOME

J.-P. Pienimaki, K. Rilla, C. Fulop, R. K. Sironen, S. Karvinen, S. Pasonen,
M. J. Lammi, R. Tammi, V. C. Hascall, and M. I. Tammi
**Epidermal Growth Factor Activates Hyaluronan Synthase 2 in
Epidermal Keratinocytes and Increases Pericellular and
Intracellular Hyaluronan**
J. Biol. Chem., June 1, 2001; 276(23): 20428 - 20435.
[Abstract] [Full Text] [PDF]



**JBC Online**    ▸HOME

M. A. Simpson, J. Reiland, S. R. Burger, L. T. Furcht, A. P. Spicer, T. R.
Oegema Jr., and J. B. McCarthy
**Hyaluronan Synthase Elevation in Metastatic Prostate Carcinoma
Cells Correlates with Hyaluronan Surface Retention, a
Prerequisite for Rapid Adhesion to Bone Marrow Endothelial Cells**
J. Biol. Chem., May 18, 2001; 276(21): 17949 - 17957.
[Abstract] [Full Text] [PDF]

*This Article*

▸ **Abstract** FREE
▸ **Full Text (PDF)**
▸ **Alert me when this article is cited**
▸ **Alert me if a correction is posted**

*Services*

HOME  HELP  FEEDBACK  SUBSCRIPTIONS  ARCHIVE  SEARCH  TABLE OF CONTENTS

**Cancer Research**

Cancer Epidemiology Biomarkers & Prevention

Molecular Cancer Research

Cancer Prevention Journals Portal

Annual Meeting Education Book

Clinical Cancer Research

Molecular Cancer Therapeutics

Cancer Prevention Research

Cancer Reviews Online

Meeting Abstracts Online

▸ **Email this article to a friend**
▸ **Similar articles in this journal**
▸ **Similar articles in PubMed**
▸ **Alert me to new issues of the journal**
▸ **Download to citation manager**
▸ 

*Citing Articles*

▸ **Citing Articles via HighWire**
▸ **Citing Articles via Google Scholar**

*Google Scholar*

▸ **Articles by Anttila, M. A.**
▸ **Articles by Kosma, V.-M.**
▸ **Search for Related Content**

*PubMed*

▸ **PubMed Citation**
▸ **Articles by Anttila, M. A.**
▸ **Articles by Kosma, V.-M.**

*Social Bookmarking*

What's this?

Case 1:10-cv-00094-SLR   Document 38-16   Filed 05/10/10   Page 35 of 82

Case 1:10-cv-00094-SLR   Document 38-16   Filed 05/10/10   Page 36 of 82

| Home | 2010 Conference | Community |
|------|-----------------|-----------|

## Stay Informed

Newsletter Signup

## ISHAS Members Login

This login is specific to ISHAS membership.
Username

Password

☐ Remember me
Login
Lost Password?
Not a member? Apply Here
PLEASE NOTE: If you wish to register for the upcoming 2010 HA Conference or submit Abstracts for the Conference, click here.

 Bylaws

## Other ISHAS member run Conferences

2nd International Congress on Biohydrogels

## Syndicate

# Suniti Misra Profile Page



| Profile | ISHAS.org Publication(s): |
|---|---|

| HA Pub's |
|---|

| **HA Pub's:** | **Selected    Peer–reviewed    PUI Hyaluronan ONLY** |
|---|---|
| | 1. Ghatak, S., **Misra, S**., and Toole, B. P. 2002 Hyal independent growth of tumor cells by suppressing th survival pathway. J Biol Chem, 277, 38013–38020 |
| | 2. **Misra, S**., Ghatak, S., Zoltan–Jones Regulation of multi–drug resistance in c Biol Chem, 278: 25285–25288. |
| | 3. Ghatak, S., **Misra, S**., and Toole, B.F signaling, cell survival and multidrug re **2003"**, eds. E.A. Balazs and V.C. Hasc |
| | 4. Marieb, E., Zoltan–Jones, A., Li, R., I Zucker, S., and Toole, B.P.: Emmprin p independent growth in human mamman hyaluronan production. Cancer Res, 6· |

5. Toole, B.P., Zoltan–Jones, A., **Misra**
Hyaluronan, a critical component of epi
epithelial–carcinoma transitions. Cells,
73.

6. *Ghatak, S. *, **Misra, S**. * ands Toole
constitutively regulates ErbB2 phospho
formation in carcinoma cells. J. Biol. Ch
These authors contributed equally to th

7. Yokoyama U, Minamisawa S, Quan
Nishida E, Iwasaki S,Iwamoto M, **Misra**
S, Toole BP, Sugimoto Y, Ishikawa Y. (
prostaglandin receptor EP4 promotes
formation in the ductus arteriosus. J Cli
(Comments in) J Clin Invest. 2006;116:
SCIENCE. 2006, 314,895.

8. **Misra, S**. *, Ghatak, S. * and Toole,
expression and drug resistance by a po
hyaluronan, phosphoinositide 3–kinase
20310–20315, 2005 (JBC Paper of the

9. **Misra S***, Toole BP, Ghatak S*: Hya
activation of multiple receptor tyrosine
carcinoma cells. J Biol Chem. 281(46):

10. **Misra, S***., Hascall, VC, Berger, FG
S*: Hyaluronan , CD44, and cyclooxyg
Connective Tissue Research: an intern
2008.

11. Ghatak, S*, Hascall, VC, Berger, FG
**S.***: Tissue Specific shRNA delivery: A
therapy in cancer. Connective Tissue R
journal. May, (In Press), 2008.

12. **Misra S***, Obeid Lina M. Hannun, Y
Berger, FG., Markwald, RR., Toole BF
constitutively regulates activation of
survival activity in intestinal epithelia
J Biol Chem. June, (In Press), 2008



hyaluronic acid: Definition from Answers.com
Case 1:10-cv-00094-SLR Document 38-16 Filed 05/10/10 Page 40 of 82
Page 1 of 14

# Answers.com

# hyaluronic acid

Dictionary: hy·a·lu·ron·ic acid   (hī′ə-lu-rŏn′ĭk) ◄

*n.*
A gellike aminoglycan that is found in the tissue space, the synovial fluid of joints, and the vitreous of the eyes and acts as a binding, lubricating, and protective agent.

[Greek hualos, glass + -URONIC.]

# Answers.com  ReferenceAnswers

English ▾

Sci-Tech Encyclopedia:
## Hyaluronic acid

A polysaccharide which is an integral part of the gel-like substance of animal connective tissue; it supposedly serves as a lubricant and shock absorbent in the joints. Hyaluronic acid has also been is from umbilical cord, synovial fluid, skin, certain fowl tumors, and other sources. Treatment of this polysaccharide with the enzyme hyaluronidase, followed by acid hydrolysis, yields a disaccharide co of *N*-acetyl-D-glucosamine and D-glucuronic acid. This disaccharide appears to be the basic repeatir structural unit that constitutes the hyaluronic acid molecule. *See also* Hyaluronidase; Polysaccharide

Dental Dictionary:
## hyaluronic acid

*n*

A mucopolysaccharide that forms the gelatinous substance in the tissue spaces. Hyaluronic acid is t intercellular cementing substance found throughout the tissues of the body.

Sports Science and Medicine:
## hyaluronic acid

An acid mucopolysaccharide found in the synovial fluid and nearly all types of connective tissue. Hy. acid acts as a binding agent and affects the viscosity of the ground substance. Hyaluronic acid, obta either from humans or geneticially engineered, has been given as intra-articular injections to treat osteoarthritis of the knee. In cases studied, it appears to be as effective as NSAIDs with fewer adve -effects.

Veterinary Dictionary:
## hyaluronic acid

A sulfate-free mucopolysaccharide in the intercellular substance of various tissues, especially the sk isolated from the vitreous humor, synovial fluid, umbilical cord, etc. Used therapeutically in degener joint disease and in solution as a tear film replacement.

Wikipedia:

# Hyaluronan

### Hyaluronan



### Identifiers

| | |
|---|---|
| CAS number | 9004-61-9, 31799-91-4 (potassium salt) 9067-32-7 (sodium salt) |
| InChI | 1/C28H44N2O23.Na/c1-5(33)29-9-18(11(35)7(3-31)47-25(9)46)49-28-17(41)15(39)20(22(53-28)24(44)45)51-26-10(30-6(2)34)19(12(36)8(4-32)48-26)50-27-16(40)13(37)14(38)21(52-27)23(42)43;/h7-22,25-28,31-32,35-41,46H,3-4H2,1-2H3,(H,29,33)(H,30,34)(H,42,43)(H,44,45);/q;+1/t7-,8-,9-,10-,11-,12-,13+,14+,15-,16-,17-,18-,19-,20+,21+,22+,25-,26+,27-,28-;/m1./s1 (sodium salt) |

### Properties

| | |
|---|---|
| Molecular formula | $(C_{14}H_{21}NO_{11})_n$ |
| Solubility in water | soluble (sodium salt) |

### Hazards

| | |
|---|---|
| S-phrases | S22, S24/25 (sodium salt) |
| LD50 | > 2400 mg/kg (mouse, oral, sodium salt) >4000 mg/kg (mouse, subcutaneous, sodium salt) 1500 mg/kg (mouse, intraperitoneal, sodium salt) [1] |

### Related compounds

| | |
|---|---|
| Related compounds | D-glucuronic acid and D-N-acetylglucosamine (monomers) |

Except where noted otherwise, data are given for materials in their standard state (at 25 °C, 100 kPa)

Infobox references

**Hyaluronan** (also called **hyaluronic acid** or **hyaluronate**) is an anionic, non-sulfated glycosamin distributed widely throughout connective, epithelial, and neural tissues. It is unique among glycosaminoglycans in that it is unsulphated, forms in the plasma membrane instead of the Golgi ar be very large with its molecular weight often reaching the millions.[2] One of the chief components c extracellular matrix, hyaluronan contributes significantly to cell proliferation and migration, and ma be involved in the progression of some malignant tumors. The average 70 kg (154 lbs) person has 15 grams of hyaluronan in their body, one-third of which is turned over (degraded and synthesized)

day.[3] Hyaluronic acid is also a component of the group A streptococcal extracellular capsule,[4] and
believed to play a role in virulence.[5][6]

Contents [hide]

- 1 Functions
- 2 Structure
- 3 Biological synthesis
- 4 Cell receptors for hyaluronan
- 5 Degradation
- 6 Role of hyaluronan on wound repair process
- 7 Role of hyaluronan in cancer metastasis
- 8 Medical applications
- 9 Cosmetic applications
- 10 Equine applications
- 11 Etymology
- 12 References
- 13 External links

# Functions

Until the late 1970s, hyaluronan was described as a "goo" molecule, a ubiquitous carbohydrate poly
that is part of the extracellular matrix.[7] For example, hyaluronan is a major component of the syn
fluid and was found to increase the viscosity of the fluid. Along with lubricin, it is one of the fluid's n
lubricating components.

Hyaluronan is an important component of articular cartilage, where it is present as a coat around ea
(chondrocyte). When aggrecan monomers bind to hyaluronan in the presence of link protein, large l
negatively-charged aggregates form. These aggregates imbibe water and are responsible for the re
of cartilage (its resistance to compression). The molecular weight (size) of hyaluronan in cartilage
decreases with age, but the amount increases.[8]

Hyaluronan is also a major component of skin, where it is involved in tissue repair. When skin is
excessively exposed to UVB rays, it becomes inflamed (sunburn) and the cells in the dermis stop pr
as much hyaluronan, and increase the rate of its degradation. Hyaluronan degradation products also
accumulate in the skin after UV exposure.[9]

While it is abundant in extracellular matrices, hyaluronan also contributes to tissue hydrodynamics,
movement and proliferation of cells, and participates in a number of cell surface receptor interaction
notably those including its primary receptors, CD44 and RHAMM. Upregulation of CD44 itself is wide
accepted as a marker of cell activation in lymphocytes. Hyaluronan's contribution to tumor growth r
due to its interaction with CD44. Receptor CD44 participates in cell adhesion interactions required b
cells.

Although hyaluronan binds to receptor CD44, there is evidence that hyaluronan degradation produc
transduce their inflammatory signal through Toll-like receptor 2 (TLR2), TLR4 or both TLR2, and TLI
macrophages and dendritic cells. TLR and hyaluronan play a role in innate immunity.

High concentrations of hyaluronan in the brains of young rats, and reduced concentrations in the br
adult rats suggest that hyaluronan plays an important role in brain development.[10]

Case 1:10-cv-00094-SLR    Document 38-16    Filed 05/10/10    Page 43 of 82

# Structure

The chemical structure of hyaluronan was determined in the 1950s in the laboratory of Karl Meyer [citation needed]. Hyaluronan is a polymer of disaccharides, themselves composed of D-glucuronic acid a -acetylglucosamine, linked together via alternating β-1,4 and β-1,3 glycosidic bonds. Hyaluronan ca 25,000 disaccharide repeats in length. Polymers of hyaluronan can range in size from 5,000 to 20,0 Da in vivo. The average molecular weight in human synovial fluid is 3−4 million Da, and hyaluronar purified from human umbilical cord is 3,140,000 Da.[11]

Hyaluronan is energetically stable in part because of the stereochemistry of its component disaccha Bulky groups on each sugar molecule are in sterically favored positions, whereas the smaller hydroç assume the less-favorable axial positions.

# Biological synthesis

Hyaluronan is synthesized by a class of integral membrane proteins called hyaluronan synthases, ol vertebrates have three types: HAS1, HAS2, and HAS3. These enzymes lengthen hyaluronan by repe adding glucuronic acid and N-acetylglucosamine to the nascent polysaccharide as it is extruded via transporter through the cell membrane into the extracellular space [12].

Hyaluronan synthesis (HAS) has been shown to be inhibited by 4-Methylumbelliferone (hymecromoi heparvit), a 7-Hydroxy-4-methylcoumarin derivative.[13] This selective inhibition (without inhibiting Glycosaminoglycans) may prove useful in preventing metastasis of malignant tumor cells.[14]

# Cell receptors for hyaluronan

So far, cell receptors that have been identified for HA fall into three main groups: CD44, RHAMM (R for HA Mediated Motility) and ICAM-1 (Intracellular adhesion molecule-1). CD44 and ICAM-1 were a known as cell adhesion molecules with other recognized ligands before their HA binding was discove

CD44 is widely distributed through out the body, and the formal demonstration of HA-CD44 binding proposed by Aruffo et al. [16] in 1990. To date it is recognized as the main cell surface receptor for I CD44 mediates cell interaction with HA and the binging of the two functions as an important part in physiologic events,[17][18] such as cell aggregation, migration, proliferation and activation; cell-cell a substrate adhesion; endocytosis of HA which leads to HA catabolism in macrophages; and assembly petircellular matrices from HA and proteoglycan. Two significant roles of CD44 in skin were propose Kaya et al.[19] The first one is regulation of keratinocyte proliferation in response to extracellular stir and the second one is the maintenance of local HA homeostasis.[20]

ICAM-1 is mainly known as a metabolic cell surface receptor for HA, and this protein may mainly responsible for the clearance of HA from lymph and blood plasma, which accounts for perhaps most whole-body turnover [21][22] Ligand binding of this receptor thus triggers a highly co-ordinated casca events that includes the formation of an endocytotic vesicle, its fusion with primary lysosomes, enz\ digestion to monosccharides, active transmembrane transport of these sugars to cell sap, phosphor of GlcNAc and enzymatic deacetylation.[23][24][25] Like its name, ICAM-1 may also serve as a cell adf molecule and the binding of HA to ICAM-1 may contribute to the control of ICAM-1-mediated inflam activation.[26]

# Degradation

Hyaluronan is degraded by a family of enzymes called hyaluronidases. In humans, there are at leas types of hyaluronidase-like enzymes, several of which are tumor suppressors. The degradation proc

hyaluronan, the oligosaccharides and very low-molecular-weight hyaluronan, exhibit pro-angiogenic
properties. In addition, recent studies showed that hyaluronan fragments, not the native high-mole
mass of hyaluronan, can induce inflammatory responses in macrophages and dendritic cells in tissu
and in skin transplant rejection.

