IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. and QHEALTH, INC., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 10-094-SLR<br>) |
| YOUR VITAMINS, INC. d/b/a<br>PROCAPS LABORATORIES<br>and ANDREW LESSMAN, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**MEMORANDUM ORDER**

At Wilmington this 19th day of October 2010, having reviewed plaintiffs' motion to compel complete responses to discovery requests served by plaintiffs in March 2010;

IT IS ORDERED that said motion (D.I. 26) is denied without prejudice to renew, as follows:

1. Plaintiffs filed in April 2010 the current motion seeking the court to compel defendants' participation in discovery and execution of a proposed protective order. No answer or reply appear to have been filed by the parties.

2. Since that time, the court has ruled on plaintiffs' motion for a preliminary injunction. (D.I. 60) The court has recently conducted a scheduling conference with the parties, who have agreed on a proposed schedule.[1] Discovery appears to be underway insofar as defendants have served their initial disclosures, requests for production, and several subpoenas. (D.I. 82, 83)

3. The court anticipates that, in view of these developments, the parties have

---

[1] The parties have represented to the court that a revised proposed scheduling order shall be submitted promptly.

resolved their outstanding discovery disputes.

                                                                               _____
                                                                               United States District Judge