# Role of hyaluronan on wound repair process

Skin provides a mechanical barrier to the external environment and acts to prevent the ingress of ir
agents.[27] Once injured the beneath tissues are exposed to infection therefore rapid and effective h
of crucial significance to re-construct a barrier function. Skin wound healing is a complex process in
many interacting processes initiated by haemostasis and the release of platelet derived factors.[28]
following stages are inflammation, granulation tissue formation, reepithelization and remodeling. HA
likely to play a multifaceted role in mediation of these cellular and matrix events. The proposed role
in this sequence of skin wound healing events are elucidated in details below.

Inflammation

Many biological factors, such as growth factors, cytokines and eicosanoids and so on, are generated
inflammation process. These factors are necessary for the subsequent steps of wound healing due t
roles in promoting migration of inflammatory cells, fibroblasts and endothelial cells into the wound s

The wound tissue in the early inflammatory phase of wound repair is abounding with HA, probably a
reflection of increased synthesis.[30] HA acts as a promoter of early inflammation which is crucial in
whole skin wound healing process. In a murine air pouch model of carrageenan/IL-1-induced inflamm
HA was observed to enhance cellular infiltration.[31][32] Kobayashi and colleagues [33][34] showed a de
dependent increase of the proinflammatory cytokines TNF-α and IL-8 production by human uterine
fibroblasts at HA concentrations of 10μg/ml to 1 mg/ml via a CD44 mediated mechanism. Endotheli
in response to inflammatory cytokines such as TNF-α, and bacterial lipopolysaccharide, also synthes
and this has been shown to facilitate primary adhesion of cytokine-activated lymphocytes expressin
HA-binding variants of CD44 under laminar and static flow conditions.[35][36] It is interesting that HA
contradictory duo-functions in the inflammatory process. It not only can promote the inflammation
stated above, while it also can moderate the inflammatory response, which may contribute to the
stabilization of granulation tissue matrix, as described in the following part.

Granulation and organization of the granulation tissue matrix

Granulation tissue is the perfused, fibrous connective tissue that replaces a fibrin clot in healing wou
typically grows from the base of a wound and is able to fill wounds of almost any size it heals.[37] Ha
abundant in granulation tissue matrix. A variety of cell functions that are essential for tissue repair
attribute to this HA-rich network. These functions include facilitation of cell migration into the provis
wound matrix, cell proliferation and organization of the granulation tissue matrix.[38] Absolutely, init
inflammation is extremely crucial for the formation of granulation tissue, therefore the pro-inflammat
role of HA as discussed above also contribute to this stage of wound healing.[39]

HA and cell migration

Cell migration is essential for the formation of granulation tissue.[40] The early stage of granulation
dominated by a HA-rich extracellular matrix which is regarded as a conductive environment for mig
cells into this temporary wound matrix. Contributions of HA to cell migration may attribute to its
physicochemical properties as stated above, as well as its direct interactions with cells. For the form
scenario, HA provides an open hydrated matrix that facilitates cell migration;[41] whereas in the latt
scenario, directed migration and control of the cell locomotory mechanisms are mediated via the sp
cell interaction between HA and cell surface HA receptors. As discussed before, the three principal c
surface receptors for HA are CD44, RHAMM and ICAM-1. RHAMM is more related to cell migration.
Basically, it forms links with several protein kinases associated with cell locomotion, for example,

extracellular signal-regulated protein kinase (ERK), p125fak, and pp60c-src.[42][43][44] During fetal development, the migration path through which neural crest cells migrate is rich in HA.[45] HA is clo: associated with the cell migration process in granulation tissue matrix, and studies show that cell movement can be inhibited, at least partially, by HA degradation or blocking HA receptor occupancy

By providing the dynamic force to the cell, HA synthesis has also been shown to associate with cell migration.[47] Basically, HA is synthesized at the plasma membrane and released directly into the extracellular environment.[48] This may contribute to the hydrated microenvironment at sites of syn and is essential for cell migration by facilitating cell detachment.

Role of HA in moderation of the inflammatory response

Although inflammation is an integral part of granulation tissue formation, for normal tissue repair to proceed, inflammation needs to be moderated. The initial granulation tissue formed is highly inflam with a high rate of tissue turnover mediated by matrix degrading enzymes and reactive oxygen met that are products of inflammatory cells.[49] Stabilization of granulation tissue matrix can be achieved moderating inflammation. HA functions as an important moderator in this moderation process, whic contradicts to its role in inflammatory stimulation as described above. HA can protect against free-r damage to cells.[50] This may attribute to its free-radical scavenging property, a physicochemical characteristic shared by large polyionic polymers. In a rat model of free-radical scavenging propert investigated by Foschi D. and colleagues, HA has been shown to reduce damage to the granulation [51]

In addition to the free-radical scavenging role, HA may also function in the negative feedback loop of inflammatory activation through its specific biological interactions with the biological constituents of inflammation.[52] TNF-α, an important cytokine generated in inflammation, stimulates the expressio TSG-6 (TNF-stimulated gene 6) in fibroblasts and inflammatory cells. TSG-6, a HA-binding protein, forms a stable complex with the serum proteinase inhibitor IαI (Inter-α-inhibitor) with a synergistic on the latter's plasmin-inhibitory activity. Plasmin is involved in activation of the proteolytic cascade matrix metalloproteinases and other proteinases leading to inflammatory tissue damage. Therefore, action of TSG-6/ IαI complex, which may be additionally organized by binding to HA in the extracell matrix, may serve as a potent negative feedback loop to moderate inflammation and stabilize the granulation tissue as healing progresses.[53][54] In the murine air pouch model of carragenan/IL-1 (Interleukin-1β) induced inflammation where HA has been shown to have a proinflammatory proper reduction of inflammation can be achieved by administrating TSG-6, and the result is comparable w systemic dexamethasone treatment.

Reepithelization

HA plays an important role in the normal epidermis. HA also has crucial functions in the reepitheliza process due to several of its properties: it serves as an integral part of the extracellular matrix of ba keratinocytes, which are major constitutes of epidermis; its free-radical scavenging function and its keratinocyte proliferation and migration.[55]

In normal skin, HA is found in relative high concentrations in the basal layer of the epidermis where proliferating keratinocytes are found.[56] CD44 is collocated with HA in the basal layer of epidermis additionally it has been shown to be preferentially expressed on plasma membrane facing the HA-ri matrix pouches.[57][58] Maintaining the extracellular space and providing an open as well as hydrated structure for the passage of nutrients are the main functions of HA in epidermis. Tammi R. and othe colleagues [59] found that HA content increases at the presence of retinoic acid (vitamin A). The pro effects of retinoic acid that are against skin photo-damage and aging may be correlated at least in ; an increase of skin HA content, giving rise to increase of tissue hydration. It has been suggested tha free-radical scavenging property of HA contributes to protection against solar radiation, supporting of CD44 acting as a HA receptor in the epidermis.[60]

Case 1:10-cv-00094-SLR   Document 38-16    Filed 05/10/10   Page 46 of 82

Epidermal HA also functions as a manipulator in the process of keratinocyte proliferation, which is e
in normal epidermal function as well as during reepithelization in tissue repair. In the wound healing
process, HA is expressed in the wound margin, in the connective tissue matrix, and collocating with
expression in migrating keratinocytes.[61][62] Kaya et al. found that suppression of CD44 expression
epidermis specific antisense transgene resulted in animals with defective HA accumulation in the su
dermis, accompanied by distinct morphologic alterations of basal keratinocytes and defective keratin
proliferation in response to mitogen and growth factors. Decrease in skin elasticity, impaired local
inflammatory response and impaired tissue repair were also observed.[63] There observations are st
supportive of the important roles HA and CD44 have in skin physiology and tissue repair.[64]

Fetal wound healing and scarring

Lack of fibrous scarring is the primary feature of fetal wound healing. Even for longer periods, HA co
in fetal wounds is still higher than that in adult wounds, which suggests that HA may, at least in pai
reduce collagen deposition and therefore leading to reduced scarring.[65] This suggestion is in agree
with the research of West et al., who showed that in adult and late gestation fetal wound healing, re
of HA results in fibrotic scarring.[66] Though the exact role of HA in skin scarring is still under investi
based on all the facts that have been observed, it must be a great contributor to the less fibrous sca

# Role of hyaluronan in cancer metastasis



Figure 1. The process of cancer
metastasis and which HA-
associated molecules play a
role in the steps.
Abbreviations: hyaluronic acid
(HA), hyaluronic acid synthase
(HAS), hyaluronic acid receptor
(HAR), hyaluronidase
(HAase/HYAL)

As shown in Figure 1, the various types of molecules that interact with hyaluronan can contribute to
of the stages of cancer metastasis.

Hyaluronan synthases (HAS) play roles in all of the stages of cancer metastasis. By producing anti-a
HA, HAS can allow tumor cells to release from the primary tumor mass and if HA associates with re
such as CD44, the activation of Rho GTPases can promote epithelial-mesenchymal transition (EMT)
cancer cells. During the processes of intravasation or extravasation, the interaction of HAS produce
with receptors such as CD44 or RHAMM promote the cell changes that allow for the cancer cells to i
the vascular or lymphatic systems. While traveling in these systems, HA produced by HAS protects
cancer cell from physical damage. Finally, in the formation of a metastatic lesion, HAS produces HA
the cancer cell to interact with native cells at the secondary site and to produce a tumor for itself.[6

Hyaluronidases (HAase or HYAL) also play many roles in cancer metastasis. By helping to degrade t
surrounding the tumor, hyaluronidases help the cancer cell escape from the primary tumor mass an
major role in intravasation by allowing degradation of the basement membrane of the lymph or bloc

vessel. Hyaluronidases again play these roles in establishment of a metastatic lesion by helping witl extravasation and clearing the ECM of the secondary site.[68] Finally, hyaluronidases play a key role process of angiogenesis. HA fragments promote angiogenesis and hyaluronidases produce these fra [69] Interestingly, hypoxia also increases production of HA and activity of hyaluronidases.[70]

The hyaluronan receptors, CD44 and RHAMM, are most thoroughly studied in terms of their roles in metastasis. Increased clinical CD44 expression has been positively correlated to metastasis in a nur tumor types.[71] Mechanistically, CD44 affects adhesion of cancer cells to each other and to endothe cells, rearranges the cytoskeleton through the Rho GTPases, and increases the activity of ECM degr enzymes.[72] Increased RHAMM expression has also been clinically correlated with cancer metastasi Mechanistically, RHAMM promotes cancer cell motility through a number of pathways including foca adhesion kinase (FAK), Map Kinase (MAPK), pp60 (c-src), and the downstream targets of Rho Kinas (ROK).[73] RHAMM can also cooperate with CD44 to promote angiogenesis towards the metastatic le

# Medical applications

Hyaluronan is naturally found in many tissues of the body, such as skin, cartilage, and the vitreous humour. It is therefore well suited to biomedical applications targeting these tissues. The first hyalu biomedical product, Healon, was developed in the 1970s and 1980s by Pharmacia, and is approved in eye surgery (i.e., corneal transplantation, cataract surgery, glaucoma surgery and surgery to rep retinal detachment). Other biomedical companies also produce brands of hyaluronan for ophthalmic surgery.[75][76][77]

In the late 1970's intra ocular lens implantation was often followed by severe corneal edema, due to endothelial cell damage during the surgery. Clearly, a viscous, clear, physiologic lubricant to preven scrapping of the endothelial cells was needed.[78][79] Endre Balazs, had patented a process for purify hyaluronic acid, a physiologic lubricant (which he called Healon) from rooster combs in the early 19 Initially, Balazs saw Healon as a non inflammatory vitreous substitute. Claus Dohlman had used Bal Healon in one case where the anterior chamber flattened after a complicated corneal transplant. Alt one might imagine that the viscous hyaluronic acid would have caused a rise in IOP, Dohlman repor such rise in his case. Since that time, Balazs had licensed the synthesis process to Pharmacia, a Sw drug company. Although Pharmacia saw no market for a vitreous substitute, when their scientists fi out a way to increase the viscosity of hyaluronic acid , they felt it might work as an injectable agent treatment of both human and equine arthritis. Unhappily, the equine arthritis market proved to be and the treatment of human osteoarthritis produced only marginal improvement and so Pharmacia to abandon Healon. At this time, David Miller realized that Healon was the lubricant needed by the surgeon.

Balazs arranged to have Pharmacia send 20 sterile vials to Dr. David Miller for rabbit experiments. I 1976, Miller and colleagues published a study showing that Healon worked well in protecting the rat corneal endothelium during IOL implantation. With a new possible use for Healon. Miller met with Pharmacia and performed a lens extraction and IOL implantation using Healon in a rabbit eye. The demonstration ignited an new enthusiasm for eye surgery with Healon. A small human pilot study a Boston's Beth Israel Hospital by Miller confirmed Healon's beneficial effects.

In a large, well controlled clinical trial , Dr. Robert Stegmann, of Pretoria, South Africa was able to the advantages of Healon in IOL implantation by showing significantly higher post operative corneal endothelial counts in the Healon eyes as opposed to the controls.

The FDA quickly approved Healon as a surgical device in 1980 and Healon was successfully launche the year 2009, an estimated quarter of a billion patients had benefited from the useful properties of in eye surgery.

In 1992, Miller and Stegmann received the Innovators Award by the American Society of Cataract a Refractive Surgery for developing the use of healon in repairing injured eyes.

Hyaluronan is also used to treat <u>osteoarthritis</u> of the knee.[80] Such treatments, called *viscosupplementation*, are administered as a course of injections into the knee joint and are believe supplement the viscosity of the joint fluid, thereby lubricating the joint, cushioning the joint, and pr an analgesic effect. It has also been suggested that hyaluronan has positive biochemical effects on cells. However, some placebo controlled studies have cast doubt on the efficacy of hyaluronan injec and hyaluronan is recommended primarily as a last alternative to surgery.[81][82] Oral use of hyaluro been lately suggested, although its effectiveness needs to be demonstrated. At present, there are s preliminary clinical studies that suggest that oral administration of Hyaluronan has a positive effect osteoarthritis, but it remains to be seen if there is any real benefit to the treatment.

Dry, scaly skin (<u>xerosis</u>) such as that caused by atopic dermatitis (eczema) may be treated with a prescription skin lotion containing sodium hyaluronate as its active ingredient.[83]

Due to its high biocompatibility and its common presence in the extracellular matrix of tissues, hyal is gaining popularity as a biomaterial scaffold in tissue engineering research.[84] In particular, a num research groups have found that hyaluronan's properties for tissue engineering and Regenerative m are significantly improved with crosslinking, producing a hydrogel. This added feature allows a rese to form a desired shape as well as to deliver therapeutic molecules into a host.[85] Hyaluronan can b crosslinked by attaching thiols (trade names: Extracel, HyStem),[86] methacrylates,[87] and tyramine (trade name: Corgel).[88] Hyaluronan can also be crosslinked directly with formaldehyde (trade nam Hylan-A) or with divinyl sulfone (trade name: Hylan-B).[89]

In some cancers, hyaluronan levels correlate well with malignancy and poor prognosis. Hyaluronan often used as a tumor marker for prostate and breast cancer. It may also be used to monitor the progression of the disease.

Hyaluronan may also be used postoperatively to induce tissue healing, notably after cataract surger Current models of wound healing propose that larger polymers of hyaluronic acid appear in the earl of healing to physically make room for white blood cells, which mediate the immune response.

Hyaluronan has also been used in the synthesis of biological scaffolds for wound healing application scaffolds typically have proteins such as fibronectin attached to the hyaluronan to facilitate cell migr into the wound. This is particularly important for individuals with diabetes who suffer from chronic v [91]

In 2007, the EMEA extended its approval of Hylan GF-20 as a treatment for ankle and shoulder osteoarthritis pain.[92]

Hyaluronan is also used in anti adhesive products like Hyalobarrier to prevent postoperative adhesi widely used in pelvic and abdominal surgery.

# Cosmetic applications

Hyaluronan is a common ingredient in skin care products.

In 2003 the FDA approved hyaluronan injections for filling soft tissue defects such as facial wrinkles Restylane is a common trade name for the product. Hyaluronan injections temporarily smooth wrinl adding volume under the skin, with effects typically lasting for six months.

Juvederm is non-animal-sourced Hyaluronic acid injectable filler, similar to Restylane but differing s in terms of effect and longevity. It is used for lip augmentation, reduction of folds and wrinkles as v removal of scars. The effects of Juvederm treatments are also temporary, and costs are similar to tl Restylane.[93]

The presence of hyaluronic acid in epithelial tissue has been shown to promote keratinocyte prolifer
and increase the presence of retinoic acid, effecting skin hydration. Hyaluronic acid's interaction wit
drives collagen synthesis and normal skin function. Present in the extracellular matrix of basal
keratinocytes, hyaluronic acid is critical to the structural integrity of the dermal collagen matrix. The
benefits make hyaluronic acid a very effective topical humectant, however results may only be sust
part of an ongoing treatment program.[94]

# Equine applications

Hyaluronan is used in treatment of articular disorders in horses, particularly those in competition or
work. It is indicated for carpal and fetlock joint dysfunctions, but not when joint sepsis or fracture a
suspected. It is especially used for synovitis associated with equine osteoarthritis. It can be injected
into an affected joint, or intravenously for less localized disorders. It may cause mild heating of the
directly injected, but this does not affect the clinical outcome. Intra-articularly administered medicir
fully metabolized in less than a week.[95]

Note that according to Canadian regulation, hyaluronan in HY-50 preparation should not be adminis
animals to be slaughtered for horse meat.[96] However in Europe, the same preparation is not consi
have any such effect, and edibility of the horse meat is not affected.[97]

# Etymology

Hyaluronic acid is derived from *hyalos* (Greek for vitreous) and uronic acid because it was first isola
from the vitreous humour and possesses a high uronic acid content.

The term *hyaluronate* refers to the conjugate base of hyaluronic acid. Because the molecule typicall
*in vivo* in its polyanionic form, it is most commonly referred to as *hyaluronan*.

# References

1. ^ Template:ChemID, consulté le 12 février 2009
2. ^ Frasher, J.R.E *et al'*; Laurent, T. C.; Laurent, U. B. G. (1997). *"Hyaluronan: its nature, distrib.
   functions and turnover"* (PDF). Journal of Internal Medicine **242**: 27–33. doi:10.1046/j.1365-
   2796.1997.00170.x. http://www3.interscience.wiley.com.iiiprxy.library.miami.edu/cgi-
   bin/fulltext/119157843/PDFSTART. Retrieved 2009-06-05.
3. ^ Stern R (August 2004). "Hyaluronan catabolism: a new metabolic pathway". Eur J Cell Biol **83**:
   317–25. doi:10.1078/0171-9335-00392. PMID 15503855.
4. ^ Sugahara, K.; N.B. Schwartz and A. Dorfman (1979). "Biosynthesis of hyaluronic acid by
   Streptococcus". *Journal of Biological Chemistry* **254** (14): 6252–6261. PMID 376529.
   http://www.jbc.org/cgi/reprint/254/14/6252.pdf.
5. ^ Wessels, M.R.; A.E. Moses, J.B. Goldberg and T.J. DiCesare (1991). "Hyaluronic acid capsule i
   virulence factor for mucoid group A streptococci". *PNAS* **88** (19): 8317–8321.
   doi:10.1073/pnas.88.19.8317. PMID 1656437. PMC 52499.
   http://www.pnas.org/content/88/19/8317.full.pdf.
6. ^ Schrager, H.M.; J.G. Rheinwald and M.R. Wessels (1996). "Hyaluronic acid capsule and the ro
   streptococcal entry into keratinocytes in invasive skin infection". *Journal of Clinical Investigation
   1954–1958. doi:10.1172/JCI118998. PMID 8903312. PMC 507637.
   http://www.jci.org/articles/view/118998/pdf.
7. ^ Toole, B.P. (August 2000). "Hyaluronan is not just a goo! (.pdf)". *Journal of Clinical Investiga.
   **106** (3): 335–336. doi:10.1172/JCI10706. PMID 10930435. PMC 314333.
   http://www.jci.org/106/3/335/pdf.
8. ^ Holmes et al. (1988) Hyaluronic acid in human articular cartilage. Age-related changes in con
   size. Biochem J 250:435-441.

9. ⌃ Averbeck M et al. (2007) Differential regulation of hyaluronan metabolism in the epidermal and dermal compartments of human skin by UVB irradiation. J Invest Dermatol 127:687-697.

10. ⌃ Glycosaminoglycans of Brain during Development. R. U. Margolis, R. K. Margolis, L. B. Chang, Preti. BIOCHEMISTRY VOL. 14, NO. I , 1975. Pg. 85. Retrieved 1/17/08.

11. ⌃ Saari H et al. (1993) Differential effects of reactive oxygen species on native synovial fluid and purified human umbilical cord hyaluronate. Inflammation 17:403-415.

12. ⌃ Schulz,T.; Schumacher,U.; Prehm,P. Hyaluronan export by the ABC transporter MRP5 and its modulation by intracellular cGMP. J.Biol.Chem.282,20999-21004

13. ⌃ Kakizaki, I., Kojima, K., Takagaki, K., Endo, M., Kannagi, R., Ito, M., Maruo, Y., Sato, H., Yas Mita, S., Kimata, K. and Itano, N. (2004) A novel mechanism for the inhibition of hyaluronan biosynthesis by 4-methylumbelliferone. J. Biol. Chem. 279, 33281–33289.

14. ⌃ Yoshihara S, Kon A, Kudo D, Nakazawa H, Kakizaki I, Sasaki M, Endo M, Takagaki K., A hyalu synthase suppressor, 4-methylumbelliferone, inhibits liver metastasis of melanoma cells. FEBS L 2005;579:2722–6. PMID: 15862315

15. ⌃ Wayne D. Comper, Extracellular Matrix Volume 2 Molecular Components and Interactions, 199 Harwood Academic Publishers

16. ⌃ Aruffo A., et al. Cell, 1990, 61: 1303-1313

17. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

18. ⌃ Wayne D. Comper, Extracellular Matrix Volume 2 Molecular Components and Interactions, 199 Harwood Academic Publishers

19. ⌃ Kaya G. et al. Genes & Development, 1997, 15: 996-1007

20. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

21. ⌃ Wayne D. Comper, Extracellular Matrix Volume 2 Molecular Components and Interactions, 199 Harwood Academic Publishers

22. ⌃ Laurent U. B. G. and Reed R. K. Advanced Drug Delivery Reviews, 1991, 7: 237-256

23. ⌃ Wayne D. Comper, Extracellular Matrix Volume 2 Molecular Components and Interactions, 199 Harwood Academic Publishers

24. ⌃ Fraser J. R. E. et al. Biochemical Journal, 1988, 356: 153-158

25. ⌃ Campbell P. et al. Hepatology, 1990, 11: 199-204

26. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

27. ⌃ Kennndy J. F., et al., HA, Volume 2 Biomedical, Medical and Clinical Aspects, 2002, Woodhead Publishing Limited.

28. ⌃ Kennndy J. F., et al., HA, Volume 2 Biomedical, Medical and Clinical Aspects, 2002, Woodhead Publishing Limited.

29. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

30. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

31. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

32. ⌃ Wisniewski H. G., et al., The Journal of Immunology, 1996, 156: 1609-1615

33. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

34. ⌃ Kobayashi H. and Terao T. American Journal of Physiology, 1997, 276: C1151-1159

35. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

36. ⌃ Mohamadzadeh M., et al., The Journal of Clinical Investigation, 1998, 101: 97-108

37. ⌃ http://en.wikipedia.org/wiki/Granulation_tissue

38. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

39. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

40. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

41. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

42. ⌃ Hall C. L., et al., The Journal of cell biology, 1992, 117: 1343-1350

43. ⌃ Wang C. et al., Clinical Cancer Research, 1998, 4: 567-576

44. ⌃ Hall C. L., et al., Oncogene, 1996. 13: 2213-2214

45. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

46. ⌃ Morriss-Kay G. M., et al., Journal of Embryology and Experimental Morphology, 1986, 98: 59-

47. ⌃ Ellis I. R., et al., Experimental Cell Research, 1996, 228: 326-342

48. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

49. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

50. ⌃ Tammi R., et al., Journal of Investigative Dermatology, 1988, 90: 412-414

51. ⌃ Foschi D., et al., International Journal on Tissue Reaction, 1990, 12: 333-339
52. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
53. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
54. ⌃ Wisniewski H. G. and Vilcek J. Cytokine & Growth Factor Reviews, 1997, 8: 143-156
55. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
56. ⌃ Tammi R, et al., Journal of Investigative Dermatology, 1989, 92: 326-332
57. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
58. ⌃ Tuhkanen A-L, et al., Journal of Histochemistry and Cytochemistry, 1998, 46: 241-248
59. ⌃ Tammi R, et al., Journal of Investigative Dermatology, 1989, 92: 326-332
60. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
61. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
62. ⌃ Kaya G. et al., Genes & Development, 1997, 15: 996-1007
63. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
64. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
65. ⌃ Longaker M. T., et al., Annals of Surgery, 1991, 213: 292-296
66. ⌃ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
67. ⌃ Baradwaj AG, et al. Spontaneous metastasis of prostate cancer is promoted by excess hyaluo synthesis and processing. Am J Path. 2009;174:1027-1036
68. ⌃ Bharadwaj AG, et al. Inducible hyaluornan production reveals differential effects of prostate tu cell growth and tumor angiogenesis. J Cell Biol. 2007;282:20561-20572
69. ⌃ Gao F, et al. Hyaluronan oligosaccharides are potential stimulators to angiogenesis via RHAMM mediated signal pathway in wound healing. Clinical and Investigative Medicine. 2008;31:E106-1
70. ⌃ Gao, et al. Hypoxia-induced alterations in hyaluronan and hyaluronidase. Adv Exp Med Biol. 2005;566:249-256
71. ⌃ Ouhtit A, et al. In vivo evidence for the role of CD44s in promoting breast cancer metastasis t liver. Am J Path. 2007;171:2033-2039
72. ⌃ Naor, et al. Involvement of CD44, a molecule with a thousand faces, in cancer dissemination. Cancer Biol. 2008;18:260-267
73. ⌃ Hall CL, et al. Hyaluronan: RHAMM mediated cell locomotion and signaling in tumorigenesis. J oncology. 1995;103:203-207
74. ⌃ Savani, et al. Differential involvement of the hyaluornan (HA) receptors CD44 and receptor fo mediated motility in endothelial cell function and angiogenesis. J Biol Chem. 2001;276:36770-3
75. ⌃ Error 404: Page Not Found | Alcon
76. ⌃ Bausch & Lomb: Amvisc and Amvisc Plus - Brief Statement
77. ⌃ Medical Grade Hyaluronan | Lifecore Biomedical
78. ⌃ 1. Miller D, O'Connor P,William J: Use of Na-Hyaluronate during intraocular lens implantation rabbits. Ophthal Surg. 8:58-61, 1977
79. ⌃ 7. Miller D, Stegmann R: Healon: A Comprehensive Guide to it's Use in Ophthalmic Surgery. J NY, 1983
80. ⌃ Puhl W; Scharf P (July 1997). "Intra-articular hyaluronan treatment for osteoarthritis". Ann R Dis 56 (7): 637–40. doi:10.1136/ard.56.7.441. PMID 9486013.
81. ⌃ Is there any info on Durolane, a gel for osteoarthritis of the knee?
82. ⌃ Comparison of two hyaluronan drugs and placebo in patients with knee osteoarthritis. A contr randomized, double-blind, parallel-design multicentre study - Karlsson et al. 41 (11): 1240 - Rheumatology
83. ⌃ One brand of sodium hyaluronate lotion is Hylira. Information on sodium hyaluronate lotion is available here.
84. ⌃ Bio-skin FAQ
85. ⌃ Shu XZ, Liu Y, Palumbo FS, Luo Y, Prestwich GD: In situ crosslinkable hyaluronan hydrogels f engineering. Biomaterials, 25:1339-1348, 2004.
86. ⌃ Shu XZ, Liu Y, Palumbo FS, Luo Y, Prestwich GD: In situ crosslinkable hyaluronan hydrogels f engineering. Biomaterials, 25:1339-1348, 2004.
87. ⌃ Gerecht S, Burdick JA, Ferreira LS, Townsend SA, Langer R, and Vunjak-Novakovic G: Hyalur hydrogel for controlled self-renewal and differentiation of human embryonic stem cells. Proc Nat Sci USA, 104:11298-11303, 2007.

88. ^ Dar A, Calabro A: Synthesis and characterization of tyramine-based hyaluronan hydrogels. J [
Sci: Mater Med, 20:33-44, 2009.

89. ^ Wnek GE, Bowlin GL (editors): Encyclopedia of Biomaterials and Biomedical Engineering. Info
Healthcare, 2008.

90. ^ De Andrés Santos MI, Velasco-Martín A, Hernández-Velasco E, Martín-Gil J, Martín-Gil FJ (199
"Thermal behaviour of aqueous solutions of sodium hyaluronate from different commercial sour
*Thermochim Acta* **242**: 153–160. doi:10.1016/0040-6031(94)85017-8.

91. ^ Shu XZ, Ghosh K, Liu Y, Palumbo FS, Luo Y, Clark RAF, Prestwich GD: Attachment and spread
fibroblast on an RGD peptide-modified injectable hyaluronan hydrogel. J Biomed Materials Res, (
75, 2004.

92. ^ "Hylan G-F 20 (Synvisc) approved by EMEA for pain due to ankle and shoulder OA". National |
Service. http://www.library.nhs.uk/musculoskeletal/ViewResource.aspx?resID=182567. Retriev
-07-09.

93. ^ Juvederm

94. ^ Hyaluronic Acid *Essential Actives*, KAVI.

95. ^ Genitrix HY-50 Vet datasheet

96. ^ HY-50 for veterinary use

97. ^ Genitrix HY-50 Vet brochure

# External links

- ATC codes: D03AX05, M09AX01, R01AX09, S01KA01
- MeSH *Hyaluronan*

### Polysaccharides: glycosaminoglycans

| | |
|---|---|
| Unsulfated, extracellular | **Hyaluronan** |
| Sulfated, extracellular | Chondroitin (Chondroitin sulfate, Dermatan sulfate) · Heparan sulfate · Kerata sulfate |
| Sulfated, intracellular | Heparin |

M: MET    mt,        au/y/n/h,rgcp/i,f/s/l/o,m,    meds(A16,C10),i
a/u/y/n/h,r/g/c/p/i,f/s/l/o,m,e,t    epon        (a/u/y/n/h,r/g/c/p/i,f

### Preparations for treatment of wounds and ulcers (D03)

| | |
|---|---|
| Cicatrizants | *epichlorohydrin:* Cadexomer iodine · Dextranomer · Crilanomer |
| | *B5:* Dexpanthenol · Calcium pantothenate |
| | *nitrate:* Glyceryl trinitrate · Isosorbide dinitrate |
| | other: Becaplermin · **Hyaluronic acid** · Enoxolone |
| Proteolytic enzymes | Trypsin · Clostridiopeptidase |

M: INT, SF, LCT    anat/phys/devp        noco        proc, drug
                            (i,b,f,p,k,c,v)/cong/tumr,    (D2/3/4/5/8)
                            sysi/epon

### Decongestants and other nasal preparations (R01)

| | |
|---|---|
| Topical | Sympathomimetics, plain | Cyclopentamine · Ephedrine · Phenylephrine · Oxymeta Tetryzoline · Xylometazoline · Naphazoline · Tramazolin Metizoline · Tuaminoheptane · Fenoxazoline · Tymazolir Epinephrine |

| | Spaglumic acid |
| --- | --- |
| Antiallergic agents, excluding corticosteroids | *histamine antagonists* (Levocabastine, Antazoline, Thonzylamine) |
| | *mast cell stabilizer (some are also antihistamines)* (Crom acid, Nedocromil, Azelastine, Olopatadine, Lodoxamide) |
| Corticosteroids | Beclometasone • Prednisolone • Dexamethasone • Flunis Budesonide • Betamethasone • Tixocortol • Fluticasone • Mometasone furoate • Triamcinolone • Ciclesonide |
| Other nasal preparations | Cafaminol • Calcium hexamine thiocyanate • Retinol • Ipratropium bromide • Ritiometan • Mupirocin • Hexamic Framycetin • **Hyaluronic acid** • Eucalyptus oil |
| Systemic use: Sympathomimetics | Phenylpropanolamine • Pseudoephedrine • Phenylephrine • Phenylpropylamine |

M: RES          anat(n,x,l,c)/phys/devp          noco/cong/tumr, sysi/epon, injr          proc, drug(R1/2/3

This entry is from Wikipedia, the leading user-contributed encyclopedia. It may not have been revie professional editors (see full disclaimer)

Donate to Wikimedia

Shopping:
# hyaluronic acid

hyaluronic acid                    Hyaluronic Acid Cheap 120 Capsules
Hyaluronic Acid Walgreens

Related topics:
- hyaluronan
- hyaluronate
- -uronic (suffix)

Related answers:
- Where is **hyaluronic acid** found in human body? *Read answer...*
- Are there any side effects to **hyaluronic acid**? *Read answer...*
- How good are **Hyaluronic Acid** Injection's in the knee? *Read answer...*

Help us answer these:
- Are there side effects to **hyaluronic acid**?
- What characteristics does **hyaluronic acid** have?
- Does **hyaluronic acid** cause vertigo?

Post a question - any question - to the WikiAnswers community:

GO

Hyaluronic Acid: Can it Prevent Premature Aging?    Page 1 of 8

Case 1:10-cv-00094-SLR   Document 38-16   Filed 05/10/10   Page 54 of 82

Ads by Google

**Hyaluronic Acid Wholesale**
Hyaluronic Acid-
Buy 2 Get 3 Free!
Free. Top Quality-
100% Guarantee.
www.Puritan.com/Hyalur

**Purity HA - Free Bottle**
Try Purity's H.A. -
Hyaluronic Acid
Joint formula now
& save!
www.PurityProducts.com

**Hyaluronic Acid Serum**
16 oz $99 -100%
Pure-Free
Shipping Best
Hyaluronic Acid
Serum
HyaluronicAcidSerum.co

**Thyroid Not Working?**
Recharge Your
Thyroid with Iodine
Safe & Easy, No
Doctor Visit
Needed
1-Thyroid.com

Home | Search | Site Map
Contact Me | Recommended Books
Disclaimer, Terms of Use,
Advertising Disclosure and Privacy Policy

# Hyaluronic Acid
## (Hyaluronan)

### Can It Prevent Premature Aging?

Read my underline disclaimer and terms of use.

## Contents:

- **What is Hyaluronic Acid?**

- **HA, Premature Aging and Connective Tissue Disorders**

- **Hyaluronic Acid and Environmental Factors**

- **Summary**

Also see my next section: Frequently Asked Questions About Hyaluronic Acid - foods, supplements, vitamin C and links to studies showing an association between elevated hyaluronic acid levels and some types of cancer.

### What is Hyaluronic Acid?

Hyaluronic acid (also called Hyaluronan) is a component of connective tissue whose function is to cushion and lubricate. Hyaluronan occurs throughout the body in abundant amounts in many of the places people with hereditary connective tissue disorders have problems such as joints, heart valves and eyes. Hyaluronic acid abnormalities are a common thread in connective tissue disorders.  Interestingly, they are also common biochemical anomalies in most of the individual features of connective tissue disorders such as mitral valve prolapse, TMJ, osteoarthritis, and keratoconus.

Hyaluronic acid has been nicknamed by the press as the "key to

the fountain of youth" because it has been noted that at least some people who ingest a lot of it in their diets tend to live to ripe old ages. ABC News had a show on a village in Japan and hyaluronic acid entitled, "The Village of Long Life: Could Hyaluronic Acid Be an Anti-Aging Remedy?". (It should be noted that the people in the ABC news show were thought to get high amounts of HA from starchy root vegetables their *natural diets*. They were not taking supplements.)

While a number of studies have linked abnormal levels of HA to either connective tissue disorders (CTDs) or conditions common in CTDs, such as premature aging, there are also a number of studies on Pubmed noting associations of high levels of HA to some forms of cancer. With HA as with other substances in the human body, such as estrogen and cholesterol, there are most likely optimal levels, and disease often occurs when these levels become out of range *in either direction*. Low estrogen levels have been linked to bone loss, while high estrogen levels have been associated with breast cancer. High cholesterol levels have been linked to heart attacks and stroke, while low levels have been linked to bleeding problems and depression. HA has been studied less than either cholesterol or estrogen, but the prudent path would be to assume that the body has optimal levels of HA, as it does for cholesterol, estrogen and many other substances.

**As such, it is always prudent to consult your doctor before you decide to take HA or any other type of supplement to make sure it is an appropriate treatment for your particular health condition.**

Return to top

---

## Hyaluronic Acid and Connective Tissue Disorders

The list below contains links to a sample of the studies where subjects with connective tissue disorders have been shown to have hyaluronic acid (HA) abnormalities:

- Ehlers-Danlos syndrome
- Marfan syndrome
- Osteogenesis imperfecta
- Stickler syndrome

Not surprisingly, these disorders all have a lot of overlapping features, and many of these overlapping features, when studied individually, are also linked to hyaluronic acid abnormalities. In every study I looked at for connective tissue disorders that examined hyaluronic acid, the levels were always abnormal in patients with connective tissue disorders.

In human and animal studies, hyaluronic acid abnormalities occur in:

Ads by Google

**Hyaluronic Acid 140mg**
Compare mg's, and save 40% over other brands. 100% guarantee.
www.wonderlabs.com

**Hyaluronic Face Cream**
Absorbs 1000X its weight in water. Reduces wrinkles. Free Shipping.
www.MangoMadnessSki

**Osteoarthritis Treatment**
One Injection up to 6 Months Relief Get Your Free Knee Pain Relief Kit.
Osteoarthritis-Relief.com

**Hyaluronic Acid Serum**
Best Antiaging treatment available Amazing results in 1 week
www.nismo.com.au

Heart valves with MVP
TMJ
Joint instability
Osteoarthritis
Detached retinas
Muscle contractures
Rachitic skeletal features (pectus excavatum, pectus carinatum, scoliosis, bowed limbs, hypermobility, etc.)
Glaucoma
Keratoconus
Poor scar formation (fetuses do not scar because of the high content of HA in amniotic fluid)
Acrogeria (prematurely wrinkled skin)
Fibromyalgia
Premature aging syndromes* (which share many features with connective tissue disorders, especially Ehlers-Danlos)

Hyaluronic acid, or commercial preparations containing hyaluronic acid, are in use, or being studied to be used, to prevent, treat or aid in the surgical repair for many the types of problems people with connective tissue disorders tend to have such as:

Fractures
Hernias
Glaucoma
Keratoconus
Detached retinas
Osteoarthritis (HA injections are the new breakthrough treatment for this condition)
Muscle contractures
TMJ
Prevents scarring
Vocal cord insufficiency
Wrinkled skin
Cartilage damage
Wound healing
Ligament Healing

The list below contains a partial list of common features of several connective tissue disorders. Both the syndromes and the individual features of the syndrome (even when the individual features are studied in the general population, not just in people with genetic disorders), all have links to hyaluronic acid abnormalities.

| Syndrome with hyaluronic acid abnormalities | Features linked to *both* the syndrome and hyaluronic acid abnormalities |
|---|---|
| Ehlers-Danlos syndrome | mitral valve prolapse, prematurely wrinkled skin, pectus excavatum, pectus carinatum, scoliosis, bowed limbs, hypermobility, keratoconus, hernias, poor wound |

| | healing, joint instability, TMJ, contractures, osteoarthritis, fractures |
|---|---|
| Osteogenesis imperfecta | mitral valve prolapse, pectus excavatum, pectus carinatum, scoliosis, keratoconus, fractures, bowed limbs, hernias |
| Stickler syndrome | mitral valve prolapse, keratoconus, pectus excavatum, pectus carinatum, scoliosis, osteoarthritis, hypermobility, bowed limbs |
| Marfan syndrome | mitral valve prolapse, scoliosis, pectus excavatum, pectus carinatum, osteoarthritis, keratoconus, hypermobility, bowed limbs, hernias, detached retinas, glaucoma |

Since the ABC special on hyaluronic acid called it the "Fountain of Youth", it is interesting that one of the defining characteristics of premature aging syndromes, such as Progeria, is hyaluronic acid abnormalities.

Related article:

Intra-articular Hyaluronic Acid Injections for Knee Osteoarthritis - Article from the American Academy of Family Physicians on beneficial effects of using HA for osteoarthritis.

Return to top

## Hyaluronic Acid and Environmental Factors

There are many factors known to influence hyaluronic acid levels. Genes are likely to be a factor, but there are many environmental factors that are known to have an impact, including zinc and magnesium availability. Not surprisingly, magnesium and zinc deficiencies are known to be associated with many of the same symptoms associated with hyaluronic acid abnormalities, such as mitral valve prolapse and poor wound healing, respectively. Perhaps this is because the zinc or magnesium deficiency contributes to the hyaluronic acid abnormality, which in turn causes the symptom.

There are a multitude of studies on Medline regarding hyaluronic acid and a wide variety of environmental factors. Here is a sample of some of the interesting ones that relate to connective tissue disorders:

Hyaluronic acid becomes abnormally elevated in the skin of swine who have zinc deficiencies. Magnesium is needed for hyaluronic acid synthesis. Perhaps a lack of magnesium is one of the factors in some connective tissue disorders. Magnesium supplementation is an established treatment for many of the symptoms of connective tissue disorders, such as fibromyalgia, mitral valve prolapse and contractures. (See my related page on low magnesium levels and mitral valve prolapse.)

Ascorbic acid can degrade hyaluronic acid. Estrogen treatment increases activity of hyaluronic acid. Estrogen is known to increase utilization of nutrients like magnesium and zinc - nutrients that are known to affect hyaluronic acid levels. Cigarette smoke is known to degrade hyaluronic acid.

In a study of rats, hyaluronic acid turnover and metabolism were affected by age, dietary composition, and caloric intake. If what rats ate affected their hyaluronic acid levels, then this may be a good clue that diet may well affect hyaluronic levels in humans, too. In another study on rats, hyaluronic acid deposition in rat cerebellum is affected by thyroid deficiency, thyroxine treatment and undernutrition. In a study of humans, hyaluronic acid levels were altered by physical activity and food ingestion.

In a study on rats, skin hyaluronic acid concentration was higher than normal in energy deficiency, but below normal levels in prolonged protein deficiency. In rats suffering from prolonged malnutrition, the collagen concentrations are reduced. (Reduced collagen concentrations are also found in some of the connective tissue disorders such as osteogenesis imperfecta, as are a plethora of other conditions also associated with hyaluronic acid abnormalities. Not surprisingly, zinc deficits are known to affect hyaluronic acid levels. In a study on rats, among other symptoms, a deficiency in zinc resulted in impaired collagen synthesis.)

Strep and staph bacteria emit an enzyme called hyaluronidase. Hyaluronidase is an enzyme which breaks down hyaluronic acid, thus allowing an entry point for the bacteria to enter the body. This may be why people may become hypermobile or develop heart aliments like mitral valve prolapse after illnesses such as rheumatic fever--because the hyaluronic acid in their connective tissue has been degraded by the bacteria that causes their illness. (See my section on "What Causes Mitral Valve Prolapse? Hyaluronic acid as a clue" for more on this topic.)

If animals that are genetically similar to humans such as rats can have reduced collagen levels and hyaluronic acid abnormalities from changes in their diets, then it would be logical to consider diet as a causative factor in people with the hyaluronic acid abnormalities.

Return to top

Hyaluronic Acid: Can it Prevent Premature Aging?    Page 6 of 8

Case 1:10-cv-00094-SLR    Document 38-16    Filed 05/10/10    Page 59 of 82

# Summary

Hyaluronic acid occurs in abundant amounts in many of the places people with connective tissue disorders have problems such as the joints, the eyes, the skin and heart valves. Hyaluronic acid is needed to cushion and lubricate joints, eyes, skin and heart valves.

People with connective tissue disorders and related features all seem to have abnormalities of hyaluronic acid. In every study I found that analyzed hyaluronic acid levels in people with connective tissue disorders or related disorders, when compared to controls they always had hyaluronic acid abnormalities.

HA is influenced by nutrition and other environmental factors. Many of the features of premature aging syndromes and connective tissue disorders are also known to be caused by nutritional deficiencies, and not surprisingly these are often the same nutritional factors that influence the manufacture of hyaluronic acid. My theory is that this is not all one big coincidence. Logically, it is more likely to be a predictable sequence of causes and effects.

Hyaluronic acid is being used commercially or experimentally to correct a large portion of the problems found in connective tissue disorders such as fractures, eye disorders, poor wound healing and prematurely wrinkled skin. It would be highly logical to consider the possibility that hyaluronic acid works to correct these problems because defects or deficiencies of hyaluronic acid are what cause these problems in the first place.

Perhaps controlling or optimizing the environmental factors, such as modifying ones diet, to optimize hyaluronic acid levels would be helpful in treating many inherited connective tissue disorders and premature aging syndrome.

Also see my next section: <u>Frequently Asked Questions About Hyaluronic Acid</u> for answers to questions about food containing HA and vitamin C interactions with HA, and the studies linking high levels of HA with cancer.

Top Joint Supplement
Results in 5 Days Guaranteed! Free Shipping,
Order Now.
www.NaturalJoint.com

Trigosamine Joint Care
Creaky Painful Joints? Relieve Discomfort. Quick
Shipping.
www.trigosamine.com

Hyaluronic acid
Free Supplement Update Newsletter Written by Dr.
Ray Sahelian, M.D.
www.raysahelian.com

High Thyroid Levels MDs
The Most Highly Trained Physicians in Hormones
for Hyperthyroidism.
www.BodyLogicMD.com/Hyperthyroid

Ads by Google

Related articles:

Aspirin and HA - an interesting article on why aspirin works and how HA may play a role in the way aspirin relieves joint pain.

Relationship between HLA-DRB1 genotypes and efficacy of oral type II collagen treatment using chicken cartilage soup in rheumatoid arthritis - Note: I think chicken cartilage would contain hyaluronic acid.

Related sections of my web site include:

Magnesium (Mg) is an important mineral in the body that is needed for hundreds of different functions.

Mitral Valve Prolapse - the mitral valve prolapse and the TMJ sections reference hyaluronic acid quite a bit.

TMJ - alternative health treatments for temporomandibular joint disorder

Zinc

Cool Links: Hyaluronic Acid

Connective Tissue Disorders: The Overlaps and Links to Nutrition

Research Shows Diet May Be a Factor in Dry, Wrinkled Skin

Diet Changes That Helped My Wrinkled Hands

Disclaimer: Statements and information regarding any products mentioned within this site have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Any information on this site should be considered as general information only and should not be used to diagnose or treat any health condition.

See your health care provider for a diagnosis and treatment of any medical

Hyaluronic Acid: Can it Prevent Premature Aging?    Page 8 of 8

Case 1:10-cv-00094-SLR   Document 38-16   Filed 05/10/10   Page 61 of 82

concerns you may have, and before implementing any diet, supplement, exercise or other lifestyle changes. This site may contain errors.   Use it at your own risk.  Read the rest of my disclaimer and terms of use.


Home | Search | Site Map
Contact Me | Recommended Books
Disclaimer, Terms of Use,
Advertising Disclosure and Privacy Policy


Copyright 2002 - 2010 Pine Canyon Media, LLC. All rights reserved.

# Answers.com®

# hyaluronic acid

Dictionary: hy·a·lu·ron·ic acid   (hī'ə-lʊ-rŏn'ĭk) ◁

*n.*
A gellike aminoglycan that is found in the tissue space, the synovial fluid of joints, and the vitreous of the eyes and acts as a binding, lubricating, and protective agent.

[Greek hualos, glass + -URONIC.]

# Answers.com®  | 🔲 ReferenceAnswers™

the world's leading Q&A site

English ▾

Sci-Tech Encyclopedia:
## Hyaluronic acid

A polysaccharide which is an integral part of the gel-like substance of animal connective tissue; it supposedly serves as a lubricant and shock absorbent in the joints. Hyaluronic acid has also been is from umbilical cord, synovial fluid, skin, certain fowl tumors, and other sources. Treatment of this polysaccharide with the enzyme hyaluronidase, followed by acid hydrolysis, yields a disaccharide co of *N*-acetyl-D-glucosamine and D-glucuronic acid. This disaccharide appears to be the basic repeatii structural unit that constitutes the hyaluronic acid molecule. *See also* Hyaluronidase; Polysaccharide

Dental Dictionary:
## hyaluronic acid

*n*

A mucopolysaccharide that forms the gelatinous substance in the tissue spaces. Hyaluronic acid is t intercellular cementing substance found throughout the tissues of the body.

Sports Science and Medicine:
## hyaluronic acid

An acid mucopolysaccharide found in the synovial fluid and nearly all types of connective tissue. Hy acid acts as a binding agent and affects the viscosity of the ground substance. Hyaluronic acid, obta either from humans or geneticially engineered, has been given as intra-articular injections to treat osteoarthritis of the knee. In cases studied, it appears to be as effective as NSAIDs with fewer adve -effects.

Veterinary Dictionary:
## hyaluronic acid

A sulfate-free mucopolysaccharide in the intercellular substance of various tissues, especially the sk isolated from the vitreous humor, synovial fluid, umbilical cord, etc. Used therapeutically in degener joint disease and in solution as a tear film replacement.

<u>Wikipedia</u>:

# Hyaluronan

**Hyaluronan**



### Identifiers

| <u>CAS number</u> | <u>9004-61-9</u>, 31799-91-4 (potassium salt) 9067-32-7 (sodium salt) |
|---|---|
| <u>InChI</u> | 1/C28H44N2O23.Na/c1-5(33)29-9-18(11(35)7(3-31)47-25(9)46)49-28-17(41)15(39)20(22(53-28)24(44)45)51-26-10(30-6(2)34)19(12(36)8(4-32)48-26)50-27-16(40)13(37)14(38)21(52-27)23(42)43;/h7-22,25-28,31-32,35-41,46H,3-4H2,1-2H3,(H,29,33)(H,30,34)(H,42,43)(H,44,45);/q;+1/t7-,8-,9-,10-,11-,12-,13+,14+,15-,16-,17-,18-,19-,20+,21+,22+,25-,26+,27-,28-;/m1./s1 (sodium salt) |

### Properties

| <u>Molecular formula</u> | $(C_{14}H_{21}NO_{11})_n$ |
|---|---|
| <u>Solubility</u> in water | soluble (sodium salt) |

### Hazards

| <u>S-phrases</u> | <u>S22</u>, <u>S24/25</u> (sodium salt) |
|---|---|
| <u>LD50</u> | > 2400 mg/kg (mouse, oral, sodium salt) >4000 mg/kg (mouse, subcutaneous, sodium salt) 1500 mg/kg (mouse, intraperitoneal, sodium salt) [1] |

### Related compounds

| Related compounds | <u>D-glucuronic acid</u> and <u>D-N-acetylglucosamine</u> (monomers) |
|---|---|

Except where noted otherwise, data are given for materials in their <u>standard state</u> (at 25 °C, 100 kPa)

<u>Infobox references</u>

**Hyaluronan** (also called **hyaluronic acid** or **hyaluronate**) is an <u>anionic</u>, non-sulfated <u>glycosamin</u> distributed widely throughout <u>connective</u>, <u>epithelial</u>, and <u>neural tissues</u>. It is unique among glycosaminoglycans in that it is unsulphated, forms in the <u>plasma membrane</u> instead of the <u>Golgi</u> an be very large with its molecular weight often reaching the millions.[2] One of the chief components of <u>extracellular matrix</u>, hyaluronan contributes significantly to cell proliferation and migration, and ma be involved in the progression of some malignant <u>tumors</u>. The average 70 kg (154 lbs) person has 15 grams of hyaluronan in their body, one-third of which is turned over (degraded and synthesized)

hyaluronic acid: Definition from Answers.com
Case 1:10-cv-00094-SLR    Document 38-16    Filed 05/10/10    Page 64 of 82
Page 3 of 14

day.[3] Hyaluronic acid is also a component of the group A streptococcal extracellular capsule,[4] and believed to play a role in virulence.[5][6]

Contents [hide]

- 1 Functions
- 2 Structure
- 3 Biological synthesis
- 4 Cell receptors for hyaluronan
- 5 Degradation
- 6 Role of hyaluronan on wound repair process
- 7 Role of hyaluronan in cancer metastasis
- 8 Medical applications
- 9 Cosmetic applications
- 10 Equine applications
- 11 Etymology
- 12 References
- 13 External links

# Functions

Until the late 1970s, hyaluronan was described as a "goo" molecule, a ubiquitous carbohydrate poly that is part of the extracellular matrix.[7] For example, hyaluronan is a major component of the syno fluid and was found to increase the viscosity of the fluid. Along with lubricin, it is one of the fluid's n lubricating components.

Hyaluronan is an important component of articular cartilage, where it is present as a coat around ea (chondrocyte). When aggrecan monomers bind to hyaluronan in the presence of link protein, large I negatively-charged aggregates form. These aggregates imbibe water and are responsible for the res of cartilage (its resistance to compression). The molecular weight (size) of hyaluronan in cartilage decreases with age, but the amount increases.[8]

Hyaluronan is also a major component of skin, where it is involved in tissue repair. When skin is excessively exposed to UVB rays, it becomes inflamed (sunburn) and the cells in the dermis stop pr as much hyaluronan, and increase the rate of its degradation. Hyaluronan degradation products also accumulate in the skin after UV exposure.[9]

While it is abundant in extracellular matrices, hyaluronan also contributes to tissue hydrodynamics, movement and proliferation of cells, and participates in a number of cell surface receptor interaction notably those including its primary receptors, CD44 and RHAMM. Upregulation of CD44 itself is wide accepted as a marker of cell activation in lymphocytes. Hyaluronan's contribution to tumor growth r due to its interaction with CD44. Receptor CD44 participates in cell adhesion interactions required b cells.

Although hyaluronan binds to receptor CD44, there is evidence that hyaluronan degradation produc transduce their inflammatory signal through Toll-like receptor 2 (TLR2), TLR4 or both TLR2, and TLI macrophages and dendritic cells. TLR and hyaluronan play a role in innate immunity.

High concentrations of hyaluronan in the brains of young rats, and reduced concentrations in the br adult rats suggest that hyaluronan plays an important role in brain development.[10]

# Structure

The chemical structure of hyaluronan was determined in the 1950s in the laboratory of Karl Meyer [citation needed]. Hyaluronan is a polymer of disaccharides, themselves composed of D-glucuronic acid a -acetylglucosamine, linked together via alternating β-1,4 and β-1,3 glycosidic bonds. Hyaluronan ca 25,000 disaccharide repeats in length. Polymers of hyaluronan can range in size from 5,000 to 20,0 Da in vivo. The average molecular weight in human synovial fluid is 3−4 million Da, and hyaluronar purified from human umbilical cord is 3,140,000 Da.[11]

Hyaluronan is energetically stable in part because of the stereochemistry of its component disaccha Bulky groups on each sugar molecule are in sterically favored positions, whereas the smaller hydroç assume the less-favorable axial positions.

# Biological synthesis

Hyaluronan is synthesized by a class of integral membrane proteins called hyaluronan synthases, of vertebrates have three types: HAS1, HAS2, and HAS3. These enzymes lengthen hyaluronan by repe adding glucuronic acid and N-acetylglucosamine to the nascent polysaccharide as it is extruded via transporter through the cell membrane into the extracellular space [12].

Hyaluronan synthesis (HAS) has been shown to be inhibited by 4-Methylumbelliferone (hymecromoi heparvit), a 7-Hydroxy-4-methylcoumarin derivative.[13] This selective inhibition (without inhibiting Glycosaminoglycans) may prove useful in preventing metastasis of malignant tumor cells.[14]

# Cell receptors for hyaluronan

So far, cell receptors that have been identified for HA fall into three main groups: CD44, RHAMM (R for HA Mediated Motility) and ICAM-1 (Intracellular adhesion molecule-1). CD44 and ICAM-1 were a known as cell adhesion molecules with other recognized ligands before their HA binding was discove

CD44 is widely distributed through out the body, and the formal demonstration of HA-CD44 binding proposed by Aruffo et al. [16] in 1990. To date it is recognized as the main cell surface receptor for F CD44 mediates cell interaction with HA and the binging of the two functions as an important part in physiologic events,[17][18] such as cell aggregation, migration, proliferation and activation; cell-cell a substrate adhesion; endocytosis of HA which leads to HA catabolism in macrophages; and assembly petircellular matrices from HA and proteoglycan. Two significant roles of CD44 in skin were propose Kaya et al.[19] The first one is regulation of keratinocyte proliferation in response to extracellular stii and the second one is the maintenance of local HA homeostasis.[20]

ICAM-1 is mainly known as a metabolic cell surface receptor for HA, and this protein may mainly responsible for the clearance of HA from lymph and blood plasma, which accounts for perhaps most whole-body turnover [21][22] Ligand binding of this receptor thus triggers a highly co-ordinated casca events that includes the formation of an endocytotic vesicle, its fusion with primary lysosomes, enzy digestion to monosccharides, active transmembrane transport of these sugars to cell sap, phosphor of GlcNAc and enzymatic deacetylation.[23][24][25] Like its name, ICAM-1 may also serve as a cell adl molecule and the binding of HA to ICAM-1 may contribute to the control of ICAM-1-mediated inflam activation.[26]

# Degradation

Hyaluronan is degraded by a family of enzymes called hyaluronidases. In humans, there are at leas types of hyaluronidase-like enzymes, several of which are tumor suppressors. The degradation proc

hyaluronan, the oligosaccharides and very low-molecular-weight hyaluronan, exhibit pro-angiogenic properties. In addition, recent studies showed that hyaluronan fragments, not the native high-mole mass of hyaluronan, can induce inflammatory responses in macrophages and dendritic cells in tissu and in skin transplant rejection.

# Role of hyaluronan on wound repair process

Skin provides a mechanical barrier to the external environment and acts to prevent the ingress of ir agents.[27] Once injured the beneath tissues are exposed to infection therefore rapid and effective h of crucial significance to re-construct a barrier function. Skin wound healing is a complex process in many interacting processes initiated by haemostasis and the release of platelet derived factors.[28] ¬ following stages are inflammation, granulation tissue formation, reepithelization and remodeling. H/ likely to play a multifaceted role in mediation of these cellular and matrix events. The proposed role in this sequence of skin wound healing events are elucidated in details below.

Inflammation

Many biological factors, such as growth factors, cytokines and eicosanoids and so on, are generated inflammation process. These factors are necessary for the subsequent steps of wound healing due t roles in promoting migration of inflammatory cells, fibroblasts and endothelial cells into the wound s

The wound tissue in the early inflammatory phase of wound repair is abounding with HA, probably ¿ reflection of increased synthesis.[30] HA acts as a promoter of early inflammation which is crucial in whole skin wound healing process. In a murine air pouch model of carrageenan/IL-1-induced inflam HA was observed to enhance cellular infiltration.[31][32] Kobayashi and colleagues [33][34] showed a d¢ dependent increase of the proinflammatory cytokines TNF-o and IL-8 production by human uterine fibroblasts at HA concentrations of 10µg/ml to 1 mg/ml via a CD44 mediated mechanism. Endotheli in response to inflammatory cytokines such as TNF-o, and bacterial lipopolysaccharide, also synthes and this has been shown to facilitate primary adhesion of cytokine-activated lymphocytes expressin HA-binding variants of CD44 under laminar and static flow conditions.[35][36] It is interesting that HA contradictory duo-functions in the inflammatory process. It not only can promote the inflammation stated above, while it also can moderate the inflammatory response, which may contribute to the stabilization of granulation tissue matrix, as described in the following part.

Granulation and organization of the granulation tissue matrix

Granulation tissue is the perfused, fibrous connective tissue that replaces a fibrin clot in healing wou typically grows from the base of a wound and is able to fill wounds of almost any size it heals.[37] H/ abundant in granulation tissue matrix. A variety of cell functions that are essential for tissue repair attribute to this HA-rich network. These functions include facilitation of cell migration into the provis wound matrix, cell proliferation and organization of the granulation tissue matrix.[38] Absolutely, init inflammation is extremely crucial for the formation of granulation tissue, therefore the pro-inflamm; role of HA as discussed above also contribute to this stage of wound healing.[39]

HA and cell migration

Cell migration is essential for the formation of granulation tissue.[40] The early stage of granulation dominated by a HA-rich extracellular matrix which is regarded as a conductive environment for mig cells into this temporary wound matrix. Contributions of HA to cell migration may attribute to its physicochemical properties as stated above, as well as its direct interactions with cells. For the form scenario, HA provides an open hydrated matrix that facilitates cell migration;[41] whereas in the latt scenario, directed migration and control of the cell locomotory mechanisms are mediated via the sp cell interaction between HA and cell surface HA receptors. As discussed before, the three principal c surface receptors for HA are CD44, RHAMM and ICAM-1. RHAMM is more related to cell migration. Basically, it forms links with several protein kinases associated with cell locomotion, for example,

extracellular signal-regulated protein kinase (ERK), p125fak, and pp60c-src.[42][43][44] During fetal development, the migration path through which neural crest cells migrate is rich in HA.[45] HA is clo: associated with the cell migration process in granulation tissue matrix, and studies show that cell movement can be inhibited, at least partially, by HA degradation or blocking HA receptor occupancy

By providing the dynamic force to the cell, HA synthesis has also been shown to associate with cell migration.[47] Basically, HA is synthesized at the plasma membrane and released directly into the extracellular environment.[48] This may contribute to the hydrated microenvironment at sites of syn and is essential for cell migration by facilitating cell detachment.

Role of HA in moderation of the inflammatory response

Although inflammation is an integral part of granulation tissue formation, for normal tissue repair tc proceed, inflammation needs to be moderated. The initial granulation tissue formed is highly inflam with a high rate of tissue turnover mediated by matrix degrading enzymes and reactive oxygen met that are products of inflammatory cells.[49] Stabilization of granulation tissue matrix can be achieve moderating inflammation. HA functions as an important moderator in this moderation process, whic contradicts to its role in inflammatory stimulation as described above. HA can protect against free-r damage to cells.[50] This may attribute to its free-radical scavenging property, a physicochemical characteristic shared by large polyionic polymers. In a rat model of free-radical scavenging property investigated by Foschi D. and colleagues, HA has been shown to reduce damage to the granulation [51]

In addition to the free-radical scavenging role, HA may also function in the negative feedback loop inflammatory activation through its specific biological interactions with the biological constituents of inflammation.[52] TNF-α, an important cytokine generated in inflammation, stimulates the expressio TSG-6 (TNF-stimulated gene 6) in fibroblasts and inflammatory cells. TSG-6, a HA-binding protein, forms a stable complex with the serum proteinase inhibitor IαI (Inter-α-inhibitor) with a synergistic on the latter's plasmin-inhibitory activity. Plasmin is involved in activation of the proteolytic cascade matrix metalloproteinases and other proteinases leading to inflammatory tissue damage. Therefore, action of TSG-6/ IαI complex, which may be additionally organized by binding to HA in the extracell matrix, may serve as a potent negative feedback loop to moderate inflammation and stabilize the granulation tissue as healing progresses.[53][54] In the murine air pouch model of carragenan/IL-1 (Interleukin-1β) induced inflammation where HA has been shown to have a proinflammatory proper reduction of inflammation can be achieved by administrating TSG-6, and the result is comparable w systemic dexamethasone treatment.

Reepithelization

HA plays an important role in the normal epidermis. HA also has crucial functions in the reepitheliza process due to several of its properties: it serves as an integral part of the extracellular matrix of b: keratinocytes, which are major constitutes of epidermis; its free-radical scavenging function and its keratinocyte proliferation and migration.[55]

In normal skin, HA is found in relative high concentrations in the basal layer of the epidermis where proliferating keratinocytes are found.[56] CD44 is collocated with HA in the basal layer of epidermis additionally it has been shown to be preferentially expressed on plasma membrane facing the HA-ri matrix pouches.[57][58] Maintaining the extracellular space and providing an open as well as hydrate structure for the passage of nutrients are the main functions of HA in epidermis. Tammi R. and othe colleagues[59] found that HA content increases at the presence of retinoic acid (vitamin A). The pro effects of retinoic acid that are against skin photo-damage and aging may be correlated at least in r an increase of skin HA content, giving rise to increase of tissue hydration. It has been suggested th: free-radical scavenging property of HA contributes to protection against solar radiation, supporting of CD44 acting as a HA receptor in the epidermis.[60]

hyaluronic acid - Definition from Answers.com

Epidermal HA also functions as a manipulator in the process of keratinocyte proliferation, which is e in normal epidermal function as well as during reepithelization in tissue repair. In the wound healing process, HA is expressed in the wound margin, in the connective tissue matrix, and collocating with expression in migrating keratinocytes.[61][62] Kaya et al. found that suppression of CD44 expression epidermis specific antisense transgene resulted in animals with defective HA accumulation in the su dermis, accompanied by distinct morphologic alterations of basal keratinocytes and defective kerati proliferation in response to mitogen and growth factors. Decrease in skin elasticity, impaired local inflammatory response and impaired tissue repair were also observed.[63] There observations are st supportive of the important roles HA and CD44 have in skin physiology and tissue repair.[64]

Fetal wound healing and scarring

Lack of fibrous scarring is the primary feature of fetal wound healing. Even for longer periods, HA c in fetal wounds is still higher than that in adult wounds, which suggests that HA may, at least in par reduce collagen deposition and therefore leading to reduced scarring.[65] This suggestion is in agree with the research of West et al., who showed that in adult and late gestation fetal wound healing, re of HA results in fibrotic scarring.[66] Though the exact role of HA in skin scarring is still under investi based on all the facts that have been observed, it must be a great contributor to the less fibrous sca

# Role of hyaluronan in cancer metastasis



Figure 1. The process of cancer metastasis and which HA-associated molecules play a role in the steps. Abbreviations: hyaluronic acid (HA), hyaluronic acid synthase (HAS), hyaluronic acid receptor (HAR), hyaluronidase (HAase/HYAL)

As shown in Figure 1, the various types of molecules that interact with hyaluronan can contribute to of the stages of <u>cancer metastasis</u>.

Hyaluronan synthases (HAS) play roles in all of the stages of cancer metastasis. By producing anti-a HA, HAS can allow tumor cells to release from the primary tumor mass and if HA associates with re such as CD44, the activation of Rho GTPases can promote epithelial-mesenchymal transition (EMT) cancer cells. During the processes of intravasation or <u>extravasation</u>, the interaction of HAS produce with receptors such as CD44 or RHAMM promote the cell changes that allow for the cancer cells to i the <u>vascular</u> or <u>lymphatic</u> systems. While traveling in these systems, HA produced by HAS protects cancer cell from physical damage. Finally, in the formation of a metastatic lesion, HAS produces HA the cancer cell to interact with native cells at the secondary site and to produce a tumor for itself.[6]

Hyaluronidases (HAase or HYAL) also play many roles in cancer metastasis. By helping to degrade t surrounding the tumor, hyaluronidases help the cancer cell escape from the primary tumor mass an major role in intravasation by allowing degradation of the basement membrane of the lymph or bloo

vessel. Hyaluronidases again play these roles in establishment of a metastatic lesion by helping witl extravasation and clearing the ECM of the secondary site.[68] Finally, hyaluronidases play a key role process of angiogenesis. HA fragments promote angiogenesis and hyaluronidases produce these fra [69] Interestingly, hypoxia also increases production of HA and activity of hyaluronidases.[70]

The hyaluronan receptors, CD44 and RHAMM, are most thoroughly studied in terms of their roles in metastasis. Increased clinical CD44 expression has been positively correlated to metastasis in a nur tumor types.[71] Mechanistically, CD44 affects adhesion of cancer cells to each other and to endothe cells, rearranges the cytoskeleton through the Rho GTPases, and increases the activity of ECM degr; enzymes.[72] Increased RHAMM expression has also been clinically correlated with cancer metastasi; Mechanistically, RHAMM promotes cancer cell motility through a number of pathways including foca adhesion kinase (FAK), Map Kinase (MAPK), pp60 (c-src), and the downstream targets of Rho Kinas (ROK).[73] RHAMM can also cooperate with CD44 to promote angiogenesis towards the metastatic le

# Medical applications

Hyaluronan is naturally found in many tissues of the body, such as skin, cartilage, and the vitreous humour. It is therefore well suited to biomedical applications targeting these tissues. The first hyalu biomedical product, Healon, was developed in the 1970s and 1980s by Pharmacia, and is approved in eye surgery (i.e., corneal transplantation, cataract surgery, glaucoma surgery and surgery to rep retinal detachment). Other biomedical companies also produce brands of hyaluronan for ophthalmic surgery.[75][76][77]

In the late 1970's intra ocular lens implantation was often followed by severe corneal edema, due t( endothelial cell damage during the surgery. Clearly, a viscous, clear, physiologic lubricant to preven scrapping of the endothelial cells was needed.[78][79] Endre Balazs, had patented a process for purify hyaluronic acid, a physiologic lubricant (which he called Healon) from rooster combs in the early 19 Initially, Balazs saw Healon as a non inflammatory vitreous substitute. Claus Dohlman had used Bal Healon in one case where the anterior chamber flattened after a complicated corneal transplant. Alt one might imagine that the viscous hyaluronic acid would have caused a rise in IOP, Dohlman repor such rise in his case. Since that time, Balazs had licensed the synthesis process to Pharmacia, a Sw drug company. Although Pharmacia saw no market for a vitreous substitute, when their scientists fi out a way to increase the viscosity of hyaluronic acid , they felt it might work as an injectable agent treatment of both human and equine arthritis. Unhappily, the equine arthritis market proved to be ; and the treatment of human osteoarthritis produced only marginal improvement and so Pharmacia to abandon Healon. At this time, David Miller realized that Healon was the lubricant needed by the ( surgeon.

Balazs arranged to have Pharmacia send 20 sterile vials to Dr. David Miller for rabbit experiments. I 1976, Miller and colleagues published a study showing that Healon worked well in protecting the rat corneal endothelium during IOL implantation. With a new possible use for Healon. Miller met with Pharmacia and performed a lens extraction and IOL implantation using Healon in a rabbit eye. The demonstration ignited an new enthusiasm for eye surgery with Healon. A small human pilot study a Boston's Beth Israel Hospital by Miller confirmed Healon's beneficial effects.

In a large, well controlled clinical trial , Dr. Robert Stegmann, of Pretoria, South Africa was able to ( the advantages of Healon in IOL implantation by showing significantly higher post operative corneal endothelial counts in the Healon eyes as opposed to the controls.

The FDA quickly approved Healon as a surgical device in 1980 and Healon was successfully launche( the year 2009, an estimated quarter of a billion patients had benefited from the useful properties of in eye surgery.

In 1992, Miller and Stegmann received the Innovators Award by the American Society of Cataract a Refractive Surgery for developing the use of healon in repairing injured eyes.

Hyaluronan is also used to treat underline osteoarthritis of the knee.[80] Such treatments, called *viscosupplementation*, are administered as a course of injections into the knee joint and are believe supplement the viscosity of the joint fluid, thereby lubricating the joint, cushioning the joint, and pr an analgesic effect. It has also been suggested that hyaluronan has positive biochemical effects on cells. However, some placebo controlled studies have cast doubt on the efficacy of hyaluronan injec and hyaluronan is recommended primarily as a last alternative to surgery.[81][82] Oral use of hyaluro been lately suggested, although its effectiveness needs to be demonstrated. At present, there are s preliminary clinical studies that suggest that oral administration of Hyaluronan has a positive effect osteoarthritis, but it remains to be seen if there is any real benefit to the treatment.

Dry, scaly skin (xerosis) such as that caused by atopic dermatitis (eczema) may be treated with a prescription skin lotion containing sodium hyaluronate as its active ingredient.[83]

Due to its high biocompatibility and its common presence in the extracellular matrix of tissues, hyal is gaining popularity as a biomaterial scaffold in tissue engineering research.[84] In particular, a num research groups have found that hyaluronan's properties for tissue engineering and Regenerative m are significantly improved with crosslinking, producing a hydrogel. This added feature allows a rese to form a desired shape as well as to deliver therapeutic molecules into a host.[85] Hyaluronan can b crosslinked by attaching thiols (trade names: Extracel, HyStem),[86] methacrylates,[87] and tyramine (trade name: Corgel).[88] Hyaluronan can also be crosslinked directly with formaldehyde (trade nam Hylan-A) or with divinyl sulfone (trade name: Hylan-B).[89]

In some cancers, hyaluronan levels correlate well with malignancy and poor prognosis. Hyaluronan often used as a tumor marker for prostate and breast cancer. It may also be used to monitor the progression of the disease.

Hyaluronan may also be used postoperatively to induce tissue healing, notably after cataract surger Current models of wound healing propose that larger polymers of hyaluronic acid appear in the earl of healing to physically make room for white blood cells, which mediate the immune response.

Hyaluronan has also been used in the synthesis of biological scaffolds for wound healing application scaffolds typically have proteins such as fibronectin attached to the hyaluronan to facilitate cell migi into the wound. This is particularly important for individuals with diabetes who suffer from chronic v [91]

In 2007, the EMEA extended its approval of Hylan GF-20 as a treatment for ankle and shoulder osteoarthritis pain.[92]

Hyaluronan is also used in anti adhesive products like Hyalobarrier to prevent postoperative adhesio widely used in pelvic and abdominal surgery.

## Cosmetic applications

Hyaluronan is a common ingredient in skin care products.

In 2003 the FDA approved hyaluronan injections for filling soft tissue defects such as facial wrinkles Restylane is a common trade name for the product. Hyaluronan injections temporarily smooth wrinl adding volume under the skin, with effects typically lasting for six months.

Juvederm is non-animal-sourced Hyaluronic acid injectable filler, similar to Restylane but differing s in terms of effect and longevity. It is used for lip augmentation, reduction of folds and wrinkles as w removal of scars. The effects of Juvederm treatments are also temporary, and costs are similar to th Restylane.[93]

The presence of hyaluronic acid in epithelial tissue has been shown to promote keratinocyte prolifer
and increase the presence of retinoic acid, effecting skin hydration. Hyaluronic acid's interaction wit
drives collagen synthesis and normal skin function. Present in the extracellular matrix of basal
keratinocytes, hyaluronic acid is critical to the structural integrity of the dermal collagen matrix. The
benefits make hyaluronic acid a very effective topical humectant, however results may only be sust
part of an ongoing treatment program.[94]

# Equine applications

Hyaluronan is used in treatment of articular disorders in horses, particularly those in competition or
work. It is indicated for carpal and fetlock joint dysfunctions, but not when joint sepsis or fracture a
suspected. It is especially used for synovitis associated with equine osteoarthritis. It can be injected
into an affected joint, or intravenously for less localized disorders. It may cause mild heating of the
directly injected, but this does not affect the clinical outcome. Intra-articularly administered medicir
fully metabolized in less than a week.[95]

Note that according to Canadian regulation, hyaluronan in HY-50 preparation should not be adminis
animals to be slaughtered for horse meat.[96] However in Europe, the same preparation is not consi
have any such effect, and edibility of the horse meat is not affected.[97]

# Etymology

Hyaluronic acid is derived from *hyalos* (Greek for vitreous) and uronic acid because it was first isola
from the vitreous humour and possesses a high uronic acid content.

The term *hyaluronate* refers to the conjugate base of hyaluronic acid. Because the molecule typicall
*in vivo* in its polyanionic form, it is most commonly referred to as *hyaluronan*.

# References

1. ^ Template:ChemID, consulté le 12 février 2009
2. ^ Frasher, J.R.E *et al'*; Laurent, T. C.; Laurent, U. B. G. (1997). *"Hyaluronan: its nature, distrib. functions and turnover"* (PDF). Journal of Internal Medicine **242**: 27–33. doi:10.1046/j.1365-2796.1997.00170.x. http://www3.interscience.wiley.com.iiiprxy.library.miami.edu/cgi-bin/fulltext/119157843/PDFSTART. Retrieved 2009-06-05.
3. ^ Stern R (August 2004). "Hyaluronan catabolism: a new metabolic pathway". Eur J Cell Biol **83** 317–25. doi:10.1078/0171-9335-00392. PMID 15503855.
4. ^ Sugahara, K.; N.B. Schwartz and A. Dorfman (1979). "Biosynthesis of hyaluronic acid by Streptococcus". *Journal of Biological Chemistry* **254** (14): 6252–6261. PMID 376529. http://www.jbc.org/cgi/reprint/254/14/6252.pdf.
5. ^ Wessels, M.R.; A.E. Moses, J.B. Goldberg and T.J. DiCesare (1991). "Hyaluronic acid capsule i virulence factor for mucoid group A streptococci". *PNAS* **88** (19): 8317–8321. doi:10.1073/pnas.88.19.8317. PMID 1656437. PMC 52499. http://www.pnas.org/content/88/19/8317.full.pdf.
6. ^ Schrager, H.M.; J.G. Rheinwald and M.R. Wessels (1996). "Hyaluronic acid capsule and the ro streptococcal entry into keratinocytes in invasive skin infection". *Journal of Clinical Investigation* 1954–1958. doi:10.1172/JCI118998. PMID 8903312. PMC 507637. http://www.jci.org/articles/view/118998/pdf.
7. ^ Toole, B.P. (August 2000). "Hyaluronan is not just a goo! (.pdf)". *Journal of Clinical Investiga.* **106** (3): 335–336. doi:10.1172/JCI10706. PMID 10930435. PMC 314333. http://www.jci.org/106/3/335/pdf.
8. ^ Holmes et al. (1988) Hyaluronic acid in human articular cartilage. Age-related changes in con size. Biochem J 250:435-441.

9. ^ Averbeck M et al. (2007) Differential regulation of hyaluronan metabolism in the epidermal ar dermal compartments of human skin by UVB irradiation. J Invest Dermatol 127:687-697.

10. ^ Glycosaminoglycans of Brain during Development. R. U. Margolis, R. K. Margolis, L. B. Chang, Preti. BIOCHEMISTRY VOL. 14, NO. I , 1975. Pg. 85. Retrieved 1/17/08.

11. ^ Saari H et al. (1993) Differential effects of reactive oxygen species on native synovial fluid an purified human umbilical cord hyaluronate. Inflammation 17:403-415.

12. ^ Schulz,T.; Schumacher,U.; Prehm,P. Hyaluronan export by the ABC transporter MRP5 and its modulation by intracellular cGMP. J.Biol.Chem.282,20999-21004

13. ^ Kakizaki, I., Kojima, K., Takagaki, K., Endo, M., Kannagi, R., Ito, N., Ito, M., Maruo, Y., Sato, H., Yas Mita, S., Kimata, K. and Itano, N. (2004) A novel mechanism for the inhibition of hyaluronan biosynthesis by 4-methylumbelliferone. J. Biol. Chem. 279, 33281–33289.

14. ^ Yoshihara S, Kon A, Kudo D, Nakazawa H, Kakizaki I, Sasaki M, Endo M, Takagaki K., A hyalu synthase suppressor, 4-methylumbelliferone, inhibits liver metastasis of melanoma cells. FEBS L 2005;579:2722–6. PMID: 15862315

15. ^ Wayne D. Comper, Extracellular Matrix Volume 2 Molecular Components and Interactions, 19 Harwood Academic Publishers

16. ^ Aruffo A., et al. Cell, 1990, 61: 1303-1313

17. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

18. ^ Wayne D. Comper, Extracellular Matrix Volume 2 Molecular Components and Interactions, 19 Harwood Academic Publishers

19. ^ Kaya G. et al. Genes & Development, 1997, 15: 996-1007

20. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

21. ^ Wayne D. Comper, Extracellular Matrix Volume 2 Molecular Components and Interactions, 19 Harwood Academic Publishers

22. ^ Laurent U. B. G. and Reed R. K. Advanced Drug Delivery Reviews, 1991, 7: 237-256

23. ^ Wayne D. Comper, Extracellular Matrix Volume 2 Molecular Components and Interactions, 19 Harwood Academic Publishers

24. ^ Fraser J. R. E. et al. Biochemical Journal, 1988, 356: 153-158

25. ^ Campbell P. et al. Hepatology, 1990, 11: 199-204

26. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

27. ^ Kennndy J. F., et al., HA, Volume 2 Biomedical, Medical and Clinical Aspects, 2002, Woodhea Publishing Limited.

28. ^ Kennndy J. F., et al., HA, Volume 2 Biomedical, Medical and Clinical Aspects, 2002, Woodhea Publishing Limited.

29. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

30. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

31. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

32. ^ Wisniewski H. G., et al., The Journal of Immunology, 1996, 156: 1609-1615

33. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

34. ^ Kobayashi H. and Terao T. American Journal of Physiology, 1997, 276: C1151-1159

35. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

36. ^ Mohamadzadeh M., et al., The Journal of Clinical Investigation, 1998, 101: 97-108

37. ^ http://en.wikipedia.org/wiki/Granulation_tissue

38. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

39. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

40. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

41. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

42. ^ Hall C. L., et al., The Journal of cell biology, 1992, 117: 1343-1350

43. ^ Wang C. et al., Clinical Cancer Research, 1998, 4: 567-576

44. ^ Hall C. L., et al., Oncogene, 1996. 13: 2213-2214

45. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

46. ^ Morriss-Kay G. M., et al., Journal of Embryology and Experimental Morphology, 1986, 98: 59-

47. ^ Ellis I. R., et al., Experimental Cell Research, 1996, 228: 326-342

48. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

49. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89

50. ^ Tammi R., et al., Journal of Investigative Dermatology, 1988, 90: 412-414

51. ^ Foschi D., et al., International Journal on Tissue Reaction, 1990, 12: 333-339
52. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
53. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
54. ^ Wisniewski H. G. and Vilcek J. Cytokine & Growth Factor Reviews, 1997, 8: 143-156
55. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
56. ^ Tammi R, et al., Journal of Investigative Dermatology, 1989, 92: 326-332
57. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
58. ^ Tuhkanen A-L, et al., Journal of Histochemistry and Cytochemistry, 1998, 46: 241-248
59. ^ Tammi R, et al., Journal of Investigative Dermatology, 1989, 92: 326-332
60. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
61. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
62. ^ Kaya G. et al., Genes & Development, 1997, 15: 996-1007
63. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
64. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
65. ^ Longaker M. T., et al., Annals of Surgery, 1991, 213: 292-296
66. ^ W. Y. John Chen and Giovanni Abatangelo, Wound Repair and Regeneration, 1999, 7: 79-89
67. ^ Baradwaj AG, et al. Spontaneous metastasis of prostate cancer is promoted by excess hyaluo synthesis and processing. Am J Path. 2009;174:1027-1036
68. ^ Bharadwaj AG, et al. Inducible hyaluornan production reveals differential effects of prostate tu cell growth and tumor angiogenesis. J Cell Biol. 2007;282:20561-20572
69. ^ Gao F, et al. Hyaluronan oligosaccharides are potential stimulators to angiogenesis via RHAMM mediated signal pathway in wound healing. Clinical and Investigative Medicine. 2008;31:E106-1
70. ^ Gao, et al. Hypoxia-induced alterations in hyaluronan and hyaluronidase. Adv Exp Med Biol. 2005;566:249-256
71. ^ Ouhtit A, et al. *In vivo* evidence for the role of CD44s in promoting breast cancer metastasis t liver. Am J Path. 2007;171:2033-2039
72. ^ Naor, et al. Involvement of CD44, a molecule with a thousand faces, in cancer dissemination. Cancer Biol. 2008;18:260-267
73. ^ Hall CL, et al. Hyaluronan: RHAMM mediated cell locomotion and signaling in tumorigenesis. J oncology. 1995;103:203-207
74. ^ Savani, et al. Differential involvement of the hyaluornan (HA) receptors CD44 and receptor fo mediated motility in endothelial cell function and angiogenesis. J Biol Chem. 2001;276:36770-3(
75. ^ Error 404: Page Not Found | Alcon
76. ^ Bausch & Lomb: Amvisc and Amvisc Plus - Brief Statement
77. ^ Medical Grade Hyaluronan | Lifecore Biomedical
78. ^ 1. Miller D, O'Connor P,William J: Use of Na-Hyaluronate during intraocular lens implantation rabbits. Ophthal Surg. 8:58-61, 1977
79. ^ 7. Miller D, Stegmann R: Healon: A Comprehensive Guide to it's Use in Ophthalmic Surgery. J NY, 1983
80. ^ Puhl W; Scharf P (July 1997). "Intra-articular hyaluronan treatment for osteoarthritis". *Ann R( Dis* **56** (7): 637–40. doi:10.1136/ard.56.7.441. PMID 9486013.
81. ^ Is there any info on Durolane, a gel for osteoarthritis of the knee?
82. ^ Comparison of two hyaluronan drugs and placebo in patients with knee osteoarthritis. A contr randomized, double-blind, parallel-design multicentre study - Karlsson et al. 41 (11): 1240 - Rheumatology
83. ^ One brand of sodium hyaluronate lotion is Hylira. Information on sodium hyaluronate lotion is available here.
84. ^ Bio-skin FAQ
85. ^ Shu XZ, Liu Y, Palumbo FS, Luo Y, Prestwich GD: In situ crosslinkable hyaluronan hydrogels fc engineering. Biomaterials, 25:1339-1348, 2004.
86. ^ Shu XZ, Liu Y, Palumbo FS, Luo Y, Prestwich GD: In situ crosslinkable hyaluronan hydrogels fc engineering. Biomaterials, 25:1339-1348, 2004.
87. ^ Gerecht S, Burdick JA, Ferreira LS, Townsend SA, Langer R, and Vunjak-Novakovic G: Hyaluro hydrogel for controlled self-renewal and differentiation of human embryonic stem cells. Proc Nat Sci USA, 104:11298-11303, 2007.

88. ^ Dar A, Calabro A: Synthesis and characterization of tyramine-based hyaluronan hydrogels. J Mater
    Sci: Mater Med, 20:33-44, 2009.
89. ^ Wnek GE, Bowlin GL (editors): Encyclopedia of Biomaterials and Biomedical Engineering. Info
    Healthcare, 2008.
90. ^ De Andrés Santos MI, Velasco-Martín A, Hernández-Velasco E, Martín-Gil J, Martín-Gil FJ (199
    "Thermal behaviour of aqueous solutions of sodium hyaluronate from different commercial sourc
    Thermochim Acta 242: 153–160. doi:10.1016/0040-6031(94)85017-8.
91. ^ Shu XZ, Ghosh K, Liu Y, Palumbo FS, Luo Y, Clark RAF, Prestwich GD: Attachment and spread
    fibroblast on an RGD peptide-modified injectable hyaluronan hydrogel. J Biomed Materials Res, (
    75, 2004.
92. ^ "Hylan G-F 20 (Synvisc) approved by EMEA for pain due to ankle and shoulder OA". National I
    Service. http://www.library.nhs.uk/musculoskeletal/ViewResource.aspx?resID=182567. Retrieve
    -07-09.
93. ^ Juvederm
94. ^ Hyaluronic Acid Essential Actives, KAVI.
95. ^ Genitrix HY-50 Vet datasheet
96. ^ HY-50 for veterinary use
97. ^ Genitrix HY-50 Vet brochure

# External links

- ATC codes: D03AX05, M09AX01, R01AX09, S01KA01
- MeSH Hyaluronan

## Polysaccharides: glycosaminoglycans

| | |
|---|---|
| Unsulfated, extracellular | **Hyaluronan** |
| Sulfated, extracellular | Chondroitin (Chondroitin sulfate, Dermatan sulfate) · Heparan sulfate · Kerat sulfate |
| Sulfated, intracellular | Heparin |

| M: MET | mt, a/u/y/n/h,r/g/c/p/i,f/s/l/o,m,e,t | au/y/n/h,rgcp/i,f/s/l/o,m, epon | meds(A16,C10),i (a/u/y/n/h,r/g/c/p/i,f |
|---|---|---|---|

## Preparations for treatment of wounds and ulcers (D03)

| | |
|---|---|
| Cicatrizants | epichlorohydrin: Cadexomer iodine · Dextranomer · Crilanomer |
| | B5: Dexpanthenol · Calcium pantothenate |
| | nitrate: Glyceryl trinitrate · Isosorbide dinitrate |
| | other: Becaplermin · **Hyaluronic acid** · Enoxolone |
| Proteolytic enzymes | Trypsin · Clostridiopeptidase |

| M: INT, SF, LCT | anat/phys/devp | noco (i,b,f,p,k,c,v)/cong/tumr, sysi/epon | proc, drug (D2/3/4/5/8) |
|---|---|---|---|

## Decongestants and other nasal preparations (R01)

| | | |
|---|---|---|
| Topical | Sympathomimetics, plain | Cyclopentamine · Ephedrine · Phenylephrine · Oxymeta Tetryzoline · Xylometazoline · Naphazoline · Tramazolin Metizoline · Tuaminoheptane · Fenoxazoline · Tymazolir Epinephrine |

| | |
|---|---|
| | Spaglumic acid |
| Antiallergic agents, excluding corticosteroids | *histamine antagonists* (Levocabastine, Antazoline, Thonzylamine) |
| | *mast cell stabilizer (some are also antihistamines)* (Crom acid, Nedocromil, Azelastine, Olopatadine, Lodoxamide) |
| Corticosteroids | Beclometasone • Prednisolone • Dexamethasone • Fluni Budesonide • Betamethasone • Tixocortol • Fluticasone • Mometasone furoate • Triamcinolone • Ciclesonide |
| Other nasal preparations | Cafaminol • Calcium hexamine thiocyanate • Retinol • Ipratropium bromide • Ritiometan • Mupirocin • Hexamic Framycetin • **Hyaluronic acid** • Eucalyptus oil |
| Systemic use: Sympathomimetics | Phenylpropanolamine • Pseudoephedrine • Phenylephrine • Phenylpropylamine |

M: RES    anat(n,x,l,c)/phys/devp    noco/cong/tumr, sysi/epon, injr    proc, drug(R1/2/3

This entry is from Wikipedia, the leading user-contributed encyclopedia. It may not have been revie professional editors (see full disclaimer)

Donate to Wikimedia

Shopping:

# hyaluronic acid

hyaluronic acid                    Hyaluronic Acid Cheap 120 Capsules
Hyaluronic Acid Walgreens

Related topics:
- hyaluronan
- hyaluronate
- -uronic (suffix)

Related answers:
- Where is **hyaluronic acid** found in human body? *Read answer...*
- Are there any side effects to **hyaluronic acid**? *Read answer...*
- How good are **Hyaluronic Acid** Injection's in the knee? *Read answer...*

Help us answer these:
- Are there side effects to **hyaluronic acid**?
- What characteristics does **hyaluronic acid** have?
- Does **hyaluronic acid** cause vertigo?

Post a question - any question - to the WikiAnswers community:

Go



RAGWEED    RAGWEED

**MedicineNet.com**
We Bring Doctors' Knowledge to You




SEARCH

About Us | Privacy Policy | Site Map
May 10, 2010

| Home | Picture Slideshows | Diseases & Conditions | Symptoms & Signs | Procedures & Tests | Medications | Image Collection | MedTerms Dictionary | Pet Health |

home > skin center > skin a-z list > hyaluronic acid index > hyaluronic acid, restylane drug monograph

Featured on MedicineNet
Is Sleepiness Hurting You?
Causes of Fatigue Slideshow
Quiz: Are you Depressed?
Trouble Breathing? Take the
COPD Health Check

**Top 1**
hyaluronic acid, Restylane
Related Articles
Wrinkles
                    Complete List »

**Skin Topics**
Bed Bugs
Rash
Shingles
Scabies
Boils
Skin RSS

Health Skin Pictures

1  2  Next »

hyaluronic acid Index · Glossary

FONT SIZE
A A A

## Medications and Drugs



Cosmetic Surgery Slideshow
Wrinkles Slideshow
Embarrassing Beauty Questions and Answers

Medical Editor: Jay W. Marks, MD

**GENERIC NAME: hyaluronic acid**

**BRAND NAME: Restylane**

**DRUG CLASS AND MECHANISM:** Restylane is a gel of hyaluronic acid produced by bacteria and used for treating facial wrinkles and folds. Hyaluronic acid is a substance that is normally produced by the body. Hyaluronic acid is what gives skin its volume and fullness. The hyaluronic acid in Restylane is called non-animal stabilized hyaluronic acid (NASHA) because it is not derived from animal sources. When Restylane is injected into wrinkled skin it adds fullness and reduces the prominence of the wrinkles in the previously wrinkled area. Hyaluronic acid also attracts and binds water, and this also helps maintain fullness in the area of injection. The benefit of hyaluronic acid may last for six months or longer. Restylane was approved by the FDA in December, 2003.

**PRESCRIPTION:** Yes

**GENERIC AVAILABLE:** No

**PREPARATIONS:**

Single use syringes
**STORAGE:** Store at room temperature up to 25°C (77°F).

**PRESCRIBED FOR:** Restylane is used for the correction of moderate to severe wrinkles and folds (e.g. naso-labial folds). It is also used for enhancing fullness of the lips.

**DOSING:** Restylane is administered by injection only by a physician. The amount of Restylane that is administered depends on the site that is being treated but it should not be more than 1.5 ml per site.

**DRUG INTERACTIONS:** Drug interactions are not listed in the prescribing information.

**PREGNANCY:** Use of hyaluronic acid during pregnancy has not been evaluated.

**NURSING MOTHERS:** Use of hyaluronic acid by nursing mothers has not been evaluated.

**SIDE EFFECTS:** The most common side effects of hyaluronic acid are reactions et the site of injection such as bruising, redness, pain, itching, tenderness and swelling. Vitamin E supplements, St. John's Wort, aspirin, nonsteroidal anti-inflammatory drugs (NSAIDs) such as Aleve and Motrin may increase bruising or bleeding after injection of hyaluronic acid. Therefore, patients should stop these drugs at least one week before the injections. Post marketing adverse effects that have been reported include infection, allergic reactions, necrosis (death of tissue), and acne.

Reference: FDA Prescribing Information

*Last Editorial Review: 3/8/2005 9:26:00 PM*

1  2  Next »

hyaluronic acid Index · Glossary

Your Guide to
**Symptoms & Signs**
Pinpoint Your Pain

**WebMD** newsletter
**Live the happiest,**
healthiest lifestyle
possible!

Information, Tips, Support
and More on...
◦ Healthy Cooking
◦ Beautiful Skin
◦ Sleep Well
◦ Weight Loss Wisdom
SIGN UP TODAY!

**Skin and Beauty Resources**
Best Wrinkle-Fighting Foods
What's Your Skin Type?
Tips to Whiten Teeth Safely

**Featured Centers**
7 Ways To Allergy-Proof Your Bedroom
Kick the Habit: 13 Tips to Help You Quit Smoking
Slideshow: Top Tips for Getting Pregnant

**Health Solutions** From Our Sponsors
Depression Med for You?
Fibromyalgia Center
MS Rx Options

**Related Drugs - WebMD Health Network**
Hyaluronic Acid Oral - WebMD

**hyaluronic acid, Restylane**

**Wrinkles »**

**Introduction**

Although wrinkles can signify wisdom, most people nowadays would rather not have them.

Many products and procedures promise to reduce wrinkles. Some do little or nothing (like the products that claim they reduce "the appearance of fine lines," which means that they don't reduce the lines themselves). Others can achieve a fair amount of success.

Skin ages all over the body, but much more so where there has been sun exposure. Changes brought on by sun damage (photoaging) include "dryness" (really roughness), sagginess, skin growths like karatoses ("liver spots"), and wrinkles.



Could Your Pain Be Fibromyalgia?

ASSESS YOUR PAIN

Cymbalta is approved for the management of fibromyalgia

Important Safety Information About Cymbalta

Antidepressants can increase suicidal thoughts and behaviors in children, teens, and young adults. Suicide is a known risk of depression and some other psychiatric

Cymbalta

Safety Information and Boxed Warning
Prescribing Information
Medication Guide

Share  |   |   |   |   More

**Report Problems to the Food and Drug Administration**

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit the FDA MedWatch website or call 1-800-FDA-1088.

Need help identifying pills and medications?
Use the pill identifier tool on RxList.

Back to Medications Index

**Suggested Reading by Our Doctors**

Wrinkles - Learn more about wrinkles, which typically appear on areas of the body that receive a high amount of exposure to the sun. Smoking, light skin type, hairstyle, the way you dress, your occupational and recreational habits, and heredity are all factors that promote wrinkling. Medical treatments for wrinkles include antioxidants, moisturizers, alpha-hydroxy acids, and vitamin A acid. Cosmetic procedures that treat wrinkles include dermabrasion, microdermabrasion, glycolic acid peels, laser resurfacing, Botox, and fillers.



Read more hyaluronic acid related articles »

**Latest Medical News**

Recession May Mean Fewer Nips & Tucks

Botox, Wrinkle Fillers Not Hush-Hush

Cosmetic Procedures Down 12% in 2008

Banishing Wrinkles With Fillers

Privacy Policy

**Skin & Beauty**
Get beauty tips and body treatments.     Enter email address     SUBMIT

Most wrinkles appear on the parts of the body where sun exposure is greatest. These especially include the face, neck, the backs of the hands, and the tops of the forearms. Wrinkles come in two categories: fine surface lines and deep furrows. Wrinkle treatments are in general much more effective for fine lines. Deeper creases may require more ...

Read the Wrinkles article »

## Popular Collections



Allergic Skin Disorders





Phobias

What Are You Afraid of?



## Health Solutions From Our Sponsors

BPH News & Savings          Enlarged Prostate Help     Post Hysterectomy       Slow Plaque Buildup      Wellness Videos
Depression Med for You?     Fibromyalgia Center        Seizure Control         Treating Depression      When Pain Is Fibro Pain

Health categories:        Slideshows | Diseases & Conditions | Symptoms & Signs | Procedures & Tests | Medications | Image Collection | Medical Dictionary | Pet Health

Popular health centers:   Allergies | Arthritis | Blood Pressure | Cancer | Chronic Pain | Cold & Flu | Diabetes | Digestion | Eyesight | Health & Living | Healthy Kids
                          Hearing & Ear | Heart | Infectious Disease | Men's Health | Mental Health | News & Views | Pregnancy | Sexual Health | Skin | Women's Health | More...

MedicineNet.com:          About Us | Newsletters | RSS Feeds | Privacy Policy | Site Map | WebMD® | Medscape® | eMedicine® | eMedicineHealth® | RxList®



This site complies with the HONcode standard for trustworthy health information: verify here.

©1996-2010 MedicineNet, Inc. All rights reserved. Notices and Legal Disclaimer.
MedicineNet does not provide medical advice, diagnosis or treatment. See additional information.

# Soft Tissue Fillers

## What are soft tissue fillers?

Copyrighted Material: Not for Reproduction or Distribution



**Soft Tissue Fillers**

American Academy of Dermatology

Soft tissue fillers are flexible substances that can be injected into the skin to improve the appeara cheeks, repair various facial imperfections, improve scars, and elevate deep folds. The result is a smoother, more maximum safety.

Dermatologists use a variety of soft tissue fillers, including human and bovine (cattle) collagen, hyaluronic acid, au growing number of available fillers has greatly expanded the anti-aging and skin-saving treatments that dermatolo major surgery and are generally cost-effective, men and women are using these youth-enhancing techniques mor

## What can soft tissue fillers do?

The aging process generally causes a loss of volume as the underlying collagen, hyaluronic acid, and elastin fiber decrease. This most commonly occurs around the eyes, mouth, cheeks, jaw line, brow, and bridge of the nose, pr the forehead, and "hills and valleys" on the lower third of the face. Soft tissue fillers have the unique ability to fill an

Fillers can be placed into the lips to create a fuller, more youthful look, or in the hollows of the cheeks to reduce a injury also responds well to soft tissue filler techniques.

## How do soft tissue fillers work?

A filler substance is injected beneath the surface of the skin where it corrects the line or wrinkle by temporarily plu fillers replace the host components of the skin: collagen, hyaluronic acid, and elastin. Some fillers also can stimula



*24-year-old with an early naso-labial fold and
some soft tissue loss lateral to the chin*



*Seen at six months with excellent response to fat transfe*

## What are the ABC's of fillers?

Dermatologists have developed a variety of filler substances to address a wide range of cosmetic flaws and other
subtle, distinctive benefits. Sometimes more than one filler may be used to achieve the best results. Some fillers p
precision with fine lines, and still others can gradually bring the face into better balance, creating an overall rejuve

Soft tissue fillers are often considered the first line in the treatment of aging skin and are frequently used in combir
rejuvenation. Filling substances commonly used by dermatologists are:

Collagen

Collagen products give structure to the skin and are used to add volume to lips, raise the corners of the mouth, and rec
layered with hyaluronic acid fillers to diminish deep wrinkles. Introduced nearly 20 years ago, bovine collagen has prov
collagen; therefore, test doses are given to determine if a patient has a sensitivity. Human-derived collagen offers an a



Naso-labial fold furrows in a 38-year-old
woman before collagen injection



*Three months post collagen injection*

Hyaluronic acid

Hyaluronic acid is a natural component of human skin and is the framework in which skin cells live. There are several l characteristics that the dermatologist will take into account when choosing a filler. All hyaluronic acid products bind wa fill hollow areas of the face, including the cheeks, and to plump lips.

Autologous fat

Removed by a mini liposuction procedure from other parts of the body such as the thighs, buttocks, or stomach, one's contour the "hills and valleys" associated with the aging face.

Poly-L-lactic acid

This filler is used to replace lost facial fat, giving the face a more youthful appearance.

Calcium hydroxyapatite

Suspended in an aqueous gel is a semipermanent filler which holds promise for long-term soft tissue augmentation.

Implants

Polymers and collagen-related implants offer a longer-lasting option for diminishing deep facial grooves and folds, part inserted under the skin as strips, threads, or hollow tubes that serve as a permanent filler. These substances also can be added.

Botulinum toxin

While technically not a filler, very tiny amounts of botulinum toxin are injected into specific facial muscles to immobilize commonly used to improve forehead creases, furrows between the eyebrows, and crow's feet. Using botulinum toxin a results.

## Other Products

New and improved fillers are constantly being researched, tested, and evaluated. Other types of hyaluronic acid p fillers, which contain small spheres and bovine collagen, are another form of partially permanent filler. The vehicle term permanent beads. Micro-droplet silicone is a more permanent filler.

Dermal stimulators stimulate the skin cells to produce collagen. Since collagen production takes time, dermal stim by soft tissue fillers. Dermal stimulators are injected on a monthly basis, and the wrinkles gradually diminish over t months, with the results lasting up to two years. Dermal stimulators can be combined with soft tissue fillers to achi delayed long-term correction.

## What happens during and after treatment?

Injections are usually given in a dermatologist's office. Before beginning treatment, a skin test may be administere reaction to the filling substance; however, most of the new fillers on the market do not require skin testing. The de (coumadin), alcohol, green tea, and St. John's wort since these may increase a patient's tendency to bruise.

Prior to the procedure, the face is cleaned and a topical or local anesthetic may be used. The filler is injected direc needle. There may be a stinging or burning sensation as the filler is inserted. A series of treatment sessions may I wrinkles, or raise a depressed scar to the level of the surrounding skin.

After the procedure, there may be some temporary swelling, redness, or minor bruising at the injection sites. This immediately after the treatment.



*42-year-old woman with deep naso-labial furrows*



*Excellent response is seen immediately with injection of filling s*

## Are there any possible risks?

All medical procedures carry some risk. However, soft tissue fillers are generally considered safe and effective. Ap substance, side effects are few and typically due to the local injection.

## How long does the improvement last?

This depends on the type of filler used, the areas treated, and the ability of the patient's skin to absorb the materia maintenance treatments performed after 3 to 6 months. Occasionally, touch-up treatments may be needed sooner combination techniques, tends to last longer.

## What are other treatment options?

As experts on skin aging, dermatologists are uniquely qualified to employ a variety of corrective and preventive te
dermatologists pioneered many of the dermatologic surgical treatments used today to preserve and maintain heal
fillers. The dermatologist will discuss alternative and complementary treatments to enhance the outcome of filler p

To learn more about soft tissue fillers, call toll-free (888) 462-DERM (3376) to **find a dermatologist** in your area.

**AAD website: www.aad.org**
**Toll-free (888) 462-DERM (3376)**
**Images used with permission of the American Academy of Dermatology**
**National L ibrary of Dermatologic Teaching Slides**
**© 2006 American Academy of Dermatology**
**Revised 2002, 2006**
**American Academy of Dermatology**
**930 E. Woodfield Road**
**P.O. Box 4014**
**Schaumburg, IL 60168-4014**
**PAM56 - 2/06**

Copyright © American Academy of Dermatology
Not for Reproduction or Distribution

**Purchase copies of this pamphlet**

Copyright © 2010 American Academy of Dermatology. All rights reserved.

Reproduction or republication strictly prohibited without prior written permission.

**Contact Us | Copyright Information | Legal Notice | Privacy Policy | AAD.org**

Copyright © 2010 American Academy of Dermatology Association. All rights reserved.

Reproduction or republication strictly prohibited without prior written permission.

**Contact Us | Copyright Information | Legal Notice | Privacy Policy | AAD.org